# EXHIBIT D



Bowditch & Dewey, LLP
200 Crossing Boulevard | Suite 300 | Framingham, MA 01702
508-879-5700 | bowditch.com

Timothy P. Van Dyck
Direct telephone: 617-757-6536
Direct facsimile: 508-929-3136
Email: tvandyck@bowditch.com

**FOR SETTLEMENT PURPOSES ONLY**

December 23, 2020

**VIA EMAIL**

James A. Shaw, Esq.
Segal Roitman, LLP
33 Harrison Avenue, 7th
Boston, MA 02111

***Re:    Ginamarie Alongi v. Int'l Union of Operating Engineers (IUOE) Local 4 Fringe Benefit Funds, et al.; MCAD Docket No. 20BEM01708***
***Rosemarie Alongi v. IUOE Local 4 Fringe Benefit Funds, et al.; MCAD Docket No. 20BEM01709***

Dear James:

Gina and Rosemarie Alongi intend to remove this matter to Superior Court within the next thirty days.  However, before doing so, we thought that now would be an appropriate time to inquire as to whether your clients have an interest in attempting to resolve this matter before it becomes a matter of public record.  In this regard, please note that Gina Alongi's demand for settlement is $2.5 million and Rosemarie Alongi's demand for settlement is $600,000.  Both of these demands are significantly south of what a jury is likely to award them in economic damages alone in light of the respective salaries, annuities, pensions, health insurance and other benefits that each was making and entitled to before they were summarily terminated.  In addition, given their ages, it is safe to assume that neither Gina nor Rosemarie will be able to obtain close to comparable employment before their retirement ages.   And, as I am sure you are already aware, a judgment in their favor will also entitle them to recovery of all of their reasonable attorneys' fees, as well as emotional distress damages.  Finally, given the manner in which these terminations were conducted, we believe there exists a significant possibility that a jury may award punitive damages.

If we have not heard from you by Friday, January 15th, we will assume that the Funds and Mr. McLaughlin are not interested in attempting to resolve this matter privately (either through direct settlement negotiations or mediation), and we will proceed accordingly.  Both of these demands will be withdrawn if the Alongis are required to file in court.

Very truly yours,

Timothy P. Van Dyck

4830-1777-0453.1