# EXHIBIT F

# Jacob A. Tosti

| | |
|---|---|
| **From:** | Jennifer L. Markowski <JMarkowski@fmglaw.com> |
| **Sent:** | Friday, January 29, 2021 5:54 PM |
| **To:** | Timothy Van Dyck; Sherelle Wu |
| **Cc:** | Chuck Gilligan; Jennawe M. Hughes |
| **Subject:** | Local 4 v. Alongi Complaint |
| **Attachments:** | Civil Action Cover Sheet and Category Form.pdf; Complaint for Breach of Fiduciary Duty.pdf; Exhibits to Complaint A-F.PDF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION: This email originated outside of the organization. Do not click links or open attachments you were not expecting.

Hi Tim. Thanks for speaking with us today. I'm attaching the federal court filings and also copying Fund counsel, Chuck Gilligan. We're serving as local counsel, but Chuck is primarily handling the matter and is well versed in ERISA matters. I'm sure he would be happy to discuss the claims in further detail with you.

In the meantime, please let us know if you have authority to accept service on behalf of Gina.

Thanks.
Jen

Jennifer L. Markowski
Freeman Mathis & Gary, LLP
60 State Street | Suite 600 | Boston, MA 02109-1800
D: 617.807.8962 | C: 781.883.6273
mailto:JMarkowski@fmglaw.com | https://protect-us.mimecast.com/s/VrKaCv2YqxI73n6LtQIoyc?domain=fmglaw.com

A Corporate Counsel Magazine "Go-To Law Firm®" for litigation

CA | CT | FL | GA | KY | MA | NJ | NY | PA | RI

Please read this important notice and confidentiality statement

The electronic message on which you clicked to get to this page and any attached documents are from the law firm of Freeman Mathis & Gary, LLP and are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521. The communication on which you clicked is a privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of the communication on which you clicked are strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately.
IRS Circular 230 Notice: To ensure compliance with certain regulations promulgated by the U.S. Internal Revenue Service, we inform you that any federal tax advice contained in the communication on which you clicked (including any attachments) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding

tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein, unless expressly stated otherwise.