UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br> GINA ALONGI, <br><br> Defendant. | CIVIL ACTION NO. 1:21-cv-10163-FDS |

**ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE***

I, Jennifer L. Markowski, am a member in good standing of the bar of this Court and the attorney of record for Plaintiffs in this case. My bar number is 655927. Pursuant to Local Rule 83.5.3, I am moving for the admission of Daniel J. Keenan to appear pro hac vice in this case as counsel for all Plaintiffs. Mr. Keenan is a member of the bars of Maryland and the District of Columbia. I have verified that Mr. Keenan is a member in good standing of the bars to which he is admitted, and his Rule 83.5.2(e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Daniel J. Keenan as co-counsel for all Plaintiffs in the above-captioned case.

                                      Respectfully submitted,

Date: March 16, 2021                  /s/ Jennifer L. Markowski_____
                                      Jennifer L. Markowski, BBO# 655927
                                      jmarkowski@fmglaw.com
                                      (617) 807-8962
                                      Freeman Mathis & Gary, LLP
                                      60 State Street, Suite 600
                                      Boston, MA 02109-1800

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Jennifer L. Markowski, counsel for Plaintiffs in the above captioned matter, hereby certify that, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with Attorney Timothy P. Van Dyck, counsel for the Defendant, on March 15, 2021 by email regarding this Motion, and Attorney Timothy P. Van Dyck informed me that the Defendant assented to this motion.

Date: March 16, 2021

                                               /s/ Jennifer L. Markowski
                                               Jennifer L. Markowski

## CERTIFICATE OF SERVICE

      I, Jennifer L. Markowski, hereby certify that I have, on this 16th day of March 2021, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

                                                 *Jennifer L. Markowski*
                                                 Jennifer L. Markowski