UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br><br> GINA ALONGI, <br><br> Defendant. | CIVIL ACTION NO. 1:21-cv-10163-FDS |

**RULE 83.5.3(e)(3) CERTIFICATION**

Pursuant to Local Rule 83.5.3(e)(3), I, Daniel J. Keenan, hereby certify the following:

1. I am admitted to practice in Pennsylvania and New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey, and am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. I am not the subject of pending disciplinary proceedings in any jurisdiction.

3. I have not previously had an admission to this Court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

1

/s/ Daniel Keenan
Daniel J. Keenan
**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C.  20015
(202) 362-0041 – telephone
(202) 237-1200 – facsimile
dkeenan@odonoghuelaw.com