UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>GINA ALONGI,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:21-cv-10163-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION TO EXTEND TIME TO FILE ANSWER

Plaintiffs and Defendant hereby stipulate that the time for Defendant to answer, or otherwise respond to the Plaintiffs' Complaint be extended to ten (10) days after the Court issues its decision on Defendant's pending Motion to Stay, ECF Docket No. 7.

| PLAINTIFFS<br>By Their Attorneys, | DEFENDANT<br>By Her Attorneys, |
|---|---|
| /s/ Jennifer L. Markowski<br>Jennifer L. Markowski, BBO # 655927<br>**FREEMAN, MATHIS & GARY LLP**<br>60 State Street, Suite 600<br>Boston, Massachusetts 02109-1800<br>Telephone: (617) 963-5975<br>jmarkowski@fmglaw.com<br><br>/s/ Charles W. Gilligan<br>Charles W. Gilligan, *pro hac vice*<br>Jennifer Simon, *pro hac vice*<br>Daniel Keenan, *pro hac vice*<br>**O'DONOGHUE & O'DONOGHUE LLP**<br>5301 Wisconsin Avenue, NW, Suite 800<br>Washington, DC 20015<br>Telephone: (202) 362-0041<br>Facsimile: (202) 362-2640<br>cgilligan@odonoghuelaw.com<br>jsimon@odonoghuelaw.com<br>dkeenan@odonoghuelaw.com | /s/ Jacob A. Tosti<br>Timothy P. Van Dyck (BBO # 548347)<br>Douglas T. Radigan (BBO #657938)<br>Jacob A. Tosti (BBO # 704007)<br>**BOWDITCH & DEWEY, LLP**<br>200 Crossing Boulevard<br>Framingham, MA 01702<br>Telephone:  617.757.6537<br>Facsimile:  508.929.3137<br>tvandyck@bowditch.com<br>dradigan@bowditch.com<br>jtosti@bowditch.com |

Dated: May 20, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jacob A. Tosti