UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GINA ALONGI, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 1:21-cv-10163-FDS ) ) ) ) ) |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by and through undersigned counsel, pursuant to Local Rule 56.1 and Fed. R. Civ. P. 56(a), hereby move this Court to enter partial summary judgment with respect to liability regarding the allegations of fiduciary breach against the Defendant Gina Alongi. A Memorandum of Law in Support hereof, a Concise Statement of Material Facts, an Appendix, and a Proposed Order are also submitted in support of this Motion for Partial Summary Judgment.

Respectfully submitted,

Date: November 7, 2022

s/ Jennifer L. Markowski
Jennifer L. Markowski
**FREEMAN, MATHIS & GARY LLP**
60 State Street, Suite 600
Boston, Massachusetts 02109-1800
Telephone (617) 963-5975
jmarkowski@fmglaw.com
BBO# 655927

s/ Charles W. Gilligan
Charles W. Gilligan (admitted pro hac vice)
Daniel Keenan (admitted pro hac vice)
**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Telephone (202) 362-0041
Facsimile (202) 362-2640
cgilligan@odonoghuelaw.com
dkeenan@odonoghuelaw.com

## **CERTIFICATE OF SERVICE**

      I, Charles W. Gilligan, hereby certify that I have, on this 7th day of November, 2022, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

*Charles W. Gilligan*
Charles W. Gilligan
