UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GINA ALONGI,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-10163-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Partial Summary Judgment, and the Memorandum of Law in Support thereof, their Concise Statement of Material Facts of Record, and the Appendix thereto, and having considered the Opposition filed by Defendant, it is this _____ day of _____,

ORDERED that judgment for liability against Defendant for fiduciary breach is entered on behalf of the Plaintiffs for each claim brought in this lawsuit, and it is further

ORDERED that this matter be set for further proceedings regarding the damages to which Plaintiffs are entitled as a result of these fiduciary breaches.

IT IS SO ORDERED this _____ day of _____.

_____
F. Dennis Saylor IV
Chief United States District Judge

cc: All Counsel of Record