# Exhibit 22

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 5/24/2019 2:44:14 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | Coalition agenda |

Can send you it to me.

Sent from my iPhone

<u>App.251</u>

Message
_____

**From:**       Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI]
**Sent:**       3/20/2018 12:30:32 PM
**To:**         Roger Gill [Rgill@PULocal12.org]
**Subject:**    Davis Vision

Roger,

Good Morning.  Teresa called me last night and told me you asked for a proposal.  I just want to let you
know the Coalition secured a rate guarantee of 5 years, 4 years left on it.  Our members love the service
they get from Davis Vision.  We looked at the product BCBS is marketing.  After our analysis we
determined they would be a little less but the members would be paying a lot more.

See you soon.  Are you going tomorrow with the storm due?

Gina

Sent from my iPhone

App.252

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 5/18/2018 12:53:41 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | Fwd: Upcoming June Meeting |
| **Attachments:** | Tac Opps III Presentation_June 2018_IUOE Local 4 PF.PDF; ATT00001.htm |

More information.

Sent from my iPhone

Begin forwarded message:

**From:** "Hogg, Andrew" <AHogg@segalmarco.com>
**Date:** May 16, 2018 at 10:34:22 AM EDT
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject: Upcoming June Meeting**

Gina,

I want pass along some information on the managers who will be attending the upcoming June meeting.  From Blackstone, Matt Pedley will be attending.  I have attached a copy of their presentation and I have asked them to bring 20 copies as well.

From JPMorgan, the attendees will be Stephan T. Murphy and Robert LeDoux.  Their bio's follow.  I have asked for a copy of their presentation as well and will forward it as soon as I receive it.

Still waiting on Grosvenor and Boston Partners.  As soon as I hear I will send along the names of their attendees as well.

Regards,
Andy

**Stephan T. Murphy is** a Managing Director – Client Advisor focused on Taft-Hartley/Multi-Employer Pension Plans.  A J.P. Morgan employee since 1998, previously he was a Client Advisor for Institutional Asset Management across the spectrum of investment strategies covering Corporate, Public and Multi-Employer Pension Plans nationally.  Prior to 2012 he was a Client Portfolio Manager for Global Real Assets focused on J.P. Morgan's real estate investment products.  Prior to 2007, he was head of the Development and Engineering Group, responsible for development management/investments, operational support for asset management and engineering/environmental acquisition due diligence. Stephan has participated in over $9 billion of acquisitions and over $5 billion of development projects. Prior to joining the firm, he was employed by O'Connor Realty Advisors, Inc., Eastdil Realty, Lazard Realty and the City of Englewood, NJ. He is a member of IFEBP, NCCMP, Urban Land Institute, PREA and NAREIM. Stephan holds a B.A. from Syracuse University, as well as both a B.S. and B.L.A. from SUNY College of Environmental Science and Forestry. He holds Series 7 and 63.

**Robert LeDoux**, vice president, is a client portfolio manager within the Emerging Markets and Asia Pacific Equities team. An employee since 2005, he is responsible for product management, portfolio management communications and client servicing across institutional and fund relationships.  Robert has a B.S. in business administration with a concentration in financial analysis from the University at Albany, State University of New York and is a CFA charterholder.  He also holds the Series 3, 7 and 63 licenses.

App.253

**Andrew F. Hogg**
**Vice President**
**Investment Solutions**
**Segal Marco Advisors**
333 West 34ᵗʰ Street | New York, NY 10001-2402
**T** 212.251.5450 | **F** 203.286.1504
ahogg@segalmarco.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE
ADDRESSEE.  IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL
INFORMATION THAT IS EXEMPT FROM DISCLOSURE.  Dissemination,
distribution or copying of this message by anyone other than the addressee is
strictly prohibited.  If you received this message in error, please notify us
immediately by replying: "Received in error" and delete the message.
Thank you.

App.254

Message

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 6/19/2017 3:06:19 PM |
| **To:** | Ingrid Bieren [ibieren@carpentersfund.org]; Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **CC:** | Robert Sica [rsica@carpentersfund.org] |
| **Subject:** | RE: Contract language |

Ingrid,

Thank you for attending the Coalition event hope to see you next year!

Thank you for sending me the Vitech language. Our provision is substantively the same, except that we will have telephone and remote support access from 9-6 EST (they have from 9-5 EST).


Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

---

**From:** Ingrid Bieren [mailto:ibieren@carpentersfund.org]
**Sent:** Wednesday, June 14, 2017 11:09 AM
**To:** Gina Alongi <GAlongi@local4funds.org>; Laura-Jean Hickey <LHickey@local4funds.org>
**Cc:** Robert Sica <rsica@carpentersfund.org>
**Subject:** Contract language

Gina and Laura Jean,


I had a great time at the Coalition event. Thank you so much.

Attached is the language in our Vitech contract that we discussed. Can you let Rob and I know if this language is in your contract.

SUPPORT SERVICES.

(a)      Provided that NECBF has paid to Vitech the applicable annual Upgrade Subscription Fee, NECBF will be provided the Annual Hours Bank set forth on the Order Form during each annual Upgrade Subscription period which may be used by NECBF for maintenance and support services (including, after the applicable warranty period, services to address, fix or remediate Defects, and the development, installation and configuration of patches, updates or upgrades of the Licensed Software), training, Change Orders (including enhancements of the Licensed Software) and the installation and/or testing of releases of the Licensed Software (collectively "Support Services") during the annual period for which the Upgrade Subscription Fee was paid. Unused hours may not be rolled over to the following annual Subscription Term. Telephone and remote support access will be provided Monday to Friday from 9:00 am to 5:00 pm EST (except for legal holidays in New York State) unless other times of coverage are expressly set forth on the Order Form. If a bona fide Defect affecting NECBF's production environment cannot be resolved by Vitech's telephone and remote support personnel at the time it is reported, then Vitech's support representative will allocate the call to one of the three call categories described on Schedule B hereof. The criteria used in this allocation and the resulting support sequences are set forth in Schedule B. After NECBF has used the Annual Hours Bank for an annual Upgrade Subscription period,

additional Support Services will be billed at Vitech's then current time and materials hourly rate ("Hourly Rate"), which rate for the Initial Term is specified on the Order Form.


Thank you ,

Ingrid




Ingrid Bieren
Member Services Manager
Phone  # (978)752-1112
Email: IBieren@carpentersfund.org



*Great Benefits for Life*
New England Carpenters Benefit Funds
350 Fordham Road
Wilmington, MA 01887

App.256

**From:** Gina Alongi [GAlongi@local4funds.org]
**Sent:** 11/15/2017 6:42:00 PM
**To:** Laura-Jean Hickey [lhickey@macoalthtf.org]; Roger Gill [rgill@pulocal12.org]; lmalzone44 [lmalzone44@yahoo.com]; Veronica Veronica Dyer [veronica@iwnefunds.com]
**CC:** D. D. S. Carol A. Blanchard [carol_blanchard@teamsterscare.com]
**Subject:** RE: DRAFT Cushing Gavin Ad

Looks great!

Thank you

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Laura-Jean Hickey [mailto:lhickey@macoalthtf.org]
**Sent:** Wednesday, November 15, 2017 11:14 AM
**To:** Roger Gill <rgill@pulocal12.org>; lmalzone44 <lmalzone44@yahoo.com>; Veronica Veronica Dyer <veronica@iwnefunds.com>
**Cc:** D. D. S. Carol A. Blanchard <carol_blanchard@teamsterscare.com>; Gina Alongi <GAlongi@local4funds.org>
**Subject:** Re: DRAFT Cushing Gavin Ad

How does this look?

Laura-Jean

On November 15, 2017 at 11:07 AM lmalzone44 <lmalzone44@yahoo.com> wrote:

Good Idea.


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Laura-Jean Hickey <lhickey@macoalthtf.org>
Date: 11/15/17 10:54 AM (GMT-05:00)
To: Roger Gill <rgill@pulocal12.org>, Veronica Veronica Dyer <veronica@iwnefunds.com>
Cc: "D. D. S. Carol A. Blanchard" <carol_blanchard@teamsterscare.com>, Gina Alongi <GAlongi@local4funds.org>, "Malzone, Louis" <lmalzone44@yahoo.com>
Subject: Re: DRAFT Cushing Gavin Ad

Great idea! I'm on it...

On November 15, 2017 at 10:52 AM Roger Gill <rgill@pulocal12.org> wrote:

Can we add 2015 CG Boyle Award Recipient under Gina's title?            App.257

Sincerely,
Roger B. Gill, CEBS
Administrator
Plumbers Local 12 Trust Funds
1230-1236 Massachusetts Ave
Boston, MA 02125
617-288-5400
Fax 617-288-3871
rgill@pulocal12.org

NOTICE OF CONFIDENTIALITY: The information contained in this Electronic Transmission and all attachments to this Electronic Transmission is privileged and confidential intended solely for the individual or entity addressed above. If you are not the intended recipient designated above, you are hereby notified that any disclosure, use, dissemination or reproduction of this Electronic Transmission message and any of its contents or attachments is strictly prohibited. If you have received this Electronic Transmission in error, please delete it and notify the sender. Thank You

On Nov 15, 2017, at 10:48 AM, Veronica Dyer <veronica@iwnefunds.com> wrote:

Looks good to me also.

Veronica Dyer
Fund Administrator
Iron Workers Fund Office
161 Granite Avenue
Dorchester, MA 02124
Phone: 617-265-3757
Fax: 617-282-3757

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Wednesday, November 15, 2017 10:38 AM
**To:** Laura-Jean Hickey <lhickey@macoalthtf.org>; Blanchard, Carol <carol_blanchard@teamsterscare.com>; Veronica Dyer <veronica@iwnefunds.com>; Gill, Roger <rgill@puLocal12.org>; Malzone, Louis <lmalzone44@yahoo.com>
**Subject:** RE: DRAFT Cushing Gavin Ad

Looks good to me.

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Laura-Jean Hickey [mailto:lhickey@macoalthtf.org]
**Sent:** Wednesday, November 15, 2017 10:19 AM
**To:** Gina Alongi <GAlongi@local4funds.org>; Blanchard, Carol <carol_blanchard@teamsterscare.com>; Dyer, Veronica <veronica@iwnefunds.com>; Gill, Roger <rgill@puLocal12.org>; Malzone, Louis <lmalzone44@yahoo.com>
**Subject:** DRAFT Cushing Gavin Ad

App.258

Good Morning,

Attached please find a draft of the Cushing Gavin Awards ad.  Lou - should I put SEIU 1199 for you?

Please let me know if anyone has any edits, etc.

Laura-Jean


Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org


Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org


Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org


Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

CONFIDENTIAL

**From:** Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI]
**Sent:** 1/22/2020 3:47:17 PM
**To:** Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean]
**Subject:** RE: Sponsorship Checks

ok

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, January 22, 2020 10:28 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: Sponsorship Checks

No, but she did CC Kathy on the email.  I'll coordinate a response w/ Kathy.

Laura-Jean

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Wednesday, January 22, 2020 10:27 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** FW: Sponsorship Checks

Did you send to Kathy to respond?

**From:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Sent:** Wednesday, January 22, 2020 9:16 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** Fwd: Sponsorship Checks

<mark>Warning</mark>: External Sender

---------- Original Message ----------
From: Diane Callahan <dcallahan@healthplansinc.com>
To: "'lhickey@macoalthtf.org'" <lhickey@macoalthtf.org>, "'kfelber@equinoxcreative.com'"
<kfelber@equinoxcreative.com>
Cc: "'galongi@macoalthtf.org'" <galongi@macoalthtf.org>
Date: January 22, 2020 at 8:58 AM
Subject: Sponsorship Checks

Hi Laura-Jean and Kathy,

Should sponsorship checks be sent to PO Box 680, Medway, MA, 02053-0680?

What is the procedure if we would like a 'booth' at the event?

*Be well,*

*Diane*

<u>App.260</u>

Diane Callahan, MA, RN
Wellness Consultant
Phone: 508-475-6826
Fax: 508-439-5945



www.HealthPlansInc.com

The information contained in this emaii message and any attachments may be priviieged and/or confidentiai. it is for intended addressee(s) oniy. if you are not the intended recipient, you are hereby notified that any review, disciosure, reproduction, distribution or other use of this communication is strictiy prohibited. if you received this emaii in error, please notify the sender by repiy and deiete the message without saving, copying or disciosing it. Thank you.

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

CONFIDENTIAL

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 4/22/2020 2:24:26 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Coalition Wellness Checks |

ok

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, April 22, 2020 10:23 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: Coalition Wellness Checks

Thank you.  I'll file this email with the checks file.

Laura-Jean

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Wednesday, April 22, 2020 10:20 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Coalition Wellness Checks

You have my permission to use it.

Thank you

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, April 22, 2020 10:04 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** Coalition Wellness Checks

Gina,

Is it ok to use your signature stamp for the 2 wellness checks that  I need to cut?

Kathy Felber (invoice Feb-Mar 2nd)
$360.00

617Media Group (wellness materials/shipping) – the bogus invoice amount on the 2nd attachment was just an example of their Quickbooks screen so an additional $12,345.00 is not due)
$7,937.75

Laura-Jean

Laura-Jean Hickey
Assistant Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive, PO Box 680
Medway, MA 02053

App.262

(O) 508-533-1400 x116
(F) 508-533-1425
lhickey@local4funds.org
www.local4funds.org

App.263

| | |
|---|---|
| **From**: | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent**: | 10/22/2019 6:32:30 PM |
| **To**: | Marybeth Porter [MPorter@pipefitters537trust.net] |
| **Subject**: | RE: Labor Health and Financial Wellness Fair |

Thank you!

**From:** Marybeth Porter <MPorter@pipefitters537trust.net>
**Sent:** Tuesday, October 22, 2019 2:20 PM
**To:** Blanchard Carol <carol_blanchard@teamsterscare.com>
**Cc:** Gina Alongi <GAlongi@local4funds.org>; Melissa Thomas <mthomas@local877.org>; Anna Brousaides <abrousaides@rul33funds.org>; Briggs, Kelly <kbriggs@gbhetrust.org>; Laura-Jean Hickey <LHickey@local4funds.org>; Roger Gill <rgill@pulocal12.org>; Veronica Dyer <veronica@iwnefunds.com>; lmalzone44@yahoo.com
**Subject:** Re: Labor Health and Financial Wellness Fair

==**Warning**: External Sender==

Agree thank you and nicely done
Sent from my iPhone

On Oct 18, 2019, at 12:52 PM, Blanchard Carol <carol_blanchard@teamsterscare.com> wrote:

Gina, Great work! I like the proofs and agree to have the Coalition pay the initial printing costs. Thankyou to you and LauraJean for keeping the ball rolling. Carol

Sent from my iPhone

On Oct 18, 2019, at 3:45 PM, Gina Alongi <GAlongi@local4funds.org> wrote:

Happy Friday Wellness Committee and Executive Board!

Attached please find the final proofs of the following:  Poster, Post Card, Save the Date and  Flyer.

**Wellness Committee**

We would like to have you approve or comment on the attached communication material.    Please email your approval or edits by the end of the day on Monday October 21, 2019.

**Executive Board:**

We think the best way to handling the printing costs for the communication material is for the Mass Coalition to pay the expense than get reimbursed by the 501(c) 3 once we see how the sponsorships come in.

We had 617Media Group get quotes on the cost of printing 50,000 copies of the postcard (the invite) please see below.  We are in the process of getting the cost to print 50,000 of each of the above pieces.

- **SMC:** $3,220.94
- **ThriftCo:** $5,200.00
- **Sterling Printing:** $3,500.00

<u>App.264</u>

- **NG Slater:** $4,500.00
- **Harty:** $4,730.00

Before we go to print we will send the communication material out to each Fund to make sure they will be participating in Health and Wellness Event.   If they will be participating we will include the Funds name on the poster (for now we have all funds shown).

We will also ask how many pieces they will need for distribution (each Fund will pay for postage).  Once we have a commitment from each of the Funds we will have a better idea of the total expense.    I would imagine it would be less than $10,000.

Could you please email me back your vote on whether you agree or disagree with the Mass Coalition paying for the printing cost at this time.

So I don't overwhelm everyone… I will be sending you another email with a copy of the Articles of Organization and Bylaws for the Labor Health and Financial Wellness Fair for your review and approval.

Jeannie from Manzi and Associates  filed the 501(c) 3 application.   We were approved and received the  04 number already so that's good news.    We must file Articles and Bylaws with the State next week in order to distribute the letter to the Associate Members requesting sponsorships.

Stay tuned for the next email!

Gina




Gina M. Alongi
Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive
Medway, MA  02053
508-533-1400 (T)
508-533-1404 (F)
galongi@local4funds.org

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

<Poster - Wellness Event.pdf>

<Postcard - Wellness Event.pdf>

<Flyer - Wellness Event.pdf>

<Save the Date - Wellness.pdf>

<u>App.265</u>

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 4/6/2018 2:16:52 PM |
| **To:** | Blanchard Carol [carol_blanchard@teamsterscare.com] |
| **CC:** | Veronica Dyer [veronica@iwnefunds.com]; rGILL@puLOCAL12.ORG; Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Labor Health & Benefits Fair - Minnesota |

Thank you!

Have a nice weekend.

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

---

**From:** Blanchard Carol <carol_blanchard@teamsterscare.com>
**Sent:** Friday, April 06, 2018 10:15 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Veronica Dyer <veronica@iwnefunds.com>; rGILL@puLOCAL12.ORG; Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Re: Labor Health & Benefits Fair - Minnesota

I approve as well.

Sent from my iPhone

On Apr 6, 2018, at 10:13 AM, Gina Alongi <GAlongi@local4funds.org> wrote:

Thank you!

Have a nice weekend.

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

---

**From:** Veronica Dyer <veronica@iwnefunds.com>
**Sent:** Friday, April 06, 2018 10:13 AM
**To:** Gina Alongi <GAlongi@local4funds.org>; Louis Malzone - 1199SEIU (); Blanchard Carol <carol_blanchard@teamsterscare.com>; rGILL@puLOCAL12.ORG; Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Labor Health & Benefits Fair - Minnesota

App.266

I approve.

Veronica Dyer
Fund Administrator
Iron Workers Fund Office
161 Granite Avenue
Dorchester, MA 02124
Phone: 617-265-3757
Fax: 617-282-3757

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Friday, April 6, 2018 9:58 AM
**To:** Louis Malzone - 1199SEIU () <IMCEAINVALID-Louis+20Malzone+20-+201199SEIU+20+28+29@namprd19.prod.outlook.com>; Blanchard Carol <carol_blanchard@teamsterscare.com>; rGILL@puLOCAL12.ORG; Veronica Dyer <veronica@iwnefunds.com>; Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Labor Health & Benefits Fair - Minnesota

Happy Friday Executive Board!

As you know, we are in the process of planning a Coalition Wellness Event. I asked Lou and Laura Jean if they would be interested in attending the Labor Health & Benefits Fair in Minnesota (please see attached brochure).

The event apparently attracts hundreds of participants from the various participating Funds.

Could I have your approval on the expenditure of $1,876.80 for both flights, hotel for two nights approx. $800 and meals of up to $300.

A total budget of just under $3,000 for two people. I'm confident we will get great value out of this visit.

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.
Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 10/6/2016 2:33:29 PM |
| **To:** | Laura-Jean Hickey [/O=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4 |

Message

OK

Thanks

**From:** Laura-Jean Hickey
**Sent:** Thursday, October 06, 2016 10:15 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** FW: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4

Finally got Iron Mountain to give Rose what she wanted.

**From:** csateam@ironmountain.com [mailto:csateam@ironmountain.com]
**Sent:** Thursday, October 06, 2016 10:10 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4



| Request 602098000-01 |
|---|

Customer Number: 5652 / IUOE LOCAL #4
Case Number: 602098000-01
Regarding a request for: Inventory Report

Good day Rosemarie,

Hope all is well.

Please find attached to this email, the Container and Media Inventory that you requested.
Should you have any questions or concerns, please do not hesitate to let me know.


Sincerely,
Jhun Mar "Dwayne" Cervantes
Data Management Customer Care II
Iron Mountain

---

Should you have any questions please contact Iron Mountain Customer Care at csateam@ironmountain.com or (800) 934-3453 .

Please visit us at www.ironmountain.com
Did you know for faster service you can access your account through Iron Mountain Connect™?

<u>App.268</u>

FUNDS012343

------------------------------------
**From:** LHickey@local4funds.org
**Sent:** Thu Oct 06 09:37:23 EDT 2016
**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4
**To:** "csateam@ironmountain.com" ;
Thank you for your help.
My authorization number is: 2506W9

Laura-Jean

**From:** csateam@ironmountain.com [mailto:csateam@ironmountain.com]
**Sent:** Thursday, October 06, 2016 9:02 AM
**To:** Laura-Jean Hickey
**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4



| Request 602098000-01 |
|---|

Customer Number: 5652 / IUOE LOCAL #4
Case Number: 602098000-01
Regarding a request for: Inventory Report

Hello Laura-jean,

I feel that you need this resolve in the soonest time, let me work with you. I know that you consider Gina as he head of your company but we also need to consider the guidelines we have as your provider.

To resolve this issue, I did reset your SecureSync account and had sent 2 separate emails that should contain your User ID and password. Please follow the instructions to setup your account and see the attached walkthrough for you to find your authorization number. Once you have it, please respond to this email so I can authorize the request.

Please be advised that this is just a one time exception. Please provide me your authorization number for us to complete your request.

Your prompt and urgent response is greatly appreciated.

Should you have any questions, please do not hesitate to let me know.


Sincerely,
Jhun Mar "Dwayne" Cervantes
Data Management Customer Care II
Iron Mountain

---

Should you have any questions please contact Iron Mountain Customer Care at csateam@ironmountain.com or (800) 934-3453 .

Please visit us at www.ironmountain.com
Did you know for faster service you can access your account through Iron Mountain Connect™?


------------------------------------
**From:** LHickey@local4funds.org
**Sent:** Wed Oct 05 11:36:12 EDT 2016

App.269

CONFIDENTIAL

**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4
**To:** "csateam@ironmountain.com" ;

Good Morning,

Gina is not happy about this matter. She is the Administrator and is the leader of our organization. There are no staff members at the IUOE Local 4 Fringe Benefit Funds with any of the titles that you list. She is it. She is the top executive here. She manages the entire organization and has for over 20 years. We are not a company, but a Taft-Hartley Trust Fund, and do not fit into those "commonly acceptable titles" you list, but you'll have to figure out something on your end as Gina Alongi is the one who grants authorization for this access / reports. Please see our website for more information and an introduction to Gina: www.local4funds.org.

Again, she is not happy about this and we would like a resolution as soon as possible.

Laura-Jean

**From:** csateam@ironmountain.com [mailto:csateam@ironmountain.com]
**Sent:** Wednesday, October 05, 2016 9:16 AM
**To:** Laura-Jean Hickey
**Cc:** Gina Alongi
**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4



---

| Request 602098000-01 |
| --- |

Customer Number: 5652 / IUOE LOCAL #4
Case Number: 602098000-01
Regarding a request for: Inventory Report

Good day Laura-jean,

I feel that you need this resolve in the soonest time, let me work with you. I understand you mentioned that Gina is one of your directors. Hence, based on the last email sent by Gina, her email signature shows her title as an **Administrator, not a Director.**

Please see the list below of commonly acceptable titles of Director Level and above:

CEO - Chief Executive Officer
CTO - Chief Technology Officer
CFO - Chief Financial Office
COO - Chief Operating Officer
EVP - Executive Vice President
SVP - Senior Vice President
AVP - Assistant Vice President
VP - Vice President
President
Controller
Comptroller
General Manager
Director

I just called Gina and left a voicemail to advise about the issue. I asked her to resend the email and possibly update her title within her email signature.

Should you have any questions, please do not hesitate to let me know.

Sincerely,
Jhun Mar "Dwayne" Cervantes

<u>App.270</u>

CONFIDENTIAL

Data Management Customer Care II
Iron Mountain

---

Should you have any questions please contact Iron Mountain Customer Care at csateam@ironmountain.com or (800) 934-3453 .



Please visit us at www.ironmountain.com
Did you know for faster service you can access your account through Iron Mountain Connect™?

-----------------------------------
**From:** LHickey@local4funds.org
**Sent:** Tue Oct 04 15:48:15 EDT 2016
**CC:** Gina Alongi
**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4
**To:** "csateam@ironmountain.com" ;
Hi Dwayne,

Gina is our Director.  She is the top executive at the IUOE Local 4 Fringe Benefit Funds Office and Rosemarie and I work directly for her.

Laura-Jean

**From:** csateam@ironmountain.com [mailto:csateam@ironmountain.com]
**Sent:** Tuesday, October 04, 2016 3:33 PM
**To:** Laura-Jean Hickey
**Cc:** Gina Alongi
**Subject:** RE: Request Id:'602098000-01' CustId:5652 CustName:IUOE LOCAL #4



| Request 602098000-01 |
|---|

Customer Number: 5652 / IUOE LOCAL #4
Case Number: 602098000-01
Regarding a request for: Inventory Report

Good day Laura-jean,

Hope all is well.

We received a separate, email confirmation from Gina Alongi approving all requests as mentioned below. Hence, we are unable to obtain her 6 character, authorization number that should serve as an approval.

Also, as mentioned below, another option is to have an account executive with a title of a **Director and up** but Gina's email signature only indicates her as an Administrator.

**Gina M. Alongi**
**Administrator** - not valid
**IUOE Local 4 Fringe Benefit Funds**

**Tel.  508-533-1400** ext. 111

Please have a Director and up to approve the request and have them respond to this email with their title and contact details.

Your prompt and urgent response is greatly appreciated.

App.271

CONFIDENTIAL

Should you have any questions, please do not hesitate to let me know.

Sincerely,
Jhun Mar "Dwayne" Cervantes
Data Management Customer Care II
Iron Mountain

---

Should you have any questions please contact Iron Mountain Customer Care at csateam@ironmountain.com or (800) 934-3453 .

Please visit us at www.ironmountain.com
Did you know for faster service you can access your account through Iron Mountain Connect™?

------------------------------------
**From:** GAlongi@local4funds.org
**Sent:** Tue Oct 04 13:05:17 EDT 2016
**CC:** Laura-Jean Hickey ;
**Subject:** Inventory Report
**To:** "csateam@ironmountain.com" ;
Attention: Jhun Mar "Dwayne" Cervantes

I, Gina M. Alongi, Administrator of the IUOE Local 4 Fringe Benefit Funds Office, authorize the request below:

- In inventory report to be sent to Rosemarie at ralongi@local4funds.org.

- For us to generate another set of emails for your User ID and default password.

- Remove Karen Ryan from the list.

- Add new authorized users: Laura-Jean Hickey (lhickey@local4funds.org) and Rosemarie Alongi (ralongi@local4funds.org); send each User ID and default passwords

My contact info is as follows:

Gina M. Alongi
Administrator
IUOE Local 4 Fringe Benefit Funds
Tel.  508-533-1400 ext. 111
Fax. 508-533-1425
galongi@local4funds.org
www.local4funds.org

Thank you for your help.

Gina M. Alongi

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,

App.272

disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

The information contained in this email message and its attachments is intended only for the private and confidential use of the recipient(s) named above, unless the sender expressly agrees otherwise. Transmission of email over the Internet is not a secure communications medium. If you are requesting or have requested the transmittal of personal data, as defined in applicable privacy laws by means of email or in an attachment to email, you must select a more secure alternate means of transmittal that supports your obligations to protect such personal data. If the reader of this message is not the intended recipient and/or you have received this email in error, you must take no action based on the information in this email and you are hereby notified that any dissemination, misuse or copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

The information contained in this email message and its attachments is intended only for the private and confidential use of the recipient(s) named above, unless the sender expressly agrees otherwise. Transmission of email over the Internet is not a secure communications medium. If you are requesting or have requested the transmittal of personal data, as defined in applicable privacy laws by means of email or in an attachment to email, you must select a more secure alternate means of transmittal that supports your obligations to protect such personal data. If the reader of this message is not the intended recipient and/or you have received this email in error, you must take no action based on the information in this email and you are hereby notified that any dissemination, misuse or copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

The information contained in this email message and its attachments is intended only for the private and confidential use of the recipient(s) named above, unless the sender expressly agrees otherwise. Transmission of email over the Internet is not a secure communications medium. If you are requesting or have requested the transmittal of personal data, as defined in applicable privacy laws by means of email or in an attachment to email, you must select a more secure alternate means of transmittal that supports your obligations to protect such personal data. If the reader of this message is not the intended recipient and/or you have received this email in error, you must take no action based on the information in this email and you are hereby notified that any dissemination, misuse or copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

The information contained in this email message and its attachments is intended only for the private and confidential use of the recipient(s) named above, unless the sender expressly agrees otherwise. Transmission of email over the Internet is not a secure communications medium. If you are requesting or have requested the transmittal of personal data, as defined in applicable privacy laws by means of email or in an attachment to email, you must select a more secure alternate means of transmittal that supports your obligations to protect such personal data. If the reader of this message is not the intended recipient and/or you have received this email in error, you must take no action based on the information in this email and you are hereby notified that

any dissemination, misuse or copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message.

<u>App.274</u>

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 9/21/2017 7:05:11 PM |
| **To:** | Michael Brady [mbrady157@hotmail.com] |
| **CC:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: New PBM Agreements; Non Disclosure Agreement |

Mike,

Thank you,

That sounds grat!

Gina


Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Michael Brady [mailto:mbrady157@hotmail.com]
**Sent:** Thursday, September 21, 2017 3:04 PM
**To:** Gina Alongi <GAlongi@local4funds.org>; Michael Brady <mbrady157@hotmail.com>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Re: New PBM Agreements; Non Disclosure Agreement

You can forward the PBM agreements to your Member Fund.
We will need a signed nondisclosure, if they are going to show it to any of their professionals.

Let me know if they have any questions. We are getting significant 3rd year(7/1/17--6/30/18) improvements under both contracts due to our Market Check. I will pass that info when it becomes official.

Thank you,

Mike Brady

**Administrator**
**Laborers' Local 157 Benefit Funds**

**348 Duanesburg Road**
**Schenectady, NY 12306**

**Phone#518-374-8872**

<u>App.275</u>

CONFIDENTIAL

Cell#518-937-6190
Fax#518-374-5233
mbrady157@hotmail.com

---

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, September 21, 2017 2:30 PM
**To:** Michael Brady
**Cc:** Laura-Jean Hickey
**Subject:** RE: New PBM Agreements; Non Disclosure Agreement

Mike,

Hope you are well.    One of the Mass Coalition T-H Funds would like a copy of the PBM Agreements which you attached to this email.

Based on the email below the Fund can review the terms of these PBM Agreements **without** signing the Nondisclosure.

The Nondisclosure is required to be signed only by third party service providers.

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

---

**From:** Michael Brady [mailto:mbrady157@hotmail.com]
**Sent:** Friday, September 08, 2017 2:55 PM
**To:** Gina Alongi <GAlongi@local4funds.org>; Michael Brady <mbrady157@hotmail.com>
**Subject:** Fw: New PBM Agreements; Non Disclosure Agreement


Thank you,

Mike Brady
**Administrator**
**Laborers' Local 157 Benefit Funds**

348 Duanesburg Road
Schenectady, NY 12306

Phone#518-374-8872
Cell#518-937-6190

App.276

**From:** Tony Potenza <nylaborhealthalliance@verizon.net>
**Sent:** Tuesday, August 9, 2016 9:43 AM
**To:** karen373benefits@aol.com; Anne-Marie Sims; Barbara Small; one12funds@yahoo.com; Bob Ambrosetti; Bonnie Allman; Carmen Nicotera; carolinewsta@gmail.com; Christopher Baxter; Daniel Dafoe; Deb Politis; Dolores Blake; Dominic Gerace; Erin Novak; ibew139ba@aol.com; George Wallace; Glen Camisa; Gloria McCormick; James Gaffney; Jeff Guynup; Jeff Potvin; Jim Bennett, CPA; John Helak; John Love; Kathi Pollard; Kathy Hamm; Lois Fusco; Lynette A. Metz; mmartini@bac5ny.com; Mark Landau; Michael Nanno; Michael Rossi; Pam Brown; Patricia Redhead; Rich Pagano; Richard Brooks; Rich Daddario; tmcdonough@iatse-local1.org; crnancy@candrdirect.com; Scott Oliver; shuang@teamsters813.org; Sharon Molinelli; Sue Ranelli; Tammy McManus; Terrence Moore; Thomas Spicer; Tina Lucci; Vincenza Quinlan; mduci@ufcw342.org
**Cc:** jim.conlon@milliman.com; Michael Brady; Robert Valenty; Steve O'Sick; Jennifer O'Neil
**Subject:** New PBM Agreements; Non Disclosure Agreement

TO:              All Member Funds NY Labor Health Care Alliance
FROM:          Tony Potenza
SUBJECT:       New Pharmacy Benefit Agreements
TODAY'S DATE:  August 9, 2016
CC:            Robert Valenty, Pres.; Michael Brady, Treas.; Stephen O'Sick, Sec.;
               James E. Conlon, Consulting Actuary; Jennifer O'Neil, Legal Counsel

---

This is to respectfully inform all members that the NY Labor Health Care Alliance has secured new pharmacy benefit contracts with Express Scripts and Optum Rx.
The PBM agreements, as well as a non-disclosure agreement, are attached to this notice and provided to member funds only.
Please be advised that if member funds wish to provide copies of the new agreements to any third party such as brokers, consultants, providers, potential new member funds, etc., then the third parties must complete and return to our office the signed non-disclosure agreement prior to receiving copies of the PBM contracts.
We will inform member funds of our receipt of the signed non-disclosure agreement, at which time we will inform our member fund that a copy of the PBM agreement(s) may be sent to the requesting party.
The new PBM agreements are proprietary documents. They were developed over many months of negotiations with our endorsed pharmacy benefit providers and at a great expense to the NY Labor Health Care Alliance.
Thank you very much for your cooperation and understanding regarding the non-disclosure requirement.
Please contact our office if you have any questions.

App.277

Anthony F. Potenza, Exec. Dir.

NY Labor Health Care Alliance
890 3rd Street
Albany, NY 12206
Ph: 518-459-4520
Fax: 518-459-4521
e-mail: nylaborhealthalliance@verizon.net

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

App.278

**From:**      Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI]
**Sent:**      2/7/2019 3:34:05 PM
**To:**      Michelle Schweitzer [mschweitzer@local98.org]
**Subject:**      RE: MGM Springfield

Thank you!

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Michelle Schweitzer <mschweitzer@local98.org>
**Sent:** Thursday, February 07, 2019 10:32 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: MGM Springfield

I'd be happy to Gina.  I will send her your information today.

*Michelle P. Schweitzer*
*Administrator*
*Local 98 Benefits*
*(413) 525-4221*

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, February 07, 2019 10:31 AM
**To:** Michelle Schweitzer <mschweitzer@local98.org>
**Subject:** RE: MGM Springfield

Michelle,

I'm glad they called you back.   We are looking for a location for the Coalition's  December Holiday event.   Laura Jean is working with the new Casino "Encore" but they are very expensive.

We would like to talk to your contact at MGM to compare the prices.    Once you meet with her could you give her my email?

Thank you

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

App.279

**From:** Michelle Schweitzer <mschweitzer@local98.org>
**Sent:** Thursday, February 07, 2019 10:27 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** MGM Springfield

Good Morning Gina,

I'm not sure whether or not you are still interested in hosting an event at MGM-Springfield but I thought I'd let you know that I was finally able to hook up with the Executive Meeting Manager there, and it seems like they've improved there customer service since my last attempts. She seems sincere in her apologies for the past problems and anxious to correct them. I believe her exact words were "We would love a second chance to have an opportunity to WOW you"!! Phil & I will be going down to take a look at the meeting space sometime in the Spring as we've already booked The Publick House for our 2019 trustee meetings. We are hoping to hold our 2020 meetings there if things work out. If you are interested, let me know and I will provide you with the contact information I have.

Thanks Gina,

*Michelle P. Schweitzer*
*Administrator*
*Local 98 Benefits*
*(413) 525-4221*

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the individual(s) to whom it is addressed, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you receive this email in error, please notify the sender by reply email and destroy this message and its attachments.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system. CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the individual(s) to whom it is addressed, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you receive this email in error, please notify the sender by reply email and destroy this message and its attachments.

CONFIDENTIALITY NOTICE: This email, including attachments, is for the sole use of the individual(s) to whom it is addressed, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you receive this email in error, please notify the sender by reply email and destroy this message and its attachments.

CONFIDENTIAL

| | |
|---|---|
| **From:** | Gina Alongi [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GALONGI] |
| **Sent:** | 4/12/2016 4:16:03 PM |
| **To:** | Rebecca Zaccardi [/O=FIRST ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=rdesalvo] |
| **Subject:** | RE: Mass Coalition Investment Statement |

Can you try?

**From:** Rebecca Zaccardi
**Sent:** Tuesday, April 12, 2016 12:13 PM
**To:** Gina Alongi
**Subject:** RE: Mass Coalition Investment Statement

It really isn't.  It's just checks that have been written but not yet cashed.  Since Laura-Jean is now issuing the checks directly from quickbooks they are now posted when written instead of cashed.  I think I can get the statements on cash basis if you want, so it won't show the negative.

Rebecca Zaccardi CPA
Accounting Manager
IUOE Local 4
508-533-1400 x120

**From:** Gina Alongi
**Sent:** Tuesday, April 12, 2016 12:08 PM
**To:** Rebecca Zaccardi
**Subject:** Mass Coalition Investment Statement

Becky,

Why is the Mt. Washington checking account negative?

<u>App.281</u>

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 10/17/2019 2:29:44 PM |
| **To:** | Hickey, Laura-Jean (LHickey@local4funds.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | FW: Local 653 - Job Description - Assistance with Circulation |
| **Attachments:** | Benefit Plan Administrative Manager - Job Description_ FINAL.pdf |

Can you send this out to the Coalition members in the event they know someone.

Gina

**From:** Stephenson, Denise <Denise.Stephenson@WillisTowersWatson.com>
**Sent:** Thursday, October 17, 2019 10:23 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** Local 653 - Job Description - Assistance with Circulation

**Warning**: External Sender

Gina –

Very much appreciate your offer to help circulate the Job Description for Local 653.

See attached.

Denise

For information pertaining to Willis Towers Watson's email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit http://www.willis.com/email_trailer.aspx

You may receive direct marketing communications from Willis Towers Watson. If so, you have the right to opt out of these communications. You can opt out of these communications or request a copy of Willis Towers Watson's privacy notice by emailing unsubscribe@willistowerswatson.com.

CONFIDENTIAL

# Job Description

# Benefit Plan Administrative Manager

**The International Brotherhood of Teamsters Local 653 Health Services and Insurance Plan** is looking for qualified candidates for the position of Benefit Plan Administrative Manager.

The Fund currently provides benefits for 1,200 active members and their spouses and 250 retirees. The Fund Office is located in Easton, Massachusetts. The Administrative Manager position is a full time (40 hours / week) position, with onsite hours from 8 AM – 5 PM Monday thru Friday. Interested candidates should send their resumes to :

Michael W. Clark, Jr. (mike.c@teamsterslocal653.org)

## Job Description

The Benefit Plan Administrative Manager will oversee the administration of a self-funded health and welfare fund. The position will have full responsibility for carrying out the policies and directives of the Board of Trustees for all operational aspects of administering the benefit plans, supervising fund office employees, and acting as a liaison between the plan participants and service providers.

**Basic Responsibilities:**

- Manage Plan eligibility and employer contribution payment processes in accordance with plan rules and Collective Bargaining Agreements.
- Provide accurate eligibility data to service providers.
- Administer short term disability plan, including eligibility and payments, in a timely manner.
- Provide information to outside bookkeeping firm, auditors and the Board of Trustees as required.

App.283

- Act as the primary point of contact for participants. Be available during core business hours to answer questions and provide accurate information.
- Manage all annual plan reporting requirements including plan audits, 5500 filings, plan documents and Summary Annual Reports, as well as any other required filings and mailings.

**Specialized Knowledge, expertise and/or abilities or equivalent experience:**

- Degree in business, finance or accounting or equivalent experience.
- Knowledge of employee benefits and related regulatory requirements.
- Demonstrated computer skills and experience with information technology systems, including MS Office and benefits administration software.
- Strong commitment to the member experience.
- Prior Taft-Hartley Plan experience preferred, but not required.

<u>App.284</u>

**Exhibit 23**

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 10/17/2016 4:46:00 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **CC:** | Lou Malzone [lmalzone@615funds32bj.org] |
| **Subject:** | RE: Labor First Follow Up |

Looks good.   I would send it out to the E-Board to approve first.

**From:** Laura-Jean Hickey
**Sent:** Monday, October 17, 2016 11:16 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Lou Malzone <lmalzone@615funds32bj.org>
**Subject:** RE: Labor First Follow Up

I've edited and cleaned it up – see attached.  Please let me know if you have any edits, etc.

Laura-Jean

**From:** Gina Alongi
**Sent:** Friday, October 14, 2016 2:50 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Cc:** Lou Malzone <lmalzone@615funds32bj.org>
**Subject:** RE: Labor First Follow Up

Laura Jean,

I left my changes on your desk.   I wasn't crazy about the questionnaire so I tried to make it fit the audience.

Thank you

**From:** Laura-Jean Hickey
**Sent:** Thursday, October 13, 2016 4:35 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Lou Malzone <lmalzone@615funds32bj.org>
**Subject:** FW: Labor First Follow Up

FYI
Any changes to the questionnaire before I send along?

**From:** Steve Gervasio [mailto:sgervasio@laborfirst.com]
**Sent:** Wednesday, October 05, 2016 3:44 PM
**To:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Subject:** Follow Up

Good Afternoon Laura-Jean,

App.286

During our meeting with the MA Coalition, Gina and Lou asked if we could provide a questionnaire to gather data from the membership. Attached please find a Questionnaire Draft. Feel free to make any changes that you feel are necessary.

I will give you a follow up call in the next few weeks to see if you and Gina have time to discuss the next steps.

Thanks again for all your support.
Best regards,
Steve g

App.287

CONFIDENTIAL

# Exhibit 24

| Message | |
|---|---|
| **From**: | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent**: | 1/12/2017 8:33:38 PM |
| **To**: | Hickey, Laura-Jean (LHickey@local4funds.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject**: | FW: Catching up and supporting the Coalition |

Just send him the application to join.   Not interested in lunch unless he brings it than leaves...



EXHIBIT 170

ALONGI

07/14/2022   BG

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Joseph Dunbar [mailto:jdunbar@sageviewadvisory.com]
**Sent:** Thursday, December 22, 2016 10:27 AM
**To:** Gina Alongi <GAlongi@local4funds.org>; Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Catching up and supporting the Coalition

Hi Gina and Laura-Jean,

Hope you've been well it has been a long time! I have settled over here at SageView Advisory Group and am enjoying the new role. I now work out of our Boston office.

I ran into Joe Carmignani the other day. We started talking about the Coalition and potentially how SageView might be able to help. I was thinking the next time I am in your area we potentially could take you to lunch and discuss?

If I don't talk to you before I hope you and your families have a happy and healthy holiday and New Year.

Joe

**Joseph Dunbar  | Investment Advisor | SageView Advisory Group**
114 State Street, Suite 501, Boston, MA 02109
*t* 617.982.7250
www.sageviewadvisory.com



Registered Representative with securities offered through Cetera Advisor Networks, LLC, Member FINRA/SIPC. Advisory Services offered through Sageview Advisory Group, LLC. Cetera is under separate ownership from any other named entity. The information contained in this electronic mail message, including any attachments, is confidential and intended solely for the use of the person or entity to whom the e-mail is addressed. It may contain information that is protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. Any further distribution of this message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation. Thank you

App.289

Message

| From: | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| Sent: | 8/19/2016 3:50:44 PM |
| To: | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| Subject: | RE: re Your Invitation and requesting a phone conversation |

You may want to ask her to join as an associate member first.



EXHIBIT 171
ALONGI
07/14/2022 BG

**From:** Laura-Jean Hickey
**Sent:** Thursday, August 18, 2016 12:54 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** FW: re Your Invitation and requesting a phone conversation
**Importance:** High

**From:** Jeanne LaFrance [mailto:jlafrance@cmitne.com]
**Sent:** Thursday, August 18, 2016 12:14 PM
**To:** galongi@macoalthtf.org
**Cc:** Jeanne LaFrance <jlafrance@cmitne.com>
**Subject:** re Your Invitation and requesting a phone conversation
**Importance:** High

Gina,

By way of introduction, I am a colleague of Jonas Fernandes from CMIT. He asked me to follow up on your suggestion and/or invitation for CMIT to present to the Coalition detail on our IT outsourcing services to support members of the Mass Coalition as well as highlight of current experience with multiple union clients.

I have done these presentations before as a preferred vendor for other corporations and professional service firms.

**Might I be able to schedule a call with you to find out more detail?**

With kind regards,

**Jeanne LaFrance**
Senior Director
*CMIT Solutions of Cambridge*

Direct: 781-888-0300
Fax Number – 781.350.3439
jlafrance@cmitne.com

**CMIT : Solutions**
Your Technology Team

CMIT Solutions® Authorized Licensee
Each Franchise Individually Owned & Operated

App.290

CONFIDENTIAL

Message
_____

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 10/20/2016 4:51:28 PM |
| **To:** | Jeanne LaFrance [jlafrance@cmitne.com] |
| **CC:** | Hickey, Laura-Jean (LHickey@local4funds.org) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Mass Coalition Associate Membership |

Jeanne,

Thank you for the membership! Would 1:00 pm work for you on November 9<sup>th</sup>? The presentation with questions should be limited to 45 minutes.

If you would like to do a PowerPoint presentation that would be great we will set the room up with a projector. I'm not sure of the attendance yet.

I will Laura Jean who I have copied on this email to give you the count as we get closer to the meeting.

I will also have Laura Jean send you our address and as we get closer to the meeting date we can connect.

You should be good to go.

Thank you,
Gina



**From:** Jeanne LaFrance [mailto:jlafrance@cmitne.com]
**Sent:** Wednesday, October 19, 2016 8:18 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Jeanne LaFrance <jlafrance@cmitne.com>
**Subject:** Mass Coalition Associate Membership

Gina,

It was a delight connecting with you yesterday; CMIT Solutions would like to apply for an Associate Membership. Attached is our application, and we will forward a check by mail.
Larry Kerrigan is available to present on November 9 to you and your colleagues an overview of how our organization may support the various funds with IT infrastructure support.

**Can you give me an indication of the timing for November 9?**
**How long do you suggest the presentation to be?**
**Should have handouts or a Power Point presentation?**
**How many folks will be in the audience?**
**Any other instructions?**

With very best regards,

**Jeanne LaFrance**
Senior Director
*CMIT Solutions of Cambridge*

Work Phone - 781.888.0300
Fax Number – 781.350.3439



CMIT Solutions® Authorized License
Each Franchise Individually Owned & Operated

App. 291

Toll Free - 1.800.399.CMIT
jlafrance@cmitne.com

App.292

CONFIDENTIAL

Work Phone - 781.888.0300
Toll Free - 1.800.399.CMIT
jlafrance@cmitne.com



**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Monday, November 26, 2018 3:35 PM
**To:** Jeanne LaFrance <jlafrance@cmitne.com>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Holiday lunch donation

We will miss you!

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

App.293

FUNDS014920

| | |
|---|---|
| **From**: | Lou Malzone [lmalzone@615funds32bj.org] |
| **Sent**: | 7/22/2015 3:41:00 PM |
| **To**: | Laura-Jean Hickey [/O=FIRST ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=LHickey] |
| **CC**: | Gina Alongi [/O=FIRST ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=galongi] |
| **Subject**: | RE: RE: |

Thanks. This should solve the problem and get us 3 new members!!
LOU



**Louis F. Malzone**
Executive Director
Boston Building Service Employees' Trust Fund | SEIU 32BJ New England District 615
26 West Street, 3rd Floor, Boston, MA 02111
Office: (617) 878-7480 | Cell: (781) 929-6484 | Fax: (617) 878-7583
www.seiu615funds.org



*****The information contained in this communication is intended only for the use of the recipient(s) named above. It may contain information that is privileged or confidential, and may be protected by State and/or Federal Regulations. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system. If you have any questions concerning this message, please contact the sender.*****

**From:** Laura-Jean Hickey [mailto:LHickey@local4funds.org]
**Sent:** Wednesday, July 22, 2015 8:56 AM
**To:** Gina Alongi; Robert Haynes
**Cc:** Lou Malzone
**Subject:** RE: RE:

Bob,

I'm dropping the three applications in the mail today as requested.

Laura-Jean

**From:** Gina Alongi
**Sent:** Tuesday, July 21, 2015 2:19 PM
**To:** Robert Haynes
**Cc:** Lou Malzone (lmalzone@615funds32bj.org); Laura-Jean Hickey
**Subject:** RE: RE:

Bob,

My next Coalition meeting is scheduled for September 24, that meeting is already booked with presenters. The earliest date I could have them present would be November 19, 2015, the meeting is at my office.

Please let me know if you would like me to schedule them to present on that day. In order for them to do so, they must become associate members of the Coalition. I will have Laura Jean send you the application. **App.294**

Thank you,
Gina

**From:** Robert Haynes [mailto:robert@haynes-assoc.com]
**Sent:** Friday, July 17, 2015 5:31 PM
**To:** Gina Alongi
**Subject:** Re: RE:

Gina, thanks for your response. I should join as Haynes and Associates. Can you send me an application? I will encourage MDSASS to join as well.

Ralph Feminella worked for Pfizer and was at a few of our events. He is with Decusoft now and Jim Kelly the programmer and software developer has extensive union experience. I am sure if you give him an hour you will think it worthwhile to have him present to the coalition. He is confident that his products are superior to the companies you mentioned. We could get him to sponsor some event and get them to join the Coalition. It would be helpful to me if you could spare an hour and then make a decision about the coalition.
Thanks

Robert J. Haynes
Chairman
Haynes and Associates
www.haynes-assoc.com
354 Upham st Unit 10
Melrose, MA 02176-3340
Cell: 781-572-4757

On Jul 17, 2015, at 2:37 PM, Gina Alongi <GAlongi@local4funds.org> wrote:

Bob,

Sorry for the delay in responding back to you I was on vacation.

I don't remember Ralph Feminella.  I reviewed Decusoft's website, most of the Trust Funds are using ISSI or Vitech or some other home grown software package.

I'm not sure this product would be useful to the Coalition members.

MD Sass has not joined this year nor did they join last year.

Thank you,
Gina

**From:** Robert Haynes [mailto:robert@haynes-assoc.com]
**Sent:** Thursday, July 09, 2015 2:17 PM
**To:** Gina Alongi
**Cc:** lmalzone@615funds32bj.org
**Subject:**

Gina, two things. About the request yesterday, you met Ralph Feminella a few years ago when we hosted an event about Lipitor. Ralph worked for Pfizer at the time. He wants you to feel comfortable about the system and  is very much interested doing a demo for you of his benefits software called
**App.295**

Easy Admin. Hopefully, then a demo for the Coalition at a lunch he will host or at a venue of your choice. The company name is Decusoft.

And secondly can you tell me if MDSASS joined the Coalition last year and or this year?

Thanks

Robert Haynes
President
Haynes and Associates Inc
www.haynes-assoc.com
354 Upham St, Unit 10
Melrose, MA 02176-3340
Cell-781-572-4757

This transmission contains information that may be confidential and privileged. Unless you are the intended recipient of
this message, (or authorized to receive it for the intended recipient), you may not copy, forward, or otherwise use it,
or disclose its contents to anyone else. If you have received this transmission in error, please notify us immediately and
delete it from your system.

This transmission contains information that may be confidential and privileged. Unless you are the intended recipient of
this message, (or authorized to receive it for the intended recipient), you may not copy, forward, or otherwise use it,
or disclose its contents to anyone else. If you have received this transmission in error, please notify us immediately and
delete it from your system.

App.296

| | |
|---|---|
| **From:** | Gina Alongi [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GALONGI] |
| **Sent:** | 4/25/2016 4:05:19 PM |
| **To:** | Laura-Jean Hickey [/O=FIRST ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=LHickey] |
| **Subject:** | RE: forgot to ask re: Marcum |

I agree

**From:** Laura-Jean Hickey
**Sent:** Thursday, April 21, 2016 1:13 PM
**To:** Gina Alongi
**Subject:** FW: forgot to ask re: Marcum

EXHIBIT 175
ALONGI
07/14/2022  BG

Gina,

Rose is asking if Marcum's dues can be prorated.  I'd say no since they presented to the Coalition at the January 20th meeting under the assumption of joining as an Associate Member.

Laura-Jean

**From:** Rosemarie Alongi
**Sent:** Thursday, April 21, 2016 11:58 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** forgot to ask

Will the check Marcum gives you be prorated for the year?

Regards,

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

App.297

| | |
|---|---|
| **From**: | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent**: | 1/3/2019 8:30:36 PM |
| **To**: | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject**: | Fwd: DDM Product |

Please add Chucks name to the Coalition agenda.

Sent from my iPhone



Begin forwarded message:

**From:** "Doherty, Mark" <MarkDoherty@AmalgamatedBank.com>
**Date:** January 3, 2019 at 3:10:55 PM EST
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject: RE: DDM Product**

Thanks Gina. It looks like Chuck will be joining me. We should not take more than 25 – 30 minutes and will make ourselves available for any questions, etc. after.

Best,

Mark

**Mark Doherty**
First Vice President

Amalgamated Bank

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Thursday, January 3, 2019 2:33 PM
**To:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Subject:** RE: DDM Product

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

App.298

Perfect.

So the meeting will be at my office 16 Trotter Drive Medway. We have you scheduled to present at 10:30 am.

Could you please prepare 23 copies of the presentation.

Thank you,
Gina


Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Sent:** Thursday, January 03, 2019 11:28 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: DDM Product

Hi Gina,

I can make the meeting on the 9th. There is a good chance my colleague, Chuck Hutton, will join as well. I will confirm his attendance shortly.

Can you remind me how much time we have, how many presentations might be needed, etc.?

Thanks!

Mark



**Mark Doherty**
First Vice President

Amalgamated Bank

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Wednesday, January 2, 2019 3:35 PM
**To:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Subject:** RE: DDM Product

App.299

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sure.

Thank you

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Sent:** Wednesday, January 02, 2019 3:34 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: DDM Product

Thanks Gina. I need to try to move one meeting but that may work. Can I let you know first thing in the morning?

Best,

Mark


**Mark Doherty**
First Vice President

**Amalgamated Bank**

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Wednesday, January 2, 2019 3:23 PM
**To:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Subject:** RE: DDM Product

App.300

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

I just had an Associate Member cancel, they were scheduled to present on January 9th at 10:15 at my office to the Administrators.

Would you like to take that spot instead of meeting on the 15th?

Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Gina Alongi
**Sent:** Wednesday, January 02, 2019 2:55 PM
**To:** 'Doherty, Mark' <MarkDoherty@AmalgamatedBank.com>
**Subject:** RE: DDM Product

Mark,

Happy New Year!

I can do the 15th at noon. If that works could you please send me an invite.

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Sent:** Wednesday, January 02, 2019 1:48 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: DDM Product

App.301

Gina,

Happy New Year! A quick note to follow up on your availability on either Tuesday January 15th or Wednesday January 16th? Happy to come to your offices or perhaps we can catch up for lunch. Let me know if either of those days work for you.

Best,

Mark

**Mark Doherty**
First Vice President

Amalgamated Bank

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**From:** Doherty, Mark
**Sent:** Friday, December 7, 2018 2:16 PM
**To:** 'Gina Alongi' <GAlongi@local4funds.org>
**Subject:** RE: DDM Product

Gina,

The day is getting away from me so wanted to check back in on potential dates to catch up before it was gone.

I have some things I need to do in Boston and was targeting the middle of the week of January 14 so if you are available on either Tuesday January 15th late morning/early afternoon or Wednesday January 16th in the afternoon I could swing by Medway on my drive to/from Connecticut.    If neither of those days work, that Thursday the 17th with the exception of 10:00 – 2:00 and that Friday the 18th with the exception of 9:00 to 11:00 both work well for a call.

If that week does not work, the following week is pretty clear right now so I could do a call or take the drive up to Medfield on pretty much any day.

Please let me know what works best on your end.

Have a great weekend,

Mark

**Mark Doherty**
First Vice President

App.302

**Amalgamated Bank**

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Thursday, December 6, 2018 3:30 PM
**To:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Subject:** RE: DDM Product

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sounds good.

Talk soon.
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Sent:** Thursday, December 06, 2018 3:26 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: DDM Product

Gina,

It was great seeing you as well. I really enjoyed the event, definitely worth the trip up.

I am running out of the office for a meeting shortly but will send some potential dates for us to catch up tomorrow.

Have a great night.

Mark

App.303

**Mark Doherty**
First Vice President

**Amalgamated Bank**

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**From:** Gina Alongi [mailto:GAlongi@local4funds.org]
**Sent:** Thursday, December 6, 2018 3:14 PM
**To:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Subject:** DDM Product

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mark,

It was nice seeing you yesterday thank you for traveling the distance to attend the event.

After the first of the year lets schedule some time to discuss the DDM product.

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Wednesday, September 12, 2018 9:57 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** FW: Following up

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

App.304

**From:** Doherty, Mark <MarkDoherty@AmalgamatedBank.com>
**Sent:** Wednesday, September 12, 2018 9:41 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** Following up

Gina,

Thanks again for taking the time to meet with me in your offices last Thursday. Hopefully you are able to park in your usual spot again and do not have to take that hot trek across the parking lot. I appreciated your thoughts regarding the Coalition, the networking opportunity and the value of our membership. I have submitted paperwork for membership over the final three months of 2018 and plan to submit a request for the full year membership for 2019 in November. I will let you know when the check is mailed and send my application at that point.

I also took a quick look at the program DDM ("Demand Deposit Marketplace") EBSB is offering and it is similar to an Insured Cash Sweep product we offer. Reich & Tang is the technology behind the scenes for EBSB. Regarding banking, if you are interested in getting a sense of what others might offer, I would be happy to take a look at your account analysis and give some thoughts on what we could do for Local 4. I know you are busy so if the time is not right for that discussion, no worries.

I look forward to seeing you at the winter event later this year.

Best,

Mark

**Mark Doherty**
First Vice President

**Amalgamated Bank**

275 7th Ave, 9th Floor
New York, NY 10001

T 212 895 4919
MarkDoherty@amalgamatedbank.com

**Follow us**

<!--[if !vml]--><!--[endif]--> <!--[if !vml]--><!--[endif]-->

This message contains sensitive and proprietary information
and is intended only for the individual named.
If you are not the named addressee, you should not
disseminate, distribute or copy this e-mail or its
attachments. Please notify the sender immediately by e-mail
if you have received this e-mail by mistake
and delete this e-mail from your system.

App.305

E-mail transmission cannot be guaranteed to be secure or
error-free as information could be intercepted,
corrupted, lost, destroyed, arrive late or incomplete, or
contain viruses. Amalgamated Bank, therefore
does not accept liability for any errors or omissions in the
contents of this message which arise as a
result of e-mail transmission. If verification is required,
please request a hard-copy version.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

CONFIDENTIAL


EXHIBIT 177
ALONGI
07/14/2022 BG

**From:** McLean, Andrew <Andrew_McLean@bostonmutual.com>
**Sent:** Wednesday, October 16, 2019 1:24 PM
**To:** Laura-Jean Hickey
**Subject:** FW: Mass. Coalition of Taft-Hartley Trust Funds Associate Membership

## Warning: External Sender

Hi Laura-Jean

I just wanted to follow up with you on this. If you wouldn't mind sending over an invoice for the $375 amount that Gina outlined below, that would be fantastic!

Thanks so much!



Andy McLean
Regional Sales Director
Workplace Solutions Sales
Boston Mutual Life Insurance Company
120 Royall Street, Canton, MA 02021

O: (800) 669-2668 x505
D: (781) 770-0505
M: (508) 365-8855
F: (781) 770-0497
www.bostonmutual.com

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, October 10, 2019 10:05 AM
**To:** McLean, Andrew <Andrew_McLean@bostonmutual.com>
**Subject:** RE: Mass. Coalition of Taft-Hartley Trust Funds Associate Membership

Andy,

I will have Laura Jean send you an invoice.

Have a great weekend.
Gina

**From:** McLean, Andrew <Andrew_McLean@bostonmutual.com>
**Sent:** Wednesday, October 9, 2019 1:19 PM
**To:** Gina Alongi <GAlongi@local4funds.org>; Laura-Jean Hickey <lhickey@macoalthtf.org>
**Subject:** RE: Mass. Coalition of Taft-Hartley Trust Funds Associate Membership

## Warning: External Sender

Gina,

Is there any way to get an invoice for the $375 so that we can properly process the payment?

App.307

1

Thank you so much!



Andy McLean
Regional Sales Director
Workplace Solutions Sales
Boston Mutual Life Insurance Company
120 Royall Street, Canton, MA 02021

O: (800) 669-2668 x505
D: (781) 770-0505
M: (508) 365-8855
F: (781) 770-0497
www.bostonmutual.com

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Wednesday, September 25, 2019 1:33 PM
**To:** McLean, Andrew <Andrew_McLean@bostonmutual.com>; Laura-Jean Hickey <lhickey@macoalthtf.org>
**Subject:** RE: Mass. Coalition of Taft-Hartley Trust Funds Associate Membership

Andy,

The amount would be $375.00, $1,500/12=$125X3 (Oct, Nov and Dec).

Does that work for you?

Gina

**From:** McLean, Andrew <Andrew_McLean@bostonmutual.com>
**Sent:** Friday, September 20, 2019 11:09 AM
**To:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Cc:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: Mass. Coalition of Taft-Hartley Trust Funds Associate Membership

**Warning:** External Sender

Good Morning Laura-Jean and Gina,

I am in the process of pulling together the necessary application forms for us to become an Associate Member of the Coalition, and I know that Gina you had mentioned a pro-rated invoice amount based on when we are joining. I just want to be able to have our team send out the correct amount with our application.

Thanks so much!

App.308

2



Andy McLean
Regional Sales Director
Workplace Solutions Sales
Boston Mutual Life Insurance Company
120 Royall Street, Canton, MA 02021

O: (800) 669-2668 x505
D: (781) 770-0505
M: (508) 365-8855
F: (781) 770-0497
www.bostonmutual.com

DISCLAIMER:
This e-mail message (including attachments, if any) is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, proprietary, confidential and exempt from disclosure. If you are not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and erase this e-mail message immediately.

This document or any attachment was not intended or written to be used, and cannot be used, to: (1) avoid tax penalties, or (2) promote, market or recommend any tax plan or arrangement.

**From:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Sent:** Wednesday, September 4, 2019 9:53 AM
**To:** McLean, Andrew <Andrew_McLean@bostonmutual.com>
**Subject:** Mass. Coalition of Taft-Hartley Trust Funds Associate Membership

Good Morning, Mr. McLean.

Gina asked that I send you membership information for the Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. Please see a letter from Gina along with the referenced attachments. Please let me know if you have any questions.

Looking forward to meeting you!

Best,
Laura-Jean


Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org [macoalthtf.org]

IUOE4 FED 8349

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

## Sherri Weschler

| | |
|---|---|
| **From:** | Gina Alongi <GAlongi@local4funds.org> |
| **Sent:** | Tuesday, January 21, 2020 9:59 AM |
| **To:** | Laura-Jean Hickey |
| **Subject:** | FW: Mass. Coalition of Taft-Hartley Trust Funds 2020 Membership |



Did you respond to Jeff?

**From:** Jeff Nauges <jnauges@chewsidental.com>
**Sent:** Tuesday, January 7, 2020 4:29 PM
**To:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Cc:** Gina Alongi <GAlongi@local4funds.org>; rgill@pulocal12.org; Keith Whitt <kwhitt@altusdental.com>
**Subject:** RE: Mass. Coalition of Taft-Hartley Trust Funds 2020 Membership

**Warning**: External Sender

Laura-Jean,

Happy New Year!

Count Altus Dental in as an Associate Member again this year and thanks for your continued support of the Coalition.

Question for you or Gina on the *Labor Health and Financial Wellness Fair*. We're working on setting up an Altus Dental charitable trust similar to one we have for our sister company in RI in 2020 but Altus is looking to sponsor the event at the $1,000.00 level this year. We were hoping we would be able to secure a table at that level but wanted to confirm with you please. Also curious if you're planning on reaching out to other vendors outside of the sponsorship opportunities as exhibitors only at the event and what types of exhibitors would be targeted?

Keith and I are looking forward to the event and making it a success for members.

Jeff Nauges
VP, Network and Business Relations



O: 401.437.8706  M: 401.258.3368
E: jnauges@chewsidental.com

Chewsi | *The whole new way to save on dental care*
ChewsiDental.com



App.311

IUOE4 FED 2350

Good Morning and Happy New Year!

Attached please find a memo and invoice from Executive Director, Gina M. Alongi, regarding 2020 membership dues with the Mass. Coalition.

We hope to work with you into the New Year - and beyond!

Please let me know if you have any questions regarding membership.

Best,
Laura-Jean


Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential, proprietary and/or privileged information protected by law. If you are not the intended recipient, you may not use, copy or distribute this e-mail message or its attachments. If you believe you have received this e-mail message in error, please contact the sender by reply e-mail and telephone immediately and destroy all copies of the original message.

## Sherri Weschler

EXHIBIT 179
ALONGI
07/14/2022  BG

| | |
|---|---|
| **From:** | Gina Alongi <GAlongi@local4funds.org> |
| **Sent:** | Thursday, January 23, 2020 9:48 AM |
| **To:** | Laura-Jean Hickey |
| **Subject:** | RE: Message from Midior - wants to present |

Ask them if march 4th is okay.

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Thursday, January 23, 2020 9:47 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** Message from Midior - wants to present

Gina,

See note from Midior below.  Seems they will only pay dues if they can present this year.  Thoughts?

Laura-Jean,

Hi...hoping to touch base with you about our membership for 2020. I know you had said you would pass along our interest in addressing the group at a meeting this year to Gina and I wanted to confirm that it would be an option for us, as we have not participated in a meeting since first joining in 2017. I'd appreciate it if we could just close the loop on that so I can process the membership dues ASAP and get a potential date on the calendar to present to the group. Thanks!

Best,

Rachael

**Rachael Mindich**

rmindich@midior.com

**MIDIOR Consulting**

617.864.8813 | MIDIOR.COM



EXHIBIT 180
ALONGI
07/14/2022 BG

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, March 5, 2020 8:47 AM
**To:** Laura-Jean Hickey
**Subject:** FW: MA Coalition Event March 22

**Importance:** High

Did you respond to this?

**From:** Chris Zambuto <czambuto@cmitne.com>
**Sent:** Wednesday, March 4, 2020 12:36 PM
**To:** Laura-Jean Hickey <lhickey@macoalthtf.org>; Gina Alongi <GAlongi@local4funds.org>
**Cc:** Jonas Fernandes <jfernandes@cmitne.com>; Deb Hornig <dhornig@cmitne.com>; Kyra Spradlin <kspradlin@cmitne.com>
**Subject:** RE: MA Coalition Event March 22
**Importance:** High

**Warning**: External Sender

Hi Laura-Jean,

We want to move ahead with the Honor level Sponsorship. How do we make payment for this? Deb can provide credit card information over the phone to you if that is acceptable. Please let us know and we can fill out the form as needed.

Kyra can provide you with the logo and how we want our company name to appear.

Thanks-Chris



**Chris Zambuto Esq., CIPP/US,** GPEN, GCED, GCIH
Chief Information Security Officer, CMIT Solutions of
Boston | Cambridge
**NEW! Cyber Security Blog**

781.350.3438 | Connect on LinkedIn

**From:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Sent:** Monday, March 2, 2020 5:04 PM
**To:** Chris Zambuto <czambuto@cmitne.com>; Gina Alongi <galongi@local4funds.org>
**Cc:** Jonas Fernandes <jfernandes@cmitne.com>
**Subject:** Re: MA Coalition Event March 22

Hi Chris,

IUOE4 FED 8356

No problem at all! Please do let me know by end of day Wednesday (3/4) so we can move forward with the t-shirts, website edits and printed materials. If you need any additional time, please let me know - happy to help.

Best,
Laura-Jean

> On March 2, 2020 at 5:00 PM Chris Zambuto <czambuto@cmitne.com> wrote:
>
> Hi Gina and Laura-Jean,
>
>
> Thank you for speaking with me last Monday. We are close to making a decision about sponsoring this event. If we respond by tomorrow can we still get CMIT's name on the t-shirts and other materials?
>
>
> Thanks -Chris Zambuto



**Chris Zambuto** Esq., **CIPP/US**, GPEN, GCED, GCIH
Chief Information Security Officer, CMIT Solutions of Boston | Cambridge

**NEW! Cyber Security Blog**

781.350.3438 | Connect on LinkedIn

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 10/20/2016 4:51:28 PM |
| **To:** | Jeanne LaFrance [jlafrance@cmitne.com] |
| **CC:** | Hickey, Laura-Jean (LHickey@local4funds.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Mass Coalition Associate Membership |

Jeanne,

Thank you for the membership!    Would 1:00 pm work for you on November 9<sup>th</sup>?   The presentation with questions should be limited to 45 minutes.

If you would like to do a PowerPoint presentation that would be great we will set the room up with a projector.    I'm not sure of the attendance yet.

I will  Laura Jean who I have copied on this email to give you the count as we get closer to the meeting.

I will also have Laura Jean send you our address and as we get closer to the meeting date we can connect.

You should be good to go.

Thank you,
Gina

**From:** Jeanne LaFrance [mailto:jlafrance@cmitne.com]
**Sent:** Wednesday, October 19, 2016 8:18 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Jeanne LaFrance <jlafrance@cmitne.com>
**Subject:** Mass Coalition Associate Membership

Gina,

It was a delight connecting with you yesterday;  CMIT Solutions would like to apply for an Associate Membership.  Attached is our application, and we will forward a check by mail.
Larry Kerrigan is available to present on November 9 to you and your colleagues an overview of how our organization may support the various funds with IT infrastructure support.

**Can you give me an indication of the timing for November 9?**
**How long do you suggest the presentation to be?**
**Should have handouts or a Power Point presentation?**
**How many folks will be in the audience?**
**Any other instructions?**

With very best regards,

**Jeanne LaFrance**
**Senior Director**
**CMIT Solutions of Cambridge**

Work Phone - 781.888.0300
Fax Number – 781.350.3439



CMIT Solutions® Authorized Licensee
Each Franchise Individually Owned & Operated

App 316

App.317

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 1/12/2017 8:33:38 PM |
| **To:** | Hickey, Laura-Jean (LHickey@local4funds.org) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | FW: Catching up and supporting the Coalition |

Just send him the application to join.   Not interested in lunch unless he brings it than leaves...

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

---

**From:** Joseph Dunbar [mailto:jdunbar@sageviewadvisory.com]
**Sent:** Thursday, December 22, 2016 10:27 AM
**To:** Gina Alongi <GAlongi@local4funds.org>; Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Catching up and supporting the Coalition

Hi Gina and Laura-Jean,

Hope you've been well it has been a long time! I have settled over here at SageView Advisory Group and am enjoying the new role. I now work out of our Boston office.

I ran into Joe Carmignani the other day. We started talking about the Coalition and potentially how SageView might be able to help. I was thinking the next time I am in your area we potentially could take you to lunch and discuss?

If I don't talk to you before I hope you and your families have a happy and healthy holiday and New Year.

Joe

**Joseph Dunbar  | Investment Advisor | SageView Advisory Group**
114 State Street, Suite 501, Boston, MA 02109
t 617.982.7250
www.sageviewadvisory.com



Registered Representative with securities offered through Cetera Advisor Networks, LLC, Member FINRA/SIPC. Advisory Services offered through Sageview Advisory Group, LLC. Cetera is under separate ownership from any other named entity.  The information contained in this electronic mail message, including any attachments, is confidential and intended solely for the use of the person or entity to whom the e-mail is addressed. It may contain information that is protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. Any further distribution of this message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation. Thank you.

App.318

**Exhibit 25**

Describe in detail all facts and the basis supporting your denial of the allegation in Paragraph 29 of the Complaint that Ms. Alongi omitted those hours of work performed for the Massachusetts Coalition of Taft-Hartley Funds during her normal working hours when she either recorded her working time on a time sheet as required by the Shared Services Agreement or was interviewed by the Funds' accounting firm concerning the allocation of her working time.

**OBJECTION AND ANSWER TO INTERROGATORY NO. 7**

Ms. Alongi objects to this interrogatory on the grounds that it is vague and ambiguous, and further objects to the extent it requires Ms. Alongi to draw a legal conclusion. Subject to and without waiving any of her objections, Ms. Alongi states that she does not know what precisely the Funds are referring to by "those hours of work performed for the Massachusetts Coalition of Taft-Hartley Funds during her normal working hours." As noted in Alongi's answer to Interrogatory No. 1, to the extent that Ms. Alongi performed Coalition business during regular business hours, she typically performed it in lieu of taking a lunch break or other permissible break during the day. Further, when Mr. McLaughlin required Ms. Alongi to provide him with work summaries in 2020 containing records of her time, Ms. Alongi accounted for the minimal time spent on Coalition work in those summaries, and made no effort to "omit" anything.

The Trustees were well aware of the work Ms. Alongi performed for the Coalition. In fact, the Funds took into account Ms. Alongi's Coalition income as part of an annual determination of her salary. Regarding her allocation of working time, Ms. Alongi followed the advice of the Funds' own accountants, and was never advised by the Funds or their accountants that she was improperly "omitting" anything.

**INTERROGATORY NO. 8**

App.320

Describe in detail every benefit, pecuniary or otherwise, the Funds received as a result of Ms. Alongi's service as Executive Director of the Massachusetts Coalition of Taft-Hartley Funds, including for each such benefit:

      a.      The date the benefit or advantageous agreement or service contract commenced and concluded;

      b.      Ms. Alongi's specific role in securing the benefit or advantageous agreement or service contract;

      c.      The substance of the benefit or advantageous agreement or service contract, including where applicable the pecuniary nature of the benefit in terms of dollar value of the savings as compared with the services provided to or agreements with service providers maintained by the Funds immediately prior to the implementation of the benefit;

      d.      The identity of any witness(es) to Ms. Alongi's personal involvement in negotiating or securing the benefit or advantageous agreement or service contract, pecuniary or otherwise; and

      e.      Whether the benefit in question was available to all members of the Coalition

**.OBJECTION AND ANSWER TO INTERROGATORY NO. 8**

Ms. Alongi objects to this interrogatory on the grounds that it is vague and ambiguous, overbroad, and burdensome. Subject to and without waiving any of her objections, Alongi states as follows:

The following projects provided direct savings to Coalition members, including the Funds, through collective purchasing:

| Date of Coalition Meeting | Topic |
| --- | --- |
| 11-14-2007 | Blue Cross Blue Shield ("BCBS") MA - administrative ("admin") fee reduction |
| 1-10-2008 | BCBS MA - admin fee reduction |
| 3-18-2008 | BCBS MA - admin fee reduction |

App.321

-11-

| | |
|---|---|
| 1-15-2009 | BCBS MA – admin fee reduction |
| 9-9-2009 | Pharmacy Pricing Analysis – Bid project to 8 Consulting Firms to analyze each funds' RX pricing, for funds to negotiate with RX carrier. |
| 11-18-2009 | EPIC Hearing – negotiated rates |
| 1-13-2010 | BCBS MA – admin fee reduction |
| 3-18-2010 | Davis Vision – Value Advantage Plan |
| 5-18-2011 | Davis Vision – Network Agreement |
| 5-18-2011 | Results of Pharmacy Project performed by Segal Company |
| 8-4-2011 | Davis Vision - contract |
| 9-15-2011 | Updated results of Pharmacy Project by Segal Company |
| 11-17-2011 | MRI and CAT Scan Services – Shields MRI Discounts |
| 1-11-2012 | Delta Dental – dental discounts |
| 9-12-2012 | BCBS MA – admin fee reduction |
| 9-19-2013 | Dependent Eligibility Audit HMS Employer Solutions |
| 3-12-2014 | BCBS MA – Reduction in Fees Fully Insured Groups |
| 2-9-2015 | New York Health Care Alliance – Pharmacy Benefit Program Project – Proskauer, Lead Attorney |
| 6-4-2015 | Comment to IRS – Cadillac Tax, Excise Tax – Slevin and Hart |
| 11-19-2016 | BCBS MA – admin fee reduction 2015-2017 |
| 3-8-2017 | BCBS MA – Bundled Product Discounts – Stop Loss, RX and Dental |
| 9-18-2018 | Emerging Solutions Discounts – Livongo, Hinge Health, and Omada |
| 6-20-19 | Emerging Solution Discounts – Robin Care for Cancer Patients |

The following presentations and/or educational sessions facilitated by the Coalition were made available to Coalition members, including the Funds:

| Date of Meeting | Topic |
|---|---|
| 11-14-2007 | Mass Health Care Reform – Submitted Testimony, Hinkley Allen & Tringale |
| 11-14-2007 | Medicare Supplements – BCBS MA |
| 11-14-2007 | Defense of Marriage Act – Segal Roitman, Mary Sullivan |
| 1-11-2008 | Mass Department of Industrial Boards (Request to Match Data, Loss of Time) |
| 6-26-2008 | Tobacco Control Program – Class Action Lawsuit |
| 9-10-2008 | Minimum Creditable Coverage and Employer Fair Share Contribution – Testimony Submitted with the Mass Building Trades, Frank Callahan |
| 11-12-2008 | Smoking Cessation – Pfizer – Gary Donlin |
| 3-18-2009 | COBRA Premium Assistance Subsidy Program – The Segal Company |
| 3-18-2010 | Standards for protecting personal information for residents in the Commonwealth of MA |
| 5-12-2010 | Collection Procedures – Ironworkers District Council (Hired Greg Geiman 2010) |
| 1-26-2011 | Swift MD – Introduction to Telemedicine |
| 3-16-2011 | Mass All-Payor Claims Database |
| 5-12-2010 | Best Practices – Pensioners Returning to Work |
| 5-12-2010 | Best Practices – Delinquency Policies |
| 9-15-2011 | Medication Therapy – Roland Mueller |
| 3-14-2012 | Center for Medicare and Medicaid Services |
| 7-25-2012 | US Department of Labor – Mary Rosen – "Voluntary Fiduciary Correction Program (VCP)" |

App.322

| | |
|---|---|
| 1-28-2013 | Pension Fund Compliance – Savitz Organization |
| 6-5-2013 | Affordable Care Act – Tringale Health Strategies |
| 9-19-2013 | Mass General Hospital – Diabetes Research Group |
| 11-6-2013 | Webinar – Stop Loss |
| 6-3-2014 | Specialty Drugs "Ask the Experts" |
| 9-18-2014 | US Department of Labor – Mary Rosen – "Hot-Topics" |
| 1-30-2014 | Cyber Liability Insurance – Segal Select Insurance |
| 2-19-2015 | Opioid Prescriptions – BCBS-MA |
| 6-14-2015 | Prescription Drug Litigation – Delzico – Generic Suppression Litigation – Wagstaff and Cartmell, LLP |
| 9-24-2015 | US Department of Labor – Mary Rosen – "ACA Most Common Violations – DOL Priority in the are of 2016" |
| 11-19-2015 | Telehealth – American Well BCBS-MA |
| 1-20-2016 | Marcum – Security Assessments |
| 6-20-2016 | Proposal for RX Audit Project – Healthlinx, J. Graham |
| 9-21-2016 | Pfizer – Immunization Initiative, Smoking Cessation |
| 9-21-2016 | Haynes & Associates – Zoll Wearable Defibrillators |
| 1-11-2017 | Best Doctors – Charlie Gustafon |
| 11-8-2017 | Fraud and Abuse Seminar – BCBS MA |
| 11-8-2017 | Centers for Diagnostic Imaging – Louise Zafirson – Alternative to Sheilds MRI |
| 9-20-2017 | US Department of Labor – Mary Rosen "Enforcement Initiatives and Compliance" |
| 1-10-2018 | Washburn House (Substance Abuse Treatment Center) Jim O'Day |
| 4-10-2018 | Diabetes Management Tool – Livongo – Chris May and Aaryn Pure |
| 4-10-2018 | Class Action lawsuit Opioid Manufacturers – Thornton & Naumes |
| 9-19-2018 | Modern Assistance Programs – Opioid Crisis and Employee Assistance Programs – John Christian and Damien Turini |
| 9-19-2018 | Mass Building Trades – Update Congressman Richard Neal – Multi-Employer Pension Crisis – The Grow Act |
| 11-14-2018 | Allways Health Plans – Vin Capozzi and Jenn St. Thomas – BCBS Competitor – Leverage BCBS Discount. |
| 1-9-2019 | Draft Letter Follow up to 09-09-2018 letter Mass Building Trades signed by All Coalition Members and Mass Building Trades.   Letter sent to all Congressional Leaders and Members of the Joint Select Committee on Solvency of Multi-Employer Pension Plans. |
| 3-6-2019 | Mass Paid Family and Medical Leave Act – Mass Building Trades – Frank Callahan |
| 3-6-2019 | Boston Medical Center – Opioid Epidemic – Michael Botticelli |
| 6-10-2019 | Hinge Health – Emerging Solution – Disease of the Musculoskeletal System – Mike Gorfin |
| 6-10-2019 | Robin Care – Emerging Solution for Cancer – Hugh Ma |
| 1-8-2020 | Cigna – Jay Gobel – Competitor to BCBS MA Leverage Discounts |
| 3-4-2020 | Altus Dental and Chewsi |
| 3-4-2020 | Claim Informatics Presentation/Proposal |

The following wellness events and related benefits were made available to all Coalition members,

including the Funds:

App.323

| Date of Meeting | Topic |
|---|---|
| 3-1-2008 | Blue Medicare PFFS Advantage Plan – To all Retirees |
| 5-6-2009 | Heart Health Event (June 6, 2009) |
| 5-6-2009 | Self-Help Book "Healthier at Home" Coalition Discount |
| 11-21-2009 | Flu Busters Clinic |
| 9-11-2010 | Wellness Event (Tuffs Health Plan) |
| 3-14-2012 | Wellness Summit Hosted by Tuffs Health Plan – Gillette Stadium |
| 11-20-2012 | Fitness Challenge – BCBS and Virgin Health Miles – 12 Week Kick Challenge.  $5,000 to "Union" winner for a scholarship.  Eff. 01-06-13 |
| 11-18-2017 | Wellness Event - Preliminary Discussion |
| 9-20-2017 | Wellness Event - Venue |
| 1-10-2018 | Wellness Event - Appoint Subcommittee |
| 4-10-2018 | Wellness Event - Approval to Send two people to Midwest to view how they planned event. |
| 6-4-2018 | Wellness Event – Update from Midwest Travel |
| 9-19-2018 | Wellness Event – Hired Event Coordinator Kathy Felber (Planned Midwest Event) |
| 11-14-2018 | Wellness Event - Event Planning, Subcommittee |
| 1-9-2019 | Wellness Event - Preliminary Budget, Location |
| 3-6-2019 | Wellness Event - Budget |
| 6-10-2019 | Wellness Event - Date, Location Secured (Lombardo's) |
| 9-18-2019 | Wellness Event – IRS 501(c)(3) Filing, Communication Material |
| 11-6-2019 | Wellness Event – Letter to Associate Members regarding Sponsorships, Articles of Organization, Bylaws |
| 1-8-2020 | Wellness Event – Sponsorship Commitments, Exhibitors, Task List |
| 3-4-2020 | Wellness Event – IRS Determination Approval Letter, Financial Statements |

Ms. Alongi has produced Coalition meeting minutes and related documents that provide support and additional information regarding all of the above-refenced meetings and benefits in the state court matter at GMA 0001 – 00265.  As Executive Director of the Coalition, Ms. Alongi negotiated on behalf of and represented the Coalition in obtaining the above-referenced benefits and as such was instrumental in obtaining those benefits for the Funds.  In addition, the Coalition funded a $4,000 scholarship (paid out in $1,000 over four years) that was made available to all members, and Local 4 dependents won those scholarships in 2014, 2015, and 2020.

**INTERROGATORY NO. 9**

App.324

**Exhibit 26**



**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, June 17, 2015 12:54 PM
**To:** Gina Alongi
**Subject:** RE: 2015 Colleen Sullivan Nursing Scholarship Finalists

I'll have Terri do it since Rosemary is on book duty. You'll have a binder made up for your reading pleasure!

**From:** Gina Alongi
**Sent:** Wednesday, June 17, 2015 11:17 AM
**To:** Laura-Jean Hickey
**Subject:** FW: 2015 Colleen Sullivan Nursing Scholarship Finalists

Can you have Rosemary print all the scholarships for me to read this evening.

Thank you.

**From:** Laura-Jean Hickey [mailto:lhickey@macoalthtf.org]
**Sent:** Tuesday, June 09, 2015 7:58 PM
**To:** Gina Alongi; Blanchard, Carol; Brousaides, Anna; Gill, Roger; Schweitzer, Michelle; Sullivan, Daniel
**Cc:** lhickey@macoalthtf.org
**Subject:** 2015 Colleen Sullivan Nursing Scholarship Finalists

Good Evening, Scholarship Committee Members.

Attached please find a zip drive containing five (5) finalists that I identified from the 21 applicants.
I will be sending ten (10) finalists that I identified from the 76 Lou Sarno applicants under separate cover - likely tomorrow afternoon.

Please review the finalists and use the attached tracking sheet, or an email back to us all, ranking each finalist. It would be easiest if everyone ranked them 1 being highest, 5 being lowest.

If possible, I'd like to have everyone's rankings by Friday, June 19th. Please let me know if this will be a problem.

Thank you for serving on the Committee!
Laura-Jean

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

App.326

IUOE4 FED 8842

**Exhibit 27**

Message

| | |
|---|---|
| **From:** | Gina Alongi [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GALONGI] |
| **Sent:** | 1/15/2015 8:48:23 PM |
| **To:** | Rosemarie Alongi [/O=FIRST ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=ralongi] |
| **Subject:** | RE: do you like it so far? |

Looks good

**From:** Rosemarie Alongi
**Sent:** Thursday, January 15, 2015 3:10 PM
**To:** Gina Alongi
**Subject:** do you like it so far?



*Happy New Year!*



International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

EXHIBIT
37
6/10/22

<u>App.328</u>

CONFIDENTIAL

**Exhibit 28**

Message

| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 1/20/2017 3:18:20 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Mass. Coalition 2017 Membership |

Good Morning!

Here you go -> http://www.macoalthtf.org/associate-members/financial-a-e/new-page-2-3.html

Regards,

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org



EXHIBIT
39
6/10/22 SD
PENGAD 800-631-6989

**From:** Laura-Jean Hickey
**Sent:** Thursday, January 19, 2017 5:48 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** FW: Mass. Coalition 2017 Membership

Rose,

Can you update Associate Member ABS' webpage on the Coalition site to include all the text below? They want to add in Michael and Jackie's contact info. Keep their logo on the site but center align it.

Thank you!

Laura-Jean

**From:** Samantha Dolce [mailto:sam@absinv.com]
**Sent:** Thursday, January 19, 2017 3:16 PM
**To:** 'Laura-Jean Hickey' <lhickey@macoalthtf.org>
**Subject:** RE: Mass. Coalition 2017 Membership

ABS Investment Management LLC ("ABS") is an independent fund of hedge funds that began operations in the fall of 2002. ABS specializes in the management of global and emerging market equity long/short fund of hedge fund strategies. The founding principals – Alain De Coster, Laurence Russian and Guilherme Valle – have worked together building and managing fund of hedge funds since 1994. As of June 2012, ABS manages approximately US$3.7 billion of hedge fund assets focused on equity long/short strategies. ABS is comprised of twenty-four employees with its headquarters in Greenwich, CT and offices in Hong Kong and Zurich. ABS launched its first equity long/short focused fund of hedge fund portfolio on January 1, 2003 and has been a Registered Investment Advisor with the SEC since July 2003. On January 1, 2006, ABS launched an ERISA dedicated fund which is largely made up of Taft Hartley and corporate pension fund investors. The firm's diversified equity long/short fund of hedge fund portfolios attempt to capture meaningful market upside while mitigating a portion of the downside and can serve as an appealing alternative to investing in traditional long only managers over a full market cycle.

App.330

Jon Feinberg

jlf@absinv.com

Michael Hattrup

hat@absinv.cm

Jackie Hattler

jah@absinv.com

ABS Investment Management LLC

537 Steamboat Road

Greenwich, CT 06830

Office: (203) 618-3700

Fax: (203) 622-4889

**www.absinv.com**

**From:** Laura-Jean Hickey [mailto:lhickey@macoalthtf.org]
**Sent:** Thursday, January 19, 2017 3:01 PM
**To:** Samantha Dolce
**Subject:** Re: Mass. Coalition 2017 Membership

Sure!  Can you send me the specific text how you'd like to see it listed?  I will then send it off to our web designer to update the page.

Thanks.
Laura-Jean

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org

App.331

FUNDS019990



PENGAD 800-631-6989

EXHIBIT
40
6/10/22 SJD

| WorkYear | EEName | WorkDate | FundCode | WorkMinutes | Description |
|---|---|---|---|---|---|
| 2017 | Rosemarie Alongi | 1/2/2017 | ALL | 400.00 | Holiday |
| 2017 | Rosemarie Alongi | 1/3/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/4/2017 | WEB | 60.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/4/2017 | ALL | 340.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/5/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/6/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/9/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/10/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/11/2017 | WEB | 30.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/11/2017 | ALL | 370.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/12/2017 | WEB | 60.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/12/2017 | ALL | 340.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/13/2017 | ALL | 200.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/13/2017 | WEB | 200.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/16/2017 | WEB | 60.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/16/2017 | ALL | 340.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/17/2017 | WEB | 30.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/17/2017 | ALL | 370.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/18/2017 | WEB | 20.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/18/2017 | ALL | 380.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/19/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/20/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/23/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/24/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/25/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/26/2017 | WEB | 100.00 | Union website |
| 2017 | Rosemarie Alongi | 1/26/2017 | ALL | 300.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/27/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 1/30/2017 | OUT | 400.00 | Out sick |
| 2017 | Rosemarie Alongi | 1/31/2017 | WEB | 60.00 | Funds website |
| 2017 | Rosemarie Alongi | 1/31/2017 | ALL | 340.00 | Tech Admin |

IUOE4 FED 0223

Message
| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 2/3/2017 5:28:46 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Coalition Participating Funds page on website |

k

Regards,

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

EXHIBIT
41
6/10/22 SD

**From:** Laura-Jean Hickey
**Sent:** Friday, February 03, 2017 12:28 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: Coalition Participating Funds page on website

Thanks much.

**From:** Rosemarie Alongi
**Sent:** Friday, February 03, 2017 12:04 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Coalition Participating Funds page on website

Here you go...

http://www.macoalthtf.org/participating-funds.html

Regards,

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

**From:** Laura-Jean Hickey
**Sent:** Thursday, February 02, 2017 1:34 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Coalition Participating Funds page on website

Rose,

I have some edits to the Participating Funds page:

App.333

- SEIU Local 615/888 is now called: Boston Building Service Employees' Trust Fund, SEIU 32BJ New England 615 and their link is: http://www.seiu32bj.org/districts/new-england-615/  Alpha order it should fall under the Asbestos Workers.
- Electrical Construction Trust Funds, Local 103 IBEW – please use this link (current one is the union's page): http://trustfunds103.com/
- Greater Boston Hotel Employees – please add this link: http://www.local26.org/benefits-for-hotel-workers-401k-shops/
- IUOE Local 877 and 70 H&W Trust Fund – please use this link: http://iuoelocal877.com/funds/
- IUOE Local 98 Trust Funds – please use this link: http://www.iuoelocal98.org/benefits/
- Painters & Allied Trades D.C. #35 – please use this link: http://iupatdc35.org/benefits
- Pipefitters Local Union 537 Trust Funds – please use this link: http://www.pipefitters537.org/benefits.aspx#content
- Plumbers Local No. 12 – please use this link: http://plumbersandgasfitterslocal12.org/benefits.aspx
- Roofers Local #33 Benefit Funds – please use this link (and update name to how I just listed it): http://www.rul33funds.org/
- Sheet Metal Workers Local 17 Funds – please use this link: http://smw17boston.org/content/local-17-funds-office-contact-information?src=topnav
- **\*NEW PARTICIPATING FUND\*** UFCW Local 1459 Health & Welfare Fund – please use this link: http://www.ufcw1459.com/health-welfare-fund

That's all for that page.

Thanks much.

Laura-Jean


Laura-Jean Hickey
Assistant Administrator
IUOE Local 4 Benefit Funds Office | P.O. Box 680, 16 Trotter Drive | Medway MA 02053
Phn: 508-533-1400 x116 | Fax: 508-533-1425
www.local4funds.org

App.334

CONFIDENTIAL

| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 2/15/2017 7:25:03 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: 2017 Mtg Schedule.xlsx |

Welcome ☺

Regards,

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

**EXHIBIT**
**42**
**6/10/22 SW**
PENGAD 800-631-6989

---

**From:** Laura-Jean Hickey
**Sent:** Wednesday, February 15, 2017 2:24 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: 2017 Mtg Schedule.xlsx

Thanks!

---

**From:** Rosemarie Alongi
**Sent:** Wednesday, February 15, 2017 2:21 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: 2017 Mtg Schedule.xlsx

http://www.macoalthtf.org/meetings.html

Regards,

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

---

**From:** Laura-Jean Hickey
**Sent:** Wednesday, February 15, 2017 1:48 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** 2017 Mtg Schedule.xlsx

Rose,

Updated Coalition schedule attached. Only change is the 1st Executive Board meeting has been switched from 2/8 to 3/8.

Thanks!

App.335


PENGAD 800-631-6989

EXHIBIT
43
6/10/22 SMD

| WorkYear | EEName | WorkDate | FundCode | WorkMinutes | Description |
|---|---|---|---|---|---|
| 2017 | Rosemarie Alongi | 2/1/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/2/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/3/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/6/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/7/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/8/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/9/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/10/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/13/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/14/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/15/2017 | ALL | 360.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/15/2017 | WEB | 40.00 | Union website |
| 2017 | Rosemarie Alongi | 2/16/2017 | ALL | 360.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/16/2017 | WEB | 40.00 | Funds website |
| 2017 | Rosemarie Alongi | 2/17/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/20/2017 | ALL | 400.00 | Tech Admin (office closed but I worked) |
| 2017 | Rosemarie Alongi | 2/21/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/22/2017 | ALL | 390.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/22/2017 | WEB | 10.00 | Funds website |
| 2017 | Rosemarie Alongi | 2/23/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/24/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/27/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | 2/28/2017 | ALL | 400.00 | Tech Admin |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |
| 2017 | Rosemarie Alongi | | | | |

IUOE4 FED 0225

| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 2/2/2018 10:02:20 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: Coalition website edits |

I will check them.

**From:** Laura-Jean Hickey
**Sent:** Friday, February 2, 2018 1:54 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: Coalition website edits

Thank you!  Some of them didn't work when I clicked from the Associate Member grid, but did from the dropdown menu.  I'll check again later – maybe it's a timing thing.

Laura-Jean

**From:** Rosemarie Alongi
**Sent:** Friday, February 2, 2018 2:58 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Coalition website edits

I think I got them all now.

http://www.macoalthtf.org/associate-members.html

International Union of Operating Engineers
Local 4 Benefit Funds Office | 16 Trotter Drive | Medway | MA 02053
508-533-1400 x125 | www.local4funds.org | ralongi@local4funds.org

**From:** Laura-Jean Hickey
**Sent:** Thursday, February 01, 2018 11:39 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Coalition website edits

Hi Rose,

Here are some additional edits for the Associate Member pages:

**EDIT PAGES**
Financial:
- Boston Partners (word doc attached)
- Boston Trust (word doc attached)
- Eaton Vance (word doc attached – logo should remain same)

App.337

CONFIDENTIAL

- Intercontinental Real Estate Corporation (word doc attached)
- Manning & Napier (word doc attached – logo should remain same)
- Multi-Employer Property Trust (MEPT) – name change from MEPT by Bentall Kennedy (word doc and new logo attached)

H&W:
- Aetna (word doc and new logo attached)

Technology:
- Innovative Software Solutions – fix typo seen below highlighted in yellow (switch capital U to lowercase u)



Insurance:
- Union Labor Life Insurance Company (word doc and new logo attached)


Thank you!
Laura-Jean


Laura-Jean Hickey
Assistant Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive, PO Box 680
Medway, MA 02053
(O) 508-533-1400 x116
(F) 508-533-1425
lhickey@local4funds.org
www.local4funds.org

App.338

CONFIDENTIAL



PENGAD 800-631-6989

EXHIBIT
50
6/6/22 SD

| WorkYear | EEName | WorkDate | FundCode | WorkMinutes | Description |
|---|---|---|---|---|---|
| 2018 | Rosemarie Alongi | 2/1/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/2/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/5/2018 | WEB | 20.00 | Union Website Changes |
| 2018 | Rosemarie Alongi | 2/5/2018 | ALL | 380.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/6/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/7/2018 | ALL | 200.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/7/2018 | OUT | 200.00 | Office Closed |
| 2018 | Rosemarie Alongi | 2/8/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/9/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/12/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/13/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/14/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/15/2018 | OUT | 400.00 | V-day |
| 2018 | Rosemarie Alongi | 2/16/2018 | OUT | 400.00 | V-day |
| 2018 | Rosemarie Alongi | 2/19/2018 | OUT | 400.00 | Holiday |
| 2018 | Rosemarie Alongi | 2/20/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/21/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/22/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/23/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/26/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/27/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | 2/28/2018 | ALL | 400.00 | Tech Admin |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |
| 2018 | Rosemarie Alongi | | | | |

IUOE4 FED 0250

**From:** Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A]
**Sent:** 3/11/2019 4:06:08 PM
**To:** Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean]
**Subject:** RE: Maco scholarship: please proof

Actually, I hyperlinked the heading.
I will also underline the site.



*Rosemarie Alongi*
International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Monday, March 11, 2019 8:53 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: Maco scholarship: please proof

Hi Rose – just one change request. Can you underline the hyperlink to the Coalition website so it will be more clear to those viewing?

Thank you!

Laura-Jean

**From:** Rosemarie Alongi <RAlongi@local4funds.org>
**Sent:** Friday, March 8, 2019 1:41 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Maco scholarship: please proof

Hi, I pushed the changes up but they are playing hiding seek.
I will check this evening.

http://www.local4funds.org/

*Rosemarie Alongi*
International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

App.340

CONFIDENTIAL

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Friday, March 8, 2019 11:58 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: Maco scholarship: please proof

Looks good!

I also made this flyer for the desk up front.  Feel free to use it on the Funds site.

**From:** Rosemarie Alongi <RAlongi@local4funds.org>
**Sent:** Friday, March 8, 2019 11:53 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Maco scholarship: please proof



CONFIDENTIAL



**Scholarships Offered by Massachusetts Coalition of Taft-Hartley Trust Funds**

All applications must be postmarked or received by the MCTHTF (16 Trotter Dr, PO Box 680, Medway, MA 02053) by Friday, May 24, 2019. One candidate will be selected for each scholarship on or before June 21, 2019. If you have any questions, please email us at office@mcoalition.org

- Applications, essay and official transcripts due Friday, May 24
- Review & final selection by Friday, June 14
- Notification of Recipients by Friday, June 21

| 2019 | 2019 |
|---|---|
| Colleen Sullivan Memorial Nursing Vocation | Lou Samo Memorial Scholarship |
| Scholarship Materials | Scholarship Materials |
| Scholarship Application | Scholarship Application |

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

App.342


PENGAD 800-631-6989

EXHIBIT
56
6/10/22

| WorkYear | EEName | WorkDate | FundCode | WorkMinutes | Description |
|---|---|---|---|---|---|
| 2019 | Rosemarie Alongi | 3/1/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/1/2019 | ALL | 385.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/4/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/5/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/5/2019 | ALL | 385.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/6/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/7/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/7/2019 | ALL | 385.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/8/2019 | WEB | 15.00 | Funds Website |
| 2019 | Rosemarie Alongi | 3/8/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/8/2019 | ALL | 370.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/11/2019 | WEB | 15.00 | Funds Website |
| 2019 | Rosemarie Alongi | 3/11/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/11/2019 | ALL | 370.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/12/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/13/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/14/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/15/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/15/2019 | ALL | 385.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/18/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/18/2019 | ALL | 385.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/19/2019 | WEB | 15.00 | Union website |
| 2019 | Rosemarie Alongi | 3/20/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/21/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/22/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/25/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/26/2019 | OUT | 400.00 | out sick |
| 2019 | Rosemarie Alongi | 3/27/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/28/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/29/2019 | ALL | 400.00 | Tech Admin |
| 2019 | Rosemarie Alongi | 3/19/2019 | ALL | 385.00 | Tech Admin |

IUOE4 FED 0202

## Sherri Weschler

| | |
|---|---|
| **From:** | Rosemarie Alongi <RAlongi@local4funds.org> |
| **Sent:** | Friday, January 10, 2020 10:07 AM |
| **To:** | Laura-Jean Hickey |
| **Subject:** | RE: Coalition website edits |

EXHIBIT

PENGAD 800-631-6989

59

6/10/22 SD

Few things…

1. The below updates are done -> http://www.macoalthtf.org/new-page.html
2. Can you review the below participating funds screen shot.
3. Need 2020 app -> http://www.macoalthtf.org/member-resources/applications.html
4. Scholarship info is this old? http://www.macoalthtf.org/member-resources/scholarships.html
5. Past events? http://www.macoalthtf.org/member-resources/past-event.html

## Participating Funds

Asbestos Workers Local 6    ok

Boston Plasterers & Cement Masons Local 534 Funds    ok

IVA Bricklayers and Masons Trust Funds    still no site?

Electrical Construction Trust Funds, Local 103 IBEW    ok

Greater Boston Hotel Employees Local 26 Trust Funds    ok

IBEW 223 Pension & Deferred Income Fund    ok

Iron Workers District Council of New England Funds    no site?

IUOE Local 4 Benefit Funds    ok

IUOE Local 877 & 70 H&W Trust Fund    ok

IUOE Local 98 Trust Funds    ok

MA Laborers' Benefit Funds    ok

New England Carpenters Benefit Fund    ok

Painters & Allied Trades D.C. #35 Trust Funds    error ?

Pipefitters Local Union 537 Trust Funds    ok

Plumbers Local No. 12

Roofers Local #33 Benefit Funds    ok

Sheet Metal Workers Local 17 Funds    ok

Teamsters Union 170 H&W Fund    ok

Teamsters Union 25 Health Services & Insurance Plan    ok

UFCW Local 1459 Health & Welfare Fund    ok

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Thursday, January 9, 2020 1:09 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Coalition website edits

Hi Rose,

App.344

IUOE4 FED 2334

Dues invoices went out to our Associate Members and I've asked them all to check out their dedicated webpage and provide me with any edits. So far I have heard back from:

1. Hinge Health – updated text attached (logo hasn't changed)
2. Intercontinental Real Estate – updated text attached (logo hasn't changed)
3. Nuveen – only phone number changed, but attached all text. New # should now be 248-961-7777 (logo hasn't changed)
4. Health Plans, Inc. – can you also add their page under Third-Party Administrators, in addition to their current spot under H&W? Also, new text attached. Logo hasn't changed.
5. Zenith – under Third Party Administrators – please **DELETE**
6. Allianz – updated text attached (logo hasn't changed)
7. Columbia Threadneedle – please **DELETE**
8. Goldman Sachs – please **DELETE**
9. Hamilton Lane – please **DELETE**
10. Centers for Diagnostic Imaging (CDI) – please **DELETE**
11. Pfizer, Inc. – please **DELETE**
12. Labor First – please **DELETE**

I've also attached the postcard SAVE THE DATE for the March wellness event. Can you add the logo to the home page?

Thank you!

Laura-Jean

EXHIBIT

PENGAD 800-631-6989

62
79
6/10/22 SD

| WorkYear | EEName | WorkDate | FundCode | WorkMinutes | Description |
|---|---|---|---|---|---|
| 2020 | Rosemarie Alongi | 1/1/2020 | OUT | 400.00 | Holiday |
| 2020 | Rosemarie Alongi | 1/2/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/3/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/6/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/7/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/8/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/9/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/10/2020 | ALL | 380.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/10/2020 | WEB | 20.00 | Union Site |
| 2020 | Rosemarie Alongi | 1/13/2020 | ALL | 380.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/13/2020 | WEB | 20.00 | Funds Site |
| 2020 | Rosemarie Alongi | 1/14/2020 | ALL | 380.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/14/2020 | WEB | 20.00 | Funds Site |
| 2020 | Rosemarie Alongi | 1/15/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/16/2020 | ALL | 380.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/16/2020 | WEB | 20.00 | Union Site |
| 2020 | Rosemarie Alongi | 1/17/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/20/2020 | ALL | 380.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/20/2020 | WEB | 20.00 | Union Site |
| 2020 | Rosemarie Alongi | 1/21/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/22/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/23/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/24/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/27/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/28/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/29/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/30/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | 1/31/2020 | ALL | 400.00 | Tech Admin |
| 2020 | Rosemarie Alongi | | | | |
| 2020 | Rosemarie Alongi | | | | |
| 2020 | Rosemarie Alongi | | | | |

IUOE4 FED 0273

Message

| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 2/28/2019 3:00:19 PM |
| **To:** | Gina Alongi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=223fa34ea3164842a1cc55a2aac89790-Gina Alongi] |
| **Subject:** | RE: IT Support for Local 4 |

Ok.

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

EXHIBIT
72
6/10/22 SD
PENGAD 800-631-6989

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, February 28, 2019 9:56 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: IT Support for Local 4

She's very nice.   Maybe you can meet with her.

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Rosemarie Alongi <RAlongi@local4funds.org>
**Sent:** Thursday, February 28, 2019 9:55 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: IT Support for Local 4

I will call her but the services they offer we already have in place throughout the infrastructure.

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

App.347

CONFIDENTIAL

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, February 28, 2019 9:52 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** FW: IT Support for Local 4

Rose,

Would you be willing to call her?

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Jeanne LaFrance <jlafrance@cmitne.com>
**Sent:** Thursday, February 28, 2019 9:32 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Jeanne LaFrance <jlafrance@cmitne.com>; Larry Kerrigan <lkerrigan@cmitne.com>
**Subject:** IT Support for Local 4

Hello Gina,

We have been active with members of the Coalition ensuring their IT Infrastructure support for workstation, servers, and more. It is the source of great connections and we enjoy the events to meet various Administrators.

I thought I would circle back with you specifically to see if perhaps it is timely for Local 4 to look at CMIT's IT support for your own office infrastructure. Might there be an opportunity to schedule a call to check-in on your current needs?

Best regards,
Jeanne

**Jeanne LaFrance**
Senior Director
*CMIT Solutions of Boston / Cambridge*

Work Phone - 781.888.0300
Toll Free - 1.800.399.CMIT
jlafrance@cmitne.com


Boston / Cambridge
**CMIT Solutions**®
Your Technology Team

<u>App.348</u>

FUNDS019815

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Monday, November 26, 2018 3:35 PM
**To:** Jeanne LaFrance <jlafrance@cmitne.com>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Holiday lunch donation

We will miss you!

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

CONFIDENTIAL

**Exhibit 29**

Message

| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 2/28/2019 3:00:19 PM |
| **To:** | Gina Alongi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=223fa34ea3164842a1cc55a2aac89790-Gina Alongi] |
| **Subject:** | RE: IT Support for Local 4 |

Ok.

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

EXHIBIT
72
6/10/22 SD
PENGAD 800-631-6989

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, February 28, 2019 9:56 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: IT Support for Local 4

She's very nice.   Maybe you can meet with her.

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Rosemarie Alongi <RAlongi@local4funds.org>
**Sent:** Thursday, February 28, 2019 9:55 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: IT Support for Local 4

I will call her but the services they offer we already have in place throughout the infrastructure.

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

App.351

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, February 28, 2019 9:52 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** FW: IT Support for Local 4

Rose,

Would you be willing to call her?

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Jeanne LaFrance <jlafrance@cmitne.com>
**Sent:** Thursday, February 28, 2019 9:32 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Jeanne LaFrance <jlafrance@cmitne.com>; Larry Kerrigan <lkerrigan@cmitne.com>
**Subject:** IT Support for Local 4

Hello Gina,

We have been active with members of the Coalition ensuring their IT Infrastructure support for workstation, servers, and more. It is the source of great connections and we enjoy the events to meet various Administrators.

I thought I would circle back with you specifically to see if perhaps it is timely for Local 4 to look at CMIT's IT support for your own office infrastructure. Might there be an opportunity to schedule a call to check-in on your current needs?

Best regards,
Jeanne

**Jeanne LaFrance**
Senior Director
*CMIT Solutions of Boston / Cambridge*

Work Phone - 781.888.0300
Toll Free - 1.800.399.CMIT
jlafrance@cmitne.com



Boston / Cambridge
**CMIT Solutions®**
Your Technology Team

App.352

CONFIDENTIAL

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Monday, November 26, 2018 3:35 PM
**To:** Jeanne LaFrance <jlafrance@cmitne.com>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Holiday lunch donation

We will miss you!

Thank you,
Gina

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

CONFIDENTIAL

| | |
|---|---|
| **From:** | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
| **Sent:** | 8/27/2018 3:15:53 PM |
| **To:** | Gina Alongi [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=223fa34ea3164842a1cc55a2aac89790-Gina Alongi] |
| **Subject:** | RE: The Mass Coalition |

Sent him an email.

Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org



**From:** Gina Alongi
**Sent:** Monday, August 27, 2018 11:15 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** RE: The Mass Coalition

Can you see if he's available at 11:30

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Rosemarie Alongi
**Sent:** Monday, August 27, 2018 11:04 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: The Mass Coalition

I would send him an email and ask to see what time he is available.

Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

App.354



**From:** Gina Alongi
**Sent:** Monday, August 27, 2018 10:59 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Re: The Mass Coalition

Not yet can we call him?

Sent from my iPhone

On Aug 27, 2018, at 10:03 AM, Rosemarie Alongi <RAlongi@local4funds.org> wrote:

Did you respond to Stefan?

Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org

**From:** Stefan Loridas <stefan_loridas@rapid7.com>
**Sent:** Friday, August 24, 2018 3:35 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Re: The Mass Coalition

There are a ton of really good names on the list of members. Question for you (and maybe Gina/Greg?)- if we were to present our Managed Detection & Response service to that audience, would it be interesting/ impactful to them? Typically what title of folks attend those meetings? (ie CEO, CFO, CISO, CTO, General Counsel etc).

Thanks!
Stefan

On Fri, Aug 24, 2018 at 2:13 PM, Rosemarie Alongi <RAlongi@local4funds.org> wrote:

k.

Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4

Health and Welfare, Pension, and Annuity Funds

16 Trotter Drive, Medway, MA 02053

Tel: 508-533-1400 x125 / Fax: 508-533-1425

www.local4funds.org

App.355

**From:** Stefan Loridas <stefan_loridas@rapid7.com>
**Sent:** Friday, August 24, 2018 2:12 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Re: The Mass Coalition

Thanks for passing this along! That's an impressive list of associate members. I sent this information to my Director and will let you know if it's something that we can do.

Have a great weekend,

Stefan


On Fri, Aug 24, 2018 at 1:40 PM, Rosemarie Alongi <RAlongi@local4funds.org> wrote:

Hi Stefan,

        Gina asked me if Rapid 7 would have interest in becoming an associate member with the Mass Coalition.

There is an opening to present in September at the Carpenters Union and it would be a great opportunity for Rapid 7 to pick up some other Fund Offices.

The cost is 1500 annually -> http://www.macoalthtf.org/member-resources/2018%20dues.pdf

More information -> http://www.macoalthtf.org/

Let me know asap if you have interest so Gina can schedule you for the meeting.


Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4

Health and Welfare, Pension, and Annuity Funds

16 Trotter Drive, Medway, MA 02053

Tel: 508-533-1400 x125 / Fax: 508-533-1425

www.local4funds.org

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

App.356



**Stefan Loridas**
Account Executive
**RAPID7**
Mobile: +1 617.548.2994
Office: 857.990.4233

NOTICE OF CONFIDENTIALITY: At Rapid7, the privacy of our customers, partners, and employees is paramount. If you received this email in error, please notify the sender and delete it from your inbox right away. Learn how Rapid7 handles privacy at rapid7.com/privacy-policy. To opt-out of Rapid7 marketing emails, please click here or email privacy@rapid7.com.

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.



**Stefan Loridas**
Account Executive
**RAPID7**
Mobile: +1 617.548.2994
Office: 857.990.4233

NOTICE OF CONFIDENTIALITY: At Rapid7, the privacy of our customers, partners, and employees is paramount. If you received this email in error, please notify the sender and delete it from your inbox right away. Learn how Rapid7 handles privacy at rapid7.com/privacy-policy. To opt-out of Rapid7 marketing emails, please click here or email privacy@rapid7.com.

App.357

Message

| From: | Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A] |
|---|---|
| Sent: | 8/27/2018 7:01:26 PM |
| To: | Stefan Loridas [stefan_loridas@rapid7.com] |
| Subject: | RE: The Mass Coalition |

Let me check with Gina regarding Wednesday.
By the way, I received an invoice from Rapid 7 today and they charged us tax on the invoice.
I sent an email to the person it came from and he said he would make an adjustment and never received another invoice?


Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org



EXHIBIT
74
6/10/22 SD
PENGAD 800-631-6989

**From:** Stefan Loridas <stefan_loridas@rapid7.com>
**Sent:** Monday, August 27, 2018 2:58 PM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Re: The Mass Coalition

Hey Rosemarie! Sorry about that, really busy day. Do you have a few minutes to chat Wednesday? I'm wide open after 1pm - let me know whenever works.

Thanks again,
Stefan


On Mon, Aug 27, 2018 at 11:15 AM, Rosemarie Alongi <RAlongi@local4funds.org> wrote:

Hi Stefan,

Are you available at 11:30 for a quick call with Gina?


Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4

Health and Welfare, Pension, and Annuity Funds

16 Trotter Drive, Medway, MA 02053

Tel: 508-533-1400 x125 / Fax: 508-533-1425

www.local4funds.org

App.358

CONFIDENTIAL

**From:**     Rosemarie Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0924E47B03644CCF945CAAB2078B8A3D-ROSEMARIE A]
**Sent:**     9/11/2018 3:51:48 PM
**To:**       Stefan Loridas [stefan_loridas@rapid7.com]
**Subject:**  RE: Do you have interest?



Hi Stefan,

        Ok thank you for getting back to me.
I will inform Gina so she can finalize the agenda.

Have a good week!


Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4
Health and Welfare, Pension, and Annuity Funds
16 Trotter Drive, Medway, MA 02053
Tel: 508-533-1400 x125 / Fax: 508-533-1425
www.local4funds.org


**From:** Stefan Loridas <stefan_loridas@rapid7.com>
**Sent:** Tuesday, September 11, 2018 11:49 AM
**To:** Rosemarie Alongi <RAlongi@local4funds.org>
**Subject:** Re: Do you have interest?

Hi Rosemarie - thanks for reaching out! I spoke with my management and unfortunately our marketing dollars have
already been spent for the year. They've made a note to try to include it in next years budget.

Best,
Stefan


On Tue, Sep 11, 2018 at 11:42 AM, Rosemarie Alongi <RAlongi@local4funds.org> wrote:

> **Good Morning!**
>
>         **I hope you are doing well 😊 can you please respond to the below email so we know if Rapid 7 has**
> **interest.**
> **Thank you.**
>
>
>
> **From:** Rosemarie Alongi
> **Sent:** Friday, September 7, 2018 2:00 PM
> **To:** Stefan Loridas (Stefan_loridas@rapid7.com) <Stefan_loridas@rapid7.com>
> **Subject:** Follow up:

<u>App.359</u>

CONFIDENTIAL

Hi Stefan,

   Gina asked me if I heard from you regarding the Coalition she is trying to finalize the agenda.

Regards,

*Rosemarie Alongi*

International Union of Operating Engineers Local 4

Health and Welfare, Pension, and Annuity Funds

16 Trotter Drive, Medway, MA 02053

Tel: 508-533-1400 x125 / Fax: 508-533-1425

www.local4funds.org

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

--



**Stefan Loridas**
Account Executive
**RAPID7**
Mobile: +1 617.548.2994
Office: 857.990.4233

NOTICE OF CONFIDENTIALITY: At Rapid7, the privacy of our customers, partners, and employees is paramount. If you received this email in error, please notify the sender and delete it from your inbox right away. Learn how Rapid7 handles privacy at rapid7.com/privacy-policy. To opt-out of Rapid7 marketing emails, please click here or email privacy@rapid7.com.

App.360

**Exhibit 30**

<div align="center">

**Minutes of Regular Member Meeting**
**January 8, 2020**
**IUOE Local 4 Benefit Funds, Medway, MA**
**10:00 a.m.**

</div>

**Present**
Gina Alongi, Ingrid Bieren, Carol Blanchard, Chris Brousaides, Michael Donovan, Veronica Dyer, Roger Gill, Robert Keogh, Louis Mandarini III, Doug Nelson, Marybeth Porter, Kara Richotte, Anna Brousaides, Charles Raso II

**Others Present**
Laura-Jean Hickey, Coalition Coordinator; Associate Members Cigna: Jay Goebel; Joseph Wild & Lauren Schap; Associate Member Patriot Mullare: David Van Duyn

Call to order 10:09 a.m.

**Tab 1:  Minutes**
The minutes of the Regular Meeting of November 6, 2019 were reviewed.  The minutes were distributed and signed.

A draft of the Executive Board Meeting Minutes of November 12, 2019 were included in the meeting book for review and will be signed at the next Executive Board meeting.

**MOTION MADE, SECONDED AND UNANIMOUSLY APPROVED THAT THE REGULAR MINUTES OF NOVEMBER 6, 2019 BE ACCEPTED.**

**Tab 2: First Annual Labor Health & Financial Wellness Fair**
Discussion took place regarding the planning of the fair.  Letters have been sent to all Associate Members seeking sponsorship.  To date, $12,000 in sponsorship commitments have been made and a pending Diamond Sponsor is in the works.

Calls are scheduled with two health carriers in the coming days, and a task list will be circulated to the Wellness Committee.

**Tab 3: ClaimInformatics Proposal**
Discussion took place regarding the matter at hand.  Many of the members will be attending a BCBSMA meeting regarding payment integrity and will follow-up with Gina Alongi regarding their positions on the proposal.

**Tab 4: Discussion – Rehabilitation of Multiemployer Pension Plans**
Much discussion took place regarding the recent reform plan proposed by Senators Grassley and Alexander.  There was feeling in the room that the Coalition should pen a letter to Massachusetts Representative Neal to reinforce the concerns of the various member funds.

**Associate Member Presentation: Cigna**

The representatives from Cigna joined the meeting to discuss its capabilities in the Taft-Hartley space. Areas that were highlighted included network solutions, care management and member experience.

Cigna currently works with 250+ Taft-Hartley Funds and is a leader in delivering unsurpassed flexibility and member service to its 1.6 million nationwide members.

Cigna's network solutions are designed to drive the lowest net cost. The representatives cited its company's medical cost trend has been at or below CPI for the prior three years.

With a Predictive Modeling platform, Cigna is set up to find and prioritize highest risks for health, productivity and cost. Its care management program is seamlessly integrated with its predictive modeling algorithms. The program integrates pharmacy, behavioral health, dental and disability using claims, lab results, biometrics, health assessments and additional data. The platform looks for gaps in care analysis, potential high costs and therefore is able to employ more engagement opportunities. The program has been known to reduce cost with proven results.

Programs of interest offered by Cigna include meetings with apprentices to educate them on how health care works as well as a targeted program for young retirees.

The representatives shared that the discounts offered by the Cigna network are considered competitive in the market. They also shared they see it advantageous that they are smaller than competitors and therefore are able to be nimbler.

The representatives from Cigna left the meeting.


**Associate Member Presentation: Patriot Mullare Investment Advisors**

Founded in 1986, Patriot Mullare Associates, Inc. is an independent fee-only Registered Investment Advisor. As a firm they are committed to offering independent, objective money management services and providing complete transparency to its clients in the management of their assets. Patriot Mullare has a diversified clientele which includes foundations, endowments, corporations as well as individuals and their families.

Each client portfolio is tailored to meet the objectives of each client based on information that the client has provided to the firm. The first step in working with clients it to gather information that will help clients define realistic investment goals, determine income needs, and provide an understanding acceptable levels of investment risk and loss they are willing or able to assume. Clients can direct or restrict investments in particular industries or organizations.

Mr. Van Duyn shared that the minimum investment requirement is $1 million. The firm also works with individuals as well with net worth $1 million+.

With $36 million assets under management, Patriot Mullare works with high-net worth people, corporations, and trust funds (IUOE L877 & 70 HW) through equity and balanced options.

Mr. Van Duyn left the meeting.

**Tab 5: Financial Statements**
The Financial Statements through December 31, 2019 were reviewed.

Income was down 7.5% over the prior 12 months and attributed to the ESI rebates not being received in a timely manner. Expenses were up by 32% due to deposits for the 2020 Associate & Regular Member Annual Meeting and Networking events, as well as expenses for the 2019 Holiday Networking Luncheon at Encore.

A spreadsheet showing the MEDCO-ESI rebate history was included in the meeting book. The most recent rebate check was received December 23, 2019 for $6,425.40 attributed to Q3 2019.

**Tab 6: 2020 Membership Dues**
A memo and invoice from Executive Director Alongi were circulated via email in early January and were also included in the meeting book.

**Tab 7: Draft 2020 Scholarship Applications**
An analysis of the number of scholarships awarded over the years was completed and discussed. A total of $59,000.00 has been awarded to recipients over the last 13 years. There have been 13 recipients of the Colleen Sullivan Memorial Nursing Vocation Scholarship totaling $27,000 from 2007 through 2019. The Lou Sarno Memorial Scholarship was created in 2010 and has since awarded $32,000 through 2019.

Draft 2020 Scholarship Guidelines and Applications were included in the meeting book. No edits were suggested. Coalition Coordinator Laura-Jean Hickey will circulate both applications electronically after the meeting.

**Tab 8: Discussion – Annual Holiday Networking Luncheon Date/Location**
Discussion took place regarding where to hold the 2020 holiday networking luncheon. Three restaurant locations were chosen as possible locations. Coalition Coordinator Laura-Jean Hickey will inquire and report back.

**Tab 9: Survey – Hospice Coverage(s)**
Results from a hospice coverage survey was included in the meeting book.

**Tab 10 – Administrators' Open Forum**
Davis Vision – issues since merger. A few funds have reported issues reported from providers (typically small providers).

Davis is committed to work closer with the small providers.

**Adjournment**
Thereafter, there being no other business before the Coalition,

**MOTION MADE, SECONDED AND UNAMOUSLY APPROVED TO ADJOURN THE MEETING AT APPROXIMATELY 1:40 p.m.**

Approved By:

_____

_____

_____

_____

**Sherri Weschler**

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Tuesday, March 3, 2020 8:19 AM |
| **To:** | Gina Alongi |
| **Subject:** | DRAFT Minutes 1.8.20.docx |
| **Attachments:** | DRAFT Minutes 1.8.20.docx |

**Meeting of Members**
**Wednesday, March 4, 2020**
**10:00 a.m. – Boston Plasterers' and Cement Masons' Local 534 Trust Funds**

**1.** Minutes of Regular Meeting – January 8, 2020

**2.** Massachusetts Coalition of Taft Hartley Funds' Labor Health & Financial Wellness
Fair – Sunday, March 22, 2020
- Approved 501(c)(3) Determination from IRS – Received 01/22/20
- Financial Statements
- Sponsorship Commitments
- Exhibitors
- Wellness Committee – Overnight Accommodations?

| |
|---|
| **Associate Member Presentation:** ISSI Innovative Software Solutions, Inc<br>10:30 a.m.  Larry Goldstein, Vice President |

**3.** ClaimInformatics  – Discussion
BCBS-  SOC 1 Report, Claims Processing and Administrative Services System

**4.** Financial Statements through January 31, 2020
- Asset Allocation
- Investment Statement
- Profit & Loss Previous Year Comparisons
- Express Scripts Rebate as of January 7, 2020 (through Q3 2019)

| |
|---|
| **Associate Member Presentation: MIDIOR Consulting**<br>11:30 a.m. Susan Loconto Penta, Managing Partner |

**5.** 2020 Membership Dues: Regular & Associate

| |
|---|
| **Associate Member Presentation: Chewsi**<br>1:00 p.m. Jeff Nauges, Vice President Network and Business Relations<br>         Keith Whitt, |

**6.** Administrators' Open Forum

<span style="color:red">Next Executive Board Meeting: 9:00 a.m. XXXXXXXX</span>
<span style="color:red">Next Regular Member Meeting: 10:00 a.m. XXXXXXXXXXXXX</span>

<u>App.367</u>

| | |
|---|---|
| **From:** | Gina Alongi <GAlongi@local4funds.org> |
| **Sent:** | Thursday, February 27, 2020 8:24 AM |
| **To:** | Laura-Jean Hickey |
| **Subject:** | Mass Coalition Agenda March 4 2020 |
| **Attachments:** | Mass Coalition Agenda March 4 2020.docx |

Small edit under Claiminformatics.

**Meeting of Members**
**Wednesday, January 8, 2020**
**10:00 a.m. – IUOE Local 4 , Medway, MA**

1. Minutes of Regular Meeting – November 6, 2019
   *Draft* Minutes of Executive Board Meeting – November 12, 2019

2. Massachusetts Coalition of Taft Hartley Funds' Labor Health & Financial Wellness
   Fair – Sunday, March 22, 2020
   - Sponsorship Commitments
   - Task List
   - Exhibitors

   ┌─────────────────────────────────────────────────────────────────┐
   │ **Associate Member Presentation:  Cigna**                        │
   │ xx:xx a.m.  Jay Goebel, New Business Manager, Taft-Hartley & Federal Business │
   │ Segment                                                           │
   └─────────────────────────────────────────────────────────────────┘

3. Financial Statements through November 30, 2019
   - Asset Allocation
   - Investment Statement
   - Profit & Loss Previous Year Comparisons
   - NYLHCA Express Scripts Rebate

   ┌─────────────────────────────────────────────────────────────────┐
   │ **Associate Member Presentation: Patriot Mullare Associates, Inc.** │
   │ xx:xx a.m. David R. Van Duyn, J.D., President                     │
   └─────────────────────────────────────────────────────────────────┘

4. 2020 Membership Dues: Regular & Associate

5. *Draft* 2020 Scholarship Applications

6. Discussion – Annual Holiday Networking Luncheon Date and Location

7. Administrators' Open Forum

Next Executive Board Meeting: 10:00 a.m. Wednesday, March 4, 2020, Location TBD
Next Regular Member Meeting: 9:00 a.m. Wednesday, March 4, 2020, Location TBD

**Sherri Weschler**

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Thursday, December 26, 2019 12:58 PM |
| **To:** | Gina Alongi |
| **Subject:** | Mass Coalition Agenda 1-8-2020.docx |
| **Attachments:** | Mass Coaltion Agenda 1-8-2020.docx |

How does this look?

App.370

# Exhibit 31

| | |
|---|---|
| **From:** | Melissa Thomas |
| **To:** | Laura-Jean Hickey |
| **Subject:** | RE: Mass. Coalition - Survey Request: Hospice Coverages |
| **Date:** | Thursday, January 9, 2020 12:23:21 PM |

**Warning**: External Sender

Hi Laura-Jean,

Our plan does cover hospice, in and out patient, when a covered person has a life expectancy of less than 6 months. Room and board are included in the coverage. Coverage is 100% after deductible.

Regards,

Melissa Thomas

Fund Administrator

Health & Welfare Trust Fund of IUOE Local 877 & 70

89 Access Road, Unit 4

Norwood, MA 02062

781-769-5789 phone

781-688-8528 direct

781-769-2165 fax

www.local877.org

**From:** Laura-Jean Hickey [mailto:lhickey@macoalthtf.org]
**Sent:** Thursday, January 2, 2020 1:38 PM
**To:** Laura-Jean Hickey
**Cc:** William McDevitt; Debbie Cotter
**Subject:** Mass. Coalition - Survey Request: Hospice Coverages

Good Afternoon,

I have received a request to survey the members regarding their plan's hospice coverage(s). I will compile all responses for distribution. Please see the questions below:

1) Does the Plan offer hospice coverage?
2) Is inpatient hospice covered?
3) Does hospice coverage include residential or room and board charges?

Thank you.

Laura-Jean

Laura-Jean Hickey

Coalition Coordinator

Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680

Phn: 508.533.1400 x116 | Fax: 508.533.1425

lhickey@macoalthtf.org

Visit us: http://www.macoalthtf.org

**Exhibit 32**

**Sherri Weschler**

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Thursday, November 21, 2019 9:48 AM |
| **To:** | Gina Alongi |
| **Cc:** | Rosemary A. Ortega |
| **Subject:** | RE: Coalition Wellness Committee 10am Call |

Will do!

---

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, November 21, 2019 9:47 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Cc:** Rosemary A. Ortega <ROrtega@local4funds.org>
**Subject:** Re: Coalition Wellness Committee 10am Call

Could you please

Sent from my iPhone

On Nov 21, 2019, at 9:28 AM, Laura-Jean Hickey <LHickey@local4funds.org> wrote:

> Good Morning, Gina.
>
> I have 12 RSVPs for the 10am call today. I do not expect any of the confirmed attendees to attend in person. Kathy Felber hasn't responded if she's available. Would you like me to initiate the call?
>
> 1    Gina Alongi
> 2    Anna Brousaides – is available, but hasn't accepted the Outlook invite
> 3    Marybeth Porter
> 4    Carol Blanchard
> 5    Kelly Briggs
> 6    Melissa Thomas
> 7    Laura-Jean Hickey
> 8    Joe Carmignani (MM)
> 9    Lisa-Beth Doyle (AllWays)
> 10   Lynn Clark (BCBSMA)
> 11   Jeff Nagues (Altus Dental/Chewsi)
> 12   Leanne DiMaio (Tufts) – is available, but hasn't accepted the Outlook invite
>
> Laura-Jean

**Exhibit 33**

| | |
|---|---|
| **From:** | Gina Alongi <GAlongi@local4funds.org> |
| **Sent:** | Tuesday, March 3, 2020 2:11 PM |
| **To:** | louis malzone |
| **Cc:** | Laura-Jean Hickey |
| **Subject:** | Re: Chicago Meeting OptumRx (NY/MA Coalition Product) |

Lou,

I will call you in about an hour.

Gina

Sent from my iPhone


On Mar 3, 2020, at 1:59 PM, louis malzone <lmalzone44@yahoo.com> wrote:


<mark>Warning</mark>: External Sender

Please review and advise.
I just faxed the expense report with this cover memo.
Thanks,
LOU
<lfm03032020 Memo to Gina re Chicago meeting OptumRx contract.docx>

<u>App.376</u>

# Mass Coalition Labor Health and Wellness Fair
## Deposit Detail
### January 1 through March 3, 2020

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| **Deposit** | | **01/10/2020** | | **EBSB Checking** | **4,000.00** |
| | | | Aetna | Sponsorship | -2,000.00 |
| | | | Patriot Mullare Asso... | Sponsorship | -1,000.00 |
| | | | East Boston Saving... | Sponsorship | -1,000.00 |
| TOTAL | | | | | -4,000.00 |
| | | | | | |
| **Deposit** | | **02/18/2020** | | **EBSB Checking** | **53,500.00** |
| | | | ABS Investment Ma... | Sponsorship | -12,500.00 |
| | | | MassMutual | Sponsorship | -10,000.00 |
| | | | IUOE Local 4 and its... | Sponsorship | -5,000.00 |
| | | | Manzi & Associates ... | Sponsorship | -5,000.00 |
| | | | Labor Mgmt Corpora... | Sponsorship | -5,000.00 |
| | | | Intercontinental Real... | Sponsorship | -2,500.00 |
| | | | Health Plans, Inc. | Sponsorship | -2,500.00 |
| | | | Charles M. Gustafso... | Sponsorship | -1,000.00 |
| | | | The Segal Company | Sponsorship | -1,000.00 |
| | | | TruHearing | Sponsorship | -1,000.00 |
| | | | CBIZ, Inc. | Sponsorship | -1,000.00 |
| | | | Modern Assistance ... | Sponsorship | -1,000.00 |
| | | | Innovative Software ... | Sponsorship | -1,000.00 |
| | | | Constitution Capital ... | Sponsorship | -1,000.00 |
| | | | Massachusetts Bldg... | Sponsorship | -1,000.00 |
| | | | Altus Dental, Inc. | Sponsorship | -1,000.00 |
| | | | Nuveen Investments... | Sponsorship | -1,000.00 |
| | | | Express Scripts | Sponsorship | -1,000.00 |
| TOTAL | | | | | -53,500.00 |
| | | | | | |
| **Deposit** | | **02/19/2020** | | **EBSB Checking** | **1,000.00** |
| | | | JPMorgan Chase & ... | Sponsorship | -1,000.00 |
| TOTAL | | | | | -1,000.00 |
| | | | | | |
| **Deposit** | | **02/25/2020** | | **EBSB Checking** | **6,000.00** |
| | | | John Hancock Life I... | Sponsorship | -5,000.00 |
| | | | Delta Dental of Mas... | Sponsorship | -1,000.00 |
| TOTAL | | | | | -6,000.00 |
| | | | | | |
| **Deposit** | | **02/27/2020** | **American Realty A...** | **EBSB Checking** | **5,000.00** |
| | | | | Sponsorship | -5,000.00 |
| TOTAL | | | | | -5,000.00 |
| | | | | | |
| **Deposit** | | **03/02/2020** | | **EBSB Checking** | **1,000.00** |
| | | | Crescent Capital Gr... | Sponsorship | -1,000.00 |
| TOTAL | | | | | -1,000.00 |

App.377

# Mass Coalition Labor Health and Wellness Fair
## Deposit Detail
### January 1 through March 3, 2020

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| **Deposit** | | **03/03/2020** | | **EBSB Checking** | **57,500.00** |
| | | | Blue Cross Blue Shi... | Sponsorship | -50,000.00 |
| | | | NEPC, LLC | Sponsorship | -1,500.00 |
| | | | BMO | Sponsorship | -1,000.00 |
| | | | City of Boston Credit... | Sponsorship | -5,000.00 |
| TOTAL | | | | | -57,500.00 |

App.378

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Tuesday, March 3, 2020 9:17 AM |
| **To:** | Gina Alongi |
| **Subject:** | Fair Deposit Detail Jan 1 through today |
| **Attachments:** | Fair Deposit Detail 1-2020 - 3.3.2020.pdf |

Gina,

Here is the deposit detail from 1/1 through today. You'll see that I had EBSB transfer ABA's $5,000 from our regular account (they had paid their dues and sponsorship with one check).

Laura-Jean

App.379

**Sherri Weschler**

---

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Tuesday, March 3, 2020 9:25 AM
**To:** Gina Alongi
**Subject:** RE: Wellness Financials

So to-date, I've deposited $128,000.00 for the fair.

---

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Tuesday, March 3, 2020 9:11 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Re: Wellness Financials

Wow

Sent from my iPhone

> On Mar 3, 2020, at 9:08 AM, Laura-Jean Hickey <LHickey@local4funds.org> wrote:

My mistake – City of Boston CU IS Bronze Sponsor for $5,000 (not $1,000).

---

**From:** Laura-Jean Hickey
**Sent:** Tuesday, March 3, 2020 9:03 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: Wellness Financials

All have been deposited except for 4 that I received today (in process of depositing):

$50,000 BCBSMA (diamond)
$ 1,500 NEPC, LLC (honor & raffle)
$ 1,000 City of Boston Credit Union (honor)
$ 1,000 Bank of Montreal (honor)

I also deposited $1,000 yesterday from Crescent Capital (honor). She did the financials through 2/29/20 so past 2 days of deposits not reflected.

---

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Tuesday, March 3, 2020 8:57 AM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Re: Wellness Financials

Did all the other checks get deposited yet?

Sent from my iPhone

> On Mar 3, 2020, at 8:49 AM, Laura-Jean Hickey <LHickey@local4funds.org> wrote:

App.380

<Coalition Wellness Financials_02292020.pdf>

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Thursday, February 6, 2020 3:58 PM |
| **To:** | 'Cronin, Amanda'; Gina Alongi |
| **Subject:** | RE: health fair table billing- Coalition Event |

Hi Amanda,

Gina is out of the office until Wednesday. Can we revisit then?

Laura-Jean

---

**From:** Cronin, Amanda <Amanda.Cronin@bcbsma.com>
**Sent:** Wednesday, February 5, 2020 5:26 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Re: health fair table billing- Coalition Event

<mark>**Warning**: External Sender</mark>

That is something the coalition will need to determine- who will pay for which table. The chart below wasn't a representation of payment, but I created to show based on all of the BCBS unions who held what percentage of membership. That way if you wanted to split it up that way (I.e. if you wanted a union with a higher membership to pay for more than one with less). As another option, 6 of the 7 unions could each choose to pay for one. It's really up to however those BCBS unions within the coalition want to pay for it.

Hope that helps. Happy to still jump on a quick call tomorrow if that's easier.

On: 05 February 2020 15:49, "Gina Alongi" <GAlongi@local4funds.org> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amada,

I'm not sure I totally understand the table below.

What would the cost be for Local 4?

---

**From:** Cronin, Amanda <Amanda.Cronin@bcbsma.com>
**Sent:** Wednesday, February 5, 2020 2:48 PM
**To:** Gina Alongi <GAlongi@local4funds.org>; Laura-Jean Hickey <LHickey@local4funds.org>
**Cc:** Haggerty, Molly <Molly.Haggerty@bcbsma.com>
**Subject:** RE: health fair table billing- Coalition Event

<u>App.382</u>

**Warning**: External Sender

Hi Gina- unfortunately I'm straight out in meetings the rest of the day. Do you have time tomorrow? I am free 9-11 or 1:30-3.

## Amanda Cronin

Health Engagement Strategist|Blue Cross Blue Shield of MA

101 Huntington Avenue | Suite 1300 | Boston, MA 02199

P : 617-246-7595 | Email : amanda.cronin@bcbsma.com

---

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Wednesday, February 5, 2020 2:39 PM
**To:** Cronin, Amanda <Amanda.Cronin@bcbsma.com>; Laura-Jean Hickey <LHickey@local4funds.org>
**Cc:** Haggerty, Molly <Molly.Haggerty@bcbsma.com>
**Subject:** RE: health fair table billing- Coalition Event

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Amanda,

Are you available to jump on a quick call?

---

**From:** Cronin, Amanda <Amanda.Cronin@bcbsma.com>
**Sent:** Tuesday, February 4, 2020 3:52 PM
**To:** Gina Alongi <GAlongi@local4funds.org>; Laura-Jean Hickey <LHickey@local4funds.org>
**Cc:** Haggerty, Molly <Molly.Haggerty@bcbsma.com>
**Subject:** health fair table billing- Coalition Event

**Warning**: External Sender

Hi Gina and Laura-Jean,

We are in the process of trying to schedule the tables for the event, however they need to know which account to bill. Has that been decided on yet? If not, I have a few recommendations:

1- There are 6 tables, so 6 of the 7 BCBS accounts could each purchase one table using wellness credits.
2- I've included a chart based upon subscriber count for 1,000 estimate of attending. This could be used to determine if one union purchases more than one, etc.:

| IUOE Local 4 | 10% |
|---|---|
| Roofers 33 | 2% |
| Mass Laborers | 29% |
| NE Carpenters | 32% |
| Pipefitters 537 | 7% |
| Teamsterscare25 | 17% |
| Teamsterscare 653 | 4% |

Please let me know ASAP so we can schedule these tables. Thank you!!

Amanda

### Amanda Cronin

Health Engagement Strategist|Blue Cross Blue Shield of MA
101 Huntington Avenue | Suite 1300 | Boston, MA 02199
P : 617-246-7595 | Email : amanda.cronin@bcbsma.com

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.
Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.

App.384



HEALTH AND FINANCIAL

LABOR

$

WELLNESS FAIR

**SUNDAY**
**MARCH 22, 2020**
11 AM - 4 PM

**AT LOMBARDO'S**
**6 BILLINGS ST**
RANDOLPH, MA 02368

## Join us at Lombardo's for an experience catered to working families like yours!

# LABOR HEALTH AND FINANCIAL WELLNESS FAIR

## HOSTED BY THE MASSACHUSETTS COALITION OF TAFT-HARTLEY TRUST FUNDS

Hundreds of union members and their families will enjoy free activities modeled for health education, financial wellness, and lifestyle changes.

To RSVP or receive sponsorship information, please visit the Fair's website at **www.LaborWellnessFair.com**

This event is open only to our participating trust funds.



**Participating Trust Funds and Local Unions:**
Boston Plasterers & Cement Masons Local 534 Funds, Greater Boston Hotel Employees Local 26 Trust Funds, IBEW 223 Pension & Deferred Income Fund, Iron Workers District Council of New England Funds, IUOE Local 4 Benefit Funds, MA Laborers' Benefit Funds, New England Carpenters Benefit Fund, Painters & Allied Trades D.C. #35 Benefit Funds, Pipefitters Local Union 537 Trust Funds, Plumbers Local No. 12, Roofers Local #33 Benefit Funds, Sheet Metal Workers Local 17 Funds, Teamsters Union 25 Health Services & Insurance Plan

App. 385



**www.LaborWellnessFair.com**


**Sherri Weschler**

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Thursday, February 6, 2020 2:52 PM |
| **To:** | 'randi.bershak@ww.com' |
| **Cc:** | Gina Alongi |
| **Subject:** | FW: WW Wellness that Works: Massachusetts Coalition of Taft Hartley Funds |
| **Attachments:** | FINAL Poster 2.5.20.pdf |

Good Afternoon, Randi.

I am writing in response to your email to Gina Alongi from this afternoon.

We are hosting a Labor Health & Financial Wellness Fair on Sunday, March 22nd at Lombardo's in Randolph, MA from 11am-4pm. The fair is open to @fourteen different labor unions and their trust funds in and around the New England area. We expect to have high attendance as this has been marketed as a family event.

The fair's goal is for each attendee to learn at least one way to improve their health, financial awareness, or overall wellbeing. The various funds involved sponsor its members' health plans and the majority of them currently offer a weight loss and/or fitness reimbursement.

We had gone to an innovation fair at Gillette Stadium last year and met a representative from WW and thought they would be a great exhibitor at our upcoming Fair. Other types of exhibitors planned are:

- BCBSMA: biometric screenings; health awareness booths
- AllWays Health Partners
- Health Plans, Inc: lyme disease and prevention
- American Red Cross (Blood Drive)
- Novo Nordisk – Diabetes Prevention
- SplitFit
- Therapy Dogs
- MassMutual
- East Boston Savings Bank
- Tax Prep Info.
- Social Security Administration
- …and many more

We would love to have representatives from WW at the event to both educate our members/families on wellness information related to WW, as well as an opportunity to recruit clients!

Please see the poster attached advertising the event. Please note that the website referenced is still under construction.

Please let us know if you have any questions. We hope we can partner together for this event!

Best,
Laura-Jean


Laura-Jean Hickey
Assistant Administrator

App.386

International Union of Operating Engineers Local 4 Funds
16 Trotter Drive, PO Box 680
Medway, MA 02053
(O) 508-533-1400 x116
(F) 508-533-1425
lhickey@local4funds.org
www.local4funds.org

---

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Thursday, February 6, 2020 2:21 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Fwd: WW Wellness that Works: Massachusetts Coalition of Taft Hartley Funds

Begin forwarded message:

> **From:** Randi Bershak <randi.bershak@ww.com>
> **Date:** February 6, 2020 at 12:49:40 PM EST
> **To:** Gina Alongi <GAlongi@local4funds.org>
> **Subject: WW Wellness that Works: Massachusetts Coalition of Taft Hartley Funds**

Warning: External Sender

Hi Gina,
Thank you for reaching out to WW regarding your Health Fair.

What is the purpose of the event? Are you looking for general health and wellness information related to WW? Are you looking meld WW into your wellness platform for your employees? Is there another objective?
Let me know.

Thanks
Randi



**Randi Bershak**
Regional Sales Manager
o. 410-552-8737
randi.bershak@ww.com



December 6, 2019

[NAME]
[COMPANY]
[ADD1]
[ADD2] [ADD3]

Dear [NAME]:

I would like to invite you to become a sponsor of the Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. Labor Health & Financial Wellness Fair. The fair is scheduled to take place on **Sunday, March 22, 2020** at Lombardo's in Randolph, MA from 11am to 4pm.

In conjunction with the Massachusetts Building Trades Council, we are diligently working to structure this premier event to benefit all working families of the Massachusetts Coalition. This event will be modeled for health education, financial wellness and lifestyle changes targeted to union members and working families, regardless of affiliation.

With the potential to draw a very large crowd, as the Coalition represents 150,000 lives, the Coalition is looking for sponsors to bring a wide variety of experiences and helpful information to positively impact its members' lives. This would be a wonderful opportunity for your organization to have some visibility in front of an audience who could benefit and value from your participation. *The Massachusetts Coalition of Taft-Hartley Trust Funds Labor Health & Financial Wellness Fair Foundation is a registered 501(c)(3) organization.*

We invite you to be a partner with us in this event. Attached please find sponsor options to assist you in finding the right level for your budget and time, as well as additional information regarding the structure of this exciting event.

Please review and let me know if you have any questions. I am happy to find the right fit and level for your organization. Please expect to receive a follow-up call from our Event Subcommittee to address any questions or suggestions you may have. You may email, fax or mail your interest level back.

Thank you kindly for your consideration.

Sincerely,

Gina M. Alongi
Executive Director

Encl.

App.388

# SPONSOR INFORMATION



SUNDAY
**MARCH 22, 2020**
11 AM - 4 PM

AT LOMBARDO'S
**6 BILLINGS ST**
RANDOLPH, MA 02368

## LABOR HEALTH AND FINANCIAL WELLNESS FAIR

HOSTED BY THE MASSACHUSETTS COALITION
OF TAFT-HARTLEY TRUST FUNDS



www.LaborWellnessFair.com

App.389

# *WHAT TO EXPECT AT THE LABOR HEALTH & FINANCIAL WELLNESS FAIR*

The Massachusetts Coalition of Taft-Hartley Trust Funds and the Massachusetts Building Trades Council are inviting thousands of union members and their families to attend our first Labor Health & Financial Wellness Fair.  Below are the primary benefits the attendees are expected to receive.  We encourage you to join us as a Sponsor and create your own unique experiences that are specific to your products or services.



### Health Screenings
Join with other Sponsors who provide a variety of health screenings, including blood glucose testing, blood pressure checks, vascular, vision, and skincare screenings.  Others offer support for families dealing with a variety of health issues such as smoking, substance abuse, obesity and cancer.  **We encourage and welcome screenings and tests. [1]**



### Conversations with Healthcare and Well-being Professionals
We will encourage our attendees to talk with doctors, nurses, physician's assistants, pharmacists and well-being experts during the Fair.  Areas we hope to capture include weight loss and exercise, podiatry, preventive care and geriatric health.



### Safety and Prevention
We are looking for Sponsors to educate attendees on first aid and CPR; water safety; save driving and other aspects of enjoying a healthy lifestyle.  Sponsors are encouraged to partner with community organizations to bring exciting and unique activities to the Fair!



### Giving Back
At this first annual event, we would like attendees to roll up their sleeves and lend a hand by donating to a local food bank or by giving blood.  If you are able to offer an opportunity to collaborate with us and the working families of the Coalition, please let us know.



### Encouraging Healthy Lifestyles
The Coalition's Trust Funds are always looking for ways to encourage members to be active, mindful and resourceful.  We are looking for sponsors from the Greater Boston area, such as gyms, personal trainers or other organized activities to help educate our members with information on healthy hearts, weight loss, easing of joint pain and the like.



### Boosting Financial Wellness
Data shows that it is worth the effort to help employees in critical need of assistance.  Many of our members report having a lack of savings and do not have enough money to cover regular expenses or to ultimately retire.  We are looking for Sponsors to educate attendees on creating a plan of action beyond a simple hypothetical conversation.



### Kid-Friendly Activities
Undoubtedly, healthy lifestyles start early in life.  Where this is a family event, we are looking for Sponsors to integrate children into conversations with their parents as well as activities.

---

[1] All screenings must be approved by the Massachusetts Coalition of Taft-Hartley Trust Funds Event Subcommittee.
Any screenings that require insurance or payment of any type must also be approved by the sponsoring trust funds.

# 2020 Sponsorship Level Options

## *Diamond Sponsor: $50,000*
- Outreach/exposure to over 100,000 Union members and families
- Sponsor participation in pre-Fair planning
- Sponsor logo displayed on Fair website homepage
- Individual page on Fair website with Sponsor-provided content, if desired
- Direct link to Sponsor website from Fair website
- Sponsor name on signage at Fair entrance
- Sponsor logo on Fair volunteer shirts
- Premium placement of Sponsor logo on signage throughout the Fair
- Sponsor name on all promotional materials
- Sponsor logo displayed throughout the Fair
- Booth location choice
- Flexibility in Booth Space to meet Sponsor needs

### *Special Sponsorship (in addition to above):*
*Grand Prize Giveaway:*          *$2,000*
*Prize Giveaways (unlimited):*   *$500*

## *Platinum Sponsor: $25,000*
- Outreach/exposure to over 100,000 Union members and families
- Sponsor participation in pre-Fair planning
- Sponsor logo displayed on Fair website homepage
- Individual page on Fair website with Sponsor-provided content, if desired
- Direct link to Sponsor website from Fair website
- Sponsor name on signage at Fair entrance
- Sponsor logo on Fair volunteer shirts
- Premium placement of Sponsor logo on signage throughout the Fair
- Sponsor name on all promotional materials
- Sponsor logo displayed throughout the Fair
- Flexibility in Booth Space to meet Sponsor needs

### *Special Sponsorship (in addition to above):*
*Grand Prize Giveaway:*          *$2,000*
*Prize Giveaways (unlimited):*   *$500*

## *Gold Sponsor: $15,000*
- Outreach/exposure to over 100,000 Union members and families
- Sponsor participation in pre-Fair planning
- 100-word Sponsor description and logo displayed on Fair website
- Direct link to Sponsor website from Fair website
- Sponsor name on Fair volunteer shirts
- Premium placement of Sponsor logo on signage throughout the Fair
- Sponsor name on all promotional materials

- Sponsor logo displayed throughout the Fair
- Booth Space: TBD

***Special Sponsorship (in addition to above):***
*Grand Prize Giveaway:*      *$2,000*
*Prize Giveaways (unlimited):*    *$500*

## Silver Sponsor: $10,000
- Outreach/exposure to over 100,000 Union members and families
- Direct link to Sponsor website from Fair website
- Sponsor name on Fair volunteer shirts
- Sponsor name on all promotional materials
- Sponsor logo displayed throughout the Fair
- Booth Space: TBD

***Special Sponsorship (in addition to above):***
*Grand Prize Giveaway:*      *$2,000*
*Prize Giveaways (unlimited):*    *$500*

## Bronze Sponsor: $5,000
- Outreach/exposure to over 100,000 Union members and families
- Direct link to Sponsor website from Fair website
- Sponsor name on Fair volunteer shirts
- Sponsor logo displayed throughout the Fair
- Booth Space: TBD

***Special Sponsorship (in addition to above):***
*Grand Prize Giveaway:*      *$2,000*
*Prize Giveaways (unlimited):*    *$500*

## Honor Sponsor: $1,000
- Outreach/exposure to over 100,000 Union members and families
- Direct link to Sponsor website from Fair website
- Sponsor name on Fair volunteer shirts
- Sponsor logo displayed throughout the Fair

***Special Sponsorship (in addition to above):***
*Grand Prize Giveaway:*      *$2,000*
*Prize Giveaways (unlimited):*    *$500*

# Purchase Your 2020 Sponsorship Today!

Please complete the following form and click below on the **Submit** button or save it to your hard drive and send it as an attachment to an email. If you have any questions, contact us at:

Gina M. Alongi, Executive Director      508-533-1400      galongi@macoalthtf.org
Laura-Jean Hickey, Coalition Coordinator  508-533-1400      lhickey@macoalthtf.org
Kathy Felber, Event Planner              520-273-8477      kfelber@equinoxcreative.com

| | |
|---|---|
| **Level of Sponsorship Desired** Acceptable payment: Checks | |
| **Company Name EXACTLY as you want it to appear on promotional materials** | |
| **Company website** | |
| <span style="color:red">**Please email your logo to: lhickey@macoalthtf.org in vector format (.eps, .pdf or .ai).**</span> | |
| **Purchaser Information** | |
| **Name** | |
| **Title** | |
| **Company/Organization** | |
| **Address** | |
| **City/State/Zip** | |
| **E-mail** | |
| **Phone** | |
| **Day of Event Logistics Contact Information** | |
| **Name** | |
| **E-mail** | |
| **Cell Phone** | |

*The Massachusetts Coalition of Taft-Hartley Trust Funds Labor Health & Financial Wellness Fair Foundation is a registered 501(c)(3) organization.*



App.393

**Sherri Weschler**

| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Tuesday, December 3, 2019 2:49 PM |
| **To:** | Gina Alongi |
| **Subject:** | Labor Health & Financial Wellness Fair Sponsor Package |
| **Attachments:** | FINAL Sponsor Package.pdf |

Laura-Jean Hickey
Assistant Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive, PO Box 680
Medway, MA 02053
(O) 508-533-1400 x116
(F) 508-533-1425
lhickey@local4funds.org
www.local4funds.org

**Exhibit 34**



**From:** Taylor Ryan <TRyan@local4funds.org>
**Sent:** Wednesday, January 16, 2019 10:38 AM
**To:** Laura-Jean Hickey
**Subject:** FW: MEGA Exhibits

What shall I tell her?

**From:** Brittany Carter <brittany@medicalinflatables.com>
**Sent:** Monday, January 14, 2019 5:10 PM
**To:** Taylor Ryan <TRyan@local4funds.org>
**Subject:** RE: MEGA Exhibits

Hi Taylor,

I hope all is well!

I am just following up to see if you had any other questions regarding the MEGA Body for me and if you are still interested?

**Brittany Carter**
Executive Assistant
Medical Inflatables Exhibits Inc.
Office- 281-214-0490
●Facebook ●Twitter


**From:** Brittany Carter
**Sent:** Wednesday, December 19, 2018 4:30 PM
**To:** Taylor Ryan <TRyan@local4funds.org>
**Subject:** RE: MEGA Exhibits

Hi Taylor,

The MEGA Body does include the intestines, it briefly covers all the major organs.


Brittany Carter
Executive Assistant
Medical Inflatable Exhibits Inc.
281-214-0490- Office
713-583-3456- Fax



**From:** Taylor Ryan <TRyan@local4funds.org>
**Sent:** Tuesday, December 18, 2018 7:59 AM

**App.396**

IUOE4 FED 8375

**To:** Brittany Carter <brittany@medicalinflatables.com>
**Subject:** RE: MEGA Exhibits

Hi Brittany,

Thank you for your timely response.

Does the MEGA Body include the colon?

Regards,

Taylor

**From:** Brittany Carter <brittany@medicalinflatables.com>
**Sent:** Monday, December 17, 2018 9:53 PM
**To:** Taylor Ryan <TRyan@local4funds.org>
**Subject:** MEGA Exhibits

Hi Taylor,


Thank you for your inquiry about Medical Inflatables exhibits. Below are the product descriptions and pricing for renting.

The MEGA Brain, the world's first traveling, walk-through brain exhibit. Our 20-foot long MEGA Brain teaches visitors about the parts and processes of the brain including neuroscience, stroke, brain trauma and disease and even features a clot retrieval device!

The MEGA Heart, is the world's only, traveling, walk-through 26' long heart exhibit. Visitors step inside our model of the human heart follow blood flow pattern while learning about heart diseases, defects and common treatment options.

The MEGA Lungs, the world's only traveling walk-through lung exhibit is 15-feet wide and showcases a variety of diseases, and is a great compliment to any smoking cessation program.

The MEGA Body, the world's only traveling walk-through body exhibit is 50-feet long and includes every major organ system and much more. This is the perfect way for visitors to learn anatomy and how to keep their bodies healthy and strong.

All our exhibits are a truly unique addition to any health or wellness event. Our anatomically accurate exhibits allow people of all ages to explore and interact with larger-than-life, inflatable parts of the human body. Clients say our exhibits give their events a "wow" factor. Dr. Oz and the hosts of The Doctors TV Show have also given them the thumbs up. Rachel Ray says "she wished she had the MEGA Heart exhibit when she was in school" to learn about anatomy.

The cost to rent the MEGA Brain is $$6,950 for the day. The MEGA Heart is $7,950 for the day. The MEGA Body is $14,350 a day. Add an additional day for only $2,500. Included in the rental is one of our trained staff members to install, breakdown and provide tours; plus, normal standard shipping.

App.397

IUOE4 FED 8376

The MEGA Lungs are $3,950 (plus a $2,500 refundable deposit when renting without our staff). This investment includes all the shipping, training of you or your staff and full logistical support via phone and email from our team. We also offer the option to add one of our trained staff members for an additional $2,000.

For a limited time rent one exhibit and get a second exhibit of equal or lesser value half price!

Please note that we require a signed lease a minimum of 30 days prior to the event. If your event is less than 30 days away, there will be additional fees.

You can learn more about our individual exhibits here.

Please reach out with any additional questions or if you would like to reserve.

Best,


Brittany Carter
Executive Assistant
Medical Inflatable Exhibits Inc.
281-214-0490- Office
713-583-3456- Fax
Facebook
Twitter
**Error! Filename not specified.**
**Error! Filename not specified.**

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately contact the sender by email and delete the message from your system.



| | |
|---|---|
| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Monday, March 16, 2020 10:41 AM |
| **To:** | Taylor Ryan; Gina Alongi |
| **Subject:** | RE: |

My responses are in RED. Only one I need help from Gina on: Lindsey King from Macquarie. Not sure if male or female.

**From:** Taylor Ryan <TRyan@local4funds.org>
**Sent:** Monday, March 16, 2020 10:24 AM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Cc:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE:

A few questions:

Male or Female?
- Taylor Miras  FEMALE
- Jeanne LaFrance  FEMALE
- Fran Peters  MALE
- Lindsey King  **UNK? – Gina?**
- Jamie Vitiello  MALE

Duplicates (Is there another name that should be in their place, or which company name is correct?)
- Louise Zafirson…Center for Diagnostic Imaging or Center for Diagnostic Imaging (CDI)
- Katie Bailey…John Hancock Retirement Plan Services
- Frank Zurek…LaSalle Consulting Partners, Inc.
- John Christian…Modern Assistance Programs or Modern Assistance Programs, Inc.
- Charles Gustafson…Teladoc Health, Inc. or Teledoc/Best Doctors
- Thomas/Tom Lally…Thomas Lally at BeneSys or Tom Lally at Benesys, Inc. (or different combination?) Tom Lally at BeneSys, Inc.

Need Address
- Michelle Rosander – moved to new company called TruHearing, 10455 Riverside Dr, Palm Beach, FL 33410 remove any HearUSA as they merged with TruHearing.
- Steve Gervaso – retired and left the business

Is Healther Lassen supposed to be Heather? Yes, Heather Lassen is with basys, inc. (all lowercase)

Thank you,

Taylor

IUOE4 FED 8378

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Monday, March 16, 2020 9:09 AM
**To:** Taylor Ryan <TRyan@local4funds.org>
**Subject:**


Gina M. Alongi
Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive
Medway, MA  02053
508-533-1400 (T)
508-533-1404 (F)
galongi@local4funds.org

# Exhibit 35

| From: | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
|---|---|
| Sent: | 2/13/2019 8:15:20 PM |
| To: | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| Subject: | RE: Coalition: DB/PBGC Letter to Congress |

Great

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, February 13, 2019 3:11 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: Coalition: DB/PBGC Letter to Congress

Bob Keogh is a YES.

**From:** Laura-Jean Hickey
**Sent:** Wednesday, February 13, 2019 3:09 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** RE: Coalition: DB/PBGC Letter to Congress

| Permission | Zip File | First | Last | Fund |
|---|---|---|---|---|
| Y | Y | Francis | Boudrow | Asbestos Workers Local 6 |
| Y | Y | Chris | Brousaides | Boston Plasterers & Cement Masons Local 534 Trust Funds |
| Y | Y | Michael | Donovan | Electrical Construction Local 103 IBEW Trust Funds |
| Y | Y | Kelly | Briggs | Greater Boston Hospitality Employers Local 26 Funds |
| Y | Y | David | Fenton | IBEW 223 Pension & Deferred Income Fund |
| Y | Y | Veronica | Dyer | Iron Workers District Council of New England Funds |
| Y | Y | Gina | Alongi | IUOE Local 4 Benefit Funds |
| N | N | Melissa | Thomas | IUOE Local 877 & 70 H&W Fund |
| Y | Y | Michelle | Schweitzer | IUOE Local 98 Benefits |
| Y | Y | Charles | Raso II | Mass. Bricklayers & Masons Trust Funds |
| TBD | N | Louis | Mandarini III | Mass. Laborers' Benefit Funds |
| TBD | Y | Jeff | Werner | New England Carpenters Benefit Funds |
| Y | Y | William | McDevitt | Painters & Allied Trades D.C. #35 Benefit Funds |
| Y | Y | Marybeth | Porter | Pipefitters Local Union 537 Trust Funds |
| TBD | Y | Roger | Gill | Plumbers Local No. 12 Trust Funds |
| Y | Y | Anna | Brousaides | Roofers Union Local 33 |
| Y | N | Louis | Malzone | SEIU1199 |

App.402

CONFIDENTIAL

| TBD | N | Robert | Keogh | Sheet Metal Workers Local 17 Trust Funds |
|---|---|---|---|---|
| N | N | Laura | O'Keefe | Teamsters Union 170 H&W Fund |
| N | Y | Carol | Blanchard | Teamsters Union 25 Health Services & Insurance Plan |
| Y | Y | Tyrone | Housey | UFCW Local 1459 & Contributing Employers Health & Welfare Fund |

**From:** Gina Alongi <GAlongi@local4funds.org>
**Sent:** Wednesday, February 13, 2019 2:00 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** RE: Coalition: DB/PBGC Letter to Congress

Who do we have permission from?

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, February 13, 2019 1:51 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** FW: Coalition: DB/PBGC Letter to Congress

FYI

**From:** Jeff Werner <jwerner@carpentersfund.org>
**Sent:** Wednesday, February 13, 2019 1:46 PM
**To:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Subject:** Re: Coalition: DB/PBGC Letter to Congress

Laura-Jean,

I have sent a second request to Fund Counsel for feedback, and asked for ASAP response.

Jeff

**From:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Reply-To:** Laura-Jean Hickey <lhickey@macoalthtf.org>
**Date:** Wednesday, February 13, 2019 at 12:53 PM
**To:** Jeff Werner <jwerner@carpentersfund.org>
**Subject:** Coalition: DB/PBGC Letter to Congress

Hi Jeff,

I was just wondering if we had your permission to list your name and your funds on the Coalition-wide letter. I need to move forward and begin gathering signatures.

App.403

CONFIDENTIAL

The draft letter is attached (yellow highlights = those who will have confirmed they'd be signing). I am still analyzing zip code files to update the numbers in the opening paragraph and I have received your file - THANK YOU! Can you let me know ASAP if I have your permission to include your signature line?

Thank you.

Laura-Jean

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

App.404

| | |
|---|---|
| **From:** | Gina Alongi [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=223FA34EA3164842A1CC55A2AAC89790-GINA ALONGI] |
| **Sent:** | 2/14/2019 7:42:39 PM |
| **To:** | Laura-Jean Hickey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7e79e0a81ab44203a2e69e5177a75cc7-Laura-Jean] |
| **Subject:** | RE: PBGC/DB Plans Letter to Congress |

Perfect

Gina M. Alongi
Administrator
Local 4 Benefit Funds
16 Trotter Drive
Medway, MA 02053
Tel: (508) 533-1400 ext.111
www.local4funds.org

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Thursday, February 14, 2019 2:27 PM
**To:** Gina Alongi <GAlongi@local4funds.org>
**Subject:** FW: PBGC/DB Plans Letter to Congress

**From:** Louis Mandarini <lmandarini@mlbf.org>
**Sent:** Thursday, February 14, 2019 2:26 PM
**To:** lhickey@macoalthtf.org
**Subject:** Re: PBGC/DB Plans Letter to Congress

I'm working on zip codes. I'm also fine with the text of the letter. Feel free to sign my name.

Sent from my iPad using ZixOne

On Feb 13, 2019 at 3:16 PM "Laura-Jean Hickey" <lhickey@macoaltht.org> wrote:

We are hoping by end of next week if not sooner. I just have to get final permission from everyone and then gather signatures.
Will you be able to send a zip code file to me? Let me know if you can and if I can include you on the letter.
Thank you!
L-J

On February 13, 2019 at 2:44 PM Louis Mandarini <lmandarini@mlbf.org> wrote:

When will letter go?

Sent from my iPhone using ZixOne

On Feb 13, 2019 at 12:41 PM "Laura-Jean Hickey" <lhickey@macoalthtf.org> wrote:

<u>App.405</u>

FUNDS010671

Hi Lou,

I was just wondering if we had your permission to list your name and Mass. Laborers' Benefit Funds on the Coalition-wide letter. I need to move forward and begin gathering signatures.

The draft letter is attached (yellow highlights = those who will be signing). I am still analyzing zip code files so update the numbers in the opening paragraph (also haven't received a zip code file from you). Can you let me know ASAP?

Thank you.

Laura-Jean

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

App.406



| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Wednesday, February 13, 2019 3:23 PM |
| **To:** | Taylor Ryan |
| **Subject:** | More Zips! |
| **Attachments:** | IBEW 223 Taft-Hartley Mailing List by Zip.xlsx; IWNE Coalition zip code count.xlsx |

Taylor,

1st file is from IBEW 223 and is only active members – no retirees.
2nd file is from the Iron Workers and spreadsheet has 2 tabs.

I do need to finalize the letter soon so can you let me know when you expect you'll have a final tally available to input into the letter?

THANK YOU SO VERY MUCH ☺

Laura-Jean

Laura-Jean Hickey
Assistant Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive, PO Box 680
Medway, MA 02053
(O) 508-533-1400 x116
(F) 508-533-1425
lhickey@local4funds.org
www.local4funds.org

1

| State | Zip |
|-------|-------|
| MA | 01462 |
| MA | 01516 |
| MA | 01569 |
| MA | 02019 |
| MA | 02020 |
| MA | 02035 |
| MA | 02043 |
| MA | 02045 |
| MA | 02048 |
| MA | 02048 |
| MA | 02050 |
| MA | 02056 |
| MA | 02062 |
| MA | 02066 |
| MA | 02067 |
| MA | 02072 |
| MA | 02072 |
| MA | 02072 |
| MA | 02081 |
| MA | 02093 |
| MA | 02093 |
| MA | 02169 |
| MA | 02171 |
| MA | 02184 |
| MA | 02301 |
| MA | 02301 |
| MA | 02301 |
| MA | 02301 |
| MA | 02301 |
| MA | 02301 |
| MA | 02302 |
| MA | 02302 |

| | |
|---|---|
| MA | 02302 |
| MA | 02302 |
| MA | 02302 |
| MA | 02303 |
| MA | 02322 |
| MA | 02322 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02324 |
| MA | 02330 |
| MA | 02330 |
| MA | 02330 |
| MA | 02330 |
| MA | 02330 |
| MA | 02330 |

IUOE4 FED 8387

| | |
|----|-------|
| MA | 02330 |
| MA | 02330 |
| MA | 02330 |
| MA | 02332 |
| MA | 02333 |
| MA | 02333 |
| MA | 02333 |
| MA | 02334 |
| MA | 02338 |
| MA | 02338 |
| MA | 02338 |
| MA | 02339 |
| MA | 02339 |
| MA | 02339 |
| MA | 02341 |
| MA | 02341 |
| MA | 02341 |
| MA | 02343 |
| MA | 02343 |
| MA | 02343 |
| MA | 02343 |
| MA | 02345 |
| MA | 02346 |
| MA | 02346 |
| MA | 02346 |
| MA | 02346 |
| MA | 02346 |
| MA | 02346 |
| MA | 02346 |
| MA | 02347 |
| MA | 02347 |
| MA | 02347 |
| MA | 02347 |

IUOE4 FED 8388

| MA | 02351 |
|----|-------|
| MA | 02356 |
| MA | 02356 |
| MA | 02356 |
| MA | 02357 |
| MA | 02357 |
| MA | 02359 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |
| MA | 02360 |

IUOE4 FED 8389



**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Thursday, February 21, 2019 12:22 PM
**To:** Taylor Ryan
**Subject:** FW: PBGC/DB Plans Letter to Congress
**Attachments:** MA Laborers Beneficiaries by Fund_.xlsx

☺
This is a BIG fund: Mass. Laborers Benefit Funds

**From:** Louis Mandarini <lmandarini@mlbf.org>
**Sent:** Thursday, February 21, 2019 12:20 PM
**To:** Laura-Jean Hickey <LHickey@local4funds.org>
**Subject:** Re: PBGC/DB Plans Letter to Congress

Here you go.

---

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Wednesday, February 20, 2019 3:31 PM
**To:** Louis Mandarini
**Subject:** RE: PBGC/DB Plans Letter to Congress

Any zipcodes? ☺

**From:** Louis Mandarini <lmandarini@mlbf.org>
**Sent:** Thursday, February 14, 2019 2:26 PM
**To:** lhickey@macoalthtf.org
**Subject:** Re: PBGC/DB Plans Letter to Congress

I'm working on zip codes. I'm also fine with the text of the letter. Feel free to sign my name.

Sent from my iPad using ZixOne

On Feb 13, 2019 at 3:16 PM "Laura-Jean Hickey" <lhickey@macoalthtf.org> wrote:

We are hoping by end of next week if not sooner. I just have to get final permission from everyone and then gather signatures.
Will you be able to send a zip code file to me? Let me know if you can and if I can include you on the letter.
Thank you!
L-J

    On February 13, 2019 at 2:44 PM Louis Mandarini <lmandarini@mlbf.org> wrote:

    When will letter go?

    Sent from my iPhone using ZixOne

**App.412**

1

On Feb 13, 2019 at 12:41 PM "Laura-Jean Hickey" <lhickey@macoalthtf.org> wrote:

> Hi Lou,
> I was just wondering if we had your permission to list your name and Mass. Laborers' Benefit
> Funds on the Coalition-wide letter. I need to move forward and begin gathering signatures.
> The draft letter is attached (yellow highlights = those who will be signing). I am still analyzing zip
> code files so update the numbers in the opening paragraph (also haven't received a zip code file
> from you). Can you let me know ASAP?
> Thank you.
> Laura-Jean
> Laura-Jean Hickey
> Coalition Coordinator
> Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-
> 0680
> Phn: 508.533.1400 x116 | Fax: 508.533.1425
> lhickey@macoalthtf.org
> Visit us: http://www.macoalthtf.org

Laura-Jean Hickey
Coalition Coordinator
Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | P.O. Box 680 | Medway, MA 02053-0680
Phn: 508.533.1400 x116 | Fax: 508.533.1425
lhickey@macoalthtf.org
Visit us: http://www.macoalthtf.org

Confidentiality Requirement: This email message, including any attachment(s), is for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,
disclosure or distribution is strictly prohibited. If you are not the intended recipient, please immediately
contact the sender by email and delete the message from your system.

App.413

IUOE4 FED 8455

| ben_addr | ben_city | ben_state | ben_zip |
|---|---|---|---|
| | Orocovis | PR | 00720 |
| | Goraba | PR | 00728 |
| | Cayey | PR | 00736 |
| | Guayama | PR | 00785 |
| | San Juan | PR | 00926 |
| | San Juan, Puerto Rico | | 00926 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Agawam | MA | 01001 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | MA | 01002 |
| | Amherst | NH | 01002 |
| | Pelham | MA | 01002 |
| | Barre | MA | 01005 |
| | Barre | MA | 01005 |
| | Barre | MA | 01005 |
| | Barre | MA | 01005 |
| | N Barre | MA | 01005 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Belchertown | MA | 01007 |
| | Bendsville | MA | 01009 |
| | Palmer | MA | 01009 |
| | Brimfield | MA | 01010 |
| | Brimfield | MA | 01010 |
| | Brimfield | MA | 01010 |
| | Brimfield | MA | 01010 |
| | Holyoke | MA | 01010 |
| | Chesterfield | MA | 01012 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Chicopee | MA | 01013 |
| | Springfield | MA | 01019 |
| | Chicopee | MA | 01020 |
| | Chicopee | MA | 01020 |
| | Chicopee | MA | |

App. 4.14

| | | | | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | Chicopee | MA | 01020 |
| | | | | SO Hadley | MA | 01025 |
| | | | | Cummington | MA | 01026 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Easthampton | MA | 01027 |
| | | | | Southhampton | MA | 01027 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | E Longmeadow | MA | 01028 |
| | | | | Feeding Hills | MA | 01030 |
| | | | | Feeding Hills | MA | 01030 |
| | | | | Feeding Hills | MA | 01030 |
| | | | | Feeding Hills | MA | 01030 |
| | | | | Feeding Hills | MA | 01030 |
| | | | | Feedinghills | MA | 01030 |
| | | | | Gilbertville | MA | 01031 |
| | | | | Gilbertville | MA | 01031 |
| | | | | Gilbertville | MA | 01031 |
| | | | | Gilberville | MA | 01031 |
| | | | | Granby | MA | 01033 |
| | | | | Granby | MA | 01033 |
| | | | | Granby | MA | 01033 |
| | | | | Granby | MA | 01033 |
| | | | | Granby | MA | 01033 |
| | | | | Granville | MA | 01034 |
| | | | | Tolland | MA | 01034 |
| | | | | Hadley | MA | 01035 |
| | | | | Hampden | MA | 01036 |
| | | | | Hampden | MA | 01036 |
| | | | | Hatfield | MA | 01038 |
| | | | | Hatfield | MA | 01038 |
| | | | | Hatfield | MA | 01038 |
| | | | | Hatfield | MA | 01038 |
| | | | | Haydenville | MA | 01039 |
| | | | | Haydenville | MA | 01039 |
| | | | | Whately | MA | 01039 |
| | | | | Holyoke | MA | 01040 |
| | | | | Holyoke | MA | 01040 |

App. 415

| | | | City | State | Zip |
|---|---|---|---|---|---|
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01040 |
| | | | Holyoke | MA | 01041 |
| | | | Huntington | MA | 01050 |
| | | | Huntington | MA | 01050 |
| | | | Huntington | MA | 01050 |
| | | | Monson | MA | 01052 |
| | | | Leverett | MA | 01054 |
| | | | Chesterfield | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |
| | | | Ludlow | MA | 01056 |

App.416

# Exhibit 36

**In the Matter of:**

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*Taylor Ryan*

*July 08, 2022*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Taylor Ryan
July 08, 2022

Page 3

1    APPEARANCES (Continued):

2

3    Representing the Defendants:

4        O'DONOGHUE & O'DONOGHUE LLP

5        5301 Wisconsin Avenue, NW, Suite 800

6        Washington, DC 20015

7        BY:  DANIEL KEENAN, ESQ.

8        (202) 362-0041

9        E-mail: cgilligan@odonoghuelaw.com

10

11    In Attendance:  Rosemarie Alongi

12        Gina Marie Alongi

13        Greg Geiman

14

15

16

17

18

19

20

21

22

23

24

---

1         COMMONWEALTH OF MASSACHUSETTS

2    Norfolk, ss.        Superior Court

3            Civil Action No. 2182CV00125

4    ****************************************************

5    GINAMARIE ALONGI AND ROSEMARIE ALONGI,      *

6      Plaintiffs                                *

7      vs.                                       *

8    IUOE LOCAL 4 HEALTH & WELFARE FUND; IUOE LOCAL 4 *

9    PENSION FUND; IUOE LOCAL 4 ANNUITY & SAVINGS    *

10   FUND; HOISTING AND PORTABLE ENGINEERS LOCAL 4   *

11   APPRENTICESHIP & TRAINING FUND; JOINT LABOR-    *

12   MANAGEMENT COOPERATION TRUST; AND WILLIAM D.    *

13   MCLAUGHLAN, INDIVIDUALLY AND IN HIS CAPACITY    *

14   AS CHAIRMAN OF THE BOARDS OF TRUSTEES,          *

15     Defendants                                   *

16   ****************************************************

17          DEPOSITION OF:  TAYLOR RYAN

18            BOWDITCH & DEWEY, LLP

19            200 Crossing Boulevard

20            Framingham, Massachusetts

21            July 8, 2022  1:53 p.m.

22

23            Kristen M. Edwards

24            Court Reporter

---

Page 2

1    APPEARANCES:

2

3    Representing the Plaintiffs:

4        BOWDITCH & DEWEY, LLP

5        200 Crossing Boulevard, Suite 300

6        Framingham, MA 01702

7        BY:  TIMOTHY P. VAN DYCK, ESQ.

8            JACOB A. TOSTI, ESQ.

9        (617) 757-6537  fax (508) 929-3137

10       E-mail:  tvandyck@bowditch.com

11

12   Representing the Defendants:

13       FREEMAN, MATHIS & GARY LLP

14       60 State Street, Suite 600

15       Boston, MA 02109-1800

16       BY:  JENNIFER L. MARKOWSKI, ESQ.

17           CHRISTOPHER REDD, ESQ.

18       (617) 963-5975

19       E-mail:  jmarkowski@fmglaw.com

20

21

22

23

24

---

Page 4

1             I N D E X

2

3    WITNESS:              TAYLOR RYAN

4

5    EXAMINATION BY:                PAGE:

6    Ms. Markowski                    5

7    Mr. Keenan                     123

8    Mr. Van Dyck                   150

9

10   EXHIBITS:                       PAGE:

11   Exhibit 144, letter...............71

12   Exhibits 145-147, e-mails..........71

13   Exhibit 148, statement..............71

14   Exhibit 149, text messages..........72

15   Exhibit 150, e-mail...............134

16   Exhibit 151, e-mail...............135

17   Exhibit 152, e-mail...............137

18   Exhibit 153, e-mail...............138

19   Exhibit 154, e-mails..............139

20   Exhibit 155, e-mails..............145

21

22   (Exhibits retained by Attorney Markowski)

23

24                                       App.419

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Taylor Ryan
July 08, 2022

Page 145

1    A.    That sounds like a possibility.  It rings
2  a bell.  It's the best I can offer you.
3    Q.    Right.  So you don't remember performing
4  this work while at the Local 4 Funds office at all?
5    A.    I remember doing the ZIP code work at
6  Local 4.
7    Q.    What do you remember about it?  Let me
8  ask that.
9    A.    I've told you as much as I remember.  I
10  remember doing a spreadsheet performing some tasks
11  pertaining to ZIP codes while at Local 4.
12    Q.    Do you remember how long it took?
13    A.    A very long time.
14    Q.    More than a day?
15    A.    Yes.
16    Q.    More than a week?
17    A.    Probably.
18    Q.    More than a month?
19    A.    Maybe.  I don't remember.
20    Q.    But it took more than a week?
21    A.    Yes.
22
23        (Exhibit 155, e-mails, marked)
24

Page 146

1    Q.    Ms. Ryan, once again, voluminous document
2  but, I think, we can probably get away with reading the
3  first page.  Let me know when you have done that,
4  please.
5    A.    Okay.
6    Q.    Is this an e-mail -- this is an e-mail
7  from Laura-Jean Hickey to you on Wednesday,
8  February 13th, 2019 at 3:23 p.m., right?
9    A.    Yes.
10    Q.    What is the subject of the e-mail?
11    A.    IEB more zips, exclamation point.
12    Q.    What is the date of this e-mail?
13    A.    Date?
14    Q.    Yes.
15    A.    February 13th, 2019.
16    Q.    If we could look at the top of Exhibit
17  154.  It's to your right.  What is the first e-mail on
18  the top of 154; what's the date of that e-mail?
19    A.    February 21st, 2019.
20    Q.    And going back to 155, I'm sorry I'm
21  jumping around, what are the attachments to this
22  e-mail?
23    A.    IBEW 223 Taft-Hartley mailing list by ZIP
24  IWNE Coalitions ZIP code count.

Page 147

1    Q.    Can you explain to me what those
2  attachment titles mean?
3    A.    It sounds like there is some list of ZIP
4  codes obviously pertaining to the Coalition.
5    Q.    There's two attachments, right?
6    A.    Yes.
7    Q.    So the first attachment, IBEW, would it
8  refresh your recollection if I told you that stands for
9  International Brotherhood of Electrical Workers?
10    A.    Not in the least.
11    Q.    And then it says 223 Taft-Hartely mailing
12  list, correct?
13    A.    Yes.
14    Q.    And the e-mail from Laura-Jean Hickey
15  says, "Tim, first file is from IBEW 223 and it's only
16  active members, no retirees," right?
17    A.    Yes.
18    Q.    Then the second line says, second file is
19  from the ironworkers, the spreadsheet is two tabs,
20  right?
21    A.    Yes.
22    Q.    What does it say next?
23    A.    "I do need to finalize the letter soon.
24  So if you can let me know when you expect to have a

Page 148

1  final tally available to input into the letter.  Thank
2  you so very much," smiley face.
3    Q.    So when she says she needs to finalize
4  the letter soon and she is asking you for a final
5  tally, does that jog your memory or refresh your
6  recollection as to what you are doing with these ZIP
7  codes?
8    A.    Honestly, no.  I mean, I fully believe
9  that I did all of this.  I just, like, I pick things
10  up.  I put them down.  I don't remember the details of
11  what it's for.  It's obviously for the Coalition.  It
12  says it right there.  I was obviously aware of it at
13  the time.
14    Q.    You can't fabricate memories.  If you
15  don't remember, you don't remember.  That's fine.  You
16  had said that, in reference to Exhibit 154, that the
17  ZIP code work took more than a week, right?
18    A.    I remember it being a big thing.
19    Q.    What do you mean by a big thing?
20    A.    Like a big time-consuming project.
21    Q.    And that applies to these ZIP codes as
22  well, the Exhibit 155?
23    A.    At this point I'm kind of lumping them
24  all together as the big ZIP code project.

App.420

**Exhibit 37**



EXHIBIT
Ortega
131
7/8/62 (KE)

**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Friday, August 22, 2014 9:16 AM
**To:** Rosemary A. Ortega
**Subject:** Re: Did you order binders for Wednesday's Coalition Meeting? - 1/2 inch

You're all set on email addresses for Victory and Boston Trust?

Sent from my iPad

On Aug 22, 2014, at 9:12 AM, "Rosemary A. Ortega" <ROrtega@local4funds.org> wrote:

> Thanks. Just in case you are looking for me. I am assuming that Gina is going to want me to go to the registry to get her new plates. I will do that after she signs the investment termination letters and all copies are faxed, mailed and distributed. Once that is done I am going. Of course I will have my cell with me and will return to the office as soon as I can.
>
> **From:** Laura-Jean Hickey
> **Sent:** Friday, August 22, 2014 9:10 AM
> **To:** Rosemary A. Ortega
> **Subject:** Re: Did you order binders for Wednesday's Coalition Meeting? - 1/2 inch
> Thank you for reminder. The 1/2 inch view binders should arrive Monday. I will be in on Tuesday (maybe not all day).
>
> Sent from my iPad
>
> On Aug 22, 2014, at 8:48 AM, "Rosemary A. Ortega" <ROrtega@local4funds.org> wrote:
>
>> *Rosemary A. Ortega*
>> Administrative Assistant to Laura-Jean Hickey and Greg Geiman
>> IUOE Local 4 Benefit Funds
>> 16 Totter Drive
>> P.O. Box 680
>> Medway, MA. 02053-0680
>> Tel: (508) 533-1400, ex. 113
>> Fax: (508) 533-1425
>> *Email: rortega@local4funds.org*

<u>App.422</u>

IUOE4 FED 8875



**From:**        Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:**        Thursday, October 23, 2014 12:05 PM
**To:**        Rosemary A. Ortega
**Subject:**        Re: Do you know where I can find the Coalition Credit Card Number (per Gina) - Thank you.


        1009
10/17
Front 1312
Back 912
Under Gina and PO box 680

Sent from my iPhone

On Oct 23, 2014, at 11:59 AM, Rosemary A. Ortega <ROrtega@local4funds.org> wrote:

> *Rosemary A. Ortega*
> Administrative Assistant to Laura-Jean Hickey and Greg Geiman
> IUOE Local 4 Benefit Funds
> 16 Totter Drive
> P.O. Box 680
> Medway, MA. 02053-0680
> Tel: (508) 533-1400, ex. 113
> Fax: (508) 533-1425
> *Email: rortega@local4funds.org*



| **From:** | Laura-Jean Hickey <LHickey@local4funds.org> |
| **Sent:** | Wednesday, November 18, 2015 7:08 PM |
| **To:** | Bettyann Trefry ; Terri A. Berardi; Rosemary A. Ortega |
| **Subject:** | MA Coalition 11-19-2015 RSVP List.xlsx |
| **Attachments:** | MA Coalition 11-19-2015 RSVP List.xlsx |

Hello ladies,

Attached is my RSVP list for both meetings tomorrow.

See you in the AM.

Laura-Jean

**Massachusetts Coalition of Taft-Hartley Trust Funds, Inc.**
**November 19, 2015 9am** *Executive Board and 10am Regular Member Meeting*

As of 5/14/20223:34 PM

**8:30-8:45am: Panera Breakfast Delivery (prepaid on Coalition AMEX; tip also already included)**

**9am Executive Board**

|  | First | Last | Fund |
|---|---|---|---|
| 1 | Gina | Alongi | IUOE Local 4 Benefit Funds |
| 2 | Carol | Blanchard | Teamsters Union 25 Health Services & Insurance Plan |
| 3 | Veronica | Dyer | Iron Workers District Council of New England Funds |
| 4 | Roger | Gill | Plumbers Local No. 12 |
| 5 | Laura-Jean | Hickey | IUOE Local 4 Benefit Funds |
| 6 | Louis | Malzone | Boston Building Service Employees' Trust Fund, SEIU 32BJ New England District 615 |

**10am Regular Mbr Meeting**

|  | First | Last | Fund |
|---|---|---|---|
| 1 | Gina | Alongi | IUOE Local 4 Benefit Funds |
| 2 | Carol | Blanchard | Teamsters Union 25 Health Services & Insurance Plan |
| 3 | Fran | Boudrow | Asbestos Workers Local 6 |
| 4 | Kelly | Briggs | Greater Boston Hospitality Employers Local 26 Funds |
| 5 | Ron | Doyle | MA Laborers' Benefit Funds |
| 6 | Veronica | Dyer | Iron Workers District Council of New England Funds |
| 7 | Roger | Gill | Plumbers Local No. 12 |
| 8 | Charles | Hannaford | Pipefitters Local Union 537 Trust Funds |
| 9 | Laura-Jean | Hickey | IUOE Local 4 Benefit Funds |
| 10 | Louis | Malzone | Boston Building Service Employees' Trust Fund, SEIU 32BJ New England District 615 |
| 11 | Melissa | Thomas | IUOE Local 877 H&W Fund |
| 12 | Jeff | Werner | New England Carpenters Benefit Funds |
| 13 | Frank | Callahan | Mass Building Trades |

**11:30-11:45am: Rosemary pick up Whole Foods for working lunch**

**Presenters (Please have Presenters wait in Day Room; Gina or I will greet them)**
**10am**: Ruth Gillan & Rob Greene, Knight Int'l Insurance Agency
**11am**: Robert Haynes, Haynes & Associates; Ralph Feminella & Jim Kelly, Decusoft
**1pm**: Jon Feinberg & Guilherme Valle, ABS Investment Management, LLC

IUOE4 FED 8836

<u>App.425</u>



**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Tuesday, November 24, 2015 7:22 PM
**To:** Rosemary A. Ortega
**Subject:** 2015 Coalition Holiday Luncheon selections.xlsx - LATEST AND GREATEST 7:21PM
**Attachments:** 2015 Coalition Holiday Luncheon selections.xlsx

Here is my Coalition luncheon list in the event...

81 RSVP (3 reception only)

45 S&T
18 Scallops
12 Chicken
4 Veg Rav

___
78 meals

App.426

IUOE4 FED 8831

| | Need Tag? | Last | Name | Trust FundLocal or Company Name | A-S&T | B-Scallops | C-Chx | D-Veg | E-Vegan | Special Req |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Alongi | Gina M. Alongi | IUOE Local 4 Benefit Funds | | 1 | | | 0 | |
| 2 | Yes | Banks | Jeb Banks | BNY Mellon Asset Management | | | 1 | | | |
| 3 | | Barilotti | Joseph Barilotti | Chartwell Investment Partners | 1 | | | | | |
| 4 | Yes | Boudrow | Fran Boudrow | Asbestos Workers Local 6 | | 1 | | | | |
| 5 | Yes | Bowen | Shawn Bowen | Meketa Investment Group | 1 | | | | | |
| 6 | Yes | Brenner | David Brenner | Segal Consulting | | | | | | Reception only |
| 7 | Yes | Briggs | Kelly Briggs | Greater Boston Hospitality Employers Local 26 Funds | 1 | | | | | |
| 8 | | Bushy | Dean Bushy | Tufts Health Plan | | | 1 | | | |
| 9 | | Caldwell | Nick Caldwell | Boston Trust | | | | 1 | | |
| 10 | | Campbell | David Campbell | Campbell DeVasto & Associates CPAs | | 1 | | | | |
| 11 | Yes | Chaet | Jeff Chaet | Retired IUOE Local 98 (Barbara's guest) | 1 | | | | | |
| 12 | | Coletti | A.J. Coletti | Cammack Retirement Group | | 1 | | | | |
| 13 | Yes | Cushing | Mark Cushing | Boston Trust | | | 1 | | | |
| 14 | | Davis | Teresa Davis | Davis Vision | | | 1 | | | |
| 15 | | Despres | Lisa Despres | Tufts Health Plan | | 1 | | | | |
| 16 | Yes | Dion | Steve Dion | BCBSMA | 1 | | | | | |
| 17 | | Downes | Matt Downes | BNY Mellon Asset Management | 1 | | | | | |
| 18 | Yes | Downey | Judy Downey | Greater Boston Hospitality Employers Local 26 Funds | 1 | | | | | |
| 19 | Yes | Doyle | Ron Doyle | MA Laborers' Benefit Funds | | | 1 | | | |
| 20 | | Dunlea | Lisa Dunlea | East Boston Savings Bank | 1 | | | | | |
| 21 | Yes | Dyer | Veronica Dyer | Iron Workers Funds | 1 | | | | | |
| 22 | | Eld | Kathy Eld | Tufts Health Plan | | | 1 | | | |
| 23 | Yes | Emery | Dan Emery | ULLICO | | | | | | Reception only |
| 24 | | Emma | Eileen Emma | Davis Vision | | | 1 | | | |
| 25 | Yes | Feinberg | Jon Feinberg | ABS Equity L/S Strategies | | 1 | | | | |
| 26 | Yes | Ferrara | Joseph Ferrara | Meketa Investment Group | 1 | | | | | |
| 27 | | Finnerty | Donna Finnerty | East Boston Savings Bank | 1 | | | | | |
| 28 | Yes | Freniere | Rick Freniere | Wellington Management | 1 | | | | | |
| 29 | Yes | Fusco | Marisa Fusco | Tufts Health Plan | | 1 | | | | |
| 30 | Yes | Geiman | Greg Geiman | IUOE Local 4 Benefit Funds | 1 | | | | | |
| 31 | Yes | Gerentine | Adam Gerentine | HGK Asset Management | 1 | | | | | |
| 32 | | Gill | Roger Gill | Plumbers Local 12 Benefit Funds | 1 | | | | | |
| 33 | | Gillan | Ruth Gillan | Knight International | | | 1 | | | |
| 34 | Yes | Goldstein | Larry Goldstein | ISSI | | | 1 | | | |
| 35 | Yes | Greene | Robert Greene | Knight International | 1 | | | | | |

App.427

| | Need Tag? | Last | Name | Trust FundLocal or Company Name | A-S&T | B-Scallops | C-Chx | D-Veg | E-Vegan | Special Req |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Yes | Gronda | Rob Gronda | Bentall Kennedy | | 1 | | | | |
| 37 | Yes | Hannaford | Charlie Hannaford | Pipefitters Local 537 Trust Funds | | | 1 | | | |
| 38 | Yes | Harrington | Matthew Harrington | Intercontinental Real Estate | 1 | | | | | |
| 39 | Yes | Hattler | Jackie Hattler | ABS Equity L/S Strategies | 1 | | | | | |
| 40 | | Hattrup | Michael Hattrup | O'Shaughnessy Asset Management | 1 | | | | | |
| 41 | Yes | Haynes | Robert Haynes | Haynes & Associates | 1 | | | | | |
| 42 | Yes | Haynes | Joe Haynes | Haynes & Associates | 1 | | | | | |
| 43 | | Hedgebeth | Ken Hedgebeth | Columbia Threadneedle Investments | 1 | | | | | |
| 44 | | Hickey | Laura-Jean Hickey | IUOE Local 4 Benefit Funds | | 1 | | | | Chicken allergy |
| 45 | | Karelitz | Brad Karelitz | Columbia Threadneedle Investments | 1 | | | | | |
| 46 | | Keogh | Robert Keogh | Sheet Metal Workers | 1 | | | | | |
| 47 | Yes | Knecht | Joe Knecht | Chartwell Investment Partners | 1 | | | | | |
| 48 | Yes | Krause | Dan Krause | MassMutual | 1 | | | | | |
| 49 | Yes | Lane | Barbara Lane | Retired IUOE Local 98 | | 1 | | | | No soft cheese |
| 50 | | Maggio | Denise Maggio | Delta Dental | | 1 | | | | |
| 51 | Yes | Mahoney | Mike Mahoney | Manulife Asset Management | 1 | | | | | |
| 52 | Yes | Manley | John Manley | William Blair | | 1 | | | | |
| 53 | Yes | Manzi | Ed Manzi | Manzi & Associates CPA | | 1 | | | | |
| 54 | | Marsh | Sharon Marsh | Campbell DeVasto & Associates CPAs | | 1 | | | | |
| 55 | Yes | Masiello | Tom Masiello | Retired: MA Laborers' Benefit Funds | 1 | | | | | |
| 56 | Yes | May | Christopher May | BCBSMA | 1 | | | | | |
| 57 | Yes | McAtamney | Kevin McAtamney | Cammack Retirement Group | 1 | | | | | |
| 58 | Yes | Mickel | Jeannie Mickel | Manzi & Associates CPA | | | | 1 | | |
| 59 | Yes | Mitchell | Pete Mitchell | Crescent Capital Group | 1 | | | | | |
| 60 | Yes | Mokos | Joey Mokos | UNITE HERE HEALTH | | 1 | | | | |
| 61 | Yes | Montlack | Erik Montlack | Delta Dental | 1 | | | | | |
| 62 | Yes | Mustard | Mary Mustard | Meketa Investment Group | 1 | | | | | |
| 63 | | Nauges | Jeff Nauges | Altus Dental Insurance Co., Inc. | 1 | | | | | |
| 64 | Yes | Nicolas | Jack Nicolas | KD Consulting | 1 | | | | | |
| 65 | | Peters | Fran Peters | HarbourVest Partners | | 1 | | | | |
| 66 | | Porter | Marybeth Porter | Pipefitters Local 537 Trust Funds | | 1 | | | | |
| 67 | | Richardson | Angelique Richardson | Wellington Management | 1 | | | | | |
| 68 | Yes | Rosander | Michelle Rosander | HearUSA | 1 | | | | | |
| 69 | | Runnals | Dan Runnals | NEPC | 1 | | | | | |
| 70 | Yes | Shay | Steve Shay | BCBSMA | | | 1 | | | |

App.428

| | Need Tag? | Last | Name | Trust FundLocal or Company Name | A-S&T | B-Scallops | C-Chx | D-Veg | E-Vegan | Special Req |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Yes | Sherman | Andrew Sherman | Segal Consulting | | | | | | Reception only |
| 72 | | Sullivan | Mike Sullivan | NEPC | 1 | | | | | |
| 73 | Yes | Supple | Bill Supple | Boston Partners | 1 | | | | | |
| 74 | Yes | Tepfer | Hal Tepfer | The Savitz Organization | | | | 1 | | |
| 75 | | Thomas | Melissa Thomas | IUOE Local 877 | 1 | | | | | |
| 76 | | Tobey | Ben Tobey | Goldman Sachs | 1 | | | | | |
| 77 | Yes | Van Duyn | David Van Duyn | Patriot Mullare Associates | 1 | | | | | |
| 78 | Yes | Werner | Jeff Werner | New England Carpenters Benefit Funds | | 1 | | | | |
| 79 | | White | Dan White | Health Plans, Inc. | | | 1 | | | |
| 80 | | White | Patrick White | Manning & Napier | 1 | | | | | |
| 81 | Yes | Wile | Jamie Wile | BCBSMA | 1 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | 45 | 18 | 12 | 3 | 0 | 78 |
| | | | | | A-S&T | B-Scallops | C-Chx | D-Veg | E-Vegan | |

App.429



EXHIBIT
Ortega
139
7|8|20  JE

**From:**       Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:**       Monday, January 9, 2017 4:22 PM
**To:**         Rosemary A. Ortega
**Subject:**    Coalition mtg

Rosemary,

Thanks for prepping the books. I did notice the wrong date is on the label on the bottom right. Can you fix to the 11th? Thanks much.

Laura-Jean Hickey
Assistant Administrator
IUOE Local 4 Benefit Funds Office | P.O. Box 680, 16 Trotter Drive | Medway MA 02053
Phn: 508-533-1400 x116 | Fax: 508-533-1425
www.local4funds.org

App.430

IUOE4 FED 8778



**From:** Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:** Friday, September 15, 2017 8:13 AM
**To:** Rosemary A. Ortega
**Subject:** Re: Agenda Regular Coalition Mtg - Sept 20 2017.docx

Thank you!!

Sent from my iPad

On Sep 15, 2017, at 8:09 AM, Rosemary A. Ortega <ROrtega@local4funds.org> wrote:

> Piece of Cake!!
> *Rosemary A. Ortega*
> Executive Assistant to Greg Geiman and Laura-Jean Hickey
> IUOE Local 4 Benefit Funds
> 16 Trotter Drive
> P.O. Box 680
> Medway, MA. 02053-0680
> Tel: (508) 533-1400, ex. 113
> Fax: (508) 533-1425
> Email: *rortega@local4funds.org*
>
> **From:** Laura-Jean Hickey
> **Sent:** Thursday, September 14, 2017 7:46 PM
> **To:** Rosemary A. Ortega <ROrtega@local4funds.org>
> **Subject:** RE: Agenda Regular Coalition Mtg - Sept 20 2017.docx
> UPDATED/edited CDI notes for Tab 4 (disregard attachment from my original email of 7:26pm)
>
> **From:** Laura-Jean Hickey
> **Sent:** Thursday, September 14, 2017 7:26 PM
> **To:** Rosemary A. Ortega <ROrtega@local4funds.org>
> **Subject:** RE: Agenda Regular Coalition Mtg - Sept 20 2017.docx
> Thank you!
> Ok – made copies and here are the holes as of NOW:
>  - Tab 1(b) – DRAFT Minutes. I will likely finish tomorrow (probably after you leave for the day)
>  - Tab 4 – CDI – waiting on utilization report from BCBS as well as notes review by Gina (she said she'd review after dinner; if no edits, see attached); locations section is already copied and on table
>  - Tab 7 – DRAFT 2018 Meeting Schedule. I will have in the AM
>  - Tab 8 – SURVEYS – I don't think I'll have them all completed before Monday.
> Can you put a reminder somewhere/everywhere for me to bring the projector with me when I leave on Monday night since I'm out Tuesday?
> Thank you for your help!!!!
> Laura-Jean
>
> **From:** Rosemary A. Ortega
> **Sent:** Thursday, September 14, 2017 3:12 PM
> **To:** Laura-Jean Hickey <LHickey@local4funds.org>
> **Subject:** RE: Agenda Regular Coalition Mtg - Sept 20 2017.docx
> You got it.

**App.431**

1

IUOE4 FED 8776

*Rosemary A. Ortega*
Executive Assistant to Greg Geiman and Laura-Jean Hickey
IUOE Local 4 Benefit Funds
16 Trotter Drive
P.O. Box 680
Medway, MA. 02053-0680
Tel: (508) 533-1400, ex. 113
Fax: (508) 533-1425
*Email: rortega@local4funds.org*

**From:** Laura-Jean Hickey
**Sent:** Thursday, September 14, 2017 2:58 PM
**To:** Rosemary A. Ortega <ROrtega@local4funds.org>
**Subject:** RE: Agenda Regular Coalition Mtg - Sept 20 2017.docx
..and this is for the Regular Member Meeting of 9/20/2017 so I will be making 24 books.
THANK YOU!

**From:** Laura-Jean Hickey
**Sent:** Thursday, September 14, 2017 2:51 PM
**To:** Rosemary Ortega <ROrtega@local4funds.org>
**Subject:** Agenda Regular Coalition Mtg - Sept 20 2017.docx
Rosemary,
Please see the agenda attached. Please make tabs for 1, 2, 3, 4, 6, 7 AND 8. #5 is Discussion only.
Laura-Jean

App.432



EXHIBIT
Ortega
143
7/8/22 RB

**From:**     Laura-Jean Hickey <LHickey@local4funds.org>
**Sent:**      Wednesday, November 20, 2019 1:31 PM
**To:**        Rosemary A. Ortega
**Subject:**   Encore Boston Harbor - please help

Hi Rosemary,

I was hoping you could print a few pages of the menu for Gina to pick out items for the Coalition's reception. We have already picked the Executive Buffet for the luncheon, so we are all set there with salads entrée and dessert. We only need to now pick out starters for the 12-1pm Reception. Please see the link below and under "Reception," please print the four subsections there and see if Gina would pick some items so we can finalize the BEO. Not the added cost w/ passed Hors D' Oeuvres – I'd suggest possibly having displays instead.

Encore Boston Harbor Catering Menus

THANK YOU!

Laura-Jean

Laura-Jean Hickey
Assistant Administrator
International Union of Operating Engineers Local 4 Funds
16 Trotter Drive, PO Box 680
Medway, MA 02053
(O) 508-533-1400 x116
(F) 508-533-1425
lhickey@local4funds.org
www.local4funds.org

<u>App.433</u>

IUOE4 FED 8864

**Exhibit 38**

**In the Matter of:**

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*Rosemary Ann Ortega*

*July 08, 2022*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Rosemary Ann Ortega
July 08, 2022

Page 3

1       COMMONWEALTH OF MASSACHUSETTS
2 Norfolk, ss.      Superior Court
3       Civil Action No. 2182CV00125
4 *****************************************************
5 GINAMARIE ALONGI AND ROSEMARIE ALONGI,    *
6   Plaintiffs             *
7   vs.                *
8 IUOE LOCAL 4 HEALTH & WELFARE FUND; IUOE LOCAL 4 *
9 PENSION FUND; IUOE LOCAL 4 ANNUITY & SAVINGS    *
10 FUND; HOISTING AND PORTABLE ENGINEERS LOCAL 4    *
11 APPRENTICESHIP & TRAINING FUND; JOINT LABOR-    *
12 MANAGEMENT COOPERATION TRUST; AND WILLIAM D.    *
13 MCLAUGHLIN, INDIVIDUALLY AND IN HIS CAPACITY    *
14 AS CHAIRMAN OF THE BOARDS OF TRUSTEES,      *
15   Defendants            *
16 *****************************************************
17     DEPOSITION OF: ROSEMARY ANN ORTEGA
18       BOWDITCH & DEWEY, LLP
19        200 Crossing Boulevard
20       Framingham, Massachusetts
21       July 8, 2022 9:15 a.m.
22
23       Kristen M. Edwards
24       Court Reporter

Page 2

1 APPEARANCES:
2
3 Representing the Plaintiffs:
4     BOWDITCH & DEWEY, LLP
5     200 Crossing Boulevard, Suite 300
6     Framingham, MA 01702
7     BY: TIMOTHY P. VAN DYCK, ESQ.
8       JACOB A. TOSTI, ESQ.
9     (617) 757-6537 fax (508) 929-3137
10    E-mail: tvandyck@bowditch.com
11
12 Representing the Defendants:
13    FREEMAN, MATHIS & GARY LLP
14    60 State Street, Suite 600
15    Boston, MA 02109-1800
16    BY: JENNIFER L. MARKOWSKI, ESQ.
17      CHRISTOPHER REDD, ESQ.
18    (617) 963-5975
19    E-mail: jmarkowski@fmglaw.com
20
21
22
23
24

Page 4

1        I N D E X
2
3 WITNESS:              ROSEMARY ANN ORTEGA
4
5 EXAMINATION BY:           PAGE:
6 Ms. Markowski         5
7 Mr. Keenan         111
8 Mr. Tosti         168
9 EXHIBITS:            PAGE:
10 Exhibits 129 and 130, subpoenas....................39
11 Exhibit 131, e-mail................126
12 Exhibit 132, e-mail................130
13 Exhibit 133, e-mail................131
14 Exhibit 134, e-mail................133
15 Exhibit 135, e-mail................137
16 Exhibit 136, e-mail................140
17 Exhibit 137, e-mail................143
18 Exhibit 138, e-mail................145
19 Exhibit 139, e-mail................147
20 Exhibit 140, e-mail................148
21 Exhibit 141, e-mail................150
22 Exhibit 142, e-mail................152
23 Exhibit 143, e-mail................154
24 (Exhibits retained by Attorney Markowski)

App.436

Page 3 — APPEARANCES (Continued):

2
3 Representing the Defendants:
4     O'DONOGHUE & O'DONOGHUE LLP
5     5301 Wisconsin Avenue, NW, Suite 800
6     Washington, DC 20015
7     BY: DANIEL KEENAN, ESQ.
8     (202) 362-0041
9     E-mail: cgilligan@odonoghuelaw.com
10
11 In Attendance: Rosemarie Alongi
12      Gina Marie Alongi
13      Greg Geiman

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Rosemary Ann Ortega
July 08, 2022

Page 41

1    Q.    So are saying you wrote multiple
2  statements on different occasions or you wrote one
3  statement that contained multiple statements?
4      A.    I wrote one statement that contained
5  multiple statements.
6    Q.    And you brought that with you today?
7      A.    I did, yes.
8    Q.    Anything else?
9      A.    No.
10    Q.    So in terms of the text messages, you
11  would agree with me those are communications with Gina
12  Alongi?
13      A.    Yes, I didn't think that they were --
14  yes, I guess you could call it that, yes.
15    Q.    Would you produce those to us?  We can
16  talk about this off record.  But those would be
17  responsive to the documents that we requested, and so
18  we're happy to figure out a way to get those text
19  messages from you.
20      A.    Sure.
21    Q.    Again, we can talk about that offline.
22      A.    Sure.
23    Q.    Are the text messages the only written
24  exchanges you've had with Gina Alongi?

Page 42

1      A.    Yes.
2    Q.    How about with Rosemarie Alongi?
3      A.    Same, you know, wishing me happy
4  holidays.  Nothing related to the case other than I had
5  spoken with Tim in January or February and he was
6  supposed to send me a written document which contained
7  our conversation, which I never got from him.  So that
8  was the only -- for Gina and I, that was the only two
9  things in my -- you know, related to text messages
10  concerning the case.  Everything else is regarding
11  holidays and puppy pictures and...
12    Q.    So we did -- the subpoena does ask for
13  all communications with Gina Alongi and Rosemarie
14  Alongi.  So whatever they are regarding and, I think,
15  we can figure out a way just to the text chain itself.
16      A.    Sure, sure.
17    Q.    Perfect.  I think you said -- did you say
18  that Tim Van Dyck said he was going to send you a
19  statement?
20      A.    Yes.
21    Q.    Was that like an affidavit of some sort;
22  did he say what?
23      A.    Just capturing our telephone
24  conversation.  So I don't know what you would call it.

Page 43

1    Q.    But you did not receive anything?
2      A.    I did not receive it, no.
3    Q.    And did you say that until -- it wasn't
4  until after the Alongies had been let go from the Funds
5  that they started connecting with you personally
6  sending personal text messages?
7      A.    No, no.  I mean, you know, I saw Gina --
8  I've seen Gina a couple of times outside the office.  I
9  played poker with her and Rosemarie and another woman
10  that used to work in the office.  I played once at
11  Gina's house.  We were talking about poker.  I played
12  at her house.  I played poker one night while I was at
13  the Cape with some friends we played poker.  And then
14  recently Gina and Rose threw me a little retirement
15  luncheon at her house.  Those are the only times that I
16  had been at her house other than company functions.
17  Like, Gina would host a Christmas party for the staff.
18  After dinner we would go to her house for dessert and
19  the secret Santa.
20    Q.    If we could break that down a little bit.
21      A.    I'm sorry.
22    Q.    In terms of the visits that you had.  I
23  appreciate that.  So you mentioned playing poker with
24  Gina Alongi.  It sounds like you've done that a couple

Page 44

1  of times?
2      A.    Just twice.
3    Q.    One time was at her house in Westborough,
4  and the other time was at --
5      A.    Yes, the Cape.
6    Q.    Was that at her house on the Cape?
7      A.    Yes.
8    Q.    Let's focus on the time you played poker
9  in Westborough.  When did that occur?
10      A.    I don't remember.  I don't recall.  It
11  was a long time ago because the woman that also played
12  with us is no longer there and, I think, she's been
13  gone five, six years.
14    Q.    And who was that?
15      A.    Betty Ann.
16    Q.    Betty Ann Trickery?
17      A.    Yes.
18    Q.    And were those the only work people that
19  were playing poker at Gina's house?
20      A.    Yes.
21    Q.    I assume there were other folks playing
22  as well?
23      A.    It was Rosemarie, Gina, me and Betty Ann.
24    Q.    So you think that that was more than 437

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Rosemary Ann Ortega
July 08, 2022

Page 157

1    Q.    Compile the documents?
2    A.    Yes, if asked.
3    Q.    Did you ever have to mail out surveys on
4  behalf of the Coalition?
5    A.    I don't recall.
6    Q.    Do you recall sending out ballots on
7  behalf of the Coalition?
8    A.    I don't recall that.  I do recall sending
9  stuff out because the postage machine had a section for
10  coalition and I was aware, so I must have sent stuff
11  out.
12    Q.    So the Local 4 Funds office mailing
13  machine had a code for the Massachusetts Coalition.
14    A.    Yes.
15    Q.    So how does that work; can you walk me
16  through that real briefly?
17    A.    It's a mailing machine.  And before you
18  put your letter in to get stamped, you have to code it.
19    Q.    Why is that?
20    A.    Because each fund has its own code.  So
21  if you're mailing out 100 something for under the
22  pension, then when they're figuring out the budget,
23  then, you know, that mailing is -- sorry, I lost my
24  train of thought.  That each fund has -- so that you

Page 158

1  can account for what you're spending on each fund.
2    Q.    There we go.  So when you say "spending
3  on each fund," so for each mail you put through the
4  machine, it automatically affixes postage to it?
5    A.    Yes.  But you have to code it first so
6  that the right department gets charged for it.
7    Q.    So the postage machine at IUOE Local 4 is
8  charging a code for the Massachusetts Coalition?
9    A.    It has a code on it, yes.  So if you're
10  sending something out for the Mass. Coalition, you're
11  running it through and it's being charged to the Mass.
12  Coalition as opposed to if you're sending something
13  through it's not being charged to the Health & Welfare
14  Fund or Pension Fund.
15    Q.    Did you ever pay the postage on behalf of
16  the Coalition?
17    A.    No.
18    Q.    Whose responsibility was that?
19    A.    I believe it was Laura-Jean was in charge
20  of the postage machine.
21    Q.    Do you remember telling Mr. Heinzman you
22  performed a lot of work for Laura-Jean as directed by
23  Gina?
24    A.    You know, it was a while ago that I had

Page 159

1  that conversation.  So I'm assuming if he said that,
2  then I said that.
3    Q.    Well, sitting here today, would you say
4  that you performed a lot of work for Laura-Jean as
5  assigned by Gina?
6    A.    Well, sir, I didn't initially.  But now
7  after seeing all these e-mails, yes, I did.
8    Q.    So Gina is ultimately assigning this
9  Coalition work?
10    A.    I think that she is dealing with
11  Laura-Jean to get the work done, and Laura-Jean is
12  dealing with me to help her get the work done.
13    Q.    Based on the e-mails, you would say that
14  Gina was aware of that, wouldn't you?
15    A.    Yes.
16    Q.    Did you perform personal errands on
17  behalf of Ms. Alongi while you were employed by the
18  Funds?
19    A.    Yes.
20    Q.    What type of personal errands?
21    A.    I picked her up if her vehicle was in
22  being worked on.  I would offer to go get her lunch if
23  I was going out.  I would mail packages for her.
24    Q.    What types of packages?

Page 160

1    A.    Orders of things that she wanted to
2  return.
3    Q.    Oh, so her personal items.
4    A.    Yes.
5    Q.    From the Funds office?
6    A.    Yes, but not at the Fund cost.
7    Q.    How did you post those packages?
8    A.    Well, sometimes if we sent it out UPS, I
9  was in charge of -- and using the American Express
10  bill, I would take the American Express bill and I
11  would assign it a code.  And then so if I sent
12  something out for Gina, she would pay that.
13    Q.    Let's break that down.
14    A.    Sorry, that was probably like at this
15  point I'm like...
16    Q.    Ma'am, not at all.  Being deposed isn't
17  easy.  We get that.  You said that sometimes you used
18  UPS, right?
19    A.    Yes.
20    Q.    So what would you do, would you contact
21  UPS; did you have to go to the UPS store; what would
22  you do with her personal packages?
23    A.    We had a program, a software program that
24  would allow us to ship from our office.   App.438

**Exhibit 39**



## AFFIDAVIT OF JOHN J. SHAUGHNESSY, JR.

I, John J. Shaughnessy, Jr., on oath, depose and state as follows:

1. I am the former Senior Management Trustee of the Health & Welfare, Pension, and Annuity & Savings Funds of the IUOE Local 4 Benefit Funds (the "Funds"). I served as Trustee for approximately 30 years until 2019. I was the sole Management Trustee who served on all of the aforementioned Funds.

2. All statements contained in this affidavit are made of my own personal knowledge.

3. As Senior Management Trustee, I worked closely with both the Business Managers and Administrators of the Funds to support the operation of the Funds including William McLaughlin and Gina Alongi.

4. My duties as Trustee included attending Trustee meetings, approving extraordinary Fund expenses, employee compensation, and in general terms assisting in the implementation of all policy changes to the Funds.

5. As Senior Trustee, I was at the Funds' Medway office more than any other Trustee and regularly approved Funds matters jointly with the Business Manager.

6. In or around 2013, I specifically recall that then-Business Manager Lou Rasetta and I approved an additional two weeks of vacation time for Ms. Alongi to use or cash out annually. Additionally, we gave her a generous car "allowance"

7. Throughout her tenure as Administrator, Ms. Alongi was an exemplary employee and consistently went above and beyond in service of her duties at the Funds.

8. Ms. Alongi was appointed to the Massachusetts Coalition of Taft Hartley Funds (the "Coalition") as the Executive Director in or around 2007. As a direct result of Ms. Alongi's work, coordinating and overseeing the work of the Coalition, and by utilizing the Coalition's collective bargaining power, the Funds were able to reap significant benefits by negotiating more favorable contract terms with third party vendors. In short, the Funds would not have received the same benefits if not for Ms. Alongi's work at the Coalition.

15.   During this call, I recall Ms. Alongi also telling me that she was very concerned about retaliation if she reported this incident.  At some point later, I also recall her telling me that Ms. Kate Shea, the Funds' outside counsel, had counseled her that Mr. McLaughlin's behavior was not illegal.  Given this, I decided not to discuss this incident with any of the other Trustees. Ms Alongi informed me that her intent was to attempt to co-exist with Mr. McLaughlin until she reached   retirement age.

Sworn to under the pains and penalties of perjury this 31st day of March 2021.

John J. Shaughnessy, Jr.

**Exhibit 40**

# AFFIDAVIT OF LOUIS G. RASETTA

I, Louis G. Rasetta, on oath, depose and state as follows to the best of my knowledge and understanding:

1. I have been a member of the IUOE Local 4 Union (the "Union") for approximately 51 years. In or around 1992, I became a Business Agent and was elected as Business Manager in 2004. I served as Business Manager until 2017 when I retired.

2. By virtue of serving as Business Manager, I also served as Chairman of the various Boards of Trustees of the IUOE Local 4 Benefit Funds (the "Funds"). In that capacity, I attended trustee meetings to act on behalf of plan participants.

3. The Business Manager of a Union has significant sway with the other Labor and Management Trustees on the various Boards of Trustees. Trustees rarely vote in opposition to the Business Manager on matters requiring a vote. To the best of my knowledge, in my 13 years as Business Manager I cannot remember an instance in which any trustee voted in opposition to me.

4. In or around 2017, I selected William McLaughlin as my replacement for Business Manager in anticipation of my retirement. The Executive Board of the Union then voted to approve my selection.

5. As Chairman, I worked closely with Gina Alongi, the Administrator of the Local 4 Benefit Funds, on the smooth operation of the Union and Funds.

6. For example, when the Union went through its collective bargaining processes, Ms. Alongi and I regularly collaborated in the allocation process to designate as much money from the hourly wage increase to the various Benefit Funds.

7. I also requested that Ms. Alongi attend negotiations with the various employer associations with me.

8. I was fully aware of the fact that Ms. Alongi took on the role of Executive Director of the Massachusetts Coalition of Taft-Hartley Funds (the "Coalition") in 2007. In fact, I recall telling her that I was proud of her for getting this position.

9. The Union had been a dues paying member of the Coalition since well before I became Business Manager and I believed that Ms. Alongi's increased involvement with the Coalition would be a great benefit to both the Union and Funds.

10. Indeed, Ms. Alongi was able to negotiate significant savings to the Health & Welfare Fund as a result of her work with the Coalition.

1

App.443

11. For example, as Director of the Coalition, Ms. Alongi consistently negotiated reduced administrative fees from Blue Cross Blue Shield which ultimately saved the Health & Welfare Fund millions of dollars in costs throughout the years.

12. Similarly, the Funds were able to increase benefits for its members' medical, hearing, vision, and dental benefits and secure significant discounts on stop-loss insurance premiums due to Ms. Alongi's zealous negotiations.

13. On more than one occasion, I told Union members that I was proud of Ms. Alongi for her work with the Coalition and discussed the savings that Ms. Alongi had secured through the Coalition at monthly Union Body Meetings.

14. As part of my role as Business Manager, I oversaw annual compensation for Funds staff. Towards the beginning of my tenure as Business Manager, the Trustees commissioned a Compensation Study to determine average pay rates for administrative staff. I used these rates to determine a baseline for pay raises, taking into account inflation and performance.

15. To the best of my memory, during my tenure as Business Manager, Mr. McLaughlin and I attended almost every one of Ms. Alongi's Coalition holiday networking events together.

16. I was well aware of the fact that Ms. Alongi was being compensated for her work with the Coalition. This did not seem unusual or inappropriate to me as the Coalition's prior Executive Director had also been compensated by the Coalition while he served as the Administrator of another Taft-Hartley Fund (IUOE Local 877).

17. I also knew how much Ms. Alongi was being paid by the Coalition and took that into account in determining her annual compensation from the Funds at the end of each year.

18. I was also aware that other Funds employees, such as Laura Jean Hickey, also performed paid work for the Coalition.

19. A Compensation Study commissioned by the Funds in or around 2005 showed that Ms. Alongi was paid less than or the same as Administrators of comparable multi-employer Funds in relation to the number of Funds she managed and administered, taking into account the compensation she received from both the Coalition and the Funds.

20. In or around 2013, I suggested giving Ms. Alongi an additional two weeks of vacation time to use or cash out annually because of her dedication, work ethic and her performance as Administrator for the Funds.

21. In my 13 years as Business Manager, I had no concerns about Ms. Alongi's management of the Funds. To the contrary, she was an excellent Administrator who worked extremely hard to provide premium benefits for the members and their families.

**App.444**

Sworn to under the pains and penalties of perjury this 6 day of May, 2021.

Louis G. Rasetta

# Exhibit 41

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*Louis Rasetta*

*July 15, 2022*

---

*68 Commercial Wharf* • *Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Louis Rasetta
July 15, 2022

Page 3

1 APPEARANCES CONTINUED:

2

3    KENNEY & KENNEY, ATTORNEYS AT LAW

4    By Stephen J. Kenney, Esquire

5    181 Village Street

6    Medway, Massachusetts 02053

7    (508) 570-2063

8    Counsel for Deponent

9

10 ALSO PRESENT:

11    Greg Geiman

12    William McLaughlin

13

14

15

16

17

18

19

20

21

22

23

24

---

1    COMMONWEALTH OF MASSACHUSETTS

2 Norfolk, ss.        Superior Court

3 - - - - - - - - - - - - - - - - - - - - - - - x

4 GINAMARIE ALONGI and ROSEMARIE

5 ALONGI,

6          Plaintiffs,    Civil Action

7 v.              No. 2182-CV-00125

8 IUOE LOCAL 4 HEALTH & WELFARE FUND;

9 IUOE LOCAL 4 PENSION FUND; IUOE LOCAL

10 4 ANNUITY & SAVINGS FUND; HOISTING

11 AND PORTABLE ENGINEERS LOCAL 4

12 APPRENTICESHIP & TRAINING FUND;

13 JOINT LABOR-MANAGEMENT COOPERATION

14 TRUST; and WILLIAM D. MCLAUGHLIN

15 INDIVIDUALLY AND IN HIS CAPACITY

16 AS CHAIRMAN OF THE BOARDS OF TRUSTEES,

17          Defendants.

18 - - - - - - - - - - - - - - - - - - - - - - - x

19        DEPOSITION OF LOUIS RASETTA

20      July 15, 2022 * 10:00 a.m.

21      Freeman, Mathis & Gary, LLP

22          60 State Street

23        Boston, Massachusetts

24      Reporter: Nancy L. LaCivita

---

Page 2

1 APPEARANCES:

2    BOWDITCH & DEWEY, LLP

3    By Jacob A. Tosti, Esquire

4    200 Crossing Boulevard

5    Suite 300

6    Framingham, Massachusetts 01702

7    (617) 757-6536

8    Counsel for the Plaintiffs

9

10    FREEMAN MATHIS & GARY, LLP

11    By Jennifer L. Markowski, Esquire

12    60 State Street

13    Suite 600

14    Boston, Massachusetts 02109

15    (617) 807-8953

16    Counsel for the Defendants

17

18    O'DONOUGH & O'DONOUGH, LLP

19    By Charles W. Gilligan, Esquire

20    By Daniel Keenan, Esquire

21    Three Park Place, Suite 301

22    Annapolis, Maryland 21401

23    (410) 263-6474

24    Counsel for the Defendants

---

Page 4

1        I N D E X

2 EXAMINATION OF:              PAGE

3 LOUIS RASETTA

4

5    Direct Examination by Ms. Markowski       5

6    Cross-Examination by Mr. Tosti        235

7    Cross-Examination by Mr. Gilligan      239

8

9

10        E X H I B I T S

11 NO.                  PAGE

12

13 Exhibit No. 185  Affidavit of Louis

14        G. Rasetta         19

15 Exhibit No. 186  Article/Milford

16        Daily News        224

17

18

19

20

21

22

23

24  *Original exhibits returned to Jennifer Markowski.

App.448

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Louis Rasetta
July 15, 2022

Page 33

1 got the same treatment as I did.
2    Q.  So you knew her going back to early as
3 1985?
4    A.  Yes.  And then after Matt recovered
5 through a priest.  It was a miraculous recovery he
6 had.  Our relationship curtailed and I was a crane
7 operator and she was the administrator.
8    Q.  You would agree at some point you and
9 Ms. Alongi developed a personal relationship,
10 correct?
11    A.  Yes.
12    Q.  Can you describe the nature of that
13 relationship you had with Gina Alongi?
14    A.  I liked her very much.
15    Q.  What was the nature of the relationship?
16 Were you and Gina Alongi dating one another?
17    A.  For a very brief time, we did date.
18    Q.  From when to when?
19    A.  It was -- I would say it was about two
20 months and it was probably -- it was probably like
21 August, September, October, something like that,
22 of '07.
23    Q.  As you sit here today, it's your
24 testimony you and Ms. Alongi dated for only two

Page 34

1 months?
2    A.  I would say approximately.  I'm sure it
3 could have been three months.  It could have been
4 a month and a half.
5    Q.  You're saying it was no more than three
6 months?
7    A.  I don't believe it was.  I'm not certain
8 of that about the dates, but I don't believe it
9 was more than three months.
10    Q.  What do you recall about that time
11 period?
12    A.  We rode horses a lot together.  We had a
13 common interest in horses.  I used to train
14 horses, and it wasn't just with Gina.  There were
15 about ten of us that would go out on horseback
16 rides on Saturday.
17       We went to Greg Geiman's house a few
18 times as they probably told you.  We would go on
19 trail rides.  That was the basic thing that we
20 did.
21    Q.  And this began in the 2007 time period?
22    A.  Yes.
23    Q.  Are you saying that occurred just over
24 this three-month period?

Page 35

1    A.  I'm guessing.  It could have been shorter
2 or longer.  It was 16 years ago.  I really don't
3 have a correct assessment of that.
4    Q.  So you and Gina had your horse at the
5 same barn; is that right?
6    A.  That's right.
7    Q.  When did you first have horses at that
8 barn?
9    A.  I would say right around that same time,
10 that time frame.
11    Q.  2007?
12    A.  Yes.
13    Q.  Are you saying you had them there for
14 approximately one and a half to two months?
15    A.  No.  I had the horses there longer than
16 that.
17    Q.  When did you have the horses at the barn?
18    A.  I had them there for those three months I
19 just mentioned and maybe a year after that.  I had
20 an accident with one of the horses and I got rid
21 of it.  So I got that broken.
22    Q.  I'm just -- there is a fairly significant
23 timeline in this case.  So I'm trying to
24 understand the timing of the various events.  So

Page 36

1 just as far as when you first had horses at the
2 barn that you and Gina belonged to, when did that
3 occur?  When did you have horses there?
4    A.  I don't have a recollection of the month.
5    Q.  How about the year?
6    A.  '07, I would say.
7    Q.  Prior to that, had you had horses
8 someplace else?
9    A.  No.  Many, many, many years ago, like 25
10 years ago, I had horses when I was a kid.
11    Q.  Then you didn't have any for a long
12 period of time up until this 2007 time period; is
13 that right?
14    A.  Right.
15    Q.  And then you bought a horse and moved to
16 the barn Gina had her horse at; is that right?
17    A.  Yes.
18    Q.  This is during the period of time you say
19 you were dating Gina Alongi?
20    A.  Yes.
21    Q.  Is there a period of time when you were
22 not in a relationship that you would call it a
23 dating relationship, but you were having sex with
24 Gina Alongi?

App.449

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Louis Rasetta
July 15, 2022

Page 37

1    A.  No.
2    Q.  So you say the only time that you and
3  Ms. Alongi were having sex was during this one and
4  a half to three-month period?
5    A.  Yes.
6    Q.  Never before that and never after that?
7    A.  Right.
8    Q.  2007 that was a -- you and your wife were
9  divorced in 2007?
10    A.  Yes.
11    Q.  Did this relationship -- is it your
12  testimony it started before or after you were
13  divorced?
14    A.  I would say the sex part of it was after
15  the divorce.
16    Q.  What part of it was before the divorce?
17    A.  We were friendly.  We would go for lunch
18  or something.  We were friendly.
19    Q.  But you didn't have sex with her until
20  after the divorce?
21    A.  I don't think I did.  I'm not sure if it
22  was because the divorce was drawn out.  So I'm not
23  sure on that.
24    Q.  What do you mean by drawn out?

Page 38

1    A.  I would have a court date.  I had the
2  worst lawyer in the world.  He wouldn't show up or
3  he would show up drunk, send me a bill.  Her
4  lawyer would be there, very aggressive lawyer.
5  They would make another date.  It just went on for
6  a while, difficult.
7    Q.  And I think you said it was about three
8  to four months from the filing of the settlement?
9    A.  I think so.  For instance -- it does not
10  matter.
11    Q.  When, to the best of your recollection,
12  did your relationship with Gina Alongi end?
13    A.  At the end of that period of time I just
14  told you.
15    Q.  Can you put a month on it?
16    A.  I would say like November, I'm guessing.
17    Q.  What precipitated the end of that?
18    A.  We had a mutual talk.  I said we were
19  better off being friends.  We worked extremely
20  well together.  When I retired, the union was in
21  perfect shape, I think.
22         And I said, Gina, I think the world
23  of you.  You are very dedicated.  I don't want to
24  mess things up.  You don't want to mess things up.

Page 39

1  Let's be friends.  And we agreed to that and
2  worked harmoniously together for the next ten
3  years.
4    Q.  And nothing other than friends?
5    A.  That's right.
6    Q.  You didn't, therefore, have any kind of
7  intimate relationship?
8    A.  No.  It ended after that brief period of
9  time which I described.  Our friendship did not
10  end and it never ended to my knowledge.
11    Q.  Was this relationship that you had with
12  Gina, was that -- did that come up in your divorce
13  proceedings at all?
14    A.  Never.  Never mentioned once.
15    Q.  At the time in 2007, you were a business
16  manager; is that right?
17    A.  Yes.
18    Q.  Did you disclose to anyone that you were
19  having this relationship with Gina Alongi?
20    A.  I don't think I told people.  I think
21  there were people that were aware of it.  It was
22  kind of common gossip.
23    Q.  It was common gossip?
24    A.  Yes, I think so.

Page 40

1    Q.  How do you know that?
2    A.  Just things that you hear.  Someone would
3  say I know you like Gina or Gina likes you,
4  something like that.
5    Q.  Do you have a specific memory of people
6  making those kinds of comments?
7    A.  Not specific people, no.
8    Q.  Do you have any memory what was said
9  about the relationship?
10    A.  No.
11    Q.  You just think there was gossip that
12  occurred?
13    A.  Yes.
14    Q.  Did you speak with Mr. McLaughlin about
15  your relationship?
16    A.  Yes.
17    Q.  Did you tell anyone else about your
18  relationship?
19    A.  I don't believe I did, and I didn't
20  certainly brag about it.  Billy was my best friend
21  at the time, you have to understand.  There was
22  very little I didn't tell Bill McLaughlin.
23    Q.  Did you tell him the details of your
24  relationship then?

App.450

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Louis Rasetta
July 15, 2022

Page 153

1   A. I believe so. I don't remember. It was
2 quite a while ago.
3   Q. Were there any other employees you
4 suggested giving a vacation to?
5   A. I gave extra money to some employees for
6 good work done.
7   Q. What do you mean by extra money?
8   A. Extra money. Marley, I believe, was a
9 worker there, was a highly praised worker and she
10 accomplished some feet. I forget exactly what.
11 Again, it was many years ago and I gave her extra
12 money.
13   Q. Is this a funds employee?
14   A. Yes.
15   Q. Marley?
16   A. Marley.
17   Q. Did that get approved by the board, the
18 extra money Marley was paid?
19   A. No, I don't believe so.
20   Q. Where did the extra money come from?
21   A. The funds.
22   Q. Was she given a check?
23   A. I don't recall.
24   Q. How much money was she given?

Page 154

1   A. I don't recall.
2   Q. The two weeks vacation that you suggested
3 Gina should get which you say in your affidavit
4 she could cash out if she wanted to, right?
5   A. Yes.
6   Q. So it wasn't in lieu of cash. She was
7 given two weeks vacation. She could either take
8 -- two extra weeks of vacation that she could
9 either take as vacation or take as cash, right?
10   A. Right.
11   Q. You didn't seek any board approval for
12 doing that?
13   A. No.
14   Q. And you didn't discuss that with anyone
15 else?
16   A. No.
17   Q. So she just started getting an extra two
18 weeks of vacation?
19   A. One two-week vacation.
20   Q. Just in the year 2013?
21   A. Yes.
22   Q. As you sit here today, you don't believe
23 you had -- you were required to go to the board to
24 get approval for doing something like that?

Page 155

1   MR. KENNEY: Objection.
2   A. No. If I may speak --
3   MR. KENNEY: No.
4   Q. On a day-to-day basis when you were
5 business manager, did you go over to the funds
6 office?
7   A. Yes.
8   Q. And did you speak with Ms. Alongi on a
9 daily basis?
10   A. Yes.
11   Q. How often on any given day did you spend
12 speaking --
13   A. How long?
14   Q. How much time did you spend speaking with
15 Ms. Alongi?
16   A. Five minutes.
17   Q. Five minutes a day?
18   A. Yes.
19   Q. During the five minutes you spent with
20 her on a daily basis, you talked about
21 work-related issues?
22   A. Yes. Everything okay? Everything going
23 well? How are the hours? Things like that.
24   Q. In terms of actually observing what she

Page 156

1 is doing for work during the course of the day,
2 you cannot speak to that; fair to say?
3   A. No.
4   Q. You were only there for five minutes?
5   A. Yes. I'm not versed in computers or
6 things like that. I would not know. I am a
7 bottom line guy and that's what I do.
8   Q. So whether she was working during the day
9 or she is shopping for stuff on line, you could
10 not say one way or the other?
11   MR. KENNEY: Objection.
12   MR. TOSTI: Objection.
13   A. I would bet my life she was not shopping
14 on line. She was doing work.
15   Q. But that's an assumption you're making.
16 You would agree with me, right?
17   A. I guess so.
18   Q. Based upon your relationship with Gina?
19   A. My knowledge of her.
20   Q. And because the funds were performing
21 well, you assumed that that was Gina's doing also;
22 fair to say?
23   A. Not just Gina's doing.
24   Q. But that is how you measured Gina

**Exhibit 42**

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*John J. Shaughnessy, Jr.*

*July 25, 2022*

---

*68 Commercial Wharf • Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

John J. Shaughnessy, Jr.
July 25, 2022

Page 3

1   COMMONWEALTH OF MASSACHUSETTS
2  NORFOLK, SS.     SUPERIOR COURT
3       CIVIL ACTION NO.: 2182CV00125
4
5  **************************************************
6  GINAMARIE ALONGI AND ROSEMARIE ALONGI,   *
7        Plaintiffs   *
8  vs.        *
9  IUOE LOCAL 4 HEALTH & WELFARE FUND, et al,  *
10       Defendants   *
11  **************************************************
12
13
14
15    DEPOSITION OF: JOHN J. SHAUGHNESSY, JR.
16     APPEARING REMOTELY FROM:
17      HINGHAM, MASSACHUSETTS
18    July 25, 2022   10:01 a.m.
19
20
21
22
23      Brenda M. Ginisi
24      Court Reporter

Page 3

1  REMOTE APPEARANCES CONT'D:
2  Representing IUOE LOCAL 4:
3    O'DONOGHUE & O'DONOGHUE LLP
4    5301 Wisconsin Avenue, NW, Suite 800
5    Washington, DC 20015
6    BY: CHARLES W. GILLIGAN, ESQ.
7    and DANIEL KEENAN, ESQ.
8    (202) 362-0041
9    E-mail: cgilligan@odonoghuelaw.com
10  Representing the John J. Shaughnessy, Jr.:
11    LAW OFFICES OF ROBERT PHILIP HILSON
12    175 Derby Street, Suite 12
13    Hingham, Massachusetts 02043
14    BY: ROBERT P. HILSON, ESQ.
15    (781) 740-4118
16    E-mail: hilsonrp@yahoo.com
17  Also present:
18    Gina Marie Alongi
19    Rose Marie Alongi
20    Gregory Geiman, Esq.
21
22
23
24

Page 2

1  REMOTE APPEARANCES:
2  Representing the Plaintiffs:
3    BOWDITCH & DEWEY, LLP
4    200 Crossing Boulevard
5    Framingham, Massachusetts 010702
6    BY: TIMOTHY P. VAN DYCK, ESQ.
7    and JACOB TOSTI, ESQ.
8    (617) 757-6536
9    E-mail: tvandyck@bowditch.com
10  Representing the Defendants:
11    FREEMAN MATHIS & GARY LLP
12    60 State Street, Suite 600
13    Boston, Massachusetts 02109
14    BY: JENNIFER L. MARKOWSKI, ESQ.
15    and CHRISTOPHER J. REDD, ESQ.
16    (617) 963-5975
17    E-mail: jmarkowski@fmglaw.com
18
19
20
21
22
23
24

Page 4

1       I N D E X
2
3  WITNESS:      JOHN J. SHAUGHNESSY, JR.
4
5
6  EXAMINATION BY:      PAGE:
7  Mr. Gilligan     6
8
9
10  EXHIBITS:      PAGE:
11
12  (none offered)
13
14
15
16
17
18
19
20
21
22
23
24                  App.454

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

John J. Shaughnessy, Jr.
July 25, 2022

Page 37

Page

1    Q.    Would it have been counsel?
2    A.    I don't know.
3    Q.    Are you familiar with the welfare funds
4    trust document?
5    A.    I know that there is one, yes. I'm sure,
6    that, over the years -- I've read it or referred to it
7    on numerous occasions, so yes I'm familiar with it.
8    Q.    Can you explain to me, as best you can,
9    what the purpose of the trust document is?
10    A.    The trust document would be the
11    guidelines by which the trustees and the administrator
12    and the administrative staff operate.
13    Q.    I'll tell you what, I would like to get
14    the trust document up on the screen for Mr. Shaughnessy
15    to look at. And specifically a couple of sections of
16    it 6.3 and 6.4. And I'd ask why don't we do this, why
17    don't we take a five-minute break.
18         And would it be best if my colleague
19    shared it with you, Brenda, and you can put it on the
20    scree,n or how do you propose we handle this?
21         THE COURT REPORTER: Can we go off the
22    record for a moment?
23         MR. GILLIGAN: Yeah, let's go off the
24    record.

Page 38

Page

1
2         (Off record discussion)
3
4         MR. GILLIGAN: Why don't we take five and
5    come back about 11 o'clock and we'll resume. Is
6    that good for everyone?
7         THE WITNESS: Yes.
8
9         (A recess was taken)
10
11    Q.    (By Mr. Gilligan) Mr. Shaughnessy, can
12    you see what's been put up on the screen?
13         MR. GILLIGAN: Someone help me out on
14    this. But I believe this has been previously
15    distributed in this case as Exhibit 182; is that
16    correct?
17         MR. VAN DYCK: Correct, Chuck.
18         MR. GILLIGAN: Okay. Thank you.
19    Q.    (By Mr. Gilligan) Mr. Shaughnessy, do
20    you recognize that document?
21    A.    I do.
22    Q.    Oak. And can you tell me what it is?
23    A.    It's the trust agreement for the health &
24    welfare fund.

Page 39

Page

1    Q.    I'm going to ask you to take a look at --
2    first at Section 6.3 of that document.
3         MR. KEENAN: And Mr. Shaughnessy, please
4    don't hesitate to let us know if you need the
5    text to be larger or smaller, et cetera, just
6    let us know.
7         THE WITNESS: Smaller? You shittin' me?
8         MR. KEENAN: You need it to be larger?
9         THE WITNESS: Get to 6-3 for me, please.
10         MR. KEENAN: 6-3. You got this, sir?
11         THE WITNESS: Okay. I can see it.
12    Q.    (By Mr. Gilligan) Okay.
13    Mr. Shaughnessy, if you would take a minute to review
14    Section 6.3. I have a question thereto and I'm going
15    to ask you about that. And just let me know when
16    you've had a chance to read it.
17    A.    Okay.
18    Q.    Mr. Shaughnessy, is it your testimony
19    that you and Mr. Rasetta had the authority, between the
20    two of you, to grant additional vacation to Ms. Alongi?
21    A.    Yes.
22         MR. VAN DYCK: Objection as to form.
23    Q.    (By Mr. Gilligan) And what is the basis
24    of your contention?

Page 40

Page

1    A.    Was that to me or whoever just objected?
2    Q.    That is to you.
3    A.    It's because that's how -- that's how
4    these items were handled. And, typically, with the
5    business agent and the senior management trustee, which
6    was me, because I was the only one to serve on both
7    funds. And then, typically, these decisions would have
8    been shared with the entire board.
9    Q.    Well, would they have been shared with
10    the entire board, or would the entire board have to
11    vote upon --
12    A.    I don't know.
13    Q.    Looking at Section 6.3 --
14    A.    Yep.
15    Q.    It indicates --
16    A.    I see it.
17    Q.    And so, the two of you would not
18    constitute a quorum, for purposes of transacting
19    business for the fund; isn't that true?
20    A.    According to Section 6.3, that would be
21    correct.
22    Q.    And the discussion that you had with
23    Mr. Rasetta and Ms. Alongi, about additional vacation
24    time, did that occur in the course of a ordinary

App. 455

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

John J. Shaughnessy, Jr.
July 25, 2022

Page 41

Page

1 meeting, or was it between meetings?

2     A.   It would not have been in an ordinary

3 meeting. At an ordinary meeting, all the other

4 trustees would have been there.

5     Q.   So if I could draw your attention, sir,

6 if you would, to look at Section 6.4 of the trust

7 document.

8     A.   Yep.

9     Q.   Have you had a chance to read that?

10     A.   Yep.

11     Q.   So with respect to action between

12 meetings, the trustees would have to act in writing,

13 correct?

14     A.   That's what it says.

15     Q.   And there would have to be the unanimous

16 concurrence of all of the trustees, correct?

17     MR. HILSON: Objection. You can answer.

18     THE WITNESS: That's what was written in

19     1957, approximately, four months after I was

20     born, yes, correct.

21     Q.   (By Mr. Gilligan) Well, Mr. Shaughnessy,

22 do you have any reason to believe that this is not the

23 governing trust document that was in effect when you

24 were a trustee?

Page 42

Page

1     A.   You put up the original document from

2 1957. I could not tell you, without reviewing the

3 entire document, or some document that you may or may

4 not be presenting to me, intentionally or otherwise, as

5 to whether or not this document was been modified over

6 the last 65 years.

7     Q.   I'm representing to you, sir, that these

8 provisions remain in effect to this day. So it's --

9     A.   Okay.

10     Q.   You can take my word for it or --

11     A.   I'm not taking the word of anyone today.

12     Q.   Okay.

13     A.   Other than myself. Since I'm the only

14 one that swore to uphold the truth.

15     Q.   All right, sir. Mr. Rasetta was deposed

16 in this case, recently. And he testified that the

17 additional two weeks of vacation was only for 2013; is

18 that consistent with your recollection?

19     A.   No. I don't recall.

20     Q.   You don't recall or you don't --

21     A.   I would find it -- I don't recall the

22 specifics of the discussion. But I would find it very

23 odd that we would say we would allow a one year bump in

24 vacation time. That doesn't -- the same way when we

Page 43

Page

1 reviewed annual salaries. We wouldn't say to someone,

2 we're going to give you a 4-percent raise for 2019, but

3 just for the year and then you go back to the your 2018

4 basis.

5     Entitlements like that are not typically

6 done for a finite amount of time. Then it would become

7 a bonus not a -- I guess, part of somebody's

8 compensation package.

9     Q.   Well, I believe Mr. Rasetta's

10 characterization of it was 2013 was a difficult year

11 for whatever reason.

12     A.   I can't tell you what Lou did or didn't

13 say.

14     Q.   Okay.

15     A.   I have not -- didn't even know he was

16 deposed.

17     Q.   What was your basis in your affidavit for

18 saying that Gina Alongi was an exemplary employee?

19     A.   How much time do we have?

20     Q.   Well, sir, it's your day. I'm getting

21 paid for it so I feel like I should defer to you on

22 that.

23     MR. HILSON: Would your answer be

24     different if you want getting paid?

Page 44

Page

1     MR. GILLIGAN: Yes.

2     THE WITNESS: Everything that that woman

3 did was for the -- was for the benefit and for

4 the -- in the best personal interest of the

5 thousands of active and retired employees of

6 Local 4. I mean, everything. Health-welfare,

7 pension.

8     What she did for those funds in the 30

9 years that I was there was extraordinary. The

10 pension fund was almost always in the green

11 zone, which is -- given the turbulence of the

12 markets on a cyclical basis we always managed to

13 get through the ups and downs of the investment

14 cycles without running into trouble.

15     What she did with the health & welfare

16 fund, and I think -- I think you could bring

17 any -- you could pull any crane operator off a

18 crane and put 'em in and stick them on the

19 witness stand and have him raise his hand, and

20 he'll tell you their union benefits are as good

21 as in the Boston area because we never got into

22 trouble, when there was a lot of opportunity to

23 fall into trouble. Some of the things that she

24 did when we had bad advice from our App. 456

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

John J. Shaughnessy, Jr.
July 25, 2022

Page 65

Page

1    Q.    When you stepped down as a trustee, in
2  2019, were they still the actuaries?
3    A.    I don't recall.
4    Q.    Do you have any personal knowledge of how
5  many or what percentage of Taft-Hartley defined benefit
6  plans are in the green zone?
7    A.    No.
8    Q.    Paragraph 13 of your affidavit you state
9  that "Bill McLaughlin and Laura-Jean Hickey were
10  flirtatious with each other and interacted in a manner
11  that did not appear to be completely professional."
12  Are those your own words?
13    A.    That's what I wrote.
14    Q.    What do you mean by that?
15    A.    Just what it says.
16    Q.    Well, what behavior did you personally
17  observe that you felt was not completely professional?
18    A.    Just the way that they interacted at
19  board meetings.
20    Q.    Can you specify or give examples?
21    A.    No.  My observations.
22    Q.    In that same paragraph, 13, you indicate
23  that had Greg Geiman informed you that Mr. McLaughlin
24  was having an inappropriate relationship with

Page 66

Page

1  Laura-Jean Hickey?
2    A.    Okay.
3    Q.    Is that your testimony?
4    A.    Yes.
5    Q.    When did that conversation take place?
6    A.    No idea.
7    Q.    Do you know where it took place?
8    A.    Nope.
9    Q.    Do you recall what Mr. Geiman said?
10    A.    Nope.
11    Q.    Do you know what prompted that
12  conversation?
13    A.    I do not.
14    Q.    What did Gina Alongi say to you about the
15  alleged relationship between Mr. McLaughlin and
16  Ms. Hickey?
17    A.    I can't give you any specifics, other
18  than it was her belief that there was a relationship
19  going on.
20    Q.    Did she indicate her basis for so
21  thinking?
22    A.    Not that I can recall specifically.
23    Q.    What about Gina Alongi and Lou Rasetta,
24  were they flirtatious in meetings?

Page 67

Page

1    A.    Not in my opinion.
2    Q.    Were you aware that, for at least some
3  period of time, Gina Alongi and Lou Rasetta had a
4  sexual relationship?
5    A.    Not until you just said it 10 seconds
6  ago.
7    Q.    So that's never come up in any discussion
8  you've ever had with either of them?
9    A.    It's now 30 seconds since I was made
10  aware of it.
11    Q.    Okay.  In paragraph 14 of your affidavit,
12  you indicated you received a call from Gina Alongi, in
13  May of 2018, in which she claimed that Bill McLaughlin
14  assaulted her in her office; do you see that?
15    A.    Yes.
16    Q.    Can you tell me what Ms. Alongi said to
17  you about this incident?
18    A.    Well, that's four years ago.  And she
19  said Billy came into her office, closed the door, said
20  something to her of a sexual nature.  She rebuked
21  whatever advances he made and he turned, potentially,
22  violent and physical.
23    Q.    Your affidavit doesn't say anything about
24  a comment of a sexual nature, does it?

Page 68

Page

1    A.    Could have been -- I don't know.  Do you
2  want me to put my glasses on to read it again?
3    Q.    Yes, please.  Paragraph 14.  Do you
4  indicate --
5    A.    Okay.
6    Q.    Do you indicate, in that, that there was
7  any kind of sexual comment?
8    A.    I do not.
9    Q.    Okay.  Why not?
10    A.    Maybe I forgot to put it in, or maybe
11  it's just now coming back to me.
12    Q.    What --
13    A.    I don't know.
14    Q.    And I understand this is four years ago.
15  But what else did Ms. Alongi say to you about this
16  incident?
17    A.    I don't know.
18    Q.    This was a telephone conversation.  How
19  long did that call last?
20    A.    Not sure.
21    Q.    Who called who?
22    A.    Don't know.
23    Q.    After this incident, did Mr. McLaughlin
24  ever complain to you about Gina Along?

App. 457

**Exhibit 43**



EXHIBIT
McLaughlin
28
6/9/22  (RE)

## AFFIDAVIT OF JENNIFER VACHON

I, Jennifer Vachon, on oath, depose and state as follows:

1. I was an employee at IUOE Local 4 Benefit Funds (the "Funds") for 23 years until my termination on April 1, 2021.

2. The last position I held at the Funds was Eligibility Analyst, reporting directly to Laura Jean Hickey.

3. During my time at the Funds, I had frequent interactions with William "Billy" McLaughlin ("Billy") Business Manager of the Local 4 Union (the "Union").

4. The Funds and the Union have separate offices within the same building. Typically, most Funds employees did not go to the Union side and vice versa.

5. However, I frequently observed Billy in the Funds office multiple times a week, often before 8 am. On numerous occasions, I observed Billy watch the female Funds employees as they arrived at the office in a way that seemed inappropriate to me. I also observed Billy being flirtatious with the young women in the office.

6. I also personally experienced inappropriate conduct from Billy on a routine basis.

7. For example, Billy would regularly touch my arm or attempt to give me neck and back massages without my consent in a way that made me feel uncomfortable.

8. In addition, Billy would come over to my desk and ask for hand cream or hand sanitizer. When I gave it to him, he would put some on his hand and ask me to rub it into his hands for him in an attempt to get me to touch him. While I did not want to comply with these requests, I only did because felt that I had to because Billy was the boss. I felt very uncomfortable having to do this.

9. Billy also made what I considered to be sexually-charged statements to me such as asking whether I wear a one-piece or two-piece bathing suit, whether I found certain women in the office attractive, and telling me that I "smell good."

10. I did not feel that I could say no to Billy because he was the boss.

11. Sometime in 2017, I recall that Billy had called me and another woman "peons." I brought this issue up to Billy a few days later and Billy told me to "fuck off." Lou Rasetta was in the area and had heard Billy say this to me; he later apologized to me for Billy's behavior.

12. In or around May 2018, I witnessed Billy get into a fight with Gina in her office. I could not hear what they were saying, but I saw Billy standing over Gina, red in the face. No one asked me what I saw or witnessed after that incident.

13. I typically arrived at the office around 7 a.m. My office was located near the center of the main office space (and near Gina's office). I witnessed Gina arrive at the office approximately 9:15 on a regular basis. I would frequently open the Funds door for Gina when she arrived because she had her arms full.

14. Due to the pandemic, I along with other Funds' employees, worked remotely from about mid-March 2020 thru until my last day of employment, April 1st, 2021. To the best of my recollection, the Funds requested that I, along with other employees, begin filling out timesheets in or around April or May of 2020.

15. The Funds did not provide any instructions on how to fill out the timesheets. I filled out my timesheets to the best of my ability in a timely and accurate manner.

16. On March 31, 2021 Greg Geiman and Laura Jean Hickey informed me that I falsified my 15 minute interval timesheet and that I would have until the following morning to submit emails regarding the timesheets that were under review, or that I would get written up. On the morning of April 1st, I submitted several emails, but they were apparently found to be unacceptable. I was then given a written warning and within a few hours after that, I was fired.

17. I had never been written up or otherwise penalized at work prior to my termination.

18. All statements contained in this affidavit are made of my own personal knowledge.

Sworn to under the pains and penalties of perjury this __ day of April, 2021.

Jennifer Vachon

Jennifer Vachon

**Exhibit 44**

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*Jennifer A. Vachon*

*July 28, 2022*

---

*68 Commercial Wharf ● Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer A. Vachon
July 28, 2022

Page 3

1    COMMONWEALTH OF MASSACHUSETTS
2  NORFOLK, SS        SUPERIOR COURT
3        CIVIL ACTION NO. 2182-CV-00125
4  _____X
5  GINAMARIE ALONGI AND
6  ROSEMARIE ALONGI,
7         Plaintiffs,
8         vs.
9  IUOE LOCAL 4 HEALTH & WELFARE FUND;
10 IUOE LOCAL 4 PENSION FUND; IUOE
11 LOCAL 4 ANNUITY & SAVINGS FUND; HOISTING
12 AND PORTABLE ENGINEERS LOCAL 4 APPRENTICESHIP
13 & TRAINING FUND; JOINT LABOR-MANAGEMENT
14 CORPORATION TRUST; AND WILLIAM D.
15 MCLAUGHLIN, INDIVIDUALLY AND IN HIS
16 CAPACITY AS CHAIRMAN OF THE BOARDS
17 OF TRUSTEES,
18        Defendants.
19 _____X
20    DEPOSITION OF JENNIFER A. VACHON
21      Thursday, July 28, 2022
22        1:07 p.m.
23
24

1  APPEARANCES:
2
3  Representing the Plaintiffs:
4    Bowditch & Dewey, LLP
5    TIMOTHY P. VAN DYCK, ESQ.
6    JACOB TOSTI, ESQ.
7    200 Crossing Boulevard
8    Suite 300
9    Framingham, Massachusetts 01702
10   617-757-6536
11   tvandyck@bowditch.com
12   jtosti@bowditch.com
13
14 Representing the Defendants:
15   Freeman Mathis & Gary, LLP
16   JENNIFER L. MARKOWSKI, ESQ.
17   60 State Street, Suite 600
18   Boston, Massachusetts 02109
19   617-963-5975
20   jmarkowski@fmglaw.com
21
22
23
24

Page 2

1    DEPOSITION OF JENNIFER A. VACHON, a witness
2  called on behalf of the Defendants, taken pursuant to
3  the applicable provisions of the Massachusetts Rules
4  of Civil Procedure, before Valerie R. Johnston,
5  Registered Professional Reporter and Notary Public in
6  and for the Commonwealth of Massachusetts, at the
7  Offices of Freeman, Mathis & Gary, LLP, at 60 State
8  Street, Suite 600, Boston, Massachusetts, on
9  Thursday, July 28, 2022, commencing at 1:07 p.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1  APPEARANCES (CONTINUED):
2
3  Representing the Defendants:
4    O'Donoghue & O'Donoghue, LLP
5    CHARLES W. GILLIGAN, ESQ.
6    5301 Wisconsin Avenue, NW
7    Suite 800
8    Washington, DC 20015
9    202-362-0041
10   cgilligan@odonoghuelaw.com
11
12 Also Present:  Gregory A. Geiman
13
14
15
16
17
18
19
20
21
22
23
24

App.463

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer A. Vachon
July 28, 2022

1    A.  Right.  That's why it says,
2  "approximately."
3    Q.  Well, that's the time that you're referring
4  to.
5    A.  Right.
6    Q.  You're saying approximately 9:15.  You say,
7  (as read) "I witnessed Gina arrive" -- you talk
8  about the time that you arrived, where your office
9  was located, and that you witnessed her arrive at
10  the time.  What year are you even referring to in
11  this affidavit?
12    A.  I can't recall.
13    Q.  All right.  So you don't know if it's one
14  year?
15    A.  It could have been 23 years.  It could have
16  been two years.  I'm not sure.
17    Q.  So --
18    A.  I did not know her time schedule, like,
19  what her hours were; whereas, mine were seven to
20  three every day.  I'm not sure what her schedule
21  was.
22    Q.  Right.  But you're signing -- under oath,
23  you're attesting to what your observations were, and
24  you're saying that, on regular basis, you saw her

1  arrive at 9:15.
2    A.  Approximately, yes.
3    Q.  Right.  So during what time period?
4    A.  The last ten years.
5    Q.  Okay.  Do you recall that there was a
6  period of time where Gina Alongi actually started
7  coming into the office around eight o'clock in the
8  morning?
9    A.  No.  I can't recall.
10    Q.  You don't recall that.
11        If I were to tell you that there was a time
12  period in 2020 where that occurred, does that
13  refresh your memory?
14    A.  I mean, I probably saw her a few times,
15  maybe, at 8:00.  I can't recall.  I was never told
16  Gina was going to be there at eight o'clock for a
17  period of time.  I can't -- I can't say yes to that.
18    Q.  Okay.  When -- you say that your office was
19  located in the 2018 time period outside of Gina's
20  office, is that right?
21    A.  Yup.
22    Q.  Okay.  So you could see Gina's comings and
23  goings, is that right?
24    A.  Yeah.  If I -- if I watched her the whole

1  time and not do my work.  I mean, my chair was
2  sideways.  My desk was in the corner.  Like, my
3  computer was kitty-corner.
4    Q.  So if you were working at your computer,
5  you were facing your computer --
6    A.  It would be to the wall, and then if I turn
7  my head, right across would be Gina's office.
8    Q.  All right.  So you would have to turn to
9  see Gina, right?
10    A.  Just tilt my head --
11    Q.  Okay.
12    A.  -- to the left.
13    Q.  But if you were doing work, you wouldn't
14  necessarily see Gina arrive at the office?
15    A.  Right.
16    Q.  Okay.  And by 9:15 in the morning, you had
17  been working for about a little over two hours, is
18  that right?
19    A.  Correct.
20    Q.  Okay.
21    A.  If I would have to go to the restroom or
22  what have you, sometimes I would see her come in, or
23  go to the kitchen.  That was near the back door
24  where she would arrive.

1    Q.  Okay.  So fair to say on a day-to-day
2  basis, you did not see Gina arrive at the office,
3  correct?
4    A.  Not five days a week, no.
5    Q.  Okay.
6    A.  I'd say two out of the five.
7    Q.  Okay.  So the majority of the days you
8  don't know when Gina arrived at the office,
9  correct?
10    A.  Correct, not unless Rosemarie Ortega
11  mentioned it.
12    Q.  Well, you --
13    A.  She sat at my office, outside.
14    Q.  Okay.  Well, let me put it differently,
15  then.  On the majority of the days of the week, you
16  did not observe Gina Alongi arriving at her desk?
17    A.  No.  I didn't look out my -- I didn't look
18  to see if she was there at 9:15.
19        (Recess, 2:46 p.m. - 2:55 p.m.)
20  BY MS. MARKOWSKI:
21    Q.  Okay.  Ms. Vachon, I think just before the
22  break I was asking you about what you observed about
23  Gina's comings and goings at the office.
24        You also mentioned in your affidavit

App.464

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer A. Vachon
July 28, 2022

Page 77

1  Paragraph 13, you say, (as read) "I would frequently
2  open the Funds door for Gina when she arrived
3  because she had her arms full."  Do you see that?
4      A.  Uh-huh.
5      Q.  Okay.  Just for the record, is that a
6  yes?
7      A.  Yes.
8      Q.  Okay.  What do you mean by, "frequently"?
9      A.  If I was going to the ladies' room and I
10  saw her coming to the door, I would let her in.
11      Q.  Okay.  How often did that occur that you
12  happened to be passing by the door and Gina was
13  coming in at the same time so you'd let her in?
14      A.  I'd say four times a year.
15      Q.  Okay.  All right.  And so the -- is it fair
16  to say that the only time that you would open the
17  door for Gina because she had her arms full was on
18  those occasions when you happened to be passing by?
19      A.  Yes.  Only when passing.
20      Q.  Okay.  So at most, it would have been four
21  times a year when that occurred?
22      A.  Uh-huh.
23      Q.  Is that a yes?
24      A.  Yes.

Page 78

1      Q.  Okay.  And there would have been some
2  times, too, when you passed by her and she didn't
3  have her -- she didn't have her arms full either, is
4  that fair to say?
5      A.  No.  She was never empty-handed, no.
6  Whether it was her lunch or a bag or -- she was
7  never empty-handed.
8      Q.  Okay.  So when you say she had her arms
9  full, I guess, I'm -- I'm not fully understanding
10  what you mean by that.  Like, what -- arms full with
11  what?
12      A.  Her lunch, her bag, her pocketbook.  I'd
13  say three items, three more items.
14      Q.  Okay.  Lunch, bag, pocketbook?
15      A.  Correct.
16      Q.  Anything else that you would see her
17  arriving at the office with?
18      A.  Like a -- not a briefcase, but something
19  along the lines that women use to carry their
20  laptops say.
21      Q.  Like a laptop bag?
22      A.  Yeah.
23      Q.  Okay.  What about, like, binders or things
24  like that?

Page 79

1      A.  No.  I never saw a binder in her hand.
2      Q.  Okay.  All right.  So because she was
3  carrying these different items, you would see her
4  approaching and you would open the door for her --
5      A.  Correct.
6      Q.  -- is that fair to say?
7      A.  Yes.
8      Q.  Okay.  And that on average was at most four
9  times a year?
10      A.  From what I recall, yes.
11      Q.  Okay.  And there was a point at which the
12  Funds went remote during the pandemic, correct?
13      A.  Correct.
14      Q.  All right.  And throughout the remainder of
15  your time at the Funds, you continued to work
16  remotely, is that right?
17      A.  Correct.
18      Q.  All right.  And when you went -- started
19  working remotely -- at some point after you started
20  working remotely, the Fund employees that continued
21  to work remotely were required to keep daily
22  timesheets, is that right?
23      A.  Correct.
24      Q.  Okay.  And that was required of you as

Page 80

1  well, right?  You were required to keep daily
2  timesheets?
3      A.  Correct.
4      Q.  And in your affidavit, you reference -- in
5  Paragraph 15, you state, (as read) "The Funds did
6  not provide any instruction on how to fill out the
7  timesheets.  I filled out my timesheets to the best
8  of my ability in a timely and accurate manner."  Did
9  I read that correctly?
10      A.  Correct.
11      Q.  Okay.  Would you agree with me that there
12  was instruction that was you given in so far as how
13  folks were supposed to be filling out their
14  timesheets?
15      A.  Not in detail, no.
16      Q.  What do you recall about the instruction
17  that was given?
18      A.  Just report your daily duties on the
19  timesheet.
20      Q.  There was nothing more?
21      A.  No.  Not in -- no.  There was several
22  emails on it because it wasn't clear on how -- what
23  they were asking for.
24      Q.  You recall there being several emails

# **Exhibit 45**

# AFFIDAVIT OF JENNIFER DOW

I, Jennifer Dow, on oath, depose and state as follows:

1. I am a former employee of the IUOE Local 4 Benefit Funds (the "Funds").

2. I began working for the Funds in 1997 as receptionist and was consistently promoted. In or around 2016, I was promoted to Health & Welfare Department Manager, a managerial position. On December 17, 2020, during my day off, Greg Geiman demoted me to Eligibility Coordinator.

3. My regular hours of employment since the office relocated from Lexington to Medway in 2005 were from 7 am to 3 pm. On or about April 1st, 2021, Mr. Geiman promised me that I could maintain my altered work hours when I stopped working remotely.

4. On or about June 2nd, 2021, I met with Mr. Geiman, Laura-Jean Hickey and Rebecca Zaccardi to discuss my work schedule. At that meeting, I reiterated my request for an accommodation to continue working my pre-pandemic schedule to accommodate my health. Mr. Geiman asked me many questions about my medical condition, treatment, and prognosis that made me feel so uncomfortable I started to cry. He ultimately denied my request.

5. I resigned my position with the Funds on or about June 2nd, 2021.

6. During my time working for the Funds, I typically arrived at the office around 7 am. On most mornings, I observed Gina Alongi arrive at the office around 9:15 am. Jennifer Vachon, Rosemary Ortega, and I would each routinely open the door for her on a because she often arrived carrying briefcases, boxes, or other work materials.

7. During his tenure, IUOE Local 4 Business Manager, William McLaughlin, made many statements in the workplace which offended me or made me feel uncomfortable.

8. For example, several years ago, I was in the office kitchen with Jennifer Vachon when Mr. McLaughlin told her to "fuck off" and stuck his middle finger in her face because she brought up the incent when he called us "peons" in font of Louis Rasetta.

9. In addition, just before the Funds' 2019 Christmas party, Mr. McLaughlin came to my office doorway and told me that "Gina [Alongi] is a selfish fucking bitch."

10. I also frequently observed Mr. McLaughlin make statements and engage in conduct which I felt was inappropriate and/or sexual in nature.

11. For example, I have taken an annual trip to Aruba the first week in May since approximately 2006. On multiple occasions around that time of year, Mr. McLaughlin asked me whether I wore a one-piece bathing suit or a two-piece bathing suit. When this happened, I told



EXHIBIT
McLaughlin
29
6/9/22

**Exhibit 46**

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*Jennifer Dow*

*July 06, 2022*

---

*68 Commercial Wharf ● Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer Dow
July 06, 2022

Page 3

1    COMMONWEALTH OF MASSACHUSETTS
2  NORFOLK, SS.     SUPERIOR COURT
3        CIVIL ACTION NO.: 2182CV00125
4
5  *********************************************
6  GINAMARIE ALONGI AND ROSEMARIE ALONGI,  *
7      Plaintiffs    *
8  vs.         *
9  IUOE LOCAL 4 HEALTH & WELFARE FUND, et al,  *
10      Defendants    *
11  *********************************************
12
13
14
15     DEPOSITION OF: JENNIFER DOW
16     FREEMAN MATHIS & GARY LLP
17      60 State Street, Suite 600
18      Boston, Massachusetts 02109
19      July 6, 2022   1:04 p.m.
20
21
22
23      Brenda M. Ginisi
24      Court Reporter

Page 3

1  APPEARANCES CONT'D:
2  Also present:
3    Christopher J. Redd, Esq.
4    Gregory Geiman, Esq.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 2

1  APPEARANCES:
2  Representing the Plaintiffs:
3    BOWDITCH & DEWEY, LLP
4    200 Crossing Boulevard
5    Framingham, Massachusetts 010702
6    BY: JACOB A. TOSTI, ESQ.
7    (617) 757-6536
8    E-mail: jtosti@bowditch.com
9  Representing the Defendants:
10    FREEMAN MATHIS & GARY LLP
11    60 State Street, Suite 600
12    Boston, Massachusetts 02109
13    BY: JENNIFER L. MARKOWSKI, ESQ.
14    (617) 963-5975
15    E-mail: jmarkowski@fmglaw.com
16  Representing the IUOE LOCAL 4:
17    O'DONOGHUE & O'DONOGHUE LLP
18    5301 Wisconsin Avenue, NW, Suite 800
19    Washington, DC 20015
20    BY: DANIEL KEENAN, ESQ.
21    (202) 362-0041
22    E-mail: dkeenan@odonoghuelaw.com
23      cgilligan@odonoghuelaw.com
24

Page 4

1      I N D E X
2
3  WITNESS:      JENNIFER DOW
4
5  EXAMINATION BY:      PAGE:
6  Ms. Markowski     5
7  Mr. Keenan     123
8  Mr. Tosti     149
9
10  FURTHER EXAMINATION BY:      PAGE:
11  Ms. Markowski     155
12
13  EXHIBITS:      PAGE:
14  Exhibit 115, Subpoena................................8
15  Exhibit 116, Subpoena................................8
16  Exhibit 117, Handbook.............................67
17  Exhibit 118, Service of Complaint.................109
18  Exhibit 119, Complaint and Jury Demand............109
19  Exhibit 120, Time Sheets.........................131
20
21  (Exhibits retained by Ms. Markowski)
22
23
24                       App.470

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer Dow
July 06, 2022

Page 77

Page

1    Q.    Why did you put that in your affidavit?
2    A.    I must have been asked if I ever opened
3 the door for her. I opened the door for anybody that
4 was coming in, when I would walk by.
5    Q.    And can you just describe where your
6 office was situated within the funds office, your
7 physical office?
8    A.    I had different offices. But the last
9 one was in the front.
10    Q.    Okay. Did your window look out over the
11 parking lot?
12    A.    My back was facing the window.
13    Q.    Your back was facing the window?
14    A.    Mm-hmm.
15    Q.    Was your computer set up in front of you
16 and then your back was facing the window; is that
17 right?
18    A.    Yes.
19    Q.    And for how long were you in that office?
20    A.    I don't remember exactly how long I was
21 in the office. I was in different offices.
22    Q.    Okay. Do you have a rough estimate or?
23    A.    Probably a couple years, I'd say, at
24 least.

Page 78

Page

1    Q.    So at least going back to, say, 2018?
2    A.    Possibly. I think I was in four
3 different offices so I don't remember exactly.
4    Q.    Okay. And did any of your offices abut
5 the entrance or exit to the building?
6    A.    Did anybody else's? I'm sorry.
7    Q.    No. Did any of your offices, the offices
8 in which you sat --
9    A.    No.
10    Q.    -- were you sitting next to the entrance
11 or the exit, where people were coming and going?
12    A.    No. But you would walk by there to use
13 the restroom or the kitchen.
14    Q.    Okay. So you'd walk by the entrance to
15 get to the restroom?
16    A.    The exit. The back door.
17    Q.    All right. But other than that,
18 your office wasn't particularly close to the book door?
19    A.    Actually, I only worked in that office
20 for one day. But it was going to be towards the back
21 door. When we were working from home they were
22 renovating the offices. And I was asked if I wanted to
23 move in Rose Alongi's old office.
24    Q.    Which was close to the back door?

Page 79

Page

1    A.    Yes.
2    Q.    Okay. But you never really moved into
3 that office; is that right?
4    A.    Right.
5    Q.    Okay. You were more situated on the
6 front side of the building --
7    A.    Yes.
8    Q.    -- is that right? So it was a little bit
9 of a walk for you to get up there to the back door; is
10 that right?
11    A.    Well, I wouldn't just go to the back
12 door. I'd be walking by the restroom or to the
13 kitchen.
14    Q.    Okay. So sitting from your office, if
15 someone was coming into the building, you wouldn't see
16 them walking into the door from your office; is that
17 fair to say?
18    A.    Yes. I would only see them if I was
19 going to restroom or if I was going to the kitchen.
20    Q.    All right. In your affidavit, you said,
21 that you observed Gina Alongi arrive at the office
22 around 9:15 a.m.; do you see that?
23    A.    Yes.
24        MS. MARKOWSKI: Just for the record,

Page 80

Page

1 we're in paragraph six.
2        THE WITNESS: Yes.
3    Q.    (By Mr. Markowski) And then, you're next
4 comment is "Jennifer Vachon, Rosemary Ortega, and I
5 would each routinely open the door for her on, A,
6 because she often arrived carrying briefcases, boxes or
7 other work materials"; do you see that?
8    A.    Yes.
9    Q.    I assume, that's just a typo in that last
10 sentence there?
11    A.    Yes.
12    Q.    Okay. So when you say you, Jen Vachon or
13 Rosemary Ortega would each routinely open the door for
14 Gina, what do you mean by routinely open the door for
15 her?
16    A.    If either of us are walking by and she
17 was coming in. I would, usually, go the kitchen by
18 nine and 10, because that's what time I went to eat my
19 yogurt.
20    Q.    So if you happened to walk by, you would
21 open the door for her?
22    A.    I would open the door for anybody, yes.
23    Q.    Okay. But you weren't, necessarily,
24 waiting at the door for Gina to come in, right?

App.471

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer Dow
July 06, 2022

**Page**

1    A.   No.

2    Q.   Okay. And on a given week, how many

3  times would you open the door for Gina?

4    A.   It might have not even been in one week.

5  It depended on the time that I was walking in that

6  direction.

7    Q.   Okay. So then, happenstance that you

8  just happened to be walking by the door as she was

9  walking into the building?

10    A.   Yeah.

11    Q.   Okay. Do you have any sort of estimate

12  as to, maybe, how many times in a month you would hold

13  the door for her?

14    A.   No.

15    Q.   Any way for you to figure out when or on

16  what occasions you held the door for her?

17    A.   No.

18    Q.   Just that, sometimes, when you were

19  walking by the door and you saw her coming towards the

20  building, you would hold the door for her?

21    A.   If I saw anybody coming in the back door,

22  yes.

23    Q.   Okay. This was not special treatment for

24  Gina --

**Page**

1    A.   No.

2    Q.   -- this was anybody?

3    A.   (Witness nodding)

4    Q.   If that -- just -- sorry you just --

5    A.   Yes, that's correct.

6    Q.   And you mentioned, also, Jen Vachon and

7  Rosemary Ortega doing that same thing; is that right?

8    A.   Yes.

9    Q.   Okay. And was that just a common

10  practice across the office, if someone saw someone

11  coming in and they were close to the door, to hold the

12  door open?

13    A.   That was my practice, yes.

14    Q.   And did you see Rosemary Ortega do the

15  same thing?

16    A.   I would see her carrying bags, because my

17  office was facing the common area when people walked

18  by.

19    Q.   You'd see Rosemary Ortega carry bags?

20    A.   Helping Gina, yes.

21    Q.   And how many times did you see

22  Rosemary Ortega carrying bags for Gina?

23    A.   I'm not sure exactly.

24    Q.   Okay. Can you place an estimate on it?

**Page**

1    A.   No.

2    Q.   Was this something that occurred on a

3  monthly basis; was it something that was tied to events

4  that were happening? What -- how often?

5    A.   It could have been both. I don't know

6  exactly.

7    Q.   All right. Are you able to estimate, in

8  any way, the number of times over the course of a year

9  that Rosemary Ortega would carry bags for Gina Alongi?

10    A.   I can't estimate because I didn't see her

11  every time. I only saw her --

12    Q.   You're right. Of course. And I just

13  want you to -- I just want to know the number of times

14  that you saw.

15    A.   Maybe, I saw her a handful of times. I'm

16  not sure exactly.

17    Q.   I'm sorry. Maybe?

18    A.   Maybe, five times. I don't know exactly.

19    Q.   Okay. And that's over the course of a

20  year or?

21    A.   I did not keep track so I don't really...

22    Q.   Okay. I'm just trying to understand what

23  your estimate -- what that reference is.

24    A.   Yeah.

**Page**

1    Q.   Is that the entire time that you were

2  working there; is that over the course of a year?

3    A.   Well, I wasn't the only one that would

4  open the door and see her so...

5    Q.   No, no, I understand. Just staying

6  focused on Ms. Ortega. You mentioned that you

7  sometimes saw, you have seen Rosemary Ortega walking

8  with things -- boxes or documents that you believed

9  belonged to Gina Alongi; is that right?

10    A.   Yes.

11    Q.   Carrying things for her, right?

12    A.   Yes.

13    Q.   How many times did you see

14  Rosemary Alongi [sic] carrying what you believed to be

15  Gina Alongi's things?

16    A.   I don't know the exact so I don't want to

17  say. Maybe, a handful of times. I'm not sure exactly

18  over all the years.

19    Q.   Over the all the years, you can recall a

20  handful of times?

21    A.   I'm not sure exactly.

22    Q.   I understand. Just looking for best

23  estimate. And I know -- I think you said your estimate

24  is that it's a handful of times. And I'm just trying

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer Dow
July 06, 2022

Page

1 to understand if that's a over the course of your time
2 there or within the last couple of --
3     A.    Sure. I mean, I don't want to lie so I
4 don't really know. But if you want to put it --
5     Q.    No, no. I just want an estimate.
6     A.    Yeah.
7     Q.    I don't want you to --
8     A.    I don't recall.
9     Q.    -- make anything up. Okay. Would you
10 agree it was not a daily occurrence?
11     A.    Would I agree -- I'm sorry?
12     Q.    Would you agree that you did not see
13 Rosemary Ortega carrying Gina Alongi's things on a
14 daily basis?
15     A.    I would agree, yes.
16     Q.    Would you agree you did not see that
17 occur on a weekly basis?
18     A.    Yes.
19     Q.    Okay. And would you agree you did not
20 see that occur on a monthly basis?
21     A.    No.
22     Q.    So it's possible it might have occurred
23 once a month?
24     A.    It could have occurred once a month. I

Page

1 didn't see always see her, like I said. It wasn't all
2 the time so I'm not sure exactly of --
3     Q.    Understood. And I'm just, you know,
4 trying to get a sense of what you saw.
5     A.    Yes.
6     Q.    Your memory of what you saw.
7     A.    Yes.
8     Q.    Okay. And how did you know that Rosemary
9 was carrying Gina Alongi's things?
10     A.    Because she walked into her office.
11     Q.    And what, you saw her leave the --
12 whatever she had -- in Gina Alongi's office?
13     A.    Yes.
14     Q.    You say that on most mornings you
15 observed Gina Alongi arrive at the office around
16 9:15 a.m.; do you see that?
17     A.    Yes.
18     Q.    And were you -- from your office could
19 you see Gina Alongi's office?
20     A.    When I was sitting in my office?
21     Q.    Yes.
22     A.    I could not. I could see her office --
23 outside -- at the doorway I could see her office.
24     Q.    So if you were up and about you could see

Page

1 her office?
2     A.    Yes.
3     Q.    But if you were sitting in your office,
4 you couldn't see Gina's office?
5     A.    No.
6     Q.    Okay. So weren't there times when
7 Gina Alongi would arrive at the office and you were in
8 your office?
9     A.    Yes.
10     Q.    Okay. And on those --
11     A.    It would only be the times -- like I
12 said, I gave the estimate because between nine and 10 I
13 would go into the kitchen and get my yogurt, or any
14 time I was walking by to go to the bathroom.
15     Q.    Okay. I'm just trying to understand the
16 terminology because you say on most mornings. Should
17 that say on most morning when you were up and walking
18 near --
19     A.    Yes. And I could hear her come in too.
20 You could hear the back door shut. And you can, you
21 know, hear a cough or -- you know, everybody would know
22 when somebody usually came into the office, if you
23 heard them. But I could have been on the phone and had
24 no idea that she was there.

Page

1     Q.    Okay. What you put in your affidavit,
2 was that on most mornings you observed Gina Alongi
3 arrive at the office --
4     A.    Yes.
5     Q.    -- around 9:15 a.m. But it sounds like
6 you didn't -- if I'm understanding you correctly, there
7 were mornings where you were in your office and
8 wouldn't observe anything about Gina Alongi's comings
9 and goings, fair to say?
10     A.    Correct?
11     Q.    And fair to say, that, that happened
12 regularly, when you were in your office working when
13 Gina Alongi would arrive at the office?
14     A.    I was in my office. But like I said,
15 between those times when she came in I would open the
16 door, just like if anybody else came to the back door
17 when I walked by.
18     Q.    So again, the phrase "on most mornings"
19 should really be on most mornings when you were up and
20 about and near the entrance and holding the door for
21 her, that's when you saw her?
22     A.    Yes.
23     Q.    Okay. And you think that the times that
24 you held the door for her she was coming in around

App. 473

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer Dow
July 06, 2022

Page

1  9:15?
2      A.    Possibly, because between nine and 10,
3  like I said, I just remember the time because I would
4  go bet get my yogurt or --
5      Q.    Okay.  So it could have been 9:45?
6      A.    It could have been.
7      Q.    It could have been 9:55.  It was
8  somewhere between nine and 10?
9      A.    Mm-hmm.  Yes.
10      Q.    Okay.  Is there any reason why you put
11  the time 9:15 in there as opposed to between nine and
12  10?
13      A.    Probably, just an estimate.
14      Q.    Would it be more accurate to say between
15  nine and 10 as opposed to --
16      A.    Yes.
17      Q.    And was that -- did you come up with that
18  number, 9:15 -- that time, rather?
19      A.    I don't remember.  I don't remember, to
20  be honest.
21      Q.    You don't know if you provided that
22  information, or if that was provided to you in the
23  affidavit to review?
24      A.    Correct.  I'd have to look at the

Page

1  original.
2      Q.    Okay.  And that you have somewhere by
3  e-mail?
4      A.    Yes, if I still have it.
5      Q.    And when did you have a habit of making a
6  mental note when Gina Alongi arrived at the office?
7      A.    You got familiar with peoples' routine so
8  -- I didn't, necessarily, make a note in my -- I
9  guess -- well, I guess I did.  It was just something
10  that -- you pretty much, when you work with people for
11  so many years, you get to learn their routines.
12      Q.    The comings and goings?
13      A.    Yes.
14      Q.    And so, during that time period, it was,
15  generally, sometime between nine and 10 you would see
16  Gina Alongi arrive at the office?
17      A.    Yes.  Yeah.  Not just her.  Other people
18  too.
19      Q.    Right.  Just focusing on Gina, though.
20  Okay?
21      A.    Mm-hmm.
22      Q.    All right.  And then, obviously, there
23  were days, as you've testified, you didn't see her at
24  all coming into the office, and you were unaware of

Page

1  when she arrived, fair to say?
2      A.    That's fair to say.
3      Q.    Did you ever carry Gina Alongi's boxes or
4  documents?
5      A.    I did not.
6      Q.    So when you opened the door for her, she
7  was not carrying things that needed to be carried to
8  her office?
9      A.    Not that I saw.  She was carrying things
10  but she could handle it.  It wasn't anything I needed
11  to help her with.
12      Q.    Okay.
13      A.    I just opened the door and continued
14  doing what I was doing.
15      Q.    All right.  She wasn't carrying so much
16  that she looked like she needed assistance?
17      A.    Not that I saw.
18      Q.    Okay.  But on the the time -- the handful
19  of times that you saw Rosemary Ortega carrying things
20  for Gina Alongi, did it look like she was carrying too
21  much to handle herself?
22      A.    Or she could have been polite and just
23  wanted to help her, when I would just open the door and
24  continue walking.  I'm not sure.

Page

1      Q.    Okay.  So just based on what you were
2  observing.  So Gina Alongi comes in and you -- you
3  didn't ever assist her with carrying things?
4      A.    No.
5      Q.    And you said it didn't ever appear that
6  she needed assistance carrying things; is that right?
7      A.    That's correct.
8      Q.    Okay.  So just focusing on the time that
9  you saw Rosemary walking with Gina carrying stuff for
10  her to her office, did it look like she had more than
11  the typical amount of stuff with her to bring back to
12  her office, or was she just -- Rosemary was just
13  carrying whatever Gina had with her that day?
14      A.    Yes.  She was helping her carry whatever
15  she had that day.
16      Q.    Okay.
17      A.    So they were both carrying stuff.
18      Q.    Okay.  So what kinds of things was she
19  carrying?
20      A.    Like, briefcase.  Boxes that could have
21  been from one of the events that we had.  I don't
22  remember exactly.
23      Q.    Jennifer Vachon, you also mention in your
24  affidavit, was someone who would open the door for

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer Dow
July 06, 2022

Page

1 Gina; do you see that?
2     A.    Yes.
3     Q.    Okay.  Have you seen Jennifer Vachon
4 actually hold the door for Gina?
5     A.    I did not.
6     Q.    So you've never seen that happen?
7     A.    I didn't watch, no.  Not that I recall
8 anyways.
9     Q.    So how do you know that happened?
10     A.    Because anybody that walked by would open
11 the door for anybody.
12     Q.    Okay.  So that's true of any funds
13 employee?
14     A.    Yes.
15     Q.    Okay.  So also fair to say, you routinely
16 held the door open for other funds employees as well?
17     A.    Yes.  If I saw anybody come to that back
18 door when I was walking by, I would open the door.
19     Q.    Do you know why you were putting this
20 piece of information into this affidavit --
21     A.    Do I know why --
22     Q.    About holding the door.
23     A.    No.  I must have been asked.
24     Q.    Just asked if you ever held the door for

Page

1 Gina Alongi?
2     A.    Yes.
3     Q.    Did you ever see Laura-Jean Hickey arrive
4 at the office carrying boxes or other materials?
5     A.    There might have been a few times when
6 she brought stuff back from an event and we would go
7 help her carry things in.
8     Q.    Okay.  So you do recall her, on occasion,
9 carrying stuff from events back to the office?
10     A.    Yes.
11     Q.    And did Jean -- excuse me.  Did
12 Laura-Jean Hickey, typically, arrive at the office
13 before Gina Alongi?
14     A.    Before Gina Alongi.  Sometimes after,
15 some days before Gina.  I think she had separate --
16 different hours.
17     Q.    She had different hours than Gina Alongi?
18     A.    She possibly could have, because I think
19 she was in -- well, she had different hours than we
20 did.
21     Q.    Gina Alongi had different hours?
22     A.    No.
23     Q.    Or laura-Jean Hickey?
24     A.    Laura-Jean Hickey.

Page

1     Q.    Okay.
2     A.    And Greg Geiman.
3     Q.    You and Jen Vachon had the seven to three
4 hours, correct?
5     A.    Correct.
6     Q.    Do you recall, in 2020, a time when --
7 that Gina Alongi started coming into the office at
8 8:00 a.m. or thereabouts?
9     A.    I believe there was an e-mail that went
10 around.  Actually, I don't remember if there was an
11 e-mail.  I do recall her coming in.  But I can't
12 remember -- I just remember being concerned that my
13 hours were going to be taken away.
14     Q.    You mean, the schedule that you have?
15     A.    My schedule, yes.
16     Q.    But you do recall that Gina Alongi
17 started coming into the office earlier than she had
18 been; is that right?
19     A.    Yes.
20     Q.    Okay.  And do you recall that that
21 earlier time was around 8:00 a.m.?
22     A.    Yes.
23     Q.    Okay.  Did Gina ever talk to you about
24 that, that she was coming in at 8:00 a.m.?

Page

1     A.    No.
2     Q.    But you noticed that she was coming in
3 around there?
4     A.    Yes.  And I was concerned about my hours,
5 and I was told not to worry about it.
6     Q.    Okay.  And who told you that?
7     A.    Greg Geiman.
8     Q.    And when did that conversation occur?
9     A.    It must have occurred right when we
10 discovered -- I can't remember exactly when we
11 discovered everybody was working eight to four.  I
12 think I had the conversation with another manager.  And
13 Greg came into my office and told me not to worry about
14 it.  And I remember saying, sorry, you know, that they
15 had to come into the office between eight to four
16 because they, usually, would come in later.
17     Q.    Okay.
18     A.    Whether it was schedules they had with
19 their kids or whatever.
20     Q.    Okay.  So are you talking about the 2020
21 time period; like, before the pandemic, before
22 everybody started working remotely?
23     A.    Yes.
24     Q.    Okay.  Do you recall there being

App.475

**Exhibit 47**

BOX/ITEM

| | |
|---|---|
| 1 | A |
| 2 | B |
| 3 | C |
| 4 | D |
| 5 | E |
| 6 | F |
| 7 | G |
| 8 | H |
| 9 | I |
| 10 | J |
| 11 | K |
| 12 | L |
| 13 | M |
| 14 | N |
| 15 | O |
| 16 | P |
| 17 | Q |
| 18 | R |
| 19 | Large Check |
| 20 | Name tag holder |
| 21 | Name tag holder |
| 22 | Name tag holder |
| 23 | Box 1 of 2 Binders |
| 24 | Box 2 of 2 Binders |
| 25 | EBSB |
| 26 | Letterhead |
| 27 | Envelopes |
| 28 | Scholarships 1 of 2 |
| 29 | Scholarships 2 of 2 |
| 30 | Giveaways |
| 31 | Giveaways |
| 32 | Giveaways |
| 33 | Giveaways |
| 34 | Giveaways |
| 35 | Accordian File 1 of 2 |
| 36 | Accordian File 2 of 2 |
| 37 | Tshirts Box 1 of 7 |
| 38 | Tshirts Box 2 of 7 |
| 39 | Tshirts Box 3 of 7 |
| 40 | Tshirts Box 4 of 7 |
| 41 | Tshirts Box 5 of 7 |
| 42 | Tshirts Box 6 of 7 |
| 43 | Tshirts Box 7 of 7 |

**Mass. Coalition of Taft-Hartley Trust Funds Records**

| BOX | CONTENTS |
|---|---|
| A | Period: 2007-2020<br>Accountant files; taxes; 1099s; Bank statements; Investment Account |
| B | Period: 2007-2020<br>**ALL Health & Financial Wellness Foundation Files**<br>Regular: ByLaws; Ex Director Agreement; Commonwealth of Massachusetts; Network Solutions; NLA 2008-2015; Union Blue; Davis Vision; Joint Select Committee; Medicare Advantage; Uncompensated Care; Local 4 Reimbursements; Alongi Associates; Rebecca Zaccardi; Malle Kasprzyk; ISSI Users Group; Legal; Misc. docs bound in blue folder: AMEX; 1993 items; destruction policy |
| C | Period: 2019-2020<br>Mailing labels; member dues; rebates; checks paid; deposits; AMEX; EBSB; Commonwealth Financial; reimbursements; insurance; surveys; Alongi Associates; professional fees; networking event files |
| D | Period: 2017-2018<br>Member dues; rebates; checks paid; deposits; EBSB, Commonwealth Financial; reimbursements; NLA; AMEX; professional fees; Alongi Associates; networking event files; 2017 Coalition Coordinator; surveys |
| E | Period: 2015-2016<br>Member dues; rebates; checks paid; deposits; EBSB; Commonwealth Financial; Coalition Coordinator 2008-2016; insurance; Alongi Associates; surveys; scholarships; NLA; networking event files; AMEX; Cadillac Tax file; professional feels; MEDCO Reimb 2007-present; 2015 census |
| F | Period: 2013-2014<br>Member dues; checks paid; deposits; AMEX; networking event files; scholarship; misc. surveys; NEEBC; Hinckley contract; NLA-Epic Hearing; Malle Kasprzyk; MA Health Care Reform; Census; Delaware Valley Coalition; Alongi Associates 2008-2015; UPS; DOL; KICK Walking Challenge; Rx |
| G | Period: 2010-2012<br>Checks paid; deposits; member dues; AMEX; scholarships; wellness events; networking events; Tufts Wellness; RX Bid Segal; vendor info |
| H | Period: 2004-2009<br>2004-2007 files from L877/previous Ex. Director; EBSB; AMEX; member dues; networking events; checks paid; 990; Davis Vision; NEPC; 1099 |
| I | Large box of supplies: various sized envelopes; meeting book supplies; tabs; legal pads; Wequassett giveaways; clipboard; PC Nametag stock (tags & inserts); file folders; tent card stock; blank CDs |
| J | PBM RFP binders; responses; 2010 Rx pricing analysis |
| K | PBM RFP bingers; responses |
| L | Meeting Books 2007-2017 |
| M | Meeting Books 2018-2020 (including notes for upcoming meetings) |

App.478

**Mass. Coalition of Taft-Hartley Trust Funds Records**

**N**   Old Files: 1999-2007: Articles of Incorporation; Bylaws; Profile; file folders: smoking cessation; NEEBC; Hinckley; MA Health Care Reform; Mission Statement; surveys; binder: PBM Project

**O**   Binders: Executive Board Meetings 2009-2015

**P**   Binders: Executive Board & Regular Member meetings 1993-2012

**Q**   Binders: Signed minutes and ByLaws; meeting binders 2013-2016

**R**   Binders: Executive Board & Regular Member meetings 2011-2016

**Box of Binders (1 of 2):** empty binders
**Box of Binders (2 of 2):** empty binders

**EBSB**   Regular EBSB Account stock: checks; deposit slips; endorsement stamp; old Treasurer files; L-JH EBSB bank token; L-JH destroyed AMEX card; <u>checks for deposit</u>:
Ck#08818651 Optum $5.89
Ck#08540203 Optum $1.72
Ck#243, IBEW Local 223 Deferred Income $500.00
Ck#307, IBEW Local 223 Pension $500.00

Health & Wellness Fair Foundation Account stock: checks; deposit slips; endorsement stamp; <u>checks for deposit</u>:
Ck#10618 Aristotle $1,000.00
Ck#244685 Tufts Health Plan $5,000.00
Ck#0000469686 BNY Mellon $10,000.00
Ck#006234 Partners Healthcare $1,000.00
Ck#310442 Davis Vision $5,000.00
Ck#0700000290 Century Bank $1,000.00
Ck#8127 Iron Workers Local 7 $1,000.00

**Scholarships**
Box 1 of 2: 2011-2015
Box 2 of 2: 2016-2020

**Box of Letterhead & Envelopes + 2ND envelope box**

**(3) Plastic PC Nametag storage boxes**

**(5) Boxes** of Giveaways/various stock: 4 boxes from Davis Vision; sunscreen; raffle tickets (red and blue)

**(7) boxes** of T-shirts designed for Health & Wellness Fair (from ChillyBears)

**Accordion File (1):** 2020 Coalition to-do: recent mail; scholarship spreadsheet; Stop & Shop gift certificate for wellness event; outstanding payables; recent meeting notes; UPS and Staples login info
USB drive: Coalition Electronic Files 2007-Present            *and Index of Items*
USB drive: Coalition Electronic Files 2017-Present (BACKUP)

**Accordion File (2):** EBSB File Folder: 2010-2020 Wire Transfer Confirms; EBSB misc. documents

*Large Check From BCBS*



TAPE

IRON MOUNTAIN

App.480



Carton for transportation use only.
not suitable for records storage.

Coalition

App.481



App.482



Coalition

33250

Coalition

33250

Box
N    Coalition

App.483



App.484



App.485





App.487



App.488



App.489



App.490



App.491

Accordion File
(1)
Coalition

Accordion File
(2)
Coalition



App.493



App.494



App.495



App.496



App.497


App.498

**Job Name**

Papefi Hers

**Job #**

174286

**Description**

UPS ☐   Pick Up ☑

**Total Count**   48

**Size Breakdown**

8L - 48

_7_ of _1_

App.499

# Exhibit 48

**In the Matter of:**

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

---

*Greogry A. Geiman*

*July 28, 2022*

---

*68 Commercial Wharf ● Boston, MA 02110*
*888.825.3376 - 617.399.0130*
*Global Coverage*
*court-reporting.com*



Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Greogry A. Geiman
July 28, 2022

Page 3

1     COMMONWEALTH OF MASSACHUSETTS
2  NORFOLK, SS      SUPERIOR COURT
3        CIVIL ACTION NO. 2182-CV-00125
4  _____X
5  GINAMARIE ALONGI AND
6  ROSEMARIE ALONGI,
7        Plaintiffs,
8        vs.
9  IUOE LOCAL 4 HEALTH & WELFARE FUND;
10  IUOE LOCAL 4 PENSION FUND; IUOE
11  LOCAL 4 ANNUITY & SAVINGS FUND; HOISTING
12  AND PORTABLE ENGINEERS LOCAL 4 APPRENTICESHIP
13  & TRAINING FUND; JOINT LABOR-MANAGEMENT
14  COOPERATION TRUST; AND WILLIAM D.
15  MCLAUGHLIN, INDIVIDUALLY AND IN HIS
16  CAPACITY AS CHAIRMAN OF THE BOARDS
17  OF TRUSTEES,
18        Defendants.
19  _____X
20     DEPOSITION OF GREGORY A. GEIMAN
21        Thursday, July 28, 2022
22        9:35 a.m.
23
24

1  APPEARANCES:
2
3  Representing the Plaintiffs:
4     Bowditch & Dewey, LLP
5     TIMOTHY P. VAN DYCK, ESQ.
6     JACOB TOSTI, ESQ.
7     200 Crossing Boulevard
8     Suite 300
9     Framingham, Massachusetts 01702
10     617-757-6536
11     tvandyck@bowditch.com
12     jtosti@bowditch.com
13
14
15  Representing the Defendants:
16     Freeman Mathis & Gary, LLP
17     JENNIFER L. MARKOWSKI, ESQ.
18     60 State Street, Suite 600
19     Boston, Massachusetts 02109
20     617-963-5975
21     jmarkowski@fmglaw.com
22
23
24

Page 2

1     DEPOSITION OF GREGORY A. GEIMAN, a witness
2  called on behalf of the Defendants, taken pursuant to
3  the applicable provisions of the Massachusetts Rules
4  of Civil Procedure, before Valerie R. Johnston,
5  Registered Professional Reporter and Notary Public in
6  and for the Commonwealth of Massachusetts, at the
7  Offices of Freeman, Mathis & Gary, LLP, at 60 State
8  Street, Suite 600, Boston, Massachusetts, on
9  Thursday, July 28, 2022, commencing at 9:35 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1  APPEARANCE
2
3
4  Representing the Defendants:
5     O'Donoghue & O'Donoghue, LLP
6     CHARLES W. GILLIGAN, ESQ.
7     5301 Wisconsin Avenue, NW
8     Suite 800
9     Washington, DC 20015
10     202-362-0041
11     cgilligan@odonoghuelaw.com
12
13
14
15
16
17
18
19
20
21
22
23
24

App.502

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 5

1      I N D E X

2   WITNESS:     DIRECT  CROSS  REDIRECT  RECROSS

3   Gregory A. Geiman (Continued)

4   (by Mr. Van Dyck) 5

5   _____

6      E X H I B I T S

7   EX. NO.                    PAGE NO.

8   Exhibit 195   Letter dated July 23, 2020      58

9   _____

10   (Exhibit 195 retained by Mr. Van Dyck.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 6

1      P R O C E E D I N G S

2   _____

3      GREGORY A. GEIMAN,

4   having been satisfactorily identified, and

5   previously sworn by the Notary Public, was examined

6   and testified as follows:

7      CONTINUED DIRECT EXAMINATION

8   BY MR. VAN DYCK:

9      Q.  Mr. Geiman, thank you for your patience

10   during these proceedings.  We appreciate it.

11   A.  You're welcome.

12      Q.  And, again, I'm -- I'm going to try to --

13   to cut to the chase and -- and complete this thing

14   in a couple of hours if I can, if not sooner.

15   A.  Okay.

16      Q.  I assume I don't have to go through

17   preliminaries with you this morning.

18   A.  No.  I'm good.

19      Q.  All right.

20   A.  Thank you.  That's fine.

21      Q.  And you're very good about waiting for the

22   question before answering, and I appreciate that,

23   and let's just continue to try to do that.  It will

24   make life much easier for our court reporter.

Page 7

1   A.  Will do.

2      Q.  All right.  Thank you.

3      Mr. Geiman, have you had a chance to review

4   your deposition transcripts from the first two times

5   that you were deposed?

6   A.  I have.

7      Q.  All right.  Good.  You testified during Day

8   2 of your deposition testimony that you were asked

9   in or around late June, early July of 2020 to look

10   into some issues, some concerns, that Mr. McLaughlin

11   had with regard to Gina's work within the Funds'

12   office.  Do you recall saying something to that

13   effect?

14   A.  I do.

15      Q.  All right.  So I take it it was

16   Mr. McLaughlin who asked you to look into those

17   issues?

18   A.  Correct.

19      Q.  And do you know what prompted

20   Mr. McLaughlin to ask you to look into those

21   issues?

22   A.  I do.

23      Q.  Please, tell me what -- what -- what it

24   was.

Page 8

1   A.  Mr. McLaughlin had asked Gina for daily

2   timesheets beginning in or around mid-June of 2020.

3   In fact, all employees that were working remote at

4   the time because a few of us had returned to the

5   office were asked to submit daily timesheets.

6   Gina's were submitted to Bill because it would have

7   been awkward for her to report to a subordinate.

8   Everybody else in the office that was working remote

9   reported to me.

10      Those timesheets were set up in 15 minute

11   increments and were are intended, as I understood

12   it, just to ensure accountability that Bill and I

13   knew what folks that were still working remote were

14   doing day-to-day.

15      Gina in submitting her timesheets to Bill,

16   as I understood it, was listing work for the

17   coalition.  Bill noted the reference to coalition

18   work on Gina's timesheets and approached me with

19   questions.

20      Q.  About the coalition work?

21   A.  Yes.

22      Q.  And am I correct that, as a result of that

23   conversation, he wanted you to, essentially, take a

24   deeper dive into Gina's work performance

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 9

1    A. He did.
2    Q. Okay. And do you recall specifically what
3 he was looking for?
4    A. I think it was more that he was confused by
5 what he was seeing. I think it was novel to him the
6 idea that Gina would have been performing coalition
7 work during her workday, during the Fund office
8 eight-to-four workday, and so it was something that
9 he approached me on more as a curiosity, and then he
10 started asking questions about it. I told him what
11 I knew at the time, and then he asked me to look a
12 bit further and to answer some additional questions
13 about that coalition work.
14    Q. You said you told him what you knew. What
15 specifically did you tell him?
16    A. What I knew at the time was that Gina and
17 Laura-Jean and at times others in the office would
18 engage in some level of work for the coalition. I
19 didn't see much of it.
20    I certainly wasn't looking over anybody's
21 shoulder during their workday, but I did overhear
22 from time to time Gina asking Laura-Jean to get on
23 conference call for the coalition.
24    There were times, especially around social

Page 10

1 events for the coalition such as a golf outing or a
2 holiday event, that I knew Laura-Jean was a little
3 more engaged in coalition work, and there were at
4 least a few instances where I saw staff doing
5 coalition work and I questioned Laura-Jean as to why
6 they were doing that work during the day; so, I had
7 a sort of baseline understanding that there was some
8 coalition work being done.
9    Q. And being done not just by Gina but by
10 others in the office?
11    A. Correct.
12    Q. And for how long had you had that baseline
13 understanding?
14    A. I don't know. I think, for at least a
15 couple of years because I can remember incidents in,
16 I think it was, 2018 and 2019 where I questioned
17 Laura-Jean on work that Rosemary Ortega and Taylor
18 Ryan had been performing.
19    In early 2020, I became more aware of it
20 which I reported to Bill as well because the
21 coalition's wellness event was scheduled for March
22 of 2020 before it was canceled because of the
23 pandemic, and the work for the coalition ramped up
24 dramatically and became much more evident in the

Page 11

1 day-to-day functioning of the office. I was very
2 aware that Gina was engaged in it. I was very aware
3 that Laura-Jean was engaged in it.
4    I think it's fair to say, though, that for
5 many, many years -- and it's hard for me to put an
6 exact date on it -- I was at least tangentially
7 aware that there were conference calls during the
8 day. There was some level of coalition work during
9 the day.
10    Q. Did you ever raise that issue with Gina
11 prior to 2020?
12    A. No. I would have been afraid to raise that
13 with Gina.
14    Q. Did you ever raise it with Mr. Rasetta or
15 Mr. McLaughlin prior to 2020? I know Mr. McLaughlin
16 raised it with you in 2019, the fact that she was
17 coming in late.
18    A. Yes.
19    Q. But did -- did you ever raise the issue of
20 the coalition work with Mr. McLaughlin or
21 Mr. Rasetta prior to 2020?
22    A. I don't believe so.
23    And just to clarify, in 2019, though Mr.
24 McLaughlin did have some conversations with me about

Page 12

1 Gina's schedule, I don't believe the coalition was
2 discussed at that time.
3    Q. All right. Fair enough.
4    I take it -- I -- I apologize for having
5 asked these questions over and over again; but I
6 take it there were no notes of this conversation
7 that you had with Mr. McLaughlin about looking into
8 Gina's work performance, right?
9    A. No --
10    Q. All right.
11    A. -- no notes.
12    Q. All right. And as best you can recall,
13 when did that conversation occur?
14    A. It would have been in mid-to late June of
15 2020 because that is when Gina began submitting
16 timesheets.
17    Q. All right. And other than the fact that
18 Mr. McLaughlin had expressed a curiosity about the
19 fact that he -- that she was doing some coalition
20 work during funds hours, did he express any other
21 reasons why he wanted you to take a deeper dive into
22 Gina's work performance?
23    A. No.
24    Q. All right. So I'm going to show you App. 504

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Greogry A. Geiman
July 28, 2022

1  what's previously been marked for identification as
2  Exhibit 160. I've asked others about this document,
3  but I don't think I've asked you any questions about
4  it. Am I correct that you authored Exhibit 160?
5      A. Yes.
6      Q. Okay.
7      A. With the caveat that my memory is -- that
8  on the day of Gina's eventual termination, which
9  would have been July 21st of 2020, that Kate Shea
10  had added some very minor additions do the document.
11  I don't remember exactly what she added.
12      I just have a memory of her, perhaps,
13  changing the document to the first person so that it
14  was in Bill's voice because it was a document he was
15  going to use when he spoke with the Board of
16  Trustees. She may have added some other minor edits
17  to it. I just -- I'd be guessing as to what she
18  added.
19      Q. So this -- this was a Word document?
20      A. It was a Word document.
21      Q. Okay. And do you recall when you initially
22  prepared this document?
23      A. I believe it was -- so, to the best of my
24  memory, the 21st of July was a Tuesday. I believe

1  that the prior Thursday and/or Friday, which would
2  have been the 16th and/or 17th of July, I was
3  engaged in drafting this document.
4      Q. And am I correct that, after you had at
5  least felt comfortable with the draft of the
6  document, you then sent it to Kate Shea for her
7  review?
8      A. I don't think I sent it to Kate Shea. I
9  think I spoke with Kate Shea about it. I certainly
10  gave her all the salient detail that was in it --
11      Q. Right.
12      A. -- on Thursday or Friday, and I think I did
13  the same with Bill.
14      Q. Okay.
15      A. But I don't believe that I actually gave
16  the document to Kate or Bill until that morning,
17  the -- the 21st. I'm not certain that she saw it
18  before then.
19      Q. Okay. I -- I think that you had indicated
20  earlier that she may have made some edits to the
21  document.
22      A. Yes.
23      Q. And do you think those edits would have
24  been made on the 21st?

1      A. I do.
2      Q. Okay. And would those have been a red
3  line?
4      A. I don't think it was a red line. The
5  best -- the best of my recollection is that she had
6  the Word document opened on a laptop in front of her
7  and made those edits to the document in real time.
8      Q. In real time as you were speaking?
9      A. I believe so.
10      Q. Okay. Do you know if there were any prior
11  drafts of -- of Exhibit 160?
12      A. Not that I could locate, no.
13      Q. All right. So you -- you indicated earlier
14  that you think one of the edits that Ms. Shea may
15  have made was to -- to convert it into the first
16  person?
17      A. I believe so because I'm -- I'm quite
18  certain that I -- it was not initially drafted in
19  the first person.
20      Q. Yeah. Do you recall any of the other edits
21  she may have made?
22      A. The only one that I think she may have made
23  is there's a reference under Section 4, Breaches of
24  Credentials, to the second paragraph under that

1  section. It starts, (as read) "Just today Gina
2  divulged...," and I believe the today is referencing
3  the 21st of July. I believe Kate was the one that
4  was aware of that divulging of information, and she
5  may have added that paragraph and -- and probably
6  the following line as well, which references both of
7  these disclosures.
8      Beyond that, she may have made some slight
9  edits to the language, but I think I can say with
10  some confidence that 95 percent of this was -- was
11  my language.
12      Q. How long did it take you to draft Exhibit
13  160?
14      A. Not terribly long. Not terribly long.
15  It -- it took a while to do the legwork that gave me
16  the information that was used in this exhibit, but
17  drafting it did not take more than, I'm going to
18  guess, one to two hours.
19      Q. Tell me about the legwork that you did in
20  connection with the preparation of Exhibit 160.
21      A. Sure. So toward the end of June of 2020
22  Bill began asking me questions about Gina's
23  coalition work, and at some point -- and I don't
24  recall when -- Kate also became involved in this.

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 17

1 know if Bill had notified her or if I had or if we
2 both did. I -- I don't recall.
3      But I do recall that she became involved
4 and was asking questions as well, and the gist of
5 the questions from both Bill and Kate revolved
6 around the volume of work; was the information on
7 the coalition -- on the coalition timesheets
8 self-contained, was it the only instances of work
9 she had done for the coalition, or was it the tip of
10 the iceberg, so to speak.
11      I think there was an understanding or
12 realization that, at the time Gina was reporting
13 this work in June of 2020, we were in the midst of
14 the pandemic, nobody was meeting in person, the
15 wellness event had been canceled and that, to the
16 extent there was coalition work, it was probably a
17 moment in time where there isn't very much
18 coalition work. They weren't actively engaged as
19 they might otherwise be.
20      So the question became, well, what kind of
21 work did Gina generally or regularly do for the
22 coalition during Fund office hours; so, I was able
23 to impart what I knew anecdotally, which I told you,
24 just with regards to phone calls and -- and the

Page 18

1 pick-up in 2020, but that was all I knew.
2      So I spoke with two people in the office
3 specifically that I recall. I may have spoken with
4 others, but if I did, it was peripherally. I -- I
5 really focused much of my time with Laura-Jean
6 Hickey and Rebecca Zaccardi who at the time was the
7 accounting manager, the CPA in -- in the office.
8 And there were certain pointed questions that I
9 asked them, but then I also engaged in discussions
10 with them.
11      I noted that yesterday Laura-Jean -- and
12 I'm sure you noted -- did not have any recollection
13 of speaking with me about Gina's work for the
14 coalition or her work for the coalition, and I'd
15 like to think that the reason she may not recall it
16 specifically is I tried to do it as carefully and
17 surreptitiously as possible.
18      I did not want to raise any alarms for
19 anybody. I was concerned about upsetting
20 Laura-Jean. I was concerned about upsetting Becky.
21 I was concerned that somebody might go to Gina and
22 let them know that I had been asked these questions,
23 and I was worried about protecting Bill's
24 confidence; so, for many reasons, I was trying to

Page 19

1 tiptoe in asking these questions. Let me stop
2 there.
3      Q. Thank you.
4      So as part of the legwork, I understand
5 that you spoke with both Ms. Zaccardi and Ms.
6 Hickey. What -- just topically, what else did you
7 do as per the legwork in preparation for Exhibit
8 160?
9      A. Most of it was -- was concentrated
10 initially with regard to just the coalition work
11 with Ms. Hickey and Ms. Zaccardi. I went back in my
12 emails to look at emails that I had sent to
13 Laura-Jean with regards to coalition work to sort of
14 remind myself who was doing that work and when.
15      I did take a look around the Funds office.
16 I felt like I had a pretty good sense of the volume
17 of coalition material that was in the office, but I
18 didn't want to assume or guess. I took a little
19 tour around the office to take a deeper dive, a
20 closer look as to what coalition materials were
21 there, but I'd -- I'd say that -- that most of it
22 was centered around those two conversations with
23 Ms. Hickey and Ms. Zaccardi.
24      Q. In -- in connection with your -- the

Page 20

1 legwork that you did to prepare Exhibit 160, did you
2 review any documents?
3      A. Other than the timesheets that Bill had
4 brought to me from Gina, I don't specifically recall
5 reviewing any documents. Actually, I'm sorry. Let
6 me amend that.
7      I do recall Becky Zaccardi giving me copies
8 of Gina and Laura-Jean's vacation time. Becky kept
9 a spreadsheet of everybody's vacation and sick time
10 during the course of the year, and I recall that one
11 of the topics we discussed was whether Gina and/or
12 Laura-Jean used vacation time when they were out of
13 the office at coalition events; so, my recollection
14 is that Becky did produce documents to me just to
15 show to me what she was verbally expressing.
16      Q. Did you ever express any concern to
17 Mr. McLaughlin that you, as Gina's subordinate, were
18 being asked to do a deep dive on her performance?
19      A. I believe we had a conversation to that
20 effect, yes.
21      Q. Yeah. Tell me about that conversation.
22      A. Bill had always been, to his credit, very
23 mindful in a way that I can't give Gina the same
24 credit for of putting me in an awkward position

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Greogry A. Geiman
July 28, 2022

1  of -- of being between him and Gina. I think he

2  understood that. I -- I think Kate was mindful of

3  it and, probably, had spoken with him about it, and

4  in 2019, I remember when he would discuss Gina's

5  tardiness with me, he would often reference the

6  position he was putting me in and then would sort of

7  back off and not go further with me on those

8  discussions than to simply express his discontent,

9  if you will, about Gina's schedule.

10      We did have a discussion about it. I don't

11  remember specifically, except that he did reference

12  it, but also noted -- and I was understanding --

13  that I was the only person in a position at that

14  time to be able to help him look into this, that he

15  was very concerned about it and asked whether I

16  would be not willing but, you know, whether --

17  whether I would put aside that concern to do the

18  work, and I believe that I expressed to him that I

19  would.

20  **Q. Putting aside the -- the amount of time**

21  **that you spent actually preparing Exhibit 160, about**

22  **how much time did you actually spend on the legwork**

23  **that you did in order to prepare Exhibit 160?**

24  A. I think, in the end between the phone calls

1  with Laura-Jean and Becky, that the in-person

2  discussion with Laura-Jean and Becky was I think

3  fully remote still at the time.

4      The conversations that I had with Bill and

5  Kate to follow up on what I was hearing and seeing

6  and then sort of my own look around the office

7  and -- and look through my emails, it was -- it was

8  done sporadically as time allowed. It wasn't as

9  though I was spending whole days on it, but in total

10  I must have spent anywhere between four and six

11  hours on -- on that legwork.

12  **Q. So just so I understand it, four to six**

13  **hours on the legwork gathering information, right?**

14  A. Yes.

15  **Q. And then another how many hours actually**

16  **preparing the Exhibit 160?**

17  A. Again, I think one to two hours is a fair

18  estimate.

19  **Q. One to two hours. So in total -- somewhere**

20  **between five and eight hours in total, legwork to**

21  **final preparation of Exhibit 160?**

22  A. I think that's right, and in keeping in

23  mind that there were some topics in 160 about which

24  I already had personal knowledge; so, I didn't have

1  to necessarily investigate, for lack of a better

2  word, every aspect of this.

3  **Q. Okay. That was going to be my next**

4  **question. It sounds like your communications with**

5  **Laura-Jean Hickey and Ms. Zaccardi had to do**

6  **primarily with the coalition work, correct?**

7  A. Correct.

8  **Q. And that's referenced in the -- the first**

9  **section of Exhibit 160, correct?**

10  A. Correct.

11  **Q. But then there are other sections, there's**

12  **mismanagement of expenses, there's IT oversight**

13  **failure, there's breaches of credentials, and the**

14  **last one which I think should be No. 5 is the -- the**

15  **issue regarding insurance coverage for a member,**

16  **right?**

17  A. Correct. And I should amend because you're

18  right. Paragraph or Section 2, mismanagement of

19  expenses, was really also borne of that preliminary

20  discussion regarding the coalition because it

21  involved in -- in large part, anyway, the $30,000

22  wellness credit that Gina had promised on behalf of

23  Local 4 to the coalition --

24  **Q. All right.**

1  A. -- so that -- that was similarly something

2  I learned in talking to Laura-Jean.

3  **Q. Okay. Am I correct that there's -- there's**

4  **no source work or back-up material for Exhibit**

5  **160?**

6  A. There are some emails that I believe have

7  been produced which I did see as source work, if you

8  will.

9      For example, the -- the $30,000 wellness

10  credit, Laura-Jean, I believe, had forwarded me an

11  email between she, Gina, and Amanda Cronin who was

12  the wellness coordinator at Blue Cross/Blue Shield

13  at the time and which Gina, I think it was in,

14  perhaps, February of 2020, had -- to my

15  interpretation, anyway, committed the $30,000 Local

16  4 wellness credit to be used at the coalition event;

17  so, I did see that as an -- as an example.

18      I did see the timesheets with regards to

19  the vacation time. As I had said earlier, I did

20  look back at some emails that I had sent with

21  regards to coalition work being done during fund

22  office time. I believe Becky had also either shown

23  me copies of or emailed to me the totals on the

24  1099s, that she produced for Gina and Laura-Jean and

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 25

1 Rosemarie's time for the coalition in 2019; so,
2 there were some documents that I had seen. Not
3 many, but some.
4 **Q. And I think what I'm hearing you saying is**
5 **the documents would have consisted of a few emails**
6 **and the timesheets?**
7 A. The timesheets, perhaps, the 1099s, though
8 I don't remember if I actually saw those or just got
9 the totals from Becky, and then I had my own
10 experience and documents to draw on with regard to
11 the Section 3IT oversight failure and Section 5
12 which doesn't have a title but I would title
13 supplemental health insurance issue for -- just for
14 brevity's sake.
15 **Q. So just so I'm clear, with respect to the**
16 **section entitled, "IT Oversight Failure," the**
17 **section entitled, "Breaches of Credentials," and the**
18 **section that you just entitled "Supplemental Health**
19 **Insurance Issue," those sections were -- were based**
20 **upon what you personally had observed or**
21 **witnessed?**
22 A. Correct.
23 **Q. Okay. That wasn't based upon any**
24 **communications you had had with anybody or any**

Page 26

1 **documents that you had reviewed?**
2 A. Well, it was based on the communications
3 I've had and the documents I had reviewed during the
4 course of those events. I didn't need additional
5 communications or documents because I had lived
6 through very intimately each of those issues; so, I
7 drew on -- as I was preparing Sections 3 and 5, I'm
8 quite certain I would have drawn on documents that I
9 had already seen or been a part of as we dealt with
10 those two issues, but I don't believe I had done or
11 needed to do any additional research on either of
12 those issues because they were both very recent.
13 In fact, the ransomeware attack was still
14 ongoing or the fallout of it was still ongoing when
15 I drafted this document, and the issue in Section 5
16 had been in March of 2020, so, maybe, three months
17 earlier.
18 I still had a very fresh recollection of
19 all of that, and I had also taken contemporaneous
20 notes which I believe have been produced from that
21 incident that I detailed in Section 5; so, I'm sure
22 I drew on those notes as well.
23 **Q. Do you know why Ms. Shea wanted to change**
24 **Exhibit 160 so that it at least initially read like**

Page 27

1 **it was in the first person?**
2 A. I think because Bill was very concerned
3 about going into the trustee's meeting on the
4 afternoon of the 21st without some written material.
5 Bill is somebody that likes to be prepared. He does
6 not like to speak extemporaneously; so, I imagine --
7 without knowing for sure, I would imagine that that
8 was the reason Kate did it.
9 **Q. So are you -- were you there for the**
10 **July 21 meeting?**
11 A. No.
12 **Q. You weren't. But --**
13 A. Well, I'm sorry. I just want to be clear.
14 I was there the morning of when Kate and Bill and I
15 met, but I was not there for the trustees'
16 meeting.
17 **Q. Understood. But did -- was it your**
18 **understanding that Bill was going to have this**
19 **document in front of him for the meeting, the**
20 **meeting in the afternoon?**
21 A. I think I would have been aware of that,
22 yes.
23 **Q. All right. Besides yourself, did**
24 **Mr. McLaughlin ask anyone else to look into Gina's**

Page 28

1 **work performance issues at this time as far as you**
2 **know?**
3 A. Not that I'm aware of. And I should add,
4 if I may, just to make sure I'm being clear for the
5 record, there is a reference under Paragraph 2 -- I
6 didn't realize it until I turned the page here -- to
7 Gina's failure to fill out DOL time records, and I
8 want to be clear that that was not something that I
9 knew at the time from personal knowledge.
10 When the coalition timesheets -- I'm sorry.
11 Let me rephrase.
12 When the timesheets had been presented to
13 Bill with coalition work on them and Kate became
14 involved, Kate had recommended that we take a look
15 at Gina's DOL timesheets because assumedly, it would
16 short circuit the process, and to the extent there
17 was coalition work being done during the day, it
18 would be easy enough to reconcile by looking at her
19 DOL timesheets because assumedly she would have
20 tracked all of her work, including coalition work,
21 on those timesheets.
22 I went to Becky who keeps all of those
23 timesheets and asked her if she could get me copies
24 of Gina's timesheets, and it was then that I learned

App.508

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 29

1  that Gina did not fill out DOL timesheets and I made
2  Kate aware of that.
3      Q.  And when did you go to Becky on that
4  issue?
5      A.  Around the same time I was speaking with
6  her about the coalition issues.  I don't remember
7  which came first, but it would have been in that
8  same time frame, late June of 2020.
9      Q.  All right.  Did Mr. McLaughlin ask you
10  to -- to present to him all of the issues that you
11  had regarding Gina's work performance or was he
12  really asking you to focus more on his curiosity
13  about the coalition work?
14      A.  It started with just the coalition work,
15  but then it began to expand beyond that.  I think
16  the tipping point, if you will, was the failure to
17  fill out DOL timesheets.  I think that was, to put
18  it mildly, a huge red flag for Kate, and she grew
19  very, very concerned.
20          And at that point in my phone conversations
21  with Kate, as well as my -- I believe in-person
22  conversations with Bill, there were broader
23  conversations about the DOL timesheets, the
24  administrative services sharing agreement, how this

Page 30

1  might affect the allocations in prior years.
2          There was broader discussion because we
3  were in the midst of the ransomware attack, so that
4  sort of became part and parcel of the overall
5  conversation about Gina's work and it -- it sort of
6  just was like dominos falling.  But I don't recall
7  at what point I was asked to expand on what I was
8  looking into or what I was detailing with regards to
9  Gina's work.
10      Q.  But do you think you were asked to expand
11  on it or did you do that on your own?
12      A.  No.  I -- I believe I was asked to.
13      Q.  By Mr. McLaughlin?
14      A.  By either Mr. McLaughlin or Attorney Shea.
15      Q.  All right.  I'd like to draw your attention
16  to the final page of 160, the conclusion.  Did you
17  draft that section?
18      A.  In part, not in its entirety; so, this is a
19  section where Kate would have also made some edits.
20      Q.  Do you recall what edits Kate made?
21      A.  I certainly wouldn't have put in any
22  language with regards to a conclusion or a
23  recommendation, which in this case it appears there
24  is, with regards to Gina's termination.

Page 31

1      I do believe I had put in language with
2  regards to poor judgment, poor management, and loss
3  of confidence because these were things that the
4  three of us had discussed in our prior
5  conversations, and I do think it would have been par
6  for the course for me to put in some sort of a
7  concluding statement, but I would not have put in
8  language with regards to a termination; so, I have
9  to believe Kate added that on the 21st.
10      Q.  Okay.  So just to be clear, you think
11  the -- the last sentence in the conclusion would
12  have been drafted by Kate?
13      A.  I believe so.
14      Q.  But everything up to that point you think
15  you would have drafted?
16      A.  I think I would have drafted some version
17  of it.  I can't say for certain that Kate didn't
18  make edits there as well.
19      Q.  All right.
20      A.  But I -- I do recall using the terms, poor
21  judgment, poor management, and loss of confidence.
22      Q.  Is it safe to say that, after this document
23  had been created, you had a relatively high degree
24  of confidence that Gina was going to lose her job?

Page 32

1      A.  I wouldn't say a high degree of confidence.
2  I had a high degree of confidence that there were
3  major issues that were going to be addressed.  I had
4  no notion up until the 21st as to whether that would
5  result in Gina's termination, suspension, or some
6  other punishment, if you will.
7      Q.  Well, I recognize you didn't draft the
8  final section -- the final sentence but the final
9  sentence does say, (as read) "The chairman believes
10  that the funds would be best served by the
11  termination of Gina as administrator and the hiring
12  of someone in whom the chairman can place more trust
13  and confidence."  And I think what I heard you said
14  earlier is that Kate would have made that edit in
15  real time in a telephone conversation or a video
16  call that she was having with you and
17  Mr. McLaughlin, right?
18      A.  No.  So let me correct that.  When I say in
19  real time, I was referring to the day of, the 21st.
20  Gina, Bill and I actually met in person on that day.
21      Q.  Yup.
22      A.  And my memory is Kate had a laptop with her
23  and had this document on the laptop.  I may have had
24  a thumb drive.  I don't really remember at this **App. 509**

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 33

1 point, but she made that edit on the -- on the 21st,
2 on July 21st.
3      MR. GILLIGAN: I'm -- I'm going to
4 interrupt. Did you say Gina, Bill and I met and you
5 met Kate?
6      THE WITNESS: I'm so sorry. Kate.
7      MR. GILLIGAN: Sorry.
8      THE WITNESS: Thank you.
9      MR. GILLIGAN: Yup.
10 BY MR. VAN DYCK:
11     A. Kate, Bill and I met on the 21st.
12     **Q. Understood.**
13     **So again, just to -- to make sure I**
14 **understand correctly, is it fair to say that up**
15 **until that meeting in the morning of the 21st, you**
16 **didn't know whether Ms. Alongi was going to be**
17 **fired?**
18     A. Absolutely correct.
19     **Q. But following that morning meeting with**
20 **Kate and Mr. McLaughlin, I take it you did have a**
21 **high degree of certainty that was going to be the**
22 **case?**
23     A. I think, by early afternoon, I was aware
24 that that was going to be the recommendation that

Page 34

1 Bill was going to make to the combined Boards of
2 Trustees, yes.
3      I don't think I even knew when the meeting
4 was going to happen. I was not privy to that. I
5 didn't know if it was going to be that day or the
6 next day, but I did know what the recommendation was
7 going to be, yes.
8     **Q. And is it fair to say that the -- the**
9 **issues that are raised in Exhibit 160 are the issues**
10 **that were the reasons for her termination?**
11     A. As I understood it, yes, and the minutes
12 would appear to reflect the same.
13     **Q. Okay. When you had your meeting with**
14 **Mr. McLaughlin and Ms. Shea the morning of the 21st**
15 **or for that matter at any time before then, was**
16 **there any discussion about talking to Gina about**
17 **these issues?**
18     A. No. I think that that ship had sailed in
19 counsel's mind that the combined weight of the
20 issues that were being presented necessitated that
21 serious action be taken. I think Kate was concerned
22 about co-fiduciary breaches, and that as soon as the
23 trustees and Bill, really, as chairman of the board
24 as well were made aware of these very serious

Page 35

1 transgressions and misuse of plan assets and
2 really -- again, not to harp on it but -- the
3 failure to fill out the DOL timesheets sort of as
4 the headline, if you will, that there was no choice
5 but to go to the Board of Trustees. There was
6 nothing to speak about with Gina at that point.
7     **Q. So there was no discussion about due**
8 **process, about giving her an opportunity to explain**
9 **these issues to either Mr. McLaughlin or Ms. Shea or**
10 **to you?**
11     MS. MARKOWSKI: Object to form.
12     A. I think that the evidence, if you will, the
13 fact that she did not fill out DOL timesheets and
14 that was sort of a very black and white issue. The
15 fact that there was coalition work being done, we
16 didn't know the breadth of it even then but that
17 there was, certainly, at least a degree of coalition
18 work being done in the Fund office during Fund
19 business hours by Fund employees was a misuse of
20 plan assets that was so severe as to run afoul of
21 ERISA, that all of these issues were such serious
22 transgressions under ERISA that the obligation was
23 to go directly to the Board of Trustees and, you
24 know, that's -- that's the difficulty of working in

Page 36

1 an environment that's governed by ERISA. There are
2 such stringencies and so little room for
3 interpretation or flexibility.
4      You know, Gina wasn't managing an
5 Applebee's. You know, she was the administrator of
6 a -- of a Taft Hartley or a series of Taft Hartley
7 funds, and so I think Kate had to make judgment
8 calls and to advise her client, Bill, as chairman of
9 the Board of Trustees to go to the Board of Trustees
10 with that context that this was not something that
11 could be mitigated or -- or, you know, that --
12 that this is not something that could simply be a
13 slap on the wrist, that it was incredibly serious, and
14 that the entire Board of Trustees ran a risk of
15 fiduciary liability if it wasn't handled swiftly.
16     **Q. And it was handled very swiftly as I**
17 **understand it. The decision was made the afternoon**
18 **the 21st, correct?**
19     A. Correct.
20     **Q. And I think what I hear you saying is that**
21 **Mr. McLaughlin was relying on the advice of**
22 **Ms. Shea's counsel in acting so swiftly?**
23     A. I think, to some large degree, certainly.
24 I think Bill has a lot of faith, as do I, in -- in App.510

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Gregory A. Geiman
July 28, 2022

Page 37

1 Attorney Shea's counsel, but I also think Bill was
2 rocked by what he was hearing. I think he was very
3 concerned that this coalition work had been
4 happening under his nose, and make no mistake, Bill
5 knew that Gina was the executive director of the
6 coalition. Bill knew that there was some degree of,
7 you know, involvement by Laura-Jean.
8      The expectation I think had always been
9 that that work was being done outside of fund
10 business hours; so, when he learned that that was
11 not the case, I think he lost a tremendous amount of
12 trust and confidence in Gina.
13      I think the way the ransomware incident
14 happened and -- and how Gina handled the aftermath
15 of it rocked his confidence in Gina. I think the
16 supplemental health issue and the fact that Gina
17 didn't present all of the options to him as a
18 trustee rocked his confidence in Gina.
19      So I think Bill had formed his own opinions
20 about Gina's trustworthiness and how much confidence
21 in her as -- as somebody to whom he reported -- I'm
22 sorry -- to whom she reported as a trustee, but I
23 certainly think the seriousness with which Kate took
24 the allegations must have colored his impression as

Page 38

1 well.
2      Q. So I don't want you to repeat yourself. I
3 want to move this along, but I do want your
4 recollection of what transpired the morning of the
5 21st in your meeting with Kate Shea and Mr.
6 McLaughlin.
7      A. It was a very sort of free-ranging
8 discussion about the incidents that were presented
9 in this -- in this document. I think Bill and Kate
10 wanted to hear firsthand from me what I had heard
11 and -- and seen, and some of the issues that Bill
12 and Kate had already been involved in, the
13 ransomware, the supplemental health issue, we sort
14 of ran through them again.
15      You know, I think it's fair to say that,
16 though there was as the day went on sort of an
17 understanding about the seriousness of the issues
18 presented and what the obligation looked as though
19 it might be, that there was a tremendous amount of
20 thought and concern and angst that went into the
21 discussion.
22      I don't think anybody in that room, and I'd
23 like to think within the Board of Trustees as well,
24 took lightly the step that it appeared was going to

Page 39

1 be recommended to the board. This we knew was a
2 huge step to take.
3      I think there was both concern for the fact
4 that Gina was a longstanding Fund office employee,
5 the administrator of, gees, 25 years or so at that
6 point in time. Nobody wanted to dismiss I think
7 it's fair to say -- this is my own interpretation,
8 but I don't think anybody in that room when the
9 three of us were talking wanted anything that was
10 arbitrary or capricious that -- that this was going
11 to be a very well thought out and analyzed decision
12 if this was going to be the recommendation that Bill
13 was going to make to the Board of Trustees, that
14 there was no turning back from it, that it was going
15 to affect the future of the Fund office operations.
16 There was institutional knowledge that Gina had that
17 was going to be hard to replace.
18      I think there was also a general
19 understand, as Kate suggested the other day, that
20 Gina was likely to not take her termination well and
21 to seek some sort of retribution, and all of that
22 was part of the conversation. It was a very
23 free-ranging conversation.
24      And then, again, I should also mention

Page 40

1 there was sort of a general conversation before I
2 left the room about sort of security and what would
3 have to happen if Gina was to be terminated with
4 regards to her credentials, her access to the
5 network, email, things like that.
6      Q. Am I correct that Mr. McLaughlin and
7 Ms. Shea were seeing Exhibit 160 for the first time
8 on the morning of the 21st?
9      A. They were seeing the document for the first
10 time, but they had been briefed thoroughly on all of
11 the items in the document.
12      Q. And when were they briefed thoroughly on
13 the items in the document?
14      A. It would have been the end of that prior
15 week, Thursday or Friday, which, again, was the 17th
16 or 18th, I believe. No. 16th or 17th of July.
17      That being said, as I was having
18 discussions with Becky and Laura-Jean, I was
19 reporting to Bill and Kate in real time. We were
20 having phone conversations or meeting in person in
21 the case of Bill, and -- and I was letting them know
22 what I was hearing and seeing. You know, that would
23 have been toward the end of June.
24      My recollection is Bill went on vacation

App.511