UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-10163-FDS |
| GINA ALONGI, | ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT GINA ALONGI'S
ASSENTED-TO MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND
COUNTERCLAIM TO SUBSTITUTE COUNTERCLAIM DEFENDANTS
AND TO SET DEADLINE FOR RESPONSE TO COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 16, Defendant Gina Alongi moves, with assent of the

Plaintiffs and Counterclaim Defendants, for leave to file a Second Amended Answer and

Counterclaim in the form attached hereto as <u>Exhibit A</u>, in order to substitute the following parties

currently named as Counterclaim Defendants:

> (i)    The Board of Trustees of The IUOE Local 4 Health And Welfare Fund;
> (ii)   The Board of Trustees of the IUOE Local 4 Pension Fund
> (iii)  The Board of Trustees of the IUOE Local 4 Annuity & Savings Fund;  and
> (iv)   The Board Of Trustees Of The Hoisting And Portable Engineers Local 4 Apprenticeship & Training Fund

(collectively, the "Funds Boards of Trustees"), with the following parties:

> (i)    IUOE Local 4 Health And Welfare Fund;
> (ii)   IUOE Local 4 Pension Fund
> (iii)  IUOE Local 4 Annuity & Savings Fund;
> (iv)   Hoisting And Portable Engineers Local 4 Apprenticeship & Training Fund

(collectively, the "Funds Entities").  Ms. Alongi also moves, with the assent of the Plaintiffs, for

an Order that any response to the Second Amended Answer and Counterclaim be filed within 5

-1-

days after the Second Amended Answer and Counterclaim is filed and served.  In further support of this motion, Ms. Alongi states as follows:

1.      In Ms. Alongi's concurrent Norfolk Superior Court action, Docket No. 2182CV00125 (the "State Court Action"), the following parties were named as defendants:

>   (i)      The Funds Entities;
>   (ii)     Joint  Labor-Management Cooperation Trust; and
>   (iii)    William D. McLaughlin, individually and in his capacity as
>            Chairman of the Boards of Trustees
>   *See* Docket No. 8, Ex. G.[1]

2.      In Ms. Alongi's First Amended Answer to Complaint and Counterclaims, the following parties were named as counterclaim defendants:

>   (i)      The Funds Boards of Trustees;
>   (ii)     IUOE Local 4 Labor-Management Co-Operation Trust; and
>   (iii)    William D. McLaughlin, individually and in his capacity as
>            Chairman of the Boards of Trustees
>   *See* Docket No. 79.

3.      Ms. Alongi desires to amend her counterclaims to remove the Funds Boards of Trustees as named counterclaim defendants, and substitute them for the Funds Entities, as the Funds Entities are the parties named as defendants in the State Court Action, and has always been Ms. Alongi's intent to assert her counterclaims in this action against the same parties named as defendants in the State Court Action.

4.      Ms. Alongi does not intend to amend her Answer and Counterclaims in any other respect.

5.      An Order reducing the time for counterclaim defendants to respond to the Second Amended Answer and Counterclaim from 14 days after service pursuant to Fed. R. Civ. P. 15, to 5 days after service, is appropriate, given that the First Amended Answer and Counterclaims was

---

[1] Ms. Alongi's claims in the State Court Action were dismissed by Order of the Norfolk Superior Court on January 31, 2023.

filed and served on January 26, 2023, and the Second Amended Answer and Counterclaims will be identical to the First Amended Answer and Counterclaims in all respects except for the above-mentioned substitution of parties.

6.     Counsel for Plaintiffs and Counterclaim Defendants assent to this motion.

WHEREFORE, Ms. Alongi respectfully requests that this Court (i) allow her Motion for Leave to File Second Amended Answer and Counterclaims and grant Ms. Alongi leave to file the amended Answer and Counterclaims in the form attached hereto as Exhibit A against the Funds Entities, IUOE Local 4 Labor-Management Co-Operation, and William D. McLaughlin, and (ii) Order that any response to the Second Amended Answer and Counterclaims must be filed within 5 days after the Second Amended Answer and Counterclaims is filed and served.

GINA ALONGI,
By her attorneys,

/s/ Jacob A. Tosti
Timothy P. Van Dyck (BBO # 548347)
Douglas T. Radigan (BBO # 657938)
Jacob A. Tosti (BBO # 704007)
BOWDITCH & DEWEY, LLP
200 Crossing Boulevard
Framingham, MA 01702
Telephone: 617.757.6537
Facsimile: 508.929.3137
tvandyck@bowditch.com
dradigan@bowditch.com
jtosti@bowditch.com

Date:  March 23, 2023

ASSENTED TO:

s/ Jennifer Markowski
Jennifer L. Markowski, BBO # 655927
FREEMAN, MATHIS & GARY LLP
60 State Street, Suite 600
Boston, Massachusetts 02109-1800

-3-

Telephone: (617) 963-5975
jmarkowski@fmglaw.com

s/ Charles W. Gilligan
Charles W. Gilligan, pro hac vice
Jennifer Simon, pro hac vice
Daniel Keenan, pro hac vice
O'DONOGHUE & O'DONOGHUE LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Telephone: (202) 362-0041
Facsimile: (202) 362-2640
cgilligan@odonoghuelaw.com
jsimon@odonoghuelaw.com
dkeenan@odonoghuelaw.com

LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Gina Alongi contacted counsel for the Funds and attempted in good faith to resolve or narrow the issue presented in this Motion.

/s/ Jacob A. Tosti

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jacob A. Tosti

4885-2121-6081.2