UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND; BOARD OF TRUSTEES OF THE IUOE LOCAL 4 ANNUITY & SAVINGS FUND; BOARD OF TRUSTEES OF THE IUOE LOCAL 4 HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICESHIP & TRAINING FUND; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4; IUOE LOCAL 4 LABOR-MANAGEMENT COOPERATION TRUST; IUOE LOCAL 4 SOCIAL ACTION COMMITTEE<br><br>          Plaintiffs,<br><br>v.<br><br>GINA ALONGI,<br><br>          Defendant. | Civil Action No. 1:21-cv-10163-FDS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jacob A. Tosti of Bowditch & Dewey LLP as counsel of as counsel on behalf of the defendant, Gina Alongi, in the above-captioned matter. The defendant will continue to be represented by Attorneys Robert Young and Timothy Van Dyck of Bowditch & Dewey LLP.

                                                GINA ALONGI
                                                By her Attorneys,

                                                /s/ Jacob A. Tosti
                                                Jacob A. Tosti (BBO #704007)
                                                BOWDITCH & DEWEY, LLP
                                                200 Crossing Boulevard
                                                Suite 300
                                                Framingham, MA 01702
                                                Telephone: 508-926-3344
                                                Email: jtosti@bowditch.com

Date: May 12, 2023

4853-4060-5539.1

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jacob A. Tosti

4853-4060-5539.1