# **EXHIBIT 1**

Forensic Employment &
Compensation Consultants, LLC

Exhibit A



### Christopher S. Reece

Christopher Reece is a Managing Director of Forensic Employment and Compensation Consultants, LLC. The firm provides litigation support for attorneys in matters relating to:

- executive compensation
- employability
- executive search
- career/vocational assessment
- outplacement
- earnings capacity

Mr. Reece has more than 40 years of senior management experience in management consulting, executive search, and operations. Prior to co-founding Forensic Employment & Compensation Consultants, he also co-founded Group/HSA, a management consulting, compensation, and executive search firm. Currently he is the Managing Director of EMA Partners ▪ Boston, member of EMA Partners International, an alliance of executive search firms in over 40 countries across the globe. Earlier, he was a vice president for business development and operations at a specialized Boston-based executive search firm focusing on technology-based companies. Mr. Reece also co-founded the executive search and consulting firm, Reece & Mruk Partners.

He has conducted over 350 executive searches, organizational, executive and management assessments. Mr. Reece has conducted assignments in all functional areas with emphasis on executive and general management level searches. These organizations have ranged in size from entrepreneurial start-ups to billion-dollar corporations. Some of the industries have included telecommunications, software, industrial products, financial services, business services, real estate, textiles, and business services. He has also led engagements for several NGOs including health care networks, museums, and a think tank. The firm also offered consulting services on matters relating to human capital management that included organizational effectiveness, employability, outplacement, compensation, and expert witness.

Earlier in his career, he was a Manager in the Boston and New York offices of A. T. Kearney, an international management consulting firm. He was a member of Kearney's Operational Improvement Group and specialized in operations and facility utilization. His clients ranged in size from start-ups to Fortune 50. Mr. Reece began his career with an international industrial manufacturer and was involved in the manufacturing process and plant construction.

Mr. Reece earned his B.A. from the University of Pennsylvania. He served as Board President of Tower Hill Botanic Garden in Boylston, MA for six years and is currently a Trustee Emeritus. He is a member of World at Work (formerly the American Compensation Society), the American Board of Vocational Experts. He is based in the Boston area.

Forensic Employment & Compensation Consultants, LLC

**Exhibit A**

***Christopher S. Reece***

Office:
900 Greendale Avenue, Suite # 10
Needham, MA 02492
781-400-1694
creece@forensicecc.com

| | | |
|---|---|---|
| ***Education*** | **University of Pennsylvania** <br> B.A. History, 1972 | **Philadelphia, PA** |

***Work Experience***

| | | |
|---|---|---|
| 2004 – Present | **Forensic Employment & Compensation Consultants, LLC** | **Needham, MA** |

**Managing Director/Founder**

Consultancy providing litigation support and expert testimony to law and accounting firms nationally. We focus our efforts on matters related to human capital issues, including compensation and employability.

| | | |
|---|---|---|
| 2004 – Present | **EMA Partners ▪ Boston** | **Needham, MA** |

**Managing Director/Founder**

Shareholder member of EMA Partners International, a global search practice with offices in more than 40 countries and a member of AESC.

- Responsible for all aspects of business management including strategic focus, operations, marketing, client relationship, business development and execution.
- Manage senior level search assignments in consumer products, financial and professional services, healthcare, biotech, textiles, and technology.

| | | |
|---|---|---|
| 2002 - 2022 | **Group/HSA** | **Needham, MA** |

Group/HSA is a dynamic, client-focused consultancy that provides it clients with expertise on a project or interim basis. We assist clients in defining corporate strategies and tactics, business development, sales and marketing support, operations management, and human capital.

**Partner/Founder**

Conducted consulting assignments for clients in the areas of human capital management, executive search and operations. Clients have been in business services and non-profit and technology.

Forensic Employment &  
Compensation Consultants, LLC

**Exhibit A**

| | | |
|---|---|---|
| 1999 – 2001 | **The Onstott Group** | **Wellesley, MA** |

Retained executive search firm with offices in Wellesley, MA and Los Altos, CA and a member of Association of Executive Search Consultants specializing in technology and business services.

*Vice President*
- Management, operational, business development, and client relationship responsibilities.
- Managed search assignments in data communications, telecommunications, Internet, software.
- Led engagements in all functional areas with emphasis on senior, general management level searches. Other areas of search expertise include finance, information systems, sales/marketing, strategic planning, operations and human resources.
- Clients have included start-ups through multi-national corporations. Particular emphasis has been on mid-cap companies.

| | | |
|---|---|---|
| 1991 - 1999 | **Reece & Mruk Partners** | **Needham, MA** |

Shareholder member of EMA Partners International.

