# **EXHIBIT 2**

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 2
                CIVIL ACTON NO. 1:21-cv-10163-FDS
 3

 4

 5

 6
     BOARD OF TRUSTEES of the IUOE LOCAL 4 PENSION
 7   FUND, et al.,
                 Plaintiff,
 8                  vs.

 9   GINA MARIE ALONGI,
                 Defendant.
10

11

12

13

14      DEPOSITION OF CHRISTOPHER REECE, taken before

15   June Poirier, Shorthand Reporter and Notary Public,

16   at the offices of Freeman, Mathis & Gary, 60 State

17   Street, Boston, Massachusetts, on Thursday,

18   September 26, 2024, commencing at 9:04 a.m.

19

20

21

22

23

24
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1   APPEARANCES:

 2   JENNIFER L. MARKOWSKI, ESQ.
     KATHERINE C. CHENAIL, ESQ.
 3   Freeman, Mathis & Gary, LLP
     60 State Street, 6th Floor
 4   Boston, MA 02109
     jmarkowski@fmglaw.com
 5       For the Plaintiff

 6


 7   ROBERT G. YOUNG, ESQ.
     Bowditch & Dewey
 8   101 Federal Street, Suite 1405
     Boston, MA 02110
 9   ryoung@bowditch.com
         For the Defendant and Witness
10

11   REMOTE APPEARANCE VIA AUDIOVISUAL:

12   DANIEL KEENAN, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24
```



1   from this company to the next opportunity.
2   Q.   Got it.  Any other consulting services you
3   can recall?
4   A.   No.
5   Q.   Okay.  In terms of your executive search
6   function that you performed, how much of your
7   time would you say was spent on that?
8   A.   Early '90s to 10 or 12 years ago it was
9   almost -- I would say almost all of my efforts.
10  Q.   In other words, these consulting services
11  you described you weren't really doing those?
12  A.   Those weren't heavily -- those weren't
13  marketed.  It was with an existing client that
14  said oh by the way, could you do this for us.
15  Q.   Was it 10 percent of your time would have
16  been spent on consulting services, if you could
17  put some kind of time?
18  A.   Yeah, sure, 10 percent might be.
19  Q.   Over the course of your career how many
20  executives would you estimate you have placed
21  in various positions?
22  A.   350, 400.
23  Q.   Are there any particular industries that
24  you focused on?



```
 1   A.   No, I was -- regrettably I was a
 2   generalist.
 3   Q.   So you worked with -- can you tell me the
 4   various kinds of companies that you worked
 5   with?
 6   A.   Sure.  I worked with a number of nonprofit
 7   museum type organizations, manufacturing
 8   organizations, health care organizations.  Not
 9   much in the way of banking or financial
10   services.
11   Q.   Can you think of any other industries?
12   A.   That would have been the bulk of it.
13   Q.   The name executive search, was your
14   function truly just placing executives or did
15   you work with other individuals as well?
16   A.   I recruited executives.  It's a fine
17   point.
18   Q.   Understood. Let me ask a better question
19   then.  In terms of the positions which you were
20   looking to find candidates was it just
21   executive level positions or were there others?
22   A.   There were some senior individual
23   contributors.
24   Q.   Like management level?
```

