# **EXHIBIT B**

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT

NORFOLK, ss.                                          CIVIL ACTION NO. 2182CV00125

ROSEMARIE ALONGI,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           )
                                 )
IUOE LOCAL 4 HEALTH & WELFARE    )
FUND, et al.,                    )
                                 )
            Defendants.          )

RECEIVED & FILED
2024 OCT 22 PM 5: 48
CLERK OF THE COURTS
NORFOLK COUNTY

## SPECIAL QUESTIONS TO THE JURY

**I.  Questions applicable to Plaintiff Rose Alongi's Hostile Work Environment Claim.**

1. Was Rose Alongi subjected to unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature by William McLaughlin ?

    YES ✓   NO ___

*If your answer to Question 1 is yes, please proceed to Question 2. If your answer is no, please STOP and proceed to Section II.*

2. Was the conduct severe or pervasive?

    YES ✓   NO ___

*If your answer to Question 2 is yes, please proceed to Question 3. If your answer is no, please STOP and proceed to Section II.*

3. Would a reasonable person in Rose Alongi's position have considered the work environment to be hostile, intimidating, humiliating or sexually offensive?

    YES ✓   NO ___

*If your answer to Question 3 is yes, please proceed to Question 4. If your answer is no, please STOP and proceed to Section II.*

4. Did the conduct interfere with Rose Alongi's work performance and/or pose a formidable barrier to her full participation in the workplace?

   YES___ NO ✓

*If your answer to Question 4 is yes, please proceed to Question 5. If your answer is no, please STOP and proceed to Section II.*

5. Did Rose Alongi file a Charge of Discrimination with the Massachusetts Discrimination within 300 days of the time that she knew or reasonably should have known that her situation was pervasively hostile and unlikely to improve?

   YES___ NO___

*If your answer to Question 5 is yes please proceed to Section II. If you answered no, please proceed to Question 6.*

6. Was there some violation within the 300-day statute of limitations period, and was there a substantial relationship between that violation and acts outside of the 300-day limitations period?

   YES___ NO___

*If your answer to Question 6 is yes please proceed to Question 7. If you answered no, please proceed to Section II.*

7. Do you find that Rose Alongi knew or reasonably should have known that her work situation was pervasively hostile and unlikely to improve, and thus a reasonable person in her position would have filed a complaint with the MCAD before the 300-day limitations period ran on that conduct.

   YES ___ NO ___

2

*Please proceed to Section II regardless of your answer to Question 7.*

## II. Questions Applicable to Rose Alongi's Third-Party Retaliation Claim.

1. Did Gina Alongi in good faith engage in protected activity?

    YES ✓   NO ___

*If your answer to Question 1 is yes, please proceed to Question 2. If your answer is no, please STOP and proceed to the Certification.*

2. Did the Funds terminate Rose Alongi's employment in order to retaliate against her sister and co-worker, Gina Alongi for opposing sexual harassment in the workplace?

    YES ___   NO ✓

*If your answer to Question 2 is yes, please proceed to Question 3. If your answer is no, please STOP and proceed to the Certification.*

3. Was there a causal connection between the adverse action taken against Rose Alongi and Gina Alongi's protected activity?

    YES ___   NO ___

*If your answer to Question 3 is yes, please proceed to Section III- Damages. If your answer is no, please STOP and proceed to the Certification.*

## III. Damages

### A. Compensatory Damages

**Question 1.** Did the defendants' actions in regards to Rose Alongi's third party retaliation claim cause her to sustain economic damages in the form of loss of back pay and/or front pay and/or loss off benefits that she would have earned but for her termination

Answer: ___ YES ___ NO
If you have answered "YES," then go to Question 2.
If you have answered "NO," then go to Question 3.

**Question 2.** Write out in words and numbers the total amount of money, if any, that would fully and fairly compensate Rose Alongi for her loss of back pay, front pay and loss of value of benefits that she has suffered as a result of the defendants' retaliatory actions.

_____ ($_____)
(Words)                                              (Numbers)

**Question 3.** Did the defendants actions in regards to Rose Alongi's third party retaliation claim cause her to sustain a loss of pension benefits?

Answer: ___ YES ___ NO
If you have answered "YES," then go to Question 4.
If you have answered "NO," then go to Question 5.

**Question 4.** Write out in words and numbers the total amount of money that amount will fully and fairly compensate Rose Alongi for any such lost pension benefits from the date of her termination until her death.

_____ ($_____)
(Words)                                              (Numbers)

_____
(Please right in numbers and words the number of years for which you have awarded these damages)

**Question 5.** Did Rose Alongi fail to take reasonable steps to find comparable employment and had she done so, would she have obtained comparable employment?

Answer: ___ YES ___ NO
If you have answered "Yes" then answer Questions 6 and 7.
If you have answered "No" then do not answer Questions 6 and 7 and instead proceed to **Section B- punitive damages**

**Question 6.** When do you find that Rose Alongi would have found comparable employment had she taken reasonable steps to do so?

_____
(Write month and year)

-4-

**Question 7.** Take the amount of damages you that you awarded in Question 2 for back pay, front pay, and loss of value of benefits and deduct from that amount the value of any income, including the value of benefits, that Rose Alongi would have earned from the date you have found that she would have found comparable employment up until the date you find she would have left the workforce and retired. Write out this amount in words and numbers.

_____ ($_____)
(Words)                   (Numbers)

### B. Punitive Damages

**Question 1.** Did Rose Alongi prove that the William McLaughlin and/or the Funds engaged in outrageous discriminatory and/or retaliatory practices toward her with evil intent or malice, or with reckless or callous indifference to her protected rights?

Answer: ___ YES ___ NO
If you have answered "YES," then answer Question 2.
If you have answered "NO," then do not answer Question 2 and proceed to the certification.

**Question 2.** If you answered YES to Question 1, write out in words and numbers the punitive damages, if any, which you find should be awarded to Rose Alongi and against the defendants to punish them for the discriminatory and/or retaliatory practices that you find were outrageous:

_____ ($_____)
(Words)                   (Numbers)

### CERTIFICATION

I certify that each of the questions was answered by a least __eleven__ (11) members of the jury.

Signed: _Lauren Vamacure_
Foreperson of the Jury

Dated: October 22, 2024

5