# **<u>EXHIBIT D</u>**

| **JUDGMENT ON JURY VERDICT** | **Trial Court of Massachusetts** **The Superior Court** |
|---|---|

| DOCKET NUMBER<br>**2182CV00125** | Walter F. Timilty, Clerk of Courts<br>Norfolk County |
|---|---|

| CASE NAME<br><br>Alongi, Rosemarie et al<br>vs.<br>IUOE Local 4 Health & Welfare Fund et al | COURT NAME & ADDRESS<br>Norfolk County Superior Court<br>650 High Street<br>Dedham, MA 02026 |
|---|---|

JUDGMENT FOR THE FOLLOWING DEFENDANT(S)    (See page two for additional parties)

IUOE Local 4 Health & Welfare Fund

IUOE Local 4 Pension Fund

IUOE Local 4 Annuity & Savings Fund

Hoisting and Portable engineers Local 4 Apprenticeship & Training Fund

Joint Labor-Management Cooperation Trust
McLaughlin, William D.

JUDGMENT AGAINST THE FOLLOWING PLAINTIFF(S)

Alongi, Rosemarie

---

This action came on for a jury trial before the Court, Hon. Brent A Tingle, presiding, the issues having been duly tried and the jury having rendered its verdict,

It is **ORDERED AND ADJUDGED:**

That the above named plaintiff(s) take nothing, that the action be dismissed on the merits, and that the defendant(s) named above will recover statutory costs.

--After a Jury Trial before the Honorable Brent Tingle presiding and the Jury having rendered a Verdict for Defendants IUOE Local 4 Health & Welfare Fund, IUOE Local 4 Pension Fund, IUOE Local 4 Annuity & Savings Fund, Hoisting and Portable engineers Local 4 Apprenticeship & Training Fund, Joint Labor-Management Cooperation Trust, William D. McLaughlin, Individually, and William D. McLaughlin In his capacity Chairman of the Boards of Trustees; Wherefore, IT IS ORDERED AND ADJUDGED that Plaintiff Rosemarie Alongi take nothing, that the action be Dismissed on the merits and that the aforementioned Defendants recover of the Plaintiff Rosemarie Alongi their statutory costs of action.

| DATE JUDGMENT ENTERED<br>10/24/2024 | ~~CLERK OF COURTS~~/ ASST. CLERK<br>X STEVEN J. MASSE |
|---|---|

Date/Time Printed: 10-24-2024 23:18:27                                                                                    SCV085: 06/2016

| JUDGMENT ON JURY VERDICT<br><br>*ADDITIONAL PARTIES TO THE JUDGMENT* | DOCKET NUMBER<br><br>**2182CV00125** | **Trial Court of Massachusetts**<br>**The Superior Court** |  |
|---|---|---|---|

ADDITIONAL DEFENDANT(S) TO THE JUDGMENT:

William D. McLaughlin In his/her capacity Chairman of the Boards of Trustees

ADDITIONAL PLAINTIFF(S) TO THE JUDGMENT:

| DATE JUDGMENT ENTERED | ~~CLERK OF COURTS~~/ ASST. CLERK |
|---|---|
| 10/24/2024 | X *STEVEN J. MASSE* |

Date/Time Printed:  10-24-2024 23:18:27

SCV085:  06/2016