# EXHIBIT 1

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

*Jennifer A. Vachon*

*July 28, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



Ginamarie Alongi, et al. vs  
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer A. Vachon  
July 28, 2022

55

```
1        Q.  Okay.  Do you have any reason to think it
2   would not have been May 15, 2018?
3        A.  No.  I'm sure it was.  I just can't recall
4   the date myself.
5        Q.  Okay.  Now, you say Gina came to your
6   office, is that right?
7        A.  Correct.
8        Q.  All right.  And that was the first time
9   that you and Gina ever spoken about the issue of
10  sexual harassment, is that fair to say?
11       A.  Can you repeat that.
12       Q.  Sure.  Was that the first time that you and
13  Gina Alongi had ever spoken about the issue of
14  sexual harassment?
15       A.  Yes.
16       Q.  Okay.  And did Gina come into your office
17  and say words to the effect of tell me all the ways
18  in which Billy McLaughlin makes you uncomfortable?
19       A.  Not in those exact words, I guess.
20       Q.  Okay.  What's your best memory as to what
21  she said?
22       A.  "Did you ever feel uncomfortable around
23  Billy?"
24       Q.  Was it just you and Gina alone in this
```

Ginamarie Alongi, et al. vs  
Iuoe Local 4 Health & Welfare Fund, et al.

Jennifer A. Vachon  
July 28, 2022

61

```
 1   about the massages and the comment about -- the peon
 2   comment, correct?
 3        A.   I don't believe I told her about the peon
 4   comment.  It could have been Rose Ortega that told
 5   her about the peon comment.
 6        Q.   All right.  So as you sit here today, your
 7   best memory is that you didn't tell her about
 8   that?
 9        A.   No.  It could have been Lou Rasetta who was
10   present in the kitchen.  It could have been Jennifer
11   Dow.
12        Q.   Okay.  All right.  So all you remember
13   telling Gina, then, is about the massages?
14        A.   From what I recall, yes.
15        Q.   And when was the -- did Gina do any
16   follow-up after that conversation with you?
17        A.   No, she didn't.
18        Q.   All right.  And so just to be very clear,
19   she asked you the one question about whether you
20   ever felt uncomfortable with Billy, and you gave her
21   of the one example of the massages, and then that
22   was the end of that -- the discussion with Gina that
23   day?
24        A.   From what I recall.
```

Case 1:21-cv-10163-FDS   Document 134-1   Filed 01/03/25   Page 5 of 5

Ginamarie Alongi, et al. vs                                    Jennifer A. Vachon
Iuoe Local 4 Health & Welfare Fund, et al.                     July 28, 2022

62

```
 1        Q.   Okay.  And then did you ever thereafter
 2   have any discussions with Gina about comments by
 3   Billy or ways in which he made you feel
 4   uncomfortable?
 5        A.   No.  I don't believe she ever asked me
 6   again.
 7        Q.   And did you ever volunteer any further
 8   information to Gina?
 9        A.   No.
10        Q.   Okay.  Not until the time that you drafted
11   this affidavit --
12        A.   Correct.
13        Q.   -- or signed the affidavit, correct?
14        A.   Correct.  She was wasn't present or aware
15   of what was going on.  It was between me and the
16   attorney.
17        Q.   Okay. All right.  So actually -- so are
18   you saying that you've never -- since that meeting
19   with Gina Alongi on or about May 15th of 2018,
20   you've never discussed with alleged instances of
21   sexual harassment by Mr. McLaughlin?
22        A.   No.
23        Q.   Do you recall an incident between
24   Mr. McLaughlin and Gina Alongi on or about May 1st
```