# EXHIBIT 4

# *Condensed Transcript*

### Sheet 1  Page 1

```
                                      Pages: 1-98
                                      Exhibits:  One.
              COMMONWEALTH OF MASSACHUSETTS
     NORFOLK, SS      SUPERIOR COURT DEPARTMENT
                        OF THE TRIAL COURT
* * * * * * * * * * * * * * * * * * * *
ROSEMARIE ALONGI,                      *
                                       *
              Plaintiff,               *
                                       *
v.                                     *
                                       *
IUOE LOCAL 4 HEALTH & WELFARE          *
FUND, et als.,                         *
                                       *
              Defendants.              *
* * * * * * * * * * * * * * * * * * * *
BEFORE THE HONORABLE BRENT A. TINGLE
DOCKET NUMBER 2182CV00125


          TESTIMONY OF TAYLOR RYAN

           Friday, October 11 , 2024
                Courtroom:  20

THIS TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED BY
THE COURT REPORTER.  DIFFERENCES WILL EXIST BETWEEN
THE UNCERTIFIED DRAFT VERSION AND THE CERTIFIED
VERSION.


                    Tamira Acce
                   Court Reporter
```

### Page 2

```
APPEARANCES:

COUNSEL FOR THE PLAINTIFF:

TIMOTHY P. VAN DYCK
ROBERT G. YOUNG
BOWDITCH & DEWEY, LLP
200 CROSSING BOULEVARD
FRAMINGHAM, MA 01702
617-757-6537
tvandyck@bowditch.com
ryoung@bowditch.com


COUNSEL FOR DEFENDANTS:

JENNIFER MARKOWSKI
JENNAWE HUGHES
ALEXANDRA HELD
OTHER HUGES GOES HERE
FREEMAN MATHIS & GARY, LLP
60 STATE STREET, SUITE 600
BOSTON, MA  02109
jennifer.markowski@fmglaw.com
jennawe.hughes@fmglaw.com
alexandra.held@fmglaw.com
```

### Page 3

```
                  I N D E X
WITNESS:          DIRECT  CROSS  REDIRECT RECROSS
TAYLOR RYAN
By Mr. Van Dyck     5                93
By Ms. Markowski           47                 96
```

### Page 4

```
 1            P R O C E E D I N G S
 2       (Testimony of Taylor Ryan
 3       commences at 9:22 a.m.)
 4       (Jury present)
 5            (WITNESS SWORN)
 6            TAYLOR RYAN:  I do.
 7            THE COURT OFFICER:
 8       Ma'am, you'll sit up in this
 9       chair right behind you.
10            THE WITNESS:  Okay.
11            THE COURT OFFICER:  Be
12       careful.
13            THE WITNESS:  Okay.
14            THE COURT OFFICER:
15       Don't move it back, okay.
16            THE WITNESS:  Okay.
17            THE COURT OFFICER:  Just
18       have a seat.  You want to speak
19       right directly into the
20       microphone.
21            THE WITNESS:  Okay.
22       Like this?
23            THE COURT OFFICER:  Yes.
24       (DIRECT EXAMINATION OF TAYLOR
```

# *Condensed Transcript*

```
Sheet 14   Page 53
                                        53
 1    Q    -- correct?
 2    A    No.
 3    Q    All right.  And at no point
 4         during that day, did you call
 5         911 to report what had
 6         happened?
 7    A    No, I did not.
 8    Q    All right.  And you didn't do
 9         that because you realized it
10         wasn't necessary to call 911,
11         right?
12    A    Correct.
13    Q    So, for -- and it was the loud
14         voices that you heard that
15         caused you to be concerned, is
16         that right?
17    A    Yes.
18    Q    Okay.  But then, having checked
19         on the situation, you realized
20         that there wasn't any emergency
21         that you needed to be concerned
22         about, fair to say?
23    A    Yeah, nothing that would
24         warrant 911.
```

```
Page 54
                                        54
 1    Q    All right.  Okay.  And you
 2         remember seeing both Billy and
 3         Gina in Gina's office?
 4    A    Yes.
 5    Q    Okay.  And it's a fairly big
 6         office --
 7    A    Yes.
 8    Q    -- would you agree?
 9              And were the two of them
10         pacing back and forth?
11    A    That's what I remember.  I
12         remember -- yes, just --
13         especially, Gina I can visually
14         see pacing.
15    Q    Pacing around the office?
16    A    Mm-hmm.
17    Q    Okay.  So, she's moving about
18         and Billy's in there at the
19         same time?
20    A    Mm-hmm.
21    Q    Is that a yes?
22    A    Yes.  Sorry.
23    Q    And did Gina look agitated?
24    A    Yes.
```

```
Page 55
                                        55
 1    Q    All right.  And Billy, as well?
 2    A    Yes.
 3    Q    Did it look to you like they
 4         were having a verbal dispute of
 5         some sort?
 6    A    Absolutely.
 7    Q    And you didn't see Bill
 8         McLaughlin make any move
 9         towards Gina where he was going
10         to get physical with her, did
11         you?
12    A    I don't remember seeing that.
13    Q    And that's something you would
14         remember if you had seen that?
15    A    I would certainly think so,
16         yes.
17    Q    Especially, given the concern
18         that you had --
19    A    Absolutely.
20    Q    -- about the physical safety --
21    A    Yes.
22    Q    -- right?
23              All right.  And that's
24         -- that's basically about the
```

```
Page 56
                                        56
 1         sum total of what you can
 2         recall with regard to that May
 3         1st --
 4    A    Yes.
 5    Q    -- incident, right?
 6              And in terms of your
 7         conversations with Gina Alongi
 8         about Bill McLaughlin, is it
 9         fair to say that, prior to
10         that, you had never gone to
11         Gina Alongi and told her that
12         you felt that Bill McLaughlin
13         was being inappropriate?
14    A    No.
15    Q    And after the May 1st -- after
16         you've wrote that statement in
17         response to her request to you,
18         you didn't go back to Gina
19         Alongi and make any complaints
20         about Bill McLaughlin and
21         things that he said to you,
22         right?
23    A    I don't think so.  Certainly,
24         no complaints, no.
```

