# EXHIBIT 5

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

*Taylor Ryan*

*July 08, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



A MAGNA LEGAL SERVICES COMPANY

Case 1:21-cv-10163-FDS    Document 134-5    Filed 01/03/25    Page 3 of 3

Ginamarie Alongi, et al. vs
Iuoe Local 4 Health & Welfare Fund, et al.

Taylor Ryan
July 08, 2022

Page 57

```
 1  that I not do it.
 2      Q.   Did she say why she suggested you not do
 3  it?
 4      A.   No, she didn't.
 5      Q.   Why did you think she was telling you not
 6  to do it?
 7      A.   I think it was probably to -- because if
 8  I told you that I fist pumped him all the time, then
 9  the people defending him could say, look, they were
10  just fine.  They were just fist pumping.
11      Q.   So was it more about appearances than
12  anything, would you agree?
13      A.   I mean, I think -- yes, I think she was
14  looking at it from a legal standpoint and it's...
15      Q.   So in terms of the fist pumping, you
16  would agree that that is sort of like a friendly
17  gesture?
18      A.   Yes.
19      Q.   Nothing more than a friendly gesture?
20      A.   Absolutely.
21      Q.   This wasn't a sexual undertone there?
22      A.   No.
23      Q.   That was something that you and
24  Mr. McLaughlin did and you didn't have any complaints
```

Page 58

```
 1  or issues with that; is that fair to say?
 2      A.   Yes, that is fair to say.
 3      Q.   At some point you did resume that?
 4      A.   I don't think we really resumed it
 5  regularly.  It kind of became more of, like, we did
 6  maybe two or three times that we did it.  I don't think
 7  it ever went back to being an everyday thing.
 8      Q.   To the best of your memory, it was maybe
 9  a couple of times after the May 1st, 2018 incident?
10      A.   Yes.
11      Q.   And then you and Mr. McLaughlin
12  essentially stopped speaking at some point around the
13  November 2018 time period; is that right?
14      A.   I think that's true, yes.
15      Q.   So if you drafted this around May of
16  2018, the Exhibit 12, your statement, this contained
17  everything that you could recall up until that point in
18  time that you believed Mr. McLaughlin had said that was
19  inappropriate within here, correct?
20      A.   Yes.
21      Q.   And you and he stopped talking around
22  November 2018.  So fair to say that he didn't say
23  anything inappropriate to you after that time period of
24  he wasn't speaking with you?
```

Page 59

```
 1      A.   Yes, that's fair to say.
 2      Q.   And between May -- between the time that
 3  you drafted this and when you and he stopped speaking
 4  with one another, were there any other comments or
 5  things that occurred that you found to be inappropriate
 6  in sort of a sexual way?
 7      A.   Nothing that I can remember, no.
 8      Q.   Did you ever observe Mr. McLaughlin
 9  saying anything to Gina Alongi of a sexual nature?
10      A.   Again, no, not that I can remember.
11      Q.   There was a time when you did feel as
12  though you were potentially being sexually harassed in
13  the office; is that fair to say?
14      A.   Are you referring to not Billy?
15      Q.   Jim Burns, do you remember there being a
16  --
17      A.   Yes, absolutely.
18      Q.   And you reported your feelings to
19  Mr. Geiman; is that right?
20      A.   Yes.
21      Q.   And that was sometime in 2018; is that
22  right?  Do I have the timing right?  Was it after that,
23  2019?
24      A.   I would have thought 2019 if I were to
```

Page 60

```
 1  guess.
 2      Q.   Can you explain what the issue with
 3  Mr. Burns was?
 4      A.   He was coming to the front desk -- oh, I
 5  was in the back.  When I was covering the front desk
 6  for the receptionist while they were on lunch, he would
 7  pretty much always stop by the front desk and bring me
 8  like chocolate or buy me lunch.  I think he asked to
 9  eat lunch with me a couple of times.  He would e-mail
10  me a lot and not necessarily about work-related things.
11  He would just ask me about myself.  At one point he had
12  invited me to go to the science museum or something
13  with him.
14      Q.   Is that when you went to Mr. Geiman?
15      A.   I first went to Mr. Geiman when he
16  offered to -- when he either asked to eat lunch with me
17  or offered to buy me lunch or something like that,
18  because it felt a little inappropriate but I also -- he
19  was like a weird new guy.  So I wanted him to feel
20  welcome, but I also wanted to kind of make sure that I
21  was checking in with somebody who had kind of a legal
22  understanding just to make sure that I didn't know if
23  it was -- if there was anything -- I don't know.  It
24  just felt like it was a weird thing, and I wanted to be
```