# EXHIBIT 6

# *Condensed Transcript*

## Sheet 1  Page 1

```
                                          Pages: 1-51
                                          Exhibits:  One.

               COMMONWEALTH OF MASSACHUSETTS
     NORFOLK, SS        SUPERIOR COURT DEPARTMENT
                        OF THE TRIAL COURT

* * * * * * * * * * * * * * * * * * * * *
ROSEMARIE ALONGI,                        *
                                         *
                Plaintiff,               *
                                         *
v.                                       *
                                         *
IUOE LOCAL 4 HEALTH & WELFARE            *
FUND, et als.,                           *
                                         *
                Defendants.              *
* * * * * * * * * * * * * * * * * * * * *
BEFORE THE HONORABLE BRENT A. TINGLE
DOCKET NUMBER 2182CV00125


          TESTIMONY OF ROSEMARY ORTEGA


             Friday, October 11, 2024
                Courtroom:  20

THIS TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED BY
THE COURT REPORTER.  DIFFERENCES WILL EXIST BETWEEN
THE UNCERTIFIED DRAFT VERSION AND THE CERTIFIED
VERSION.


                   Tamira Acce
                  Court Reporter
```

## Page 2

```
APPEARANCES:

COUNSEL FOR THE PLAINTIFF:

TIMOTHY P. VAN DYCK
ROBERT G. YOUNG
BOWDITCH & DEWEY, LLP
200 CROSSING BOULEVARD
FRAMINGHAM, MA 01702
617-757-6537
tvandyck@bowditch.com
ryoung@bowditch.com


COUNSEL FOR DEFENDANTS:

JENNIFER MARKOWSKI
JENNAWE HUGHES
ALEXANDRA HELD
OTHER HUGES GOES HERE
FREEMAN MATHIS & GARY, LLP
60 STATE STREET, SUITE 600
BOSTON, MA  02109
jennifer.markowski@fmglaw.com
jennawe.hughes@fmglaw.com
alexandra.held@fmglaw.com
```

## Page 3

```
                I N D E X
WITNESS:           DIRECT  CROSS  REDIRECT
ROSEMARY ORTEGA
By Mr. Van Dyck      4              49
By Ms. Markowski            30
```

## Page 4

```
 1            P R O C E E D I N G S
 2        (Testimony of Rosemary Ortega
 3        commences at 11:58 a.m.)
 4        (Jury present)
 5             (WITNESS SWORN)
 6        (DIRECT EXAMINATION OF ROSEMARY
 7        ORTEGA)
 8        BY MR. VAN DYCK:
 9    Q   Good morning, Ms. Ortega.
10    A   Good morning.
11    Q   Could you please state your
12        full name for the record?
13    A   My name is Rosemary Ortega.
14    Q   And where do you live?
15    A   I live on 16 Marion Street in
16        Uxbridge, Mass.
17    Q   And how long have you lived
18        there?
19    A   Seventeen years.
20    Q   Married?
21    A   Divorced.
22    Q   And for how long were you
23        married?
24    A   Twenty years.
```

