# EXHIBIT 9

```
                                  Pages: 1-34
                                  Exhibits: None

            COMMONWEALTH OF MASSACHUSETTS
    NORFOLK, SS         SUPERIOR COURT DEPARTMENT
                          OF THE TRIAL COURT

* * * * * * * * * * * * * * * * * * * * *
ROSEMARIE ALONGI,                         *
                                          *
                  Plaintiff,              *
                                          *
v.                                        *
                                          *
IUOE LOCAL 4 HEALTH & WELFARE             *
FUND, et als.,                            *
                                          *
                  Defendants.             *
* * * * * * * * * * * * * * * * * * * * *
BEFORE THE HONORABLE BRENT A. TINGLE
DOCKET NUMBER 2182CV00125


            TESTIMONY OF JENNIFER VACHON


            Friday, October 11, 2024
                Courtroom:  20
```

THIS TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED BY THE COURT REPORTER.  DIFFERENCES WILL EXIST BETWEEN THE UNCERTIFIED DRAFT VERSION AND THE CERTIFIED VERSION.

```
                    Allyson Pollier
                    Court Reporter
```

```
 1    Q    Okay.  I'd like you to just
 2         take another look at the
 3         handwritten notes in front of
 4         you and the second bolded
 5         point.
 6              Does that refresh your
 7         recollection as to whether you
 8         told Gina that?
 9    A    Right.  I believe I told that
10         to Rose.
11    Q    Told that to Rose?
12    A    Right.
13    Q    Okay.  When Mr. McLaughlin gave
14         you these massages, how long
15         did they last typically?
16    A    I wouldn't -- he would put his
17         hands on me, but I would push
18         my chair away, an office chair
19         with wheels.
20              So I'd just -- but he
21         tried numerous times.
22    Q    How did that make you feel?
23    A    Uncomfortable.
24    Q    Did he ever talk to you about
```

```
 1         having sex with his wife?
 2    A    Yes.
 3    Q    What did he tell you?
 4              MS. MARKOWSKI:
 5         Objection, Your Honor.
 6              MR. VAN DYCK:  I'll
 7         withdraw the question, Your
 8         Honor.
 9              THE COURT:  All right.
10    BY MR. VAN DYCK:
11    Q    Let me ask you this.  With
12         respect to the complaints that
13         you've just testified to, did
14         you ever make any complaints to
15         anybody about them?
16    A    Just to other coworkers.
17    Q    But no one (inaudible)
18         capacity?
19    A    No.  We -- like rephrase that.
20    Q    I'm sorry.  It was an
21         inarticulate question.
22              Did you raise these
23         concerns formally with
24         Mr. Geiman or Gina or Kate
```