# EXHIBIT 10

# *Condensed Transcript*

```
  Sheet 1   Page 1                                                    1

                          Pages: 1-52
                          Exhibits:  None

                  COMMONWEALTH OF MASSACHUSETTS
         NORFOLK, SS        SUPERIOR COURT DEPARTMENT
                              OF THE TRIAL COURT

* * * * * * * * * * * * * * * * * * * * *
ROSEMARIE ALONGI,                        *
                                         *
                     Plaintiff,          *
                                         *
v.                                       *
                                         *
IUOE LOCAL 4 HEALTH & WELFARE            *
FUND, et als.,                           *
                                         *
                     Defendants.         *
* * * * * * * * * * * * * * * * * * * * *
BEFORE THE HONORABLE BRENT A. TINGLE
DOCKET NUMBER 2182CV00125


           CLOSING ARGUMENT BY MR. VAN DYCK


               Monday, October 21, 2024
                    Courtroom:  20

THIS TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED BY
THE COURT REPORTER.  DIFFERENCES WILL EXIST BETWEEN
THE UNCERTIFIED DRAFT VERSION AND THE CERTIFIED
VERSION.


                        Tamira Acce
                       Court Reporter
```

```
  Page 2                                                              2


APPEARANCES:

COUNSEL FOR THE PLAINTIFF:

TIMOTHY P. VAN DYCK
ROBERT G. YOUNG
BOWDITCH & DEWEY, LLP
200 CROSSING BOULEVARD
FRAMINGHAM, MA 01702
617-757-6537
tvandyck@bowditch.com
ryoung@bowditch.com


COUNSEL FOR DEFENDANTS:

JENNIFER MARKOWSKI
JENNAWE HUGHES
ALEXANDRA HELD
OTHER HUGES GOES HERE
FREEMAN MATHIS & GARY, LLP
60 STATE STREET, SUITE 600
BOSTON, MA  02109
jennifer.markowski@fmglaw.com
jennawe.hughes@fmglaw.com
alexandra.held@fmglaw.com
```

```
  Page 3                                                              3

                      I N D E X
                                                        PAGE
     CLOSING ARGUMENT BY MR. VAN DYCK                    4
```

```
  Page 4                                                              4

 1                P R O C E E D I N G S
 2         (Closing Argument by
 3         Mr. Van Dyck commences at 3:17
 4         p.m.)
 5         (Jury present)
 6         CLOSING ARGUMENT BY MR. VAN
 7         DYCK
 8                 Thank you, Your Honor.
 9                 Good afternoon, ladies,
10         and gentlemen.  Before I say
11         anything else, on behalf of
12         Rose Alongi and on behalf my
13         colleague Bob Young, I want to
14         say thank you to all of you for
15         you time and consideration that
16         you've given during the course
17         of this trial.
18                 It's been a long trial.
19         And we're very grateful for
20         your service as jurors.  I also
21         wish to thank Judge Tingle.  I
22         wish to thank Clerk Massey and
23         Court Officer Johnson.  They
24         all work very hard to make sure
```

# *Condensed Transcript*

```
  Sheet 3   Page 9
                                         9
 1     Local 4.
 2           You heard Mr. McLaughlin
 3     testify that Mr. Rasetta
 4     engaged in sexual banter in the
 5     office, that he was -- I think
 6     to use Mr. McLaughlin's words,
 7     a little too friendly.
 8           But Mr. McLaughlin never
 9     reported this.  Instead, he
10     helped to protect Mr. Rasetta,
11     his boss, from the consequences
12     of his behavior.  When
13     Laura Jean Hickey accused
14     Mr. Rasetta of sexual
15     harassment in 2014,
16     Mr. McLaughlin stepped in, not
17     to aid or support Ms. Hickey --
18     but to try to prove that she
19     was not as innocent as she
20     seemed and that because of
21     this, her complaint didn't
22     matter.
23           Lou Rasetta's behavior
24     paved the way for
```

```
  Page 10
                                        10
 1     Mr. McLaughlin's tenure as the
 2     Business Manager.  You heard
 3     that as the Business Manager,
 4     Mr. McLaughlin visited the
 5     Funds site almost on a daily
 6     basis and that he routinely
 7     subjected Funds employees to
 8     inappropriate and unwanted
 9     sexual comments and physical
10     interactions.
11           You heard Rose testify
12     to many of these unwelcome
13     interactions herself.  You
14     heard about Mr. McLaughlin's
15     crush on Laura Jean Hickey, his
16     comment that she was "a fiery
17     red crotch."
18           He said that Taylor Ryan
19     was young, hot blood, and that
20     while Rose looked good for her
21     age, he wanted to talk to the
22     younger women in the office.
23           You heard that
24     Mr. McLaughlin paid attention
```

```
  Page 11
                                        11
 1     when women wore short skirts in
 2     the office and talked about
 3     being able to see one woman's
 4     private area.
 5           Now Mr. McLaughlin's
 6     comments weren't confined to
 7     discussing women's looks.  You
 8     heard Rose testify that
 9     Mr. McLaughlin often spoke
10     about women that he met in
11     bars, how easy it was to pick
12     them up, to get them drinks,
13     and about the sexual positions
14     he enjoyed with them.
15           Rose commiserated with
16     her colleagues about their
17     interactions with
18     Mr. McLaughlin.  You heard from
19     these women firsthand during
20     the course of this trial.  Last
21     week, you heard Jennifer
22     Vachon.  She testified how
23     Mr. McLaughlin touched her
24     inappropriately at work.
```

```
  Page 12
                                        12
 1           He tried to give her
 2     unwanted massages and would
 3     touch her until she pulled her
 4     chair away.  Now Mr. McLaughlin
 5     tried to brush that off while
 6     he was on the witness stand.
 7           He admitted to touching
 8     Ms. Vachon once, but he said
 9     that it was just a joke and
10     that they both giggled.  I'm
11     sure you recall that Ms. Vachon
12     was brought to tears during
13     this portion of her testimony.
14           She testified that it
15     happened several times.
16     Apparently, she didn't find it
17     as funny as Mr. McLaughlin
18     thought she did.
19           ==Ms. Vachon also told you==
20     ==that Mr. McLaughlin talked to==
21     ==her about having sex with his==
22     ==wife.  Ms. Vachon didn't raise==
23     ==her concerns formally because==
24     ==she was afraid she was going to==
```

# Condensed Transcript

```
Sheet 4  Page 13
                                                          13
 1    lose her job.
 2              Indeed, she told you
 3    that she believed she was fired
 4    from the Funds because they
 5    were terminating those who
 6    experienced sexual harassment
 7    at the hands of the boss.
 8              Jennifer Dow.  She told
 9    you that she observed
10    Mr. McLaughlin rub Ms. Vachon's
11    shoulders and she described the
12    inappropriate comments
13    Mr. McLaughlin made to her.
14              He asked Ms. Dow on
15    multiple occasions whether she
16    wore a one piece or a two
17    piece bathing suit when she
18    went away on vacation in Aruba.
19              And he told her that her
20    husband would check out other
21    women on the work site.
22              Taylor Ryan, again she
23    testified last week.  She also
24    told you about her experience
```

```
Page 14
                                                          14
 1    with Mr. McLaughlin.  He gave
 2    Ms. Ryan lots of attention.
 3    Fist bumping her and telling
 4    her that he liked what he saw
 5    when she wore her hair down.
 6              He told her that he was
 7    jealous of her ex-boyfriend and
 8    not just because he was a
 9    professional football player.
10    Mr. McLaughlin also asked
11    Ms. Ryan whether age matters
12    when it comes to love?
13              Ms. Ryan took this to
14    mean that he was fishing for
15    options, that he was looking
16    for a way to get into bed with
17    her.
18              She also told you about
19    the gratuitous comments that
20    Mr. McLaughlin made about his
21    wife's doctor, how gorgeous,
22    how successful, how smart she
23    was, and he asked why he
24    couldn't find a woman like
```

```
Page 15
                                                          15
 1    that?
 2              You also heard from
 3    Rosemary Ortega last week.  She
 4    told you that she reported
 5    Mr. McLaughlin's inappropriate
 6    conduct to Greg Geiman.  She
 7    said that she shared many, many
 8    examples of Mr. McLaughlin's
 9    inappropriate conduct with
10    Mr. Geiman.
11              And Mr. Geiman never
12    disputed this when he was on
13    the witness stand.  Ms. Ortega
14    reported that Mr. McLaughlin
15    said he liked to travel because
16    he enjoyed the freedom to have
17    sexual encounters with other
18    women when he was on the road.
19              He made comments about
20    young women in the office as
21    they walked by and he enjoyed
22    discussing particular sex
23    scenes from Game of Thrones and
24    his favorite character from Mad
```

```
Page 16
                                                          16
 1    Men, the -- the big busty red
 2    head.
 3              And finally you heard
 4    from Rose's sister, Gina.  She
 5    told you about the
 6    inappropriate behavior that
 7    Mr. McLaughlin subjected her
 8    to.
 9              She told you that
10    Mr. McLaughlin said that she
11    looked hot at the April 2018
12    Board of Trustees meeting and
13    that he couldn't concentrate
14    and that he wanted her.  That
15    was a couple of weeks before
16    the May 1st altercation.
17              He told her that he just
18    liked fucking women, and he
19    told her that he played
20    footsies with a woman in a hot
21    tub at the gym he went to.  And
22    that he had a ten-year
23    relationship with another woman
24    because his wife didn't satisfy
```