UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE IUOE LOCAL 4 PENSION FUND, BOARD OF TRUSTEES OF THE IUOE LOCAL 4 ANNUITY & SAVINGS FUND, BOARD OF TRUSTEES OF THE IUOE LOCAL 4 HEALTH AND WELFARE FUND, BOARD OF TRUSTEES OF THE HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICESHIP & TRAINING FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4, IUOE LOCAL 4 LABOR-MANAGEMENT CO-OPERATION TRUST, AND IUOE LOCAL 4 SOCIAL ACTION COMMITTEE | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:21-cv-10163-FDS |
| v. | ) | |
| GINA ALONGI, | ) | |
| Defendant/Plaintiff-in Counterclaim | ) ) ) | |
| v. | ) ) | |
| IUOE LOCAL 4 PENSION FUND, IUOE LOCAL 4 ANNUITY & SAVINGS FUND, IUOE LOCAL 4 HEALTH AND WELFARE FUND, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICESHIP & TRAINING FUND, IUOE LOCAL 4 LABOR-MANAGEMENT CO-OPERATION TRUST, WILLIAM D. MCLAUGHLIN, individually and in his capacity as Chairman of the Boards of Trustees, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants-in-Counterclaim, | | |

## DEFENDANTS-IN-COUNTERCLAIM'S RULE 26(a)(3)(A)(iii) DISCLOSURE OF PRETRIAL EXHIBITS

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), Defendants-in-Counterclaim IUOE Local 4

Health & Welfare Fund, IUOE Local 4 Pension Fund, IUOE Local 4 Annuity & Savings Fund,

Hoisting and Portable Engineers Local 4 Apprenticeship & Training Fund, Joint Labor-

1

Management Cooperation Trust and William McLaughlin (collectively "Defendants-in-Counterclaim") hereby disclose the documents or other exhibits that the Defendants-in-Counterclaim expect to offer at trial.

[THE REMAINDER OF THIS PAGE INTENTIONALLY BLANK]

| Exhibit | Description | Identification |
|---------|-------------|----------------|
| 1 | Trust Agreement International Union of Operating Engineers Local 4 and Its Branches Pension Fund | IUOE4 FED 6819 - 6851 |
| 2 | Trust Agreement International Union of Operating Engineers Local 4 and Its Branches Health and Welfare Fund | Deposition Exhibit 182 IUOE4 FED 6786 - 6818 |
| 3 | Trust Agreement International Union of Operating Engineers Local 4 and Its Branches Annuity Fund | IUOE4 FED 6745 – 6778, 6782 - 6784 |
| 4 | July 25, 2003 Email from G. Alongi to J. Mader Re: Allocation Adjustment | Deposition Exhibit 96 |
| 5 | July 30, 2003 Email from G. Alongi to J. Mader Re: Allocation Calculations with Interest | Deposition Exhibit 97 |
| 6 | July 31, 2003 Email from G. Alongi to J. Mader Re: Admin Calculations | Deposition Exhibit 98 |
| 7 | August 1, 2003 Email from Joyce Mader to Roberta Muench Re: IUOE Local 4 | Deposition Exhibit 99 |
| 8 | August 4, 2003 Email from G. Alongi to J. Mader and M. Sullivan Re: Outstanding Issues from DOL Audit | Deposition Exhibit 100 |
| 9 | September 8, 2003 Joint Session Meeting Agenda | Deposition Exhibit 101 |
| 10 | September 8, 2003 Joint Session Meeting Minutes | Deposition Exhibit 102 |
| 11 | September 25, 2003 Email from J. Mader to G. Alongi Re: How's this one? | Deposition Exhibit 103 |
| 12 | Amended Agreement to Share Administrative Services and Office Space | Deposition Exhibit 18 |
| 13 | December 29, 2003 Email from G. Alongi to M. Sullivan Re: | Deposition Exhibit 104 |
| 14 | September 16, 2004 U.S. Department of Labor Letter to Plan Fiduciaries | Deposition Exhibit 95 |
| 15 | August 28, 2013 Emails between G. Alongi and L.J. Hickey re G. Alongi's "Agreement Executive Director Massachusetts Coalition of Taft-Hartley Trust Funds, Inc." | Deposition Exhibit 109 |

| 16 | August 22, 2014 Email Re: Did you order binders for Wednesday's Coalition Meeting? – ½ inch | Deposition Exhibit 131 |
|---|---|---|
| 17 | August 27, 2014 Minutes of Coalition Executive Board Meeting | GMA00087-00090 |
| 18 | October 23, 2014 Email from L.J. Hickey to R. Ortega Re: Do you know where I can find the Coalition Credit Card Number (per Gina) – Thank you | Deposition Exhibit 132 |
| 19 | Time Study Results and Common Expense Allocations, 2015 - 2017 | ECF No. 54, Ex. 18 |
| 20 | January 15, 2015 Emails between R. Alongi and G. Alongi Re: do you like it so far? | Deposition Exhibit 37 |
| 21 | January 19, 2015 Email from L.J. Hickey to R. Ortega Re: WORKING 2015 Mtg Schedule | Deposition Exhibit 133 |
| 22 | February 5, 2015 Email from L.J. Hickey to G. Alongi Re: Coalition Dues | FUNDS40883 |
| 23 | May 29, 2015 Email from L.J. Hickey to R. Ortega Re: Coalition Regular Tabs 06142015 | Deposition Exhibit 134 |
| 24 | June 17, 2015 Email from L.J. Hickey to G. Alongi Re: 2015 Colleen Sullivan Nursing Scholarship Finalists | Deposition Exhibit 135 |
| 25 | June 17, 2015 – June 22, 2015 Email from L.J. Hickey to R. Ortega Re: Auction Winner | Deposition Exhibit 136 |
| 26 | July 14, 2015 Email from G. Alongi to M. Keohan Re: Retirement | FUNDS042864 |
| 27 | July 17, 2015 Email from G. Alongi to L. Malzone Re: ESI Rebates and RFP Invoices | FUNDS043306 - 043308 |
| 28 | July 22, 2015 Emails Re: Re: | Deposition Exhibit 174 |
| 29 | November 9, 2015 – November 13, 2015 Emails between R. Alongi, G. Alongi, G. Geiman and L.J. Hickey Re: MACO Website | Deposition Exhibit 38 |
| 30 | November 18, 2015 Email from L.J. Hickey to R. Ortega Re: MA Coalition 11-19-2015 RSVP List | Deposition Exhibit 137 |
| 31 | November 24, 2015 Email from L.J. Hickey to R. Ortega Re: 2015 Coalition Holiday Luncheon selections | Deposition Exhibit 138 |
| 32 | IUOE Local 4 Fringe Benefit Office Organization Chart | Deposition Exhibit 16 |
| 33 | April 12, 2016 Emails Re: Mass Coalition Investment Statement | FUNDS014740 |

| 34 | April 25, 2016 Emails Re: forgot to ask re: Marcum | Deposition Exhibit 175 |
|---|---|---|
| 35 | June 15, 2016 Emails Re: Next steps from Wednesday's meeting | FUNDS015383 - 015387 |
| 36 | August 19, 2016 Emails Re: Your Invitation and requesting a phone conversation | Deposition Exhibit 171 |
| 37 | October 6, 2016 Emails Re: Request Id: '602098000-01 CustId:5652 CustName: IUOE LOCAL #4 | FUNDS012343 - 021349 |
| 38 | October 17, 2016 Emails Re: Labor First Follow Up | FUNDS015195 - 015196 |
| 39 | October 18, 2016 Emails Re: MA Coalition of Taft-Hartley Trust Funds | FUNDS012832 - 012837 |
| 40 | October 20, 2016 Emails Re: Mass Coalition Associate Membership | Deposition Exhibit 172 |
| 41 | November 1, 2016 Emails Re: Best Doctors / Mass Coalition | FUNDS013695 - 013696 |
| 42 | Coalition 2016 and 2019 IRS Form 990EZ Filing | Deposition Exhibit 110 |
| 43 | Schedules of Coalition Meetings, 2017 - 2020 | Deposition Exhibit 111 |
| 44 | January 9, 2017 Email from L.J. Hickey to R. Ortega Re: Coalition mtg | Deposition Exhibit 139 |
| 45 | January 12, 2017 Emails Re: FW: Catching up and supporting the Coalition | Deposition Exhibit 170 |
| 46 | January 19, 2017 – January 20, 2017 Emails between L.J. Hickey, S. Dolce and R. Alongi Re: Mass. Coalition 2017 Membership | Deposition Exhibit 39 |
| 47 | R. Alongi Work Timesheet January 2017 | Deposition Exhibit 40 |
| 48 | R. Alongi Work Timesheet February 2017 | Deposition Exhibit 43 |
| 49 | February 3, 2017 Emails between R. Alongi and L.J. Hickey Re: Coalition Participating Funds page on website | Deposition Exhibit 41 |
| 50 | February 15, 2017 Emails between R. Alongi and L.J. Hickey Re: 2017 Mtg Schedule | Deposition Exhibit 42 |
| 51 | April 26, 2017 Emails between G. Alongi and M. Albert | FUNDS000365 |

| 52 | May 12, 2017 Emails between R. Alongi and L.J. Hickey Re: Mass. Coalition Associate Mbr update: HearUSA | Deposition Exhibit 44 |
|----|----|----|
| 53 | R. Alongi Work Timesheet May 2017 | Deposition Exhibit 45 |
| 54 | June 8, 2017 Email from L.J Hickey to D. Cerqueria, A. Boisvert and R. Ortega Re: Packages | Deposition Exhibit 140 |
| 55 | June 19, 2017 Emails Re: Contract Language | FUNDS025326 - 025327 |
| 56 | September 14, 2017 – September 15, 2017 Email from L.J. Hickey to R. Ortega Re: Agenda Regular Coalition Mtg – Sept 20 2017 | Deposition Exhibit 141 |
| 57 | September 21, 2017 Emails Re: New PBM Agreements; Non Disclosure Agreement | FUNDS012886 - 012889 |
| 58 | September 21, 2017 Emails between G. Alongi and M. Albert | FUNDS000363 |
| 59 | November 15, 2017 Emails Re: Cushing Gavin Ad | FUNDS031779 - 031781 |
| 60 | December 11, 2017 Manzi & Associates, LLC Independent Accountants' Report | Produced Pursuant to Subpoena directed to Manzi & Associates, LLC |
| 61 | January 9, 2018 Email from L.J. Hickey to T. Ryan, A. Johnson, R. Ortega and A. Boisvert Re: Coalition 1-10-2018 RSVP List | Deposition Exhibit 151 |
| 62 | January 10, 2018 Email from L.J. Hickey to R. Ortega Re: Help | Deposition Exhibit 142 |
| 63 | January 30, 2018 – January 31, 2018 Emails between R. Alongi and L.J. Hickey Re: Coalition Associate Mbr update | Deposition Exhibit 46 |
| 64 | R. Alongi Work Timesheet January 2018 | Deposition Exhibit 47 |
| 65 | R. Alongi Work Timesheet February 2018 | Deposition Exhibit 50 |
| 66 | February 2, 2018 Emails between R. Alongi and L.J. Hickey Re: Coalition website edits | Deposition Exhibit 48 |
| 67 | February 13, 2018 – February 14, 2018 Emails between R. Alongi and L.J. Hickey Re: Coalition website edit: Goldman Sachs | Deposition Exhibit 49 |
| 68 | March 20, 2018 Emails Re: Davis Vision | FUNDS010708 |

| 69 | April 6, 2018 Emails Re: Labor Health & Benefits Fair – Minnesota | FUNDS010425 - 010426 |
| 70 | Handwritten Retirement Calculations | GMA_FED0048-0049 |
| 71 | May 18, 2018 Emails Re: Upcoming June Meeting | FUNDS025166 - 025167 |
| 72 | May 18, 2018 Emails between G. Alongi and K. Shea Re: Monday Meeting | Deposition Exhibit 10 |
| 73 | May 24, 2018 (4:19 PM) Email from G. Geiman to self Re: My personal hell | Deposition Exhibit 87 |
| 74 | May 24, 2018 (5:20 PM) Email from G. Geiman to self Re: Fwd: Note to file | Deposition Exhibit 86 |
| 75 | May 24, 2018 (10:01 PM) Email from G. Geiman to self Re: Note to file | Deposition Exhibit 85 |
| 76 | June 11, 2018 Email from K. Shea to B. McLaughlin Re: Employment agreement | Deposition Exhibit 32 (p. 2-8) |
| 77 | July 24, 2018 Email from G. Alongi to B. McLaughlin Re: Employment Agreement | Deposition Exhibit 14 |
| 78 | August 24, 2018 – August 27, 2018 Emails between Gina Alongi, Rose Alongi and Stefan Loridas Re: The Mass Coalition | Deposition Exhibit 73 |
| 79 | August 27, 2018 Emails between R. Alongi and S. Loridas Re: The Mass Coalition | Deposition Exhibit 74 |
| 80 | September 11, 2018 Emails between R. Alongi and S. Loridas Re: Do you have interest? | Deposition Exhibit 75 |
| 81 | November 2, 2018 Emails between J. Shaw and K. Shea Re: FW: Pets in the workplace | Deposition Exhibit 189 |
| 82 | November 9, 2018 Notice | Deposition Exhibit 36 |
| 83 | November 30, 2018 Emails Re: Next week | FUNDS014344 - 014345 |
| 84 | December 17, 2018 – January 16, 2019 Emails between B. Carter and T. Ryan Re: FW: MEGA Exhibits | Deposition Exhibit 152 |
| 85 | December 19, 2018 Email from T. Ryan to L.J. Hickey Re: FW: New Form Entry: Information | Deposition Exhibit 150 |
| 86 | January 3, 2019 Emails Re: Fwd: DDM Product | Deposition Exhibit 176 |

| 87 | January 25, 2019 Emails between R. Alongi and L.J. Hickey Re: Coalition website – page update | Deposition Exhibit 51 |
|----|------|------|
| 88 | R. Alongi Work Timesheet January 2019 | Deposition Exhibit 52 |
| 89 | T. Ryan Work Timesheet February 2019 | IUOE4 FED 1876-1879 |
| 90 | February 7, 2019 Emails Re: MGM Springfield | FUNDS013294 - 013295 |
| 91 | February 13, 2019 Email from L.J. Hickey to T. Ryan Re: IBEW 223 Taft-Hartley Mailing List by Zip | Deposition Exhibit 155 |
| 92 | February 13, 2019 Emails Re: Coalition: DB/PBGC Letter to Congress | FUNDS013289 - 013291 |
| 93 | February 14, 2019 Emails Re: Coalition: DB/PBGC Letter to Congress | FUNDS010671 – FUNDS010672 |
| 94 | February 20, 2019 – February 21, 2019 Emails between L.J. Hickey, T. Ryan and L. Mandarini | Deposition Exhibit 154 |
| 95 | February 28, 2019 Emails between G. Alongi, J. LaFrance, R. Alongi and L.J. Hickey Re: FW: PBGC/DB Plans Letter to Congress | Deposition Exhibit 72 |
| 96 | T. Ryan Work Timesheet March 2019 | IUOE4 FED 1878 - 1879 |
| 97 | Funds Handbook, March 1, 2019 | Deposition Exhibit 7 |
| 98 | March 1, 2019 Email from L.J. Hickey to R. Zaccardi Re: FW: fyi | FUNDS021852 |
| 99 | March 11, 2019 Emails between R. Alongi and L.J. Hickey Re: Marco Scholarship: please proof | Deposition Exhibit 53 |
| 100 | March 18, 2019 Emails between R. Alongi and L.J. Hickey Re: Coalition Website update: William Blair | Deposition Exhibit 54 |
| 101 | March 18, 2019 Emails between R. Alongi and L.J. Hickey Coalition: new Assoc Member | Deposition Exhibit 55 |
| 102 | R. Alongi Work Timesheet March 2019 | Deposition Exhibit 56 |
| 103 | R. Alongi Work Timesheet May 2019 | Deposition Exhibit 58 |
| 104 | May 15, 2019 Emails between R. Alongi and L.J. Hickey Re: Coalition – website update | Deposition Exhibit 57 |

| 105 | May 24, 2019 Email Re: Coalition Agenda | FUNDS010109 |
| 106 | September 19, 2019 Emails between G. Alongi and J. Hall Re: Mass Coalition | FUNDS019715 - 019723 |
| 107 | October 16, 2019 Emails Re: FW: Mass. Coalition of Taft-Hartly Trust Funds Associate Membership | Deposition Exhibit 177 |
| 108 | October 17, 2019 Emails Re: FW: Local 653 – Job Description – Assistance with Circulation | FUNDS015941 - 015943 |
| 109 | October 22, 2019 Emails Re: Labor Health and Financial Wellness Fair | FUNDS010316 - 010317 |
| 110 | November 15, 2019 Emails between R. Alongi, G. Alongi and G. Geiman Re: Comparison: Connection / Rapid 7 | Deposition Exhibit 1 |
| 111 | November 18, 2019 Connection Business Associate Agreement | Deposition Exhibit 3 |
| 112 | November 19, 2019 Connection Statement of Work | Deposition Exhibit 2 |
| 113 | November 20, 2019 Email from L.J. Hickey to R. Ortega Re: Encore Boston Harbor – please help | Deposition Exhibit 143 |
| 114 | November 21, 2019 Emails Re: Coalition Wellness Committee 10am Call | ECF No. 54, Ex. 32 |
| 115 | December 3, 2019 Email Re: Labor Health & Financial Wellness Fair Sponsor Package | ECF No. 54, Ex. 33 |
| 116 | December 26, 2019 Email Re: Mass Coalition Agenda 1-8-2020 | ECF No. 54, Ex. 30 |
| 117 | J. Dow Time Sheet 2019 | Deposition Exhibit 120 |
| 118 | Handwritten Notes | Deposition Exhibit 156 |
| 119 | January 7, 2020 Emails Re: Mass Labor Coalition Event – planning discussion | FUNDS003160 |
| 120 | January 9, 2020 – January 10, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition website edits | Deposition Exhibit 59 |
| 121 | January 9, 2020 Emails Re: Mass. Coalition – Survey Request: Hospice Coverages | ECF No. 54, Ex. 31 |
| 122 | January 13, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition website edits | Deposition Exhibit 60 |
| 123 | January 13, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition Associate Mbr update: Manzi | Deposition Exhibit 61 |

9

| 124 | January 21, 2020 Emails Re: FW: Mass. Coalition of Taft-Hartley Trust Funds 2020 Membership | Deposition Exhibit 178 |
|---|---|---|
| 125 | January 22, 2020 Emails Re: Sponsorship Checks | FUNDS003135 - 003136 |
| 126 | January 23, 2020 Emails Re: Message from Midior – wants to present | Deposition Exhibit 179 |
| 127 | January 30, 2020 Emails between L.J. Hickey and G. Alongi Re: Mass. Coalition Labor Health & Financial Wellness Fair Committee Call | Deposition Exhibit 181 |
| 128 | January 31, 2020 – February 3, 20 Emails between R. Alongi and L.J. Hickey Re: Coalition webpage update: Delta Dental | Deposition Exhibit 63 |
| 129 | R. Alongi Work Timesheet January 2020 | Deposition Exhibit 62 |
| 130 | R. Alongi Work Timesheet February 2020 | Deposition Exhibit 71 |
| 131 | February 3, 2020 Emails between R. Alongi and L.J. Hickey Re: New Associate Member: Teledoc | Deposition Exhibit 64 |
| 132 | February 6, 2020 Emails Re: health fair table billing – Coalition Event | ECF No. 54, Ex. 33 |
| 133 | February 6, 2020 Emails Re: FW: WW Wellness that Works: Massachusetts Coalition of Taft Hartley Funds | ECF No. 54, Ex. 33 |
| 134 | February 7, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition webpage updates | Deposition Exhibit 66 |
| 135 | February 7, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition website update: Campbell DeVasto & Associates | Deposition Exhibit 67 |
| 136 | Text messages (video within text played at trial) between T. Ryan and W. McLaughlin | Deposition Exhibit 149 (p. 1) |
| 137 | February 10, 2020 – February 11, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition Associate Mbr – new member | Deposition Exhibit 68 |
| 138 | February 11, 2020 Emails between R. Alongi and L.J. Hickey Re: should TDB be TBD? | Deposition Exhibit 69 |
| 139 | February 18, 2020 Email from G. Alongi to A. Cronin Re: Health Fair Tables – Quick Update | FUNDS000356 |
| 140 | February 24, 2020 Emails between R. Alongi and L.J. Hickey Re: Coalition website update | Deposition Exhibit 70 |
| 141 | February 27, 2020 Email Re: Mass Coalition Agenda March 4 2020 | ECF No. 54, Ex. 30 |

| 142 | March 3, 2020 Email Re: DRAFT Minutes 1.8.20 | ECF No. 54, Ex. 30 |
|---|---|---|
| 143 | March 3, 2020 Email Re: Chicago Meeting OptumRx (NY/MA Coalition Product) | ECF No. 54, Ex. 33 |
| 144 | March 3, 2020 Email Re: Fair Deposit Detail Jan 1 through today | ECF No. 54, Ex. 33 |
| 145 | March 3, 2020 Emails Re: Wellness Financials | ECF No. 54, Ex. 33 |
| 146 | March 5, 2020 Emails Re: FW: MA Coalition Event March 22 | Deposition Exhibit 180 |
| 147 | March 16, 2020 Email from L.J. Hickey to T. Ryan and G. Alongi Re: | Deposition Exhibit 153 |
| 148 | April 22, 2020 Emails Re: Coalition Wellness Checks | FUNDS003156 - 003157 |
| 149 | May 26, 2020 – June 12, 2020 Emails between G. Geiman and B. McLaughlin Re: Attack on Funds Office network | Deposition Exhibit 125 |
| 150 | June 15, 2020 Emails between B. McLaughlin and G. Alongi Re: Daily Action Report | Deposition Exhibit 158 |
| 151 | June 16, 2020 Email from G. Geiman to Funds' Employees Re: Work summaries - Important | FUNDS084578-084580 |
| 152 | June 16, 2020 Email from B. McLaughlin to K. Shea Re: FW: remote workforce | Deposition Exhibit 157 |
| 153 | June 20, 2020 Email from G. Alongi to B. McLaughlin Re: Weekly Report | Deposition Exhibit 159 |
| 154 | June 23, 2020 Emails between R. Alongi, G. Alongi and L.J. Hickey Re: Maco Check | Deposition Exhibit 76 |
| 155 | Memorandum | Deposition Exhibit 160 |
| 156 | July 21, 2020 Minutes of Special Meeting of Trustees IUOE Local 4 Health & Welfare Fund | Deposition Exhibit 33 |
| 157 | July 21, 2020 Minutes of Special Meeting of Trustees IUOE Local 4 Annuity and Savings Fund | FUNDS084784 - 084787 |
| 158 | July 21, 2020 Minutes of Special Meeting of Trustees IUOE Local 4 Pension Fund | FUNDS084788 - 084791 |
| 159 | July 23, 2020 Letter to G. Alongi | Deposition Exhibit 162 |
| 160 | August 4, 2020 Letter to W. McLaughlin Re Coalition Materials | GMA00238 |

| 161 | August 5, 2020 Email from R. Gill Re Executive Board Update | GMA00239 |
|---|---|---|
| 162 | August 7, 2020 Minutes of Regular Member Meeting | GMA_FED00049 |
| 163 | September 24, 2020 Agreement Executive Director Massachusetts Coalition of Taft-Hartley Trust Funds, Inc. | GMA00266 - 00267 |
| 164 | September 25, 2020 Kroll report | Deposition Exhibit 127 |
| 165 | November 25, 2020 Opinion Regarding Trustees' Termination of Fund Administrator Gina Alongi | Deposition Exhibit 92 |
| 166 | January 11, 2021 Email from L.J. Hickey Re: Days of Coalition Meetings | IUOE4 FED 0077 |
| 167 | March 31, 2021 Written Warning – J. Vachon | Deposition Exhibit 201 |
| 168 | April 21, 2021 Schultheis & Panettieri, LLP Report | ECF No. 54, Exhibit 8, App. 083 – App. 134 |
| 169 | Photographs of Coalition property and material removed from the Fund Office following Gina Alongi's termination | ECF No. 54, Ex. 47 |
| 170 | Text messages between R. Alongi and J. Vachon | Deposition Exhibit 77 |
| 171 | IUOE Health and Welfare Fund – Health Claims Experience Summary: 2016 - 2018 | |

The Defendants-in-Counterclaim reserve the right to supplement the above-list with any exhibits disclosed by Plaintiff.

Defendants-in-Counterclaim,

IUOE LOCAL 4 HEALTH AND WELFARE
FUND, IUOE LOCAL 4 PENSION FUND, IUOE
LOCAL 4 ANNUITY AND SAVINGS,
HOISTING AND PORTABLE ENGINEERS
LOCAL 4 APPRENTICESHIP AND TRAINING
FUND, JOINT LABOR-MANAGEMENT
COOPERATION TRUST, and WILLIAM D.
MCLAUGHLIN

By their attorneys,

*/s/ Jennifer L. Markowski*

_____
Jennifer L. Markowski, BBO# 655927
Katherine C. Chenail, BBO# 655927
Alexandra F. Held, BBO# 711052
FREEMAN MATHIS & GARY, LLP
60 State Street, Suite 600
Boston, MA 02109
Tel: (617) 963-5975
jmarkowski@fmglaw.com
Katherine.chenail@fmglaw.com
Alexandra.held@fmglaw.com

*/s/ Charles W. Gilligan*

_____
Charles W. Gilligan, pro hac vice
Daniel Keenan, pro hac vice
**O'Donoghue & O'Donoghue**
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
Tel:  (202) 362-0041
*cgilligan@odonoghuelaw.com*
*dkeenan@odonoghuelaw.com*

Date: January 3, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer L. Markowski, hereby certify that I have, on this 3rd day of January 2025, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

*/s/ Jennifer L. Markowski*