# EXHIBIT A

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

*Rosemarie Alongi*

*May 23, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Case 1:21-cv-10163-FDS   Document 138-1   Filed 01/10/25   Page 3 of 7

Ginamarie Alongi, et al. vs                     Confidential                     Rosemarie Alongi
Iuoe Local 4 Health & Welfare Fund, et al.                                       May 23, 2022

```
 1              COMMONWEALTH OF MASSACHUSETTS

 2   NORFOLK, ss.                         SUPERIOR COURT

 3                          CIVIL ACTION NO. 2182CV00125

 4         ---------------------------

 5   GINAMARIE ALONGI and
     ROSEMARIE ALONGI,
 6                   Plaintiffs

 7   vs.

 8   IUOE LOCAL 4 HEALTH & WELFARE FUND;
     IUOE LOCAL 4 PENSION FUND; IUOE
 9   LOCAL 4 ANNUITY & SAVINGS FUND;
     HOISTING AND PORTABLE ENGINEERS
10   LOCAL 4 APPRENTICESHIP & TRAINING
     FUND; JOINT LABOR-MANAGEMENT
11   COOPERATION TRUST; AND WILLIAM D.
     McLAUGHIAN, INDIVIDUALLY AND IN HIS
12   CAPACITY AS CHAIRMAN OF THE BOARDS
     OF TRUSTEES,
13                   Defendants

14         -----------------------------

15         DEPOSITION OF ROSEMARIE ALONGI, a

16   witness called on behalf of the Defendants, taken

17   pursuant to the provisions of the Massachusetts

18   Rules of Civil Procedure, before Shannon Dunigan, a

19   Certified Shorthand Reporter and Notary Public in

20   and for the Commonwealth of Massachusetts, held at

21   Bowditch & Dewey, LLP, 200 Crossing Boulevard,

22   Framingham, Massachusetts, on Monday, May 23, 2022,

23   commencing at 10:21 a.m.

24
```

2

```
 1   APPEARANCES:
 2   Bowditch & Dewey
 3       Timothy P. Van Dyck, Esq.
 4       Jacob A. Tosti, Esq.
 5       200 Crossing Boulevard, Suite 300
 6       Framingham, MA 01702
 7       Tvandyck@bowditch.com
 8       Jtosti@bowditch.com
 9       Counsel for the Plaintiffs
10
11   Freeman, Mathis & Gary, LLP
12       Jennifer L. Markowski, Esq.
13       Christopher Redd, Esq.
14       60 State Street, Suite 600
15       Boston, MA 02109
16       Jmarkowski@fmglaw.com
17       Christopher.redd@fmglaw.com
18       Counsel for the Defendants
19
20
21
22
23
24
```

Case 1:21-cv-10163-FDS   Document 138-1   Filed 01/10/25   Page 5 of 7

Ginamarie Alongi, et al. vs                Confidential                Rosemarie Alongi
Iuoe Local 4 Health & Welfare Fund, et al.                              May 23, 2022

3

```
 1   O'Donoghue & O'Donoghue, LLP
 2        Charles W. Gilligan, Esq.
 3        Daniel Keenan, Esq.
 4        5301 Wisconsin Avenue, NW, Suite 800
 5        Washington, DC 20015
 6        Cgilligan@odonoghuelaw.com
 7        Dkeenan@odonoghuelaw.com
 8        Counsel for the Defendant
 9
10   IUOE
11      Greg Geiman
12
13   IN ATTENDANCE:
14        Ginamarie Alongi
15
16
17
18
19
20
21
22
23
24
```

Case 1:21-cv-10163-FDS   Document 138-1   Filed 01/10/25   Page 6 of 7

Ginamarie Alongi, et al. vs    Confidential    Rosemarie Alongi
Iuoe Local 4 Health & Welfare Fund, et al.    May 23, 2022

247

1  after the May fight.  And he had gotten strict
2  orders to stay away from her.  So there was a time
3  when Billy confided in me.  And that's why we sat
4  together at the Christmas party.
5      Q.  But I'm not asking about the Christmas --
6  you said --
7      A.  It was at the time of the Christmas party
8  in December of 2019.
9      Q.  Okay.  So it occurred the day of the
10 Christmas party?
11     A.  I don't recall.
12     Q.  Okay.  And did you ever report any of these
13 conversations to Gina that you believed you had been
14 sexually harassed?
15     A.  I think Gina was --
16          MR. VAN DYCK:  It's --
17     A.  Yes.
18 BY MS. MARKOWSKI:
19     Q.  You did?
20     A.  I think she knew about them.
21     Q.  Well, did you report them to her?
22     A.  Not formally.
23     Q.  Well, did you report them in any way to
24 her?

| Ginamarie Alongi, et al. vs | Confidential | Rosemarie Alongi |
| Iuoe Local 4 Health & Welfare Fund, et al. | | May 23, 2022 |

248

```
1      A.   She knew, along with the other women in the
2   office.
3      Q.   I want to know --
4      A.   Yes.
5      Q.   -- if you reported it to her.
6      A.   Not formally on paper.
7      Q.   Well, how did you report it to her?
8      A.   In conversation over the phone.
9      Q.   When did you report it to her?
10     A.   I don't recall.
11     Q.   How many times did you report --
12     A.   I don't --
13     Q.   -- it to her?
14     A.   I don't recall.
15     Q.   How can you be so sure you reported it?
16          MR. VAN DYCK:  It's argumentative.
17   Objection.
18          It's getting late in the day, Jennifer.
19          MS. MARKOWSKI:  You know, I am not done
20   and this is not helping the process.
21          MR. VAN DYCK:  I'm just trying to move
22   it along.
23          MS. MARKOWSKI:  Okay.  So am I.
24          MR. VAN DYCK:  Just don't argue with my
```