# **EXHIBIT B**

# In the Matter of:

*Ginamarie Alongi, et al. vs*

*Iuoe Local 4 Health & Welfare Fund, et al.*

*Gina Marie Alongi Vol I*

*May 24, 2022*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



O&L O'BRIEN & LEVINE COURT REPORTING SOLUTIONS
A MAGNA LEGAL SERVICES COMPANY

Case 1:21-cv-10163-FDS   Document 138-2   Filed 01/10/25   Page 3 of 7

Ginamarie Alongi, et al. vs                Confidential                Gina Marie Alongi
Iuoe Local 4 Health & Welfare Fund, et al.                              May 24, 2022

```
 1              COMMONWEALTH OF MASSACHUSETTS
 2   Norfolk, ss.                Superior Court
 3                               Civil Action No. 2182CV00125
 4   **********************************************
 5   GINAMARIE ALONGI AND ROSEMARIE ALONGI,            *
 6      Plaintiffs                                     *
 7      vs.                                            *
 8   IUOE LOCAL 4 HEALTH & WELFARE FUND; IUOE LOCAL 4  *
 9   PENSION FUND; IUOE LOCAL 4 ANNUITY & SAVINGS      *
10   FUND; HOISTING AND PORTABLE ENGINEERS LOCAL 4     *
11   APPRENTICESHIP & TRAINING FUND; JOINT LABOR-      *
12   MANAGEMENT COOPERATION TRUST; AND WILLIAM D.      *
13   MCLAUGHIAN, INDIVIDUALLY AND IN HIS CAPACITY      *
14   AS CHAIRMAN OF THE BOARDS OF TRUSTEES,            *
15      Defendants                                     *
16   **********************************************
17          DEPOSITION OF:  GINA MARIE ALONGI
18                BOWDITCH & DEWEY, LLP
19                 200 Crossing Boulevard
20               Framingham, Massachusetts
21               May 24, 2022  9:45 a.m.
22                       Volume I
23                  Kristen M. Edwards
24                    Court Reporter
```

2

```
 1   APPEARANCES:
 2
 3   Representing the Plaintiffs:
 4         BOWDITCH & DEWEY, LLP
 5         200 Crossing Boulevard, Suite 300
 6         Framingham, MA 01702
 7         BY:   TIMOTHY P. VAN DYCK, ESQ.
 8               JACOB A. TOSTI, ESQ.
 9         (617) 757-6537  fax (508) 929-3137
10         E-mail:  tvandyck@bowditch.com
11
12   Representing the Defendants:
13         FREEMAN, MATHIS & GARY LLP
14         60 State Street, Suite 600
15         Boston, MA 02109-1800
16         BY:   JENNIFER L. MARKOWSKI, ESQ.
17               CHRISTOPHER REDD, ESQ.
18         (617) 963-5975
19         E-mail:  jmarkowski@fmglaw.com
20
21
22
23
24
```

Case 1:21-cv-10163-FDS   Document 138-2   Filed 01/10/25   Page 5 of 7

Ginamarie Alongi, et al. vs　　　　　　　Confidential　　　　　　　Gina Marie Alongi
Iuoe Local 4 Health & Welfare Fund, et al.　　　　　　　　　　　　May 24, 2022

3

1　APPEARANCES (Continued):
2
3　Representing the Defendants:
4　　　　O'DONOGHUE & O'DONOGHUE LLP
5　　　　5301 Wisconsin Avenue, NW, Suite 800
6　　　　Washington, DC 20015
7　　　　BY:　CHARLES W. GILLIGAN, ESQ.
8　　　　　　　DANIEL KEENAN, ESQ.
9　　　　(202) 362-0041
10　　　　E-mail:　cgilligan@odonoghuelaw.com
11
12　In Attendance:　William D. McLaughlin
13　　　　　　　　　　Greg Geiman
14　　　　　　　　　　Rosemarie Alongi
15
16
17
18
19
20
21
22
23
24

Case 1:21-cv-10163-FDS   Document 138-2   Filed 01/10/25   Page 6 of 7

Ginamarie Alongi, et al. vs  
Iuoe Local 4 Health & Welfare Fund, et al.    Confidential    Gina Marie Alongi  
May 24, 2022

159

1  We would socialize.
2       Q.    And up until the point that Billy became
3  business manager, did you ever have any issues or
4  complaints about him?
5       A.    No.
6       Q.    And once Lou stepped down, Bill became
7  business manager; is that right?
8       A.    Can I back up for a minute?
9       Q.    Sure.
10      A.    Before Billy actually was business
11 manager, I was a little concerned about Billy's
12 behavior with respect to two women that worked for me.
13      Q.    And what were you concerned about?
14      A.    His attitude and his tone of voice.
15      Q.    What precisely what happened?
16      A.    He was sitting in the kitchen with Lou
17 and two of my employees went in, and he called them
18 fucking peons.  I don't know what the topic of
19 discussion was, why he did that, why he snapped but it
20 was totally inappropriate for a professional person.
21      Q.    Did you hear that comment?
22      A.    No, but I heard it from the two Jens.
23      Q.    That's what they reported to you?
24      A.    Yes.

Case 1:21-cv-10163-FDS   Document 138-2   Filed 01/10/25   Page 7 of 7

Ginamarie Alongi, et al. vs　　　　Confidential　　　　Gina Marie Alongi
Iuoe Local 4 Health & Welfare Fund, et al.　　　　　　　　May 24, 2022

160

```
 1       Q.    But you, yourself, didn't hear the
 2   comment?
 3       A.    No, I heard it from Lou.
 4       Q.    And when you say the two Jens, is that
 5   Jen Vachon and Jen Dow?
 6       A.    Yes.
 7       Q.    Roughly when did they say this event
 8   occurred?
 9       A.    Right before Billy took over.  I mean, it
10   was probably within months.
11       Q.    And did they say whether Lou Rasetta said
12   anything to Billy at the time of that interaction?
13       A.    Well, you know, after Billy had given one
14   of them or two of them the finger and told them to get
15   the fuck out of the kitchen, Lou was totally
16   embarrassed of Billy's behavior.
17       Q.    How do you know he was embarrassed by his
18   behavior?
19       A.    He told me.
20       Q.    When did he tell you that?
21       A.    Shortly after the event.
22       Q.    Did Lou tell you whether he said anything
23   to Billy while everybody was together in the kitchen?
24       A.    I don't know.  The only thing Lou told me
```