# **EXHIBIT C**

```
                                   Pages: 1-210
                                   Exhibits:  Three

           COMMONWEALTH OF MASSACHUSETTS
     NORFOLK, SS        SUPERIOR COURT DEPARTMENT
                      OF THE TRIAL COURT

* * * * * * * * * * * * * * * * * * * * *
ROSEMARIE ALONGI,                        *
                                         *
                  Plaintiff,             *
                                         *
v.                                       *
                                         *
IUOE LOCAL 4 HEALTH & WELFARE            *
FUND, et als.,                           *
                                         *
                  Defendants.            *
* * * * * * * * * * * * * * * * * * * * *
BEFORE THE HONORABLE BRENT A. TINGLE
DOCKET NUMBER 2182CV00125
```

## TESTIMONY OF WILLIAM D. MCLAUGHLIN

```
              Friday, October 18, 2024
                 Courtroom:  20
```

**THIS TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED BY THE COURT REPORTER.  DIFFERENCES WILL EXIST BETWEEN THE UNCERTIFIED DRAFT VERSION AND THE CERTIFIED VERSION.**

```
                    Tamira Acce
                   Court Reporter
```

```
APPEARANCES:

COUNSEL FOR THE PLAINTIFF:

TIMOTHY P. VAN DYCK
ROBERT G. YOUNG
BOWDITCH & DEWEY, LLP
200 CROSSING BOULEVARD
FRAMINGHAM, MA 01702
617-757-6537
tvandyck@bowditch.com
ryoung@bowditch.com


COUNSEL FOR DEFENDANTS:

JENNIFER MARKOWSKI
JENNAWE HUGHES
ALEXANDRA HELD
OTHER HUGES GOES HERE
FREEMAN MATHIS & GARY, LLP
60 STATE STREET, SUITE 600
BOSTON, MA  02109
jennifer.markowski@fmglaw.com
jennawe.hughes@fmglaw.com
alexandra.held@fmglaw.com
```

```
 1   Q   No, not necessarily.  You think
 2       it can be just as easy to work
 3       with an employee that you don't
 4       trust as you do trust?
 5   A   Speaking of myself and the
 6       ability to do so, I don't think
 7       it's that difficult.
 8   Q   Fair enough.  I think you've
 9       been in this courtroom for the
10       entire trial, correct?
11   A   Yes.
12   Q   So you've heard pretty much all
13       of the testimony, correct?
14   A   Yes.
15   Q   And you've heard an opportunity
16       to hear Rose Alongi, correct?
17   A   Yes.
18   Q   You've heard an opportunity to
19       hear Gina Alongi, correct?
20   A   Yes.
21   Q   Jen Vachon, Jen Dow, Rosemary
22       Ortega, you've heard all of
23       their testimony, correct?
24   A   Yes.
```

```
 1   Q   And also Taylor Ryan, correct,
 2       you were there for all of that?
 3   A   Correct.
 4   Q   And you heard them get on this
 5       witness stand and talk about
 6       comments of a sexual nature
 7       that you made to them.
 8   A   I did hear that.
 9   Q   And you think they're all
10       lying?
11   A   Yes.
12   Q   Six women making all this stuff
13       up?
14           MS. MARKOWSKI:
15       Objection, Your Honor.
16           THE COURT:  Sustained as
17       to form.  It's a statement, not
18       a question.
19           MR. VAN DYCK:  I'm
20       sorry.
21       BY MR. VAN DYCK:
22   Q   Do you think that all six of
23       these women are making this up?
24   A   Yes.
```