# **EXHIBIT A**

1

```
                              Pages: 1-66
                              Exhibits:  None

           COMMONWEALTH OF MASSACHUSETTS
     NORFOLK, SS      SUPERIOR COURT DEPARTMENT
                      OF THE TRIAL COURT

* * * * * * * * * * * * * * * * * * * * *
ROSEMARIE ALONGI,                        *
                                         *
                 Plaintiff,              *
                                         *
v.                                       *
                                         *
IUOE LOCAL 4 HEALTH & WELFARE            *
FUND, et als.,                           *
                                         *
                 Defendants.             *
* * * * * * * * * * * * * * * * * * * * *
BEFORE THE HONORABLE BRENT A. TINGLE
DOCKET NUMBER 2182CV00125
```

**OPENING STATEMENT BY MS. MARKOWSKI**

Thursday, October 10, 2024
Courtroom: 20

**THIS TRANSCRIPT HAS NOT BEEN PROOFREAD OR CORRECTED BY THE COURT REPORTER.  DIFFERENCES WILL EXIST BETWEEN THE UNCERTIFIED DRAFT VERSION AND THE CERTIFIED VERSION.**

Tamira Acce
Court Reporter

```
APPEARANCES:

COUNSEL FOR THE PLAINTIFF:

TIMOTHY P. VAN DYCK
ROBERT G. YOUNG
BOWDITCH & DEWEY, LLP
200 CROSSING BOULEVARD
FRAMINGHAM, MA 01702
617-757-6537
tvandyck@bowditch.com
ryoung@bowditch.com


COUNSEL FOR DEFENDANTS:

JENNIFER MARKOWSKI
JENNAWE HUGHES
ALEXANDRA HELD
OTHER HUGES GOES HERE
FREEMAN MATHIS & GARY, LLP
60 STATE STREET, SUITE 600
BOSTON, MA   02109
jennifer.markowski@fmglaw.com
jennawe.hughes@fmglaw.com
alexandra.held@fmglaw.com
```

1          And so, this may sound
2     all very technical, but under
3     ERISA law, it is very important
4     that these timesheets are kept
5     so that the amount of time that
6     employees are allocating to the
7     different funds can be
8     appropriately allocated.
9          And so, when the
10    information is presented to the
11    Department of Labor, they have
12    an active understanding as to
13    what funds are spent on each of
14    the Funds.
15         You'll hear a lot about
16    the ERISA and the implications
17    of not keeping these timesheets
18    and why it was so very
19    important that she had kept
20    them.
21         It was also discovered
22    that Gina Alongi was doing a
23    lot of work during Fund time on
24    Coalition, not just herself,