**Managing Director**
- Founded, developed and grew business. Responsible for all aspects of business management including strategic focus, operations, marketing, client relationship, business development and execution.
- Managed senior level search assignments in consumer products, financial services, healthcare, biotech, legal, textiles, and technology.
- Consulted to clients in areas of compensation and human capital management. Provided expert witness research in employment and tax matters. Also conducted outplacement assignments
- Emphasis on privately held and mid-cap companies

| | | |
|---|---|---|
| 1989 – 1991 | **The Onstott Group** | **Wellesley, MA** |
| | **Vice President** | |
| 1986 – 1989 | **Parker, Sholl and Gordon** | **Waltham, MA** |
| | A regional executive search firm | |
| | **Vice President** | |
| 1984 – 1986 | **Arthur Young/Executive Resource Consultants   Boston, MA** | |
| | Executive Search practice of Arthur Young International. | |
| | **Manager** | |

Forensic Employment & Compensation Consultants, LLC

**Exhibit A**

1978 – 1984    **A. T. Kearney Management Consultants   New York, NY/Boston, MA**
Global operations and supply chain management consulting firm.

*Manager/Senior Associate*

1972 – 1978    **The Reece Corporation**                                                    Waltham, MA
International manufacturer of specialty industrial equipment.
- Management positions in operations, engineering, and plant construction.

**Affiliations**

Mr. Reece is a member of WorldatWork (formerly the American Compensation Association), and the American Board of Vocational Experts.  He also serves as an Emeritus Trustee of New England Botanic Garden at Tower Hill.  Mr. Reece resides in the Boston area.

Forensic Employment &
Compensation Consultants, LLC

Exhibit A

## Depositions and or Trials of
## Christopher Reece
## 2016 - 2024

2024

PLYMOUTH COUNTY PROBATE & FAMILY COURT

Dockett No.: PL22D0849DR

Christine M. Gill, Plaintiff v. Thomas C. Gill, Defendant

2023

MIDDLESEX COUNTY PROBATE & FAMILY COURT

Docket No.: MI13D2101DR

Jacqueline Bernat, Plaintiff v. Adam Hetnarski, Defendant

2021

MIDDLESEX COUNTY PROBATE & FAMILY COURT

Docket No.: 19D0606DR

Katrina M. Zorka-Weigold v. Jason W. Weigold

2019
MIDDLESEX COUNTY PROBATE & FAMILY COURT

Docket No.: 18D-2323-DR

Christina Peters v. Jeffery Peters

2018

United States District Court for the District of Massachusetts

Case No.        14-cv-14742-IT

Graham R. Waiting v. Blue Hills Bank, Hyde Park Bancorp, Inc., Hyde Park Bancorp, MHC

2018

Addison Family Court (Vermont)

Docket No. 168-10-10

**Forensic Employment &
Compensation Consultants, LLC**

**Exhibit A**

Jennifer Johnson v. Gregory Johnson

2018

JAMS Arbitration

JAMS No. 1400016058

Todd Remis v. Goodwin Proctor, LLP

2017

PLYMOUTH COUNTY PROBATE & FAMILY COURT

Docket No.: 16D-0243-DR

John A. Kennedy v. Nahid B. Kennedy

2016

BARNSTABLE COUNTY PROBATE & FAMILY COURT

Docket No. BA15D-0253-DR

Stephen A. Letteri v. Judy K. Letteri

2016

MIDDLESEX PROBATE & FAMILY COURT

Docket No. MI13D-0428-DR

Gwendolyn K. Ortmeyer, v. Douglas S. Billings

2016

BARNSTABLE COUNTY PROBATE & FAMILY COURT

Docket No. BA12D-0169-DR

David S. Thornton, Plaintiff, v. Leslie L. Thornton, Defendant

2016

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

COMPLEX LITIGATION DIVISION

**Forensic Employment & Compensation Consultants, LLC**

**Exhibit A**

SYSTEMAX INC., a Delaware corporation, CASE NO.: 12-00519 CA 40 and TIGERDIRECT, INC., a Florida corporation,

vs.

CARL FIORENTINO, individually,

PATRICK FIORENTINO, individually,

CHIH-WEI "EDDY" KUO, individually,

TINA WU, individually,

RICI INTERNATIONAL CO., LTD., a Taiwanese corporation,

RICI TECHNOLOGY CO., LTD., a Taiwanese corporation,

TOP SUPREME CO., LTD., a Taiwanese Corporation,

COASTER ASSOCIATES, a Taiwanese corporation,

NELSON FERNANDEZ, JR., individually,

GLASS-TECH CORPORATION, a Florida corporation,

ANDREA FONGYEE, individually,

GERDY CARBALLOS, individually, and

YOENDI PEREZ-CRUZ, individually