# Condensed Transcript

## Sheet 15 Page 57

```
 1   Q   All right.  You didn't go back
 2       and say he said something else
 3       inappropriate to you after May
 4       1st of 2018, right?
 5   A   I don't remember doing that.
 6       And I don't think -- I don't
 7       think he did do anything
 8       inappropriate after that
 9       incident.
10   Q   That was going to be my next
11       question.  Because he didn't
12       say anything inappropriate to
13       you or in your presence after
14       May 1st, 2018, right?
15   A   I don't believe so.
16   Q   Okay.  And I think that you
17       testified on direct examination
18       that Greg Geiman had something
19       to do with human resources, is
20       that right?
21   A   Yes.
22   Q   You're aware of the IUOE Local
23       4 Funds that there's an
24       employee handbook.
```

## Page 58

```
 1   A   Yes.
 2   Q   All right.  And did you ever
 3       see a copy of the handbook?
 4   A   Yes.
 5   Q   And were you aware that there
 6       was a sexual harassment policy?
 7   A   Yes.
 8   Q   And are you aware of who within
 9       that policy employees are
10       direct to report claims of
11       sexual harassment to?
12   A   Yes.  To Gina.
13   Q   Okay.  And so, wouldn't you
14       agree that Gina Alongi served a
15       human resources function when
16       it came to making complaints of
17       sexual harassment?
18   A   I would agree.
19   Q   Okay.  And you felt
20       comfortable, right, if you had
21       an issue or a complaint, you
22       would have felt comfortable
23       going to Gina Alongi?
24   A   Yes.  Definitely.
```

## Page 59

```
 1   Q   Okay.  You knew her somewhat
 2       before joining the Funds, is
 3       that fair to say?
 4   A   Not really.  I hadn't actually
 5       met her at the barn that we
 6       were at or anything.  But I met
 7       her at the Funds.
 8           But there was still some
 9       level of, you know, camaraderie
10       because we're both horse people
11       and stuff.
12           So, I was certainly
13       comfortable with her.
14   Q   Right.  And you were also
15       comfortable with Greg Geiman?
16   A   Yes.
17   Q   All right.  And you were
18       comfortable enough with Greg
19       Geiman to go to him and to make
20       a report about a situation that
21       you were feeling uncomfortable
22       in, right?
23   A   Yes.  I had kept him kind of
24       posted throughout the whole
```

## Page 60

```
 1       thing as it unfolded.
 2   Q   Okay.  Great.  And when issues
 3       with Bill McLaughlin, the
 4       things that you were telling
 5       Gina about Bill McLaughlin,
 6       you've never before gone to
 7       Greg Geiman and told Greg
 8       Geiman anything about those
 9       issues, right?
10   A   No, I didn't.
11   Q   Okay.  All right.  If you felt
12       uncomfortable with him, Greg
13       Geiman would have been --
14           MS. MARKOWSKI:  Let me
14       just strike that and back up.
16       BY MS. MARKOWSKI:
17   Q   If you had felt uncomfortable
18       with anything that Bill
19       McLaughlin had done, you also
20       would have felt comfortable
21       going to Greg Geiman and
22       telling him about it, is that
23       fair to say?
24   A   Yes.  Yes.
```