# *Condensed Transcript*

```
Sheet 12   Page 45
                                                           45
 1      days.  And we were making small
 2      talk.  How are you doing?  Are
 3      you okay?
 4              She just said, would you
 5      be willing to write down
 6      anything that you feel that
 7      Bill said to you that would be
 8      considered inappropriate?  And
 9      I said, yes.
10   Q  Okay.  But up until that point,
11      you and Gina had never
12      discussed the topic of Bill
13      making inappropriate comments,
14      fair to say?
15   A  No.
16   Q  And you'd never gone to Gina
17      and complained that Bill was
18      making inappropriate comments?
19   A  No, because I reported to Greg
20      Geiman.  And I shared it with
21      Greg.
22   Q  You shared it with Greg after
23      you talked to Gina, right?
24   A  I shared a lot of things with
```

```
Page 46
                                                           46
 1      Greg about Bill's behavior.
 2   Q  And just in terms of the
 3      timeframe, that was after the
 4      May 1st, 2018 blowup between
 5      the two of them, right?
 6   A  Yes.
 7   Q  Okay.  And in one of those --
 8      one of the things, documents
 9      you were just shown that is
10      some notes from Greg Geiman
11      based on his conversation with
12      you, is that right?
13   A  Yes.
14   Q  Okay.  But up until that point,
15      up until May 1st of 2018, you
16      hadn't shared with anybody that
17      you thought that Bill
18      McLaughlin had made
19      inappropriate comments, right?
20   A  No, I shared it with Greg.
21   Q  Oh, I apologize.  I thought you
22      had just testified that you
23      shared that after making --
24   A  Well, I shared this, but I --
```

```
Page 47
                                                           47
 1      throughout my relationship or
 2      throughout my time working at
 3      Local 4, when Bill's
 4      inappropriate comments
 5      occurred, I would share them
 6      with Greg.
 7              But what Greg did with
 8      them, I don't know.  But I had
 9      many conversations with Greg
10      Geiman about it.
11   Q  Okay.  And do you recall when
12      the first conversation was that
13      you had with him?
14   A  No.  I don't recall the first
15      conversation, no.
16   Q  Okay.  But you weren't -- I've
17      heard your testimony, the --
18      you were not making a complaint
19      that you were uncomfortable,
20      yourself --
21   A  No.
22   Q  -- right?
23   A  Right.
24   Q  Okay.  And it's your testimony,
```

```
Page 48
                                                           48
 1      as you sit here today, that you
 2      were never uncomfortable with
 3      the conversations that you and
 4      Bill had with one another?
 5   A  No.  Because I removed myself
 6      from the conversations because
 7      I knew the direction they were
 8      going.
 9   Q  And after Gina asked you for
10      that statement that you wrote
11      for her, did she ever come back
12      and follow up with you on it?
13      Did she ever ask -- ask you if
14      anything else had happened?
15   A  No.
16   Q  And you would agree that, after
17      May 1st, 2018, Bill McLaughlin
18      didn't come around the office
19      as much anymore?
20   A  That's correct.
21   Q  All right.  And you never heard
22      him after May 1st, 2018 make
23      any other comments that you
24      believe to be inappropriate?
```

# Condensed Transcript

Sheet 13  Page 49

**Page 49**

```
 1    A    That is correct.
 2              MS. MARKOWSKI:  Can we
 3    have one moment, Your Honor?
 4              THE COURT:  Yes.
 5              MS. MARKOWSKI:  Thank
 6    you.
 7              Nothing further, Your
 8    Honor.
 9              Thank you.
10              MR. VAN DYCK:  Redirect.
11              THE COURT:  Any
12    redirect?  Yes.
13              MR. VAN DYCK:  Thank
14    you, Your Honor.
15         (REDIRECT EXAMINATION OF
16         ROSEMARY ORTEGA)
17    BY MR. VAN DYCK:
18    Q    With respect to the witness
19         statement, the handwritten
20         witness statement, which is now
21         in evidence that you prepared
22         in May, did anyone from the
23         Funds, including but not
24         limited to, Ms. Shea or Mr.
```

**Page 50**

```
 1         Geiman ever follow up with you
 2         about that witness statement?
 3    A    No.
 4    Q    All right.  And is it true that
 5         Greg Geiman told you that he
 6         didn't want you to jeopardize
 7         your retirement by passing on
 8         information --
 9    A    Yes.
10    Q    -- to the Alongi girls?
11    A    Yes.
12              MR. VAN DYCK:  Nothing
13    further, Your Honor.
14              THE COURT:  All right.
15    Thank you.
16              All right, Ms. Ortega,
17    that concludes your testimony.
18    You can step down.
19              THE WITNESS:  Thank you.
20         (Testimony of Rosemary Ortega
21         concludes at 12:37 p.m.)
22
23
24
```

**Page 51**

```
 1              C E R T I F I C A T I O N
 2
 3       I, TAMIRA ACCE, A PER DIEM COURT
 4  REPORTER, DO HEREBY CERTIFY THAT THE
 5  FOREGOING IS A TRANSCRIPT FROM THE RECORD
 6  OF THE COURT PROCEEDINGS IN THE ABOVE-ENTITLED
 7  MATTER.
 8       I, TAMIRA ACCE, FURTHER CERTIFY
 9  THAT I NEITHER AM COUNSEL FOR, RELATED TO
10  NOR EMPLOYED BY ANY OF THE PARTIES TO THE
11  ACTION IN WHICH THE HEARING WAS TAKEN AND
12  FURTHER THAT I AM NOT FINANCIALLY NOR
13  OTHERWISE INTERESTED IN THE OUTCOME OF THE
14  ACTION.
15
16  TAMIRA ACCE, PER DIEM COURT REPORTER
17  PROCEEDINGS RECORDED BY STENOMASK.
18
19  TRANSCRIPTS PRODUCED FROM COMPUTER.
20
21  _____        _____
22   TAMIRA ACCE                  DATE
23
